FILED USBC CLRK PHX
2024 NOV 21 PM 3:45

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ, et al.      **CHAPTER 13**

## NOTICE AND PETITION TO HALT CREDITOR MISCONDUCT, EXTEND AUTOMATIC STAY, ADDRESS PROCEDURAL VIOLATIONS, AND CHALLENGE BAD-FAITH FORECLOSURE ACTIONS

To:
The Honorable Judge Moody,
United States Bankruptcy Court
District of Arizona
230 N. 1st Ave #101
Phoenix, AZ 85003

## TABLE OF CONTENTS

1. Introduction
2. Statement of Facts
   - Bankruptcy Filing and Automatic Stay

- Creditor Misconduct
- Abuse of Non-Judicial Foreclosure
- Procedural Deficiencies
- Request to Extend Automatic Stay

3. Legal Foundation

4. Supporting Maxims of Law

5. Statutes at Large

6. Request for Relief

---

## INTRODUCTION

This petition seeks immediate intervention by this Court to halt the improper and unlawful actions of U.S. Bank and its representatives. Their conduct disregards the protections provided under federal law and the Constitution of the United States. These bad-faith actions, including the misuse of the non-judicial foreclosure process and violations of the automatic stay, threaten to deprive my family of our primary residence.

Presented herewith is evidence demonstrating these violations, including procedural deficiencies, delayed notice, and irregularities that undermined my rights. Exhibits A and B highlight proof of creditor notice of the Chapter 13 filing and the delayed receipt of the prior ruling by United States Postal Service on November 5, 2024. Relief is sought to protect my home, preserve the integrity of this Court, and ensure accountability.

---

## STATEMENT OF FACTS

- **Bankruptcy Filing and Automatic Stay**
  On November 12, 2024, a Chapter 13 bankruptcy filing invoked the automatic stay under 11 U.S.C. § 362. The prior Chapter 11 case, dismissed on October 30, 2024, was timely appealed within the statutory 14-day period on the same date as the Chapter 13 filing. The automatic stay barred all creditor actions, including foreclosure or trustee sales.

- **Creditor Misconduct**
  Despite notice of the Chapter 13 filing, U.S. Bank and its representatives pursued foreclosure activities, including recording trustee sale documents and scheduling foreclosure proceedings. These actions, undertaken with full knowledge of the stay, constitute deliberate and unlawful acts.

- **Abuse of Non-Judicial Foreclosure**
  U.S. Bank's attorneys weaponized the non-judicial foreclosure process to evade federal protections. This calculated misuse of process demonstrates an intent to exploit my vulnerable position, contrary to principles of equity and fair dealing.

- **Procedural Deficiencies**
  No notices were received regarding foreclosure or trustee sales. Furthermore, I received the judge's ruling on November 5, 2024, five days after the statutory deadline for appeal. This delay, despite my opting out of electronic notices, directly obstructed my ability to protect my rights.

  Exhibit A: Proof of timely Chapter 13 filing and creditor notification.

  Exhibit B: Proof of delayed receipt of the prior ruling.

- **Request to Extend Automatic Stay**
  Given the harm caused by continued violations and procedural delays, this petition seeks the extension of the automatic stay to safeguard my family's residence and ensure fair proceedings.

---

## LEGAL FOUNDATION

### 1. Automatic Stay Protections:
The automatic stay under 11 U.S.C. § 362 prohibits creditor actions upon the filing of bankruptcy. Violations render all such actions void (In re Schwartz, 954 F.2d 569 (9th Cir. 1992)).

### 2. Constitutional Due Process:
The Fifth Amendment guarantees due process, including adequate notice and a meaningful opportunity to respond. U.S. Bank's failure to provide notice of foreclosure actions and delays in communication violated these principles.

### 3. Equitable Protections in Non-Judicial Foreclosure:
Federal and state laws governing non-judicial foreclosure require adherence to principles of good faith and fairness. Exploiting this process to undermine federal protections is impermissible and demands correction.

### 4. Extension of Automatic Stay:
Under 11 U.S.C. § 362(c)(3)(B), courts may extend or impose an automatic stay where cause is demonstrated. The evidence provided herein clearly establishes such cause.

---

## SUPPORTING MAXIMS OF LAW

- Fiat justicia ruat caelum – Let justice be done though the heavens fall.

- Ubi jus, ibi remedium – Where there is a right, there is a remedy.

- Lex semper intendit quod convenit rationi – The law always intends what is agreeable to reason.

