United States Bankruptcy Court
District of Arizona

In re:                                                                          Case No. 24-09671-BMW
ANTHONY LEO MONTEZ                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4                                            User: admin                                               Page 1 of 1
Date Rcvd: Nov 22, 2024                               Form ID: pdf008                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

**Recip ID**            **Recipient Name and Address**
db                 + ANTHONY LEO MONTEZ, 42080 W ANNE LANE, MARICOPA, AZ 85138-8637

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024                                 Signature:               /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DIANNE C. KERNS | mail@dcktrustee.com ecf@dcktrustee.com,dckerns@dcktrustee.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 2

THIS ORDER IS APPROVED.

Dated: November 22, 2024

Brenda Moody Whinery, Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| ANTHONY LEO MONTEZ, | Case No. 4:24-bk-09671-BMW |
| Debtor. | **ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE SCHEDULES AND STATEMENTS UNTIL TEN (10) DAYS PRIOR TO MEETING OF CREDITORS** |

Upon the Court's consideration of Debtor's *Motion for Extension of Time to Cure Filing Deficiencies* (Dkt. 16), requesting additional time, until December 10, 2024, to file the Debtor's Schedules and Statements, Chapter 13 Plan, Statement of Current Monthly Income, Form 122C-1, and Declaration of Payment Advices, and good cause appearing;

IT IS HEREBY ORDERED that the deadline to file the Debtor's Schedules and Statements, Chapter 13 Plan, Statement of Current Monthly Income, Form 122C-1, and Declaration of Payment Advices is extended, as modified herein.

IT IS FURTHER ORDERED that Debtor is to file all required documents **no later than December 7, 2024**, which date is no less than 10 days prior to the Meeting of Creditors.

SIGNED AND DATED ABOVE.

/ / /

/ / /

| | |
|---|---|
| 1 | |
| 2 | Notice to be sent through the Bankruptcy Noticing Center ("BNC") to the following: |
| 3 | |
| 4 | Anthony Leo Montez<br>42080 W Anne Ln |
| 5 | Maricopa, AZ  85138 |
| 6 | All Interested Parties |
| 7 | |
| 8 | Notice of Electronic Filing to be sent via email, |
| 9 | through the CM/ECF System, to ALL registered users, including: |
| 10 | Dianne C. Kerns, Chapter 13 Trustee |
| 11 | U.S. Trustee, Office of the U.S. Trustee |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2