Michael Zdancewicz
State Bar No. 012426
Zdancewicz Law Firm PLC
Post Office Box 51826
Phoenix, AZ 85076-1826
Telephone: (602) 900-0890
Facsimile: (602) 265-4391

Attorney for Ally Capital

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Case No. 4:24-bk-09671-BMW |
| Anthony Leo Montez, | **Chapter 13 Proceeding** |
| Debtor. | **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE OBJECTION AND** |
| | **NOTICE OF MOTION FOR RELIEF FROM THE CODEBTOR STAY AND REQUIREMENT TO FILE OBJECTION** |
| Ally Capital, | **Property Description:** |
| Movant, | 2021 Ram 3500 Mega Cab Limited Pickup 4D 6 1/3 ft |
| v. | VIN 3C63RRPL6MG537343 |
| Anthony Leo Montez, | **(hereafter the "Collateral")** |
| Respondents. | |

NOTICE IS GIVEN that Movant has filed a motion requesting relief from the automatic stay. Movant is a creditor and seeks to modify the automatic stay imposed by 11 U.S.C. §362 and §1301 to permit it to exercise default remedies pursuant to the terms of the contracts more fully

described in the Motion, in accordance with applicable non-bankruptcy law. Movant asserts a right to stay relief pursuant to the provisions of the Bankruptcy Code all as stated in the Motion. FURTHER NOTICE IS GIVEN that, pursuant to Local Bankruptcy Rule 4001, all objections must be filed with the Court, and a copy served on counsel for Movant, whose address is:

Zdancewicz Law Firm PLC<br>
Post Office Box 51826<br>
Phoenix, AZ 85076-1826<br>
Notice@ZLawAZ.com

If no objections are made WITHIN 14 DAYS of service of this Notice, the Court can grant relief without further hearing.

Dated: <u>December 09, 2024.</u>

                                      Zdancewicz Law Firm PLC
<u>/s/ Michael Zdancewicz</u>
Michael Zdancewicz
Post Office Box 51826
Phoenix, AZ 85076-1826
Attorneys for Ally Capital

## Certificate of Service

I certify that on December 09, 2024, I caused to be served a true and correct copy of the foregoing Notice of Motion for Relief from Stay by electronic mail or by first class mail with postage prepaid on the following:

By United States First Class Mail postage prepaid

Anthony Leo Montez
42080 W Anne Lane
Maricopa, AZ 85138

Deanna Marie Ruiz
42080 W Anne Lane
Maricopa, AZ 85138

Via CM / ECF / NEF
Dianne C. Kerns
31 N. 6th Avenue, #105-152,
Tucson, AZ 85701
mail@dcktrustee.com

U.S. Trustee
230 North First Avenue,
Suite 204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

/s/ Cathy Bush
4515 N. Santa Fe Ave., Oklahoma City, OK 73118