UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: Anthony Leo Montez

Chapter: 13
Case No: 4:24-bk-09671-BMW

Debtor(s)

DECLARATION UNDER PENALTY OF
PERJURY FOR DEBTOR(S) WITHOUT AN ATTORNEY

FILED USBC CLRK PHX
2024 DEC 9 PH 4:28

The debtor(s) shall answer the following questions:

1. Did you pay or promise to pay someone to help in preparing the documents for your bankruptcy filing:
   [ ] Yes  [X] No

2. If "yes", please give the following information about that person(s):
   Name:_____
   Address:_____
   City/State/Zip:_____
   Telephone No:_____

3. What amount did you pay or promise to pay for this help? (Fill in the blanks)

   Money: Paid __N/A__   Will Pay __N/A__

   Personal Property or Services paid: (please explain):_____

4. Did you make any payments to the preparer for Court costs in connection with the filing of the bankruptcy? [ ] Yes [X] No. If yes, how much $ _____.

I declare under penalty of perjury that the above statements are true.

Debtor's Signature: Anthony Leo Montez  All Rights Reserved
Print Name: Montez, Anthony-Leo
Address: 42080 W Anne Lane
Maricopa, AZ 85138

Joint Debtor Signature: _____
Print Name: _____
Address: _____

**Warning:** It is a federal crime to file a document containing false information in a federal court proceeding. Penalty for false declarations: Fine of not more than $250,000 or imprisonment for not more than 5 years or both. 18 U.S.C. § 152 and § 3571.

Local Form 1007-3 (08/18)    Declaration of Debtor Without An Attorney    Page 1