# United States Bankruptcy Court

_____ District Of ARIZONA _____

FILED USBC CLRK PHX
2024 DEC 9 PM 4:27

In re ANTHONY LEO MONTEZ

*[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]*

Debtor

Address 42080 W ANNE LANE
Maricopa, AZ 85138

Case No. 4:24-bk-09671-BMW

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): 0492

Chapter 13

Employer's Tax Identification No(s). (if any): _____

*[Designation of Character of Paper]*

To whom it may concern, i Anthony Montez, am requesting 1 or 2 days of extra time as need to correct my chapter 13 plan. As i turn in an repayment plan created by debtor, but need to fill out the chapter 13 plan. Thank you in advance