# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–4 | User: admin | Date Created: 12/12/2024 |
| Case: 4:24–bk–09671–BMW | Form ID: nch13pln | Total: 37 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | DIANNE C. KERNS | mail@dcktrustee.com |
| aty | Michael Zdancewicz | Notice@ZLawAZ.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | ANTHONY LEO MONTEZ | 42080 W ANNE LANE   MARICOPA, AZ 85138 |
| cr | Ally Capital c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118 |
| cr | Ally Capital | 4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION   1600 W. MONROE, 7TH FL.   PHOENIX, AZ 85007–2650 |
| 17563148 | ALLY FINANCIAL | ATTN: BANKRUPTCY DEPT.   PO BOX 130424   ROSEVILLE, MN 55113 |
| 17589503 | ALLY FINANCIAL ET AL | PO BOX 71119   CHARLOTTE NC 28272 |
| 17563136 | AMERICAN EXPRESS | PO BOX 96001   LOS ANGELES, CA 90096–8000 |
| 17563140 | APELLES | PO BOX 1578   MIDDLETOWN, OH 45042–1578 |
| 17563138 | CAPITAL ONE | PO BOX 71087   CHARLOTTE, NC 28272–1087 |
| 17563149 | CLARK HILL PLC. | C/O RYAN J. LORENZ and/or DANIEL P. THIE   14850 N SCOTTSDALE ROAD, SUITE 500   SCOTTSDALE, AZ 85254 |
| 17563139 | CREDIT ONE | PO BOX 60500   CITY OF INDUSTRY, CA 91716–0500 |
| 17570866 | Capital One N.A. | by AIS InfoSource LP as agent   PO Box 71083   Charlotte, NC 28272–1083 |
| 17563137 | DISCOVER | PO BOX 30421   SALT LAKE CITY, UT 84130–0421 |
| 17590558 | Directv, LLC | by American InfoSource as agent   PO Box 5072   Carol Stream, IL 60197–5072 |
| 17569108 | Discover Bank | PO Box 3025   New Albany, OH 43054–3025 |
| 17563129 | ELECTRICAL DISTRICT NO. 3 | 41630 W. LOUIS JOHNSON DR.   MARICOPA, AZ 85138 |
| 17589504 | FIRST SERVICE RESIDENTIAL | RANCHO EL DORADO HOA   9000 E PIMA CENTER PKWY SUITE 300   SCOTTSDALE AZ 85258 |
| 17563141 | FIRSTSOURCE ADVANTAGE, LLC. | 205 BRYANT WOODS S   AMHERST, NY 14228–3609 |
| 17563130 | GLOBAL WATER RESOURCES | 21410 N 19TH AVE STE. 220   PHOENIX, AZ 85027 |
| 17563135 | MARYVALE JUSTICE COURTS | 10420 W VAN BUREN ST. #102   AVONDALE, AZ 85323 |
| 17563142 | MAXWELL & MORGAN | 4854 E BASELINE RD. #104   MESA, AZ 85206 |
| 17563143 | MIDLAND CREDIT MANAGEMENT | 350 CAMINO DE LA REINA STE. 100   SAN DIEGO, CA 92108 |
| 17563131 | ORBITEL COMMUNICATIONS | 21116 N JOHN WAYNE PKWY B–9   MARICOPA, AZ 85139 |
| 17563133 | PIONEER TITLE AGENCY | PO BOX 45467   PHOENIX, AZ 85064 |
| 17563134 | SENTRY MANAGEMENT | 4605 E EL WOOD ST SUITE 100   PHOENIX, AZ 85040 |
| 17563132 | SOUTHWEST GAS CO. | PO BOX 24531   OAKLAND, CA 94623–1531 |
| 17589507 | STATE FARM | PO BOX 588002   NORTH METRO GA 30029 |
| 17589505 | SYNCHRONY – CAR/AUTO CREDIT | PO BOX 71715   PHILADELPHIA PA 19176 |
| 17589506 | SYNCHRONY – CARE CREDIT | PO BOX 71715   PHILADELPHIA PA 19176 |
| 17563144 | SYNCHRONY BANK (AUTO CARE) | ATTN: BANKRUPTCY DEPT.   PO BOX 965061   ORLANDO, PL 32896–5061 |
| 17563145 | SYNCHRONY BANK (CARE CREDFT) | ATTN: BANKRUPTCY DEPT.   PO BOX 965061   ORLANDO, FL 32896–5061 |
| 17563147 | TIFFANY & BOSCO | C/0 LEONARD J. MCDONALD, ESQ.   2525 E CAMELBACK ROAD, SUITE 300   PHOENIX, AZ 85016 |
| 17589502 | U.S. BANK ET AL | PO BOX 2005   4801 FREDERICA STREET   OWENSBORO KY 42301 |
| 17579578 | U.S. Bank National Association | c/o U.S. Bank Home Mortgage,   a division of U.S. Bank N.A.   2800 Tamarack Road   Owensboro, Kentucky 42301 |
| 17563146 | US BANK | 800 NICOLLETT MALL   MINNEAPOLIS, MN 55402 |

TOTAL: 35