# Notice Recipients

District/Off: 0970–4    User: admin    Date Created: 12/12/2024
Case: 4:24–bk–09671–BMW    Form ID: pdf010    Total: 37

**Recipients of Notice of Electronic Filing:**
tr    DIANNE C. KERNS    mail@dcktrustee.com
aty   Michael Zdancewicz    Notice@ZLawAZ.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    ANTHONY LEO MONTEZ    42080 W ANNE LANE    MARICOPA, AZ 85138
cr    Ally Capital c/o AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
cr    Ally Capital    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
smg   AZ DEPARTMENT OF REVENUE    BANKRUPTCY & LITIGATION    1600 W. MONROE, 7TH FL.    PHOENIX, AZ 85007–2650
17563148    ALLY FINANCIAL    ATTN: BANKRUPTCY DEPT.    PO BOX 130424    ROSEVILLE, MN 55113
17589503    ALLY FINANCIAL ET AL    PO BOX 71119    CHARLOTTE NC 28272
17563136    AMERICAN EXPRESS    PO BOX 96001    LOS ANGELES, CA 90096–8000
17563140    APELLES    PO BOX 1578    MIDDLETOWN, OH 45042–1578
17563138    CAPITAL ONE    PO BOX 71087    CHARLOTTE, NC 28272–1087
17563149    CLARK HILL PLC.    C/O RYAN J. LORENZ and/or DANIEL P. THIE    14850 N SCOTTSDALE ROAD, SUITE 500    SCOTTSDALE, AZ 85254
17563139    CREDIT ONE    PO BOX 60500    CITY OF INDUSTRY, CA 91716–0500
17570866    Capital One N.A.    by AIS InfoSource LP as agent    PO Box 71083    Charlotte, NC 28272–1083
17563137    DISCOVER    PO BOX 30421    SALT LAKE CITY, UT 84130–0421
17590558    Directv, LLC    by American InfoSource as agent    PO Box 5072    Carol Stream, IL 60197–5072
17569108    Discover Bank    PO Box 3025    New Albany, OH 43054–3025
17563129    ELECTRICAL DISTRICT NO. 3    41630 W. LOUIS JOHNSON DR.    MARICOPA, AZ 85138
17589504    FIRST SERVICE RESIDENTIAL    RANCHO EL DORADO HOA    9000 E PIMA CENTER PKWY SUITE 300    SCOTTSDALE AZ 85258
17563141    FIRSTSOURCE ADVANTAGE, LLC.    205 BRYANT WOODS S    AMHERST, NY 14228–3609
17563130    GLOBAL WATER RESOURCES    21410 N 19TH AVE STE. 220    PHOENIX, AZ 85027
17563135    MARYVALE JUSTICE COURTS    10420 W VAN BUREN ST. #102    AVONDALE, AZ 85323
17563142    MAXWELL & MORGAN    4854 E BASELINE RD. #104    MESA, AZ 85206
17563143    MIDLAND CREDIT MANAGEMENT    350 CAMINO DE LA REINA STE. 100    SAN DIEGO, CA 92108
17563131    ORBITEL COMMUNICATIONS    21116 N JOHN WAYNE PKWY B–9    MARICOPA, AZ 85139
17563133    PIONEER TITLE AGENCY    PO BOX 45467    PHOENIX, AZ 85064
17563134    SENTRY MANAGEMENT    4605 E EL WOOD ST SUITE 100    PHOENIX, AZ 85040
17563132    SOUTHWEST GAS CO.    PO BOX 24531    OAKLAND, CA 94623–1531
17589507    STATE FARM    PO BOX 588002    NORTH METRO GA 30029
17589505    SYNCHRONY – CAR/AUTO CREDIT    PO BOX 71715    PHILADELPHIA PA 19176
17589506    SYNCHRONY – CARE CREDIT    PO BOX 71715    PHILADELPHIA PA 19176
17563144    SYNCHRONY BANK (AUTO CARE)    ATTN: BANKRUPTCY DEPT.    PO BOX 965061    ORLANDO, PL 32896–5061
17563145    SYNCHRONY BANK (CARE CREDFT)    ATTN: BANKRUPTCY DEPT.    PO BOX 965061    ORLANDO, FL 32896–5061
17563147    TIFFANY & BOSCO    C/0 LEONARD J. MCDONALD, ESQ.    2525 E CAMELBACK ROAD, SUITE 300    PHOENIX, AZ 85016
17589502    U.S. BANK ET AL    PO BOX 2005    4801 FREDERICA STREET    OWENSBORO KY 42301
17579578    U.S. Bank National Association    c/o U.S. Bank Home Mortgage,    a division of U.S. Bank N.A.    2800 Tamarack Road    Owensboro, Kentucky 42301
17563146    US BANK    800 NICOLLETT MALL    MINNEAPOLIS, MN 55402

    TOTAL: 35