# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

---

**CASE NUMBER:** 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ                          **CHAPTER 13**

---

## MOTION IN OPPOSITION TO RELIEF FROM STAY AND CO-DEBTOR STAY FILED BY ALLY FINANCIAL, et al.

---

TABLE OF CONTENTS

1. Introduction

2. Statement of Purpose

3. Factual Background

    3.1 Debtor's Bankruptcy Protection

    3.2 IRS Form 1099-C and 1065 K-1 Issued by Ally Financial

    3.3 Partnership Contract with Arbitration Clause (Exhibit A)

    3.4 Clear Title Free of Liens (Exhibit B)

    3.5 CFPB Complaint and Pending Arbitration (Exhibits D and E)

    3.6 Harm to the Debtor's Livelihood and Secured Rights

4. Legal Argument

    4.1 The Stay Protects the Debtor Under Constitutional and Statutory Authority

    4.2 Ally Financial's Attorney Must Establish Jurisdiction and Authority

    4.3 Ally Financial Must Verify the Alleged Debt Before Relief Can Be Considered

    4.4 Arbitration Jurisdiction Overrides Court Action at This Time

    4.5 Lifting the Stay Would Cause Irreparable Harm to the Debtor

    4.6 Exhibit A: Contract with Arbitration Clause is Binding

    4.7 Exhibit B: Clear Title Establishes No Valid Claim

    4.8 Exhibit C: IRS Forms Indicate Debt Cancellation

    4.9 Exhibit D: CFPB Complaint Remains Unanswered

    4.10 Exhibit E: Arbitration Proceedings Are Ongoing

5. Rule of Law Pursuant to Black's Law Dictionary (1891)

6. Assertion and Invocation of Maxims of Law

7. Statutes at Large

8. Exhibits

9. Relief Requested

10. Certificate of Service

---

## INTRODUCTION

NOW COMES the Debtor, Anthony Montez, a living man, appearing in propria persona, and respectfully presents this Motion in Opposition to the Motion for Relief from Stay and Co-Debtor Stay filed by Ally Financial, et al., through their attorney Michael Zdancewicz.

The automatic stay exists as a statutory protection under 11 U.S.C. § 362(a) to safeguard exempt property and provide the Debtor time to lawfully reorganize finances. The attached Exhibits A through E substantiate that Ally Financial's motion is premature, frivolous and lacks authority, jurisdiction, and verification, and must be denied.

---

## STATEMENT OF PURPOSE

The Debtor seeks:

1. Preservation of the automatic stay for protection of exempt property.

2. Proof of jurisdiction and legal authority from Ally Financials' attorney.

3. Verification and accounting of the alleged debt.

4. Acknowledgment that arbitration jurisdiction governs this matter.

5. Entry of Exhibits A through E into the official record.

---

## FACTUAL BACKGROUND

### 3.1 Debtor's Bankruptcy Protection
The Debtor filed for Chapter 13 Bankruptcy to reorganize finances and secure exempt property.

### 3.2 IRS Form 1099-C and 1065 K-1 Issued by Ally Financial
IRS Forms 1099-C and 1065 K-1 issued in 2023 indicate debt cancellation or transfer (Exhibit C).

### 3.3 Partnership Contract with Arbitration Clause
The agreement between the parties contains a binding Arbitration Clause mandating resolution in the AAA Arbitration Court (Exhibit A).

### 3.4 Clear Title Free of Liens
The Debtor possesses clear title to the property at issue (Exhibit B).

### 3.5 CFPB Complaint and Pending Arbitration
The Debtor filed a formal complaint with the CFPB, which Ally Financial has failed to answer (Exhibit D). Simultaneously, arbitration proceedings are ongoing under the AAA (Exhibit E).

### 3.6 Harm to the Debtor's Livelihood and Secured Rights
Relief from the stay would cause irreparable harm, disrupting the Debtor's livelihood and violating constitutional protections under Article 2, Section 17 and the 4th and 5th Amendments.

