FORM VAN–094bk
REVISED 08/21/2024

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                         Case No.: 4:24–bk–09671–BMW

ANTHONY LEO MONTEZ            Chapter: 13
42080 W ANNE LANE
MARICOPA, AZ 85138
SSAN: xxx–xx–0492
EIN:

Debtor(s)

## ORDER RE: NON–PAYMENT OF REQUIRED FILING FEE,
## FEE MUST BE PAID WITHIN SEVEN DAYS

ANTHONY LEO MONTEZ has filed the following document without payment of the full filing fees:

- ☐ $34.00 Fee for filing an Amendment to the Mailing List or Debtors(s) Schedules of creditors, Schedule D, E or F. Amendments which incur the filing fee include; adding creditors, deleting creditors, or changing the amount or classification of a debt.

- ☑ $199.00 Fee for filing a Motion: for Relief from Stay; to Terminate, Annul, Condition or Modify the Stay; to Compel Abandonment; for Sale of Property; or to Withdraw the Reference of a Case or Proceeding.

- ☐ $15.00 Fee for a Creditor or Trustee filing a Motion to Convert a Chapter 11 Case to Chapter 7.

- ☐ $25.00 Fee for a Motion to Convert a Chapter 13 Case to Chapter 7.

- ☐ $60.00 Fee for a Motion to Convert a Chapter 12 Case to Chapter 7.

- ☐ $260.00 Fee for Chapter 7 cases for filing a Motion to Reopen a Closed Case.

- ☐ $235.00 Fee for Chapter 13 cases for filing a Motion to Reopen a Closed Case.

- ☐ $1167.00 Fee for Chapter 11 cases and for Chapter 15 cases for filing a Motion to Reopen a Closed Case.

- ☐ $28.00 Fee for filing a Motion to Redact or Notice of Redaction.

- ☐ **OTHER:**

– – – ORDER CONTINUES ON NEXT PAGE – – –

IT IS ORDERED that the document is filed, however, no further action will be taken by the court until the full filing fee has been paid.

IT IS FURTHER ORDERED that if the case trustee is the filing party that the document shall be deemed lodged, not filed, and that no further action shall be taken by the court until the trustee either pays the filing fee or files a statement that there are insufficient funds in the estate to pay the filing fee. The trustee shall then pay the filing fee as soon as estate funds are available.

Date: December 30, 2024     BY THE COURT

Address of the Bankruptcy Clerk's Office:  
U.S. Bankruptcy Court, Arizona  
38 S. Scott Avenue  
Tucson, AZ 85701–1704  
Telephone number: (520) 202–7500  
www.azb.uscourts.gov

**Honorable Brenda Moody Whinery**  
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

### NOTICE TO CUSTOMERS REGARDING PAYMENT
### OF FILING FEES

The Court accepts cashier's checks or money orders payable to Clerk, U.S. Bankruptcy Court. Payments must be made in person or by mail at the Phoenix or Tucson Clerk's Office locations. Personal checks <u>cannot</u> be accepted for payment of filing fees.

### NOTICE TO CUSTOMERS PRESENTING CHECKS FOR PAYMENT
### OTHER THAN FOR FILING FEES
### (In Person or By Mail)

When you provide a check as payment, you authorize us either to use information from your check to make a one–time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call 602–682–4215.

When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution. Upon notification of clearance, the check will be destroyed.

### NOTICE TO CUSTOMERS – PRIVACY ACT

A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available from the Federal Register at: http://federalregister.gov/documents/2003/02/04/03–2521/privacy–act–of–1974–as–amended–system–of–records, or call toll free at 1–866–945–7920 to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.