# Notice Recipients

District/Off: 0970−4    User: admin    Date Created: 12/30/2024
Case: 4:24−bk−09671−BMW    Form ID: van094bk    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     ANTHONY LEO MONTEZ     42080 W ANNE LANE     MARICOPA, AZ 85138

TOTAL: 1