**TIFFANY & BOSCO**
P.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant
24-08912-US-AZ

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 |
| Anthony Leo Montez | Case No. 4:24-bk-09671-BMW |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

  U.S. Bank National Association, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

  DATED this 17th day of January, 2025.

          Respectfully submitted,

          TIFFANY & BOSCO, P.A.

          By: /s/ Leonard J. McDonald #014228
            Mark S. Bosco
            Leonard J. McDonald
            Attorneys for Movant

| | |
|---|---|
| 1 | COPY of the foregoing mailed |
| 2 | January 17, 2025 to: |
| 3 | Anthony Leo Montez |
| 4 | 42080 W Anne Lane<br>Maricopa, AZ 85138 |
| 5 | Debtor |
| 6 | Dianne C. Kerns<br>31 N. 6th Avenue |
| 7 | #105-152<br>Tucson. AZ 85701 |
| 8 | Trustee |
| 9 | By: Julie Bush |