- Domus sua cuique est tutissimum refugium – A man's house is his safest refuge.

- Salus populi suprema lex – The welfare of the people is the supreme law.

- Ex dolo malo non oritur actio – No right of action arises from fraud.

- Qui facit per alium facit per se – He who acts through another acts himself.

- Nullus commodum capere potest de injuria sua propria – No one can benefit from their own wrongdoing.

- Actus curiae neminem gravabit – An act of the court shall prejudice no one.

- Qui non obstat quod obstare potest facere videtur – He who does not prevent what he can, seems to commit the act.

---

## STATUTES AT LARGE

1. Bankruptcy Act of 1898 (30 Stat. 544)

2. Judiciary Act of 1789 (1 Stat. 73)

3. Federal Reserve Act (38 Stat. 251)

4. Civil Rights Act of 1866 (14 Stat. 27)

5. Homestead Act of 1862 (12 Stat. 392)

6. Coinage Act of 1873 (17 Stat. 424)

7. Securities Act of 1933 (48 Stat. 74)

8. Statutes on Postal Service (39 Stat. 221)

9. National Housing Act of 1934 (48 Stat. 1246)

10. Emergency Banking Relief Act (48 Stat. 1)

---

## REQUEST FOR RELIEF

- Immediate cessation of all foreclosure actions and creditor misconduct, including the nullification of recorded documents and trustee sale schedules.

- Oversight of U.S. Bank's misuse of the non-judicial foreclosure process.

- Extension or imposition of the automatic stay for the duration of this case to prevent further violations.

- Recognition of procedural deficiencies and delays as violations that undermined rights.

- Fair and impartial judicial oversight to ensure the integrity of these proceedings.

---

Respectfully Presented in Honor and Sincerity on this 21st day of November, 2024 by

*/s/ Anthony-Leo: Montez*

:ANTHONY-LEO MONTEZ.
In Propria Persona
All Rights Reserved. With Prejudice. Without Recourse.

# EXHIBIT A



November 19, 2024

Dear Anthony Montez:

The following is in response to your request for proof of delivery on your item with the tracking number: 9589 0710 5270 1758 5793 64.

## Item Details

| | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | November 19, 2024, 9:53 am |
| Location: | PHOENIX, AZ 85016 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| Weight: | 2.0oz |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**UNITED STATES POSTAL SERVICE**

MARICOPA
44920 W HATHAWAY AVE
MARICOPA, AZ 85139-9900
(800)275-8777

11/14/2024 01:43 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $1.01 |

    Phoenix, AZ 85016
    Weight: 0 lb 1.90 oz
    Estimated Delivery Date
      Sat 11/16/2024
  Certified Mail®    $4.85
    Tracking #:
    9589 0710 5270 1758 5793 64
  e-Return Receipt
    Affixed Postage    $2.62
      Affixed Amount: $0.73    -$0.73

Total    $7.75

Grand Total:    $7.75

Credit Card Remit    $7.75
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX2022
    Approval #: 044300
    Transaction #: 030
    Card Swiped

Use Tracking # for inquiry on Return Receipt (Electronic).

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

For Return Receipt (by email), visit USPS.com, click on Track & Manage and enter Tracking number; click on drop-down arrow under Return Receipt Electronic; enter name and email address and click on Request Email.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



# EXHIBIT B



**ur Daily Digest for Tue, 11/5 is ready to view**
message

PS Informed Delivery <USPSInformeddelivery@email.informeddelivery.usps.com>    Tue, Nov 5, 2024 at 7:34
montezfam06@gmail.com



## COMING TO YOU SOON



**Hi, Anthony!**

You have 5 mailpiece(s) and 0 inbound package(s) arriving soon.

**Tuesday**

**5** November 2024

**5** Mailpiece(s)     **0** Package(s)



✉ **MAIL**     View Dashboard

**Expected Today**     5 item(s)

**FROM: LeafHome**

FRI-805IN-0970-4 pd0002 24-05605
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

**FIRST-CLASS MAIL**

030691 30691 1 AB 0.588 85138 3 7 10284-1-31013
ANTHONY LEO MONTEZ, ESTATE
42090 W ANNE LANE
MARICOPA, AZ 85138-6637

## Do more with your mail

 Set a Reminder

Case 4:24-bk-09671-BMW    Doc 17    Filed 11/21/24    Entered 11/22/24 11:02:42    Desc
Main Document    Page 12 of 12