---

## LEGAL ARGUMENT

### 4.1 The Stay Protects the Debtor Under Constitutional and Statutory Authority
The automatic stay safeguards the Debtor under:
11 U.S.C. § 362(a).
Article 2, Section 17 of the Arizona Constitution.
The 4th and 5th Amendments of the United States Constitution.

### 4.2 Ally Financial's Attorney Must Establish Jurisdiction and Authority
The attorney for Ally Financial must:
1. Present Power of Attorney or legal documentation proving authority to act.

2. Establish jurisdiction to address a contract to which they are a third party.

### 4.3 Ally Financial Must Verify the Alleged Debt Before Relief Can Be Considered
Verification requires:
Full accounting of the debt.
Clarification of IRS Forms 1099-C and 1065 K-1.
Proof of legal standing and authority.


### 4.4 Arbitration Jurisdiction Overrides Court Action at This Time
The matter is subject to arbitration under the AAA Arbitration Clause (Exhibit A) and the Federal Arbitration Act (43 Stat. 883).

### 4.5 Lifting the Stay Would Cause Irreparable Harm to the Debtor
Lifting the stay jeopardizes the Debtor's constitutional protections, property, and financial stability.

### 4.6 Exhibit A: Contract with Arbitration Clause is Binding
The Arbitration Clause is valid and binding under federal law.

### 4.7 Exhibit B: Clear Title Establishes No Valid Claim
A clear title confirms no valid lien exists.

### 4.8 Exhibit C: IRS Forms Indicate Debt Cancellation
IRS Forms 1099-C and 1065 K-1 suggest the debt has been canceled.

### 4.9 Exhibit D: CFPB Complaint Remains Unanswered
The CFPB complaint demonstrates Ally Financial's failure to address the matter.

### 4.10 Exhibit E: Arbitration Proceedings Are Ongoing
Arbitration under the AAA remains the proper forum for resolution.

---

## RULE OF LAW PURSUANT TO BLACK'S LAW DICTIONARY (1891)

"Rule of Law: A legal principle, of general applications, sanctioned by the recognition of authorities, and usually expressed in the form of a maxim or logical proposition, called a 'rule' because in doubtful or unforeseen cases it is a guide or norm for their decision. Toullier, tit. prel. no.17."

---

## ASSERTION AND INVOCATION OF MAXIMS OF LAW

The Debtor invokes the following Maxims of Law:

1. "Justice must be done, though the heavens fall."

2. "A claim must be verified to have merit."

3. "No man may be deprived of his property without due process."

4. "He who alleges must prove."

5. "Fraud vitiates all agreements."

6. "An unproven claim has no standing."

7. "Equity regards substance over form."

8. "Private agreements cannot override public rights."

9. "The law protects the vigilant, not the negligent."

10. "He who seeks equity must do equity."

11. "A frivolous act is an offense to justice."

12. "What is not proved cannot be presumed."

13. "He who comes into equity must come with clean hands."

## STATUTES AT LARGE

1. Bankruptcy Act of 1898

2. Federal Arbitration Act (43 Stat. 883)

3. Emergency Banking Act of 1933

4. Joint Resolution of June 5, 1933

5. Coinage Act of 1792

6. Legal Tender Act of 1862

7. Currency Act of 1878

8. Discharge of Debt Act of 1869

9. Bankruptcy Reform Act of 1978

10. Judicial Code of 1948

11. Arbitration Enforcement Act (Public Law 68-401)

12. Statutory Construction Act (1871)

13. National Banking Act (1864)

## EXHIBITS

Exhibit A: Contract with Arbitration Clause.

Exhibit B: Clear Title Free of Liens.

Exhibit C: IRS Forms 1099-C and 1065 K-1.

Exhibit D: CFPB Complaint.

Exhibit E: AAA (American Arbitration Association) Arbitration Proceedings.

---

## RELIEF REQUESTED

The Debtor respectfully presents that the Court:

1. Deny Ally Financial's Motion for Relief.

2. Compel Ally Financial's Attorney to provide Power of Attorney.

3. Require Verification of the Debt.

4. Acknowledge Arbitration Jurisdiction

Respectfully Presented,

*Anthony-Leo: Montez, Beneficiary*

Anthony Montez, et al.
All Rights Reserved.
With Prejudice. Without Recourse.

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon all parties of record by USPS on this 16th day of December 2024:

○ District of Arizona, U.S. Bankruptcy Judge, Brenda Moody Whinery

○ Ally Financial's Attorney, Michael Zdancewicz

# EXHIBIT A

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

| Buyer Name and Address (including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| ANTHONY MONTEZ<br>42080 W ANNE LANE<br>MARICOPA, AZ 85139<br>COUNTY: MARICOPA | DEANNA MARIE RUIZ<br>42080 W ANNE LANE<br>MARICOPA, AZ 85138<br>COUNTY: MARICOPA | LARRY MILLER DODGE<br>8665 W BELL ROAD<br>PEORIA, AZ 85382-3784 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2021 | RAM 3500 | 4285 | 3C63RRPL6MG537343 | Personal, family, or household unless otherwise indicated below<br>☐ business ☐ agricultural ☐ __N/A__ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $9000.00 is |
|---|---|---|---|---|
| 6.59 % | $ 21140.42 | $ 93522.58 | $ 114663.00 | $ 123663.00 (e) |

(e) means an estimate

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | $ 1528.84 | MONTHLY beginning 07/01/2021 |
| N/A | N/A | N/A |
| | N/A | |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

### WARRANTIES

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, except as described above for used vehicles. Making no warranties means that the Seller is selling the vehicle as is – not expressly warranted or guaranteed and without any implied warranties of merchantability (except as described above) or of fitness for a particular purpose.

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

### FOR USED VEHICLES ONLY

The Seller hereby warrants that this vehicle will be fit for the ordinary purposes for which the vehicle is used for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. You (the purchaser) will have to pay up to $25.00 for each of the first two repairs if the warranty is violated.

**ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE UNDER THOSE TERMS:**
**ATENCIÓN COMPRADOR: FIRME AQUÍ SOLAMENTE SI EL VENDEDOR LE HA DICHO QUE EL VEHÍCULO TIENE EL/LOS SIGUIENTE(S) PROBLEMA(S) Y QUE USTED ESTA DE ACUERDO EN COMPRAR EL VEHÍCULO BAJO ESTOS TÉRMINOS:**

1. __N/A__    2. __N/A__    3. __N/A__

| X __N/A__ | __N/A__ | X __N/A__ | __N/A__ |
|---|---|---|---|
| Buyer Signs | (Date) | Co-Buyer Signs | (Date) |

**SELLER'S RIGHTS IN ABSENCE OF CREDIT APPROVAL:**
(a) You agree to furnish us any documentation necessary to verify information contained in the credit application. (b) You acknowledge that it may take a few days for us to verify and assign this contract. In consideration of our agreeing to deliver the vehicle, you agree that if we are unable to assign the contract to any one of the financial institutions with which we regularly do business pursuant to terms of assignment acceptable to us, we may cancel this contract. (c) In the event we cancel this contract, we shall give you notice of the cancellation. Upon delivery of such notice, you shall immediately return the vehicle to us in the same condition as when sold reasonable wear and tear excepted. We agree, upon cancellation of this contract to restore to you all consideration we received in connection with this contract, including any trade-in vehicle. (d) In the event the vehicle is not immediately returned to us upon notice of our cancellation of this contract, you agree to pay and shall be liable to us for all expenses incurred by us in obtaining possession of the vehicle, including attorney's fees, and we shall have the right to repossess the vehicle with free right of entry wherever the vehicle may be found, as the law allows. (e) While the vehicle is in your possession, all terms of this contract, including those relating to use of the vehicle and insurance for the vehicle shall be in full force and all risk of loss or damage to the vehicle shall be assumed by you, you shall pay all reasonable repair costs related to any damage sustained by the vehicle while in your possession or control and until the vehicle is returned to us.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

| Buyer Signs X _(signature)_ | Co-Buyer Signs X _(signature)_ |
|---|---|

_Buyer Initials_ _(initials)_ _Buyer Initials_ _(initials)_

## GUARANTY

The undersigned, jointly and severally, guarantee payment of all amounts owing under this contract and the payment upon demand of the entire amount owing on this contract in the event of default in payment by Buyer named therein. The undersigned waives notice of performance, demands for performance, notice of non-performance, protests, notice of protests, notice of dishonor, notice of acceptance of this Guaranty, of any extensions in time of payment, of sale of any of the collateral and of all other notices to which the undersigned would be otherwise entitled by law and agrees to pay all amounts owing thereunder upon demand, without requiring any action or proceeding against Buyer, and specifically waives any right to require action against Buyer as provided in A.R.S. §§ 12-1641 *et seq*. The undersigned agree to deliver to Seller or, after assignment, to Assignee timely financial statements and any other information relating to the undersigned's financial condition as may be reasonably requested. The undersigned acknowledges receipt from the Seller, prior to signing below, of a separate "Notice to Cosigner."

| N/A | | N/A | |
|---|---|---|---|
| DATED AT | | GUARANTOR | |
| N/A | | N/A | |
| DATED AT | | GUARANTOR | |

Marital Community Property Joinder: The undersigned spouse of the Guarantor joins in the execution of this guaranty for the purpose of binding the marital property of the Guarantor, and the undersigned, in accordance with A.R.S. § 25-214 or other applicable law. THE UNDERSIGNED SPOUSE OF THE GUARANTOR ACKNOWLEDGES RECEIPT FROM THE SELLER, PRIOR TO SIGNING BELOW, OF A SEPARATE "NOTICE TO COSIGNER."

| N/A | |
|---|---|
| Date | Spouse of the Guarantor |

---

## ARBITRATION PROVISION

### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.

2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.

3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association (www.adr.org) or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

82489*1*LMDS-FI
05/17/2021   02:40 pm
LAW 553-AZ-ARB-eps-14 7/20 v1      Page 4 of 5

Buyer Initials [signature]   Buyer Initials [signature]

# EXHIBIT B

# ARIZONA CERTIFICATE OF TITLE

**ADOT**
**Motor Vehicle Division**
48-7200M R09/19  azdot.gov

0520221240

Inventory Control
08766825M

00002974

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 3C63RRPL6MG537343 | 2021 | RAM | 3500 | 1TPU |

Bezos Investments Express Trust
42080 W Anne Ln
Maricopa AZ 85138-8637

| Title Number | Issue Date | Odometer Reading (no tenths) | |
|---|---|---|---|
| A011325882 | 02/10/2023 | 30000 | Actual |
| Previous Title Number | State | Issue Date | |
| A011315010 | AZ | 02/09/2023 | |

Arizona Brands

Other States With Brands

Owners

Bezos Investments Express Trust          Owner
4240 S Arizona Ave                              Chandler               AZ          85248-4593

Lienholder(s) as of the print date and lien effective date. (Additional liens may exist. Check Vehicle Title Status on https://azmvdnow.az.gov to find all current liens.)

LIEN DATE:

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

# **EXHIBIT C**

ALLY FINANCIAL ET AL
Attn Payoff Dept
P.O. BOX 71119
Charlotte, NC 28272
US

ZZW1108A
4000000111 32/1



ANTHONY- LEO MONTEZ, BENEFICIARY
42080 W ANNE LANE
MARICOPA AZ 85138-8637

CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event 06/04/2023 | OMB No. 1545-1424 | **Cancellation of Debt** |
| --- | --- | --- | --- |
| ALLY FINANCIAL ET AL<br>Attn Payoff Dept<br>P.O. BOX 71119<br>Charlotte, NC 28272<br>US<br>Phone: 186-676-64622 | 2 Amount of debt discharged $ 123,663.00 | Form **1099-C**<br>(Rev. January 2022) | |
| | 3 Interest, if included in box 2 $ 0.00 | For calendar year 2023 | |
| CREDITOR'S TIN 38-0572512 | DEBTOR'S TIN XXX-XX-0492 | 4 Debt description Contractual Obligation | **Copy B**<br>**For Debtor** |
| DEBTOR'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code<br>ANTHONY- LEO MONTEZ, BENEFICIARY<br>42080 W ANNE LANE<br>MARICOPA, AZ 85138<br>US | | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction that it has not been reported. |
| Account number (see instructions) 826138227899 | | 6 Identifiable event code F | 7 Fair market value of property $ 123,663.00 | |

Form **1099-C** (Rev. 1-2022) (keep for your records)  www.irs.gov/Form1099C  Department of the Treasury - Internal Revenue Service

## Instructions for Debtor

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at www.irs.gov/Pub4681, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note:** If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099C.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023, or tax year

beginning 01 / 01 / 2023   ending 12 / 31 / 2023

## Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) $-123,663.00 | **14** | Self-employment earnings (loss) $-123,663.00 |
| **2** | Net rental real estate income (loss) | | |
| **3** | Other net rental income (loss) | **15** | Credits $123,663.00 |
| **4a** | Guaranteed payments for services | | |
| **4b** | Guaranteed payments for capital | **16** | Schedule K-3 is attached if checked ☐ |
| **4c** | Total guaranteed payments | **17** | Alternative minimum tax (AMT) items |
| **5** | Interest income | | |
| **6a** | Ordinary dividends | | |
| **6b** | Qualified dividends | **18** | Tax-exempt income and nondeductible expenses |
| **6c** | Dividend equivalents | | |
| **7** | Royalties | | |
| **8** | Net short-term capital gain (loss) | **19** | Distributions |
| **9a** | Net long-term capital gain (loss) | | |
| **9b** | Collectibles (28%) gain (loss) | **20** | Other information |
| **9c** | Unrecaptured section 1250 gain | | |
| **10** | Net section 1231 gain (loss) | | |
| **11** | Other income (loss) | | |
| **12** | Section 179 deduction | **21** | Foreign taxes paid or accrued |
| **13** | Other deductions | | |

### Part I — Information About the Partnership

**A** Partnership's employer identification number
38-0572512

**B** Partnership's name, address, city, state, and ZIP code
ALLY FINANCIAL, et al
P.O. BOX 71119
CHARLOTTE, NC 28272

**C** IRS center where partnership filed return: Internal Revenue Service Center, Ogden, UT 84409

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
XXX-XX-0492

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
ANTHONY- LEO MONTEZ, BENEFICIARY
42080 W ANNE LANE
MARICOPA, AZ 85138

**G** ☐ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☒ If the partner is a disregarded entity (DE), enter the partner's:
SSN/TIN 60-1220492   Name Anthony-Leo: Montez.

**I1** What type of entity is this partner? Sole Proprietor

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50 % | 50 % |
| Loss | 50 % | 50 % |
| Capital | 50 % | 50 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**K2** Check this box if item K1 includes liability amounts from lower-tier partnerships ☐

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . $
Capital contributed during the year . . $
Current year net income (loss) . . . $
Other increase (decrease) (attach explanation) $
Withdrawals and distributions . . . $( )
Ending capital account . . . . . . $

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☐ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . .
Ending . . . . .

| | |
|---|---|
| **22** ☐ More than one activity for at-risk purposes* | |
| **23** ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

# EXHIBIT D



 All complaints (.)

# 241120-17068401

**OPEN**

✓ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 11/20/2024 | Debt collection | Took or threatened to take negative or legal action |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

This is Deanna Ruiz, I am a party to this agreement and I have never been served nor have I ever received any correspondence from alleged creditor ALLY FINANCIAL, et al, in regards to debt collection on canceled debt. ALLY is in violation of contract law and many more. However, since we have an agreement with an arbitration clause in it I ask that any legal action being taken at this time be suspended, dismissed and or canceled. ALLY has no right to go above our agreement and file a suit when we should be in an arbitration case because from our agreement, superior court does not have jurisdiction over private contracts with arbitration clause, period. also not to mention that i have proof that Ally has filed a 1099-C cancellation of debt, with that said they legally cannot collect debt that's been canceled. this also creates a federal credit to them for forgiven the debt and helping with the national debt. These are plain FACTS that I'm speaking here on the record, there more fraudulent activity that's

happening here. When we went into our agreement I never
agreed to have Ally take my promissory note and acquired 9
times the amount that was so called loaned on the simple retail
sale contract thereof they never told me about all that extra
credits funded for me but never gave us access to said account.
This is called in clearings credit's, I request access to this account
with my in clearing credits are stored, until Ally picks them up via
form 1099-A abandoned, which were NOT i just didn't know that
at that time. ALLY NEVER GAVE ME FULL DISCLOSURE

**ATTACHMENTS**



IMG_1229.jpeg      IMG_1231.jpeg      IMG_1230.jpeg
(1.5 MB)            (2.2 MB)           (2.1 MB)

View full complaint ⊕

## Sent to company

**STATUS**
Sent to
company on
11/20/2024

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company still working



**STATUS**
Company
response is in
progress as of
11/21/2024

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

# **EXHIBIT E**



Anthony Montez,
42080 W. Anne Lane
Maricopa, AZ [85138]
(602) 461-2994
Anthonyleomontezestate@gmail.com

AMERICAN ARBITRATION ASSOCIATION
1101 Laurel Oak Road, Suite 100,
Voorhees, NJ 08043


**Anthony-Leo Montez, et al.**
**Petitioner,**

v.

**ALLY CAPITAL CORP., A Utah Corporation, et al.**
**Respondent,**

<h3 style="text-align:center;">IN THE <mark>AMERICAN ARBITRATION ASSOCIATION</mark></h3>


## PETITION TO THE AMERICAN ARBITRATION ASSOCIATION REGARDING BREACH OF ARBITRATION AGREEMENT AND REQUEST FOR DISCOVERY AND ACCOUNTING


## I. INTRODUCTION

Comes now the Petitioner, **Anthony Montez**, in propria persona, and hereby presents this formal petition to the American Arbitration Association (AAA) regarding the breach of the arbitration agreement by the opposing party, **ALLY CAPITAL CORP., et al.** By proceeding through court litigation without initiating arbitration, as required under the terms of the arbitration agreement, the Respondent has violated the agreement, and such breach cannot be cured. This petition also includes a request for discovery related to an "inclearings deposit" and a formal demand for accounting under the **Fair Debt Collection Practices Act (FDCPA)** and **Uniform Commercial Code (UCC) § 9-210**,

both of which entitle me to a full accounting of all transactions and collateral related to the dispute.

## II. STATEMENT OF FACTS

1. The Petitioner and Respondent entered into a contract which included a binding arbitration clause, explicitly requiring that any and all disputes arising under the contract be resolved through arbitration administered by the AAA.

2. The Respondent initiated court proceedings, violating the arbitration agreement, and in doing so, failed to comply with the terms set forth in the agreement, constituting a breach that is neither curable nor rectifiable given that the matter should have been brought to arbitration from the outset.

3. The Petitioner had an "inclearings deposit" of over $984,000 credited to an account in the Petitioner's name with the Respondent, but the Petitioner was denied access to the account and its related transactions, thereby preventing the Petitioner from securing vital financial information pertaining to this deposit.

4. An "inclearings deposit" is a banking transaction where funds are electronically cleared and deposited into a designated account, typically involving a check or similar financial instrument that has been processed by a clearinghouse. The funds are supposed to be made available to the account holder upon clearing. In this case, the Respondent failed to grant the Petitioner access to the funds, thereby violating the Petitioner's rights to due process and to an accurate accounting of the account's activity.

5. The Petitioner now invokes his rights under the **Fair Debt Collection Practices Act (FDCPA)** to dispute any debt associated with this account and requests full discovery in this arbitration, including all communications, accounting records, documents, and financial transactions relating to the inclearings deposit.

6. The Petitioner further invokes **Uniform Commercial Code (UCC) § 9-210**, which grants the right to demand a comprehensive accounting of all secured transactions, including a request for proper accounting of any and all collateral associated with the inclearings deposit. The Petitioner is entitled to a full and detailed statement of account and collateral under the UCC.

- o Copies of any agreements, loan documents, or other contracts related to the disputed debt.

- o A breakdown of any fees, charges, or interest applied to the account.

2. **Request for Accounting under UCC § 9-210:**
   The **Uniform Commercial Code (UCC) § 9-210** entitles the Petitioner to demand a complete and accurate accounting of all secured transactions and collateral associated with the inclearings deposit. Accordingly, the Petitioner requests the following:

   - o A detailed accounting of all transactions related to the account, including all debits, credits, deposits, and withdrawals.

   - o A full disclosure of any collateral that the Respondent holds in connection with the account and the inclearings deposit.

   - o A statement of all payments, interests, penalties, or other charges applied to the account.

   - o A comprehensive explanation of how the $984,000 inclearings deposit was handled and why access to the funds was denied.

3. **Petitioner's Right to Debt Dispute:**
   Under the **FDCPA**, the Petitioner has the right to dispute any debt associated with the account during arbitration. The Respondent's failure to provide accurate records, along with the denial of access to funds, constitutes grounds for disputing the debt in full.

4. **Respondent's Obligations under UCC Article 9:**
   As the secured party, the Respondent has an obligation under **UCC § 9-210** to provide the Petitioner with a complete accounting of all secured transactions, including any collateral that may be claimed. Failure to provide this information is a violation of the Petitioner's rights under the UCC.


## V. RELIEF REQUESTED

The Petitioner respectfully requests the following relief from the American Arbitration Association:

## III. BREACH OF THE ARBITRATION AGREEMENT

1. **Violation of the Arbitration Clause**:
   The Respondent's decision to proceed through court, bypassing the agreed arbitration process, constitutes a breach of the contract. In **Rent-A-Center, West, Inc. v. Jackson**, 561 U.S. 63 (2010),** the Supreme Court reaffirmed that arbitration agreements must be strictly enforced according to their terms, and failure to abide by the arbitration clause renders the other party liable for breach of contract.

2. **Irreparable Breach**:
   The breach of the arbitration agreement is not curable, as the Respondent was the party responsible for introducing the arbitration clause into the original contract and failed to abide by the same. In **AT&T Mobility LLC v. Concepcion**, 563 U.S. 333 (2011),** the Court held that arbitration agreements must be honored, and a party cannot seek judicial remedies when bound by a contractual arbitration clause.

3. **Arbitration Must Be Enforced**:
   Under **Federal Arbitration Act (FAA) § 2**, any arbitration agreement that is valid, irrevocable, and enforceable must be upheld, and the Respondent's failure to comply with the agreed terms directly undermines the agreement.


## IV. REQUEST FOR DISCOVERY AND ACCOUNTING

1. **Request for Discovery under FDCPA**:
   The **Fair Debt Collection Practices Act (FDCPA)** grants the Petitioner the right to request full discovery related to the debt and associated transactions. Specifically, the Petitioner requests the production of:

   o   All records related to the inclearings deposit of over $984,000, including any supporting financial documentation.

   o   All communications between the Respondent and any third-party financial institutions relating to the inclearings deposit.

   o   Any internal documentation or notes concerning the account in which the inclearings deposit was made.

1. An immediate stay of any further judicial proceedings initiated by the Respondent in violation of the arbitration agreement.
2. Full discovery in accordance with the **FDCPA** related to the inclearings deposit, including all associated records and communications.
3. A full and comprehensive accounting under **UCC § 9-210**, detailing all transactions and collateral related to the inclearings deposit.
4. A ruling from the AAA declaring that the Respondent's breach of the arbitration agreement is incurable and that the Respondent is barred from pursuing judicial action in lieu of arbitration.
5. Any other relief that the AAA deems just and equitable in this matter.

**Respectfully Presented,**

*Anthony-Lee: Montez*

**Anthony Montez, et al.**
**Debtor-in-Possession**
**All Rights Reserved.**
**With Prejudice. Without Recourse.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Petition to the American Arbitration Association** was served upon all parties of record by USPS on this 29th day of November, 2024.

**Anthony Montez,** et al.
Debtor-in-Possession
All Rights Reserved.
With Prejudice. Without Recourse.

ALLY CAPITAL CORPORATION, et al.
American Arbitration Association.