UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# MINUTE ENTRY ORDER

### Hearing Information

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Brenda Moody Whinery |
| Case Number: | 4:24-bk-09671-BMW |
| Debtor(s): | ANTHONY LEO MONTEZ |
| Chapter: | 13 |
| Date and Time: | 01/14/2025 11:00 AM |
| Location(s): | Videoconference |
| Courtroom Clerk: | Rebecca Volz |
| Electronic Court Recording Operator: | Wesley Stangret |

### Matter(s)

1. CHAPTER 13 CASE MANAGEMENT STATUS HEARING (SET ON THE COURT'S OWN MOTION)
R/M: 1 / 21

2. DEBTOR'S NOTICE AND PETITION TO HALT CREDITOR MISCONDUCT, EXTEND AUTOMATIC STAY, ADDRESS PROCEDURAL VIOLATIONS, AND CHALLENGE BAD-FAITH FORECLOSURE ACTIONS (SET ON THE COURT'S OWN MOTION)
R/M: 17 / 23

### Appearances

CRAIG MORRIS, REPRESENTING THE CHAPTER 13 TRUSTEE AND APPEARING BY VIDEOCONFERENCE
ANTHONY LEO MONTEZ, APPEARING BY VIDEOCONFERENCE

### Proceedings

ITEM 1: CHAPTER 13 CASE MANAGEMENT STATUS HEARING (SET ON THE COURT'S OWN MOTION)

ITEM 2: DEBTOR'S NOTICE AND PETITION TO HALT CREDITOR MISCONDUCT, EXTEND AUTOMATIC STAY, ADDRESS PROCEDURAL VIOLATIONS, AND CHALLENGE BAD-FAITH FORECLOSURE ACTIONS (SET ON THE COURT'S OWN MOTION)

**ITEM 1**
The Court notes that Mr. Montez is not present.

Mr. Morris provides a status update for the Court. It appears that Debtor may have filed to try to save his house. The mortgage creditor's claim indicates prepetition arrears totaling $32,978.86. Debtor's plan has not been proposed as a conduit plan but the plan does include the correct amount of mortgage arrears. No plan payments have been made yet, so the plan is in default.

Mr. Montez enters his appearance.

The Court states that it sets these case management status hearings to explain that it may be very difficult for Debtor to navigate a Chapter 13 without counsel.

COURT: THE COURT RECOMMENDS THAT 1) THE DEBTOR CONTACT THE COURT'S SELF-HELP CENTER, AT 520.202.7500, TO OBTAIN ASSISTANCE AND/OR 2) THE DEBTOR INVESTIGATE THE POSSIBILITY OF RETAINING COUNSEL.

Mr. Morris repeats his status update. The first plan payment was due on December 12, 2024. The second plan payment was due around January 12, 2025.

Mr. Montez argues that he received an extension for filing his Schedules etc.so no payments are due.

The Court states that the extension does not apply to plan payments.

Mr. Montez reports that his first payment will be in February. He recently obtained a second job so he will be able to catch up the payments.

COURT: IF THE PLAN PAYMENTS ARE NOT KEPT CURRENT, THEN THE TRUSTEE WILL FILE A MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS, AND THIS CASE MAY BE DISMISSED WITHOUT FURTHER HEARING.

Mr. Montez reports that he understands. He is also updating his Schedules to include the trust information as requested by the trustee.

**ITEM 2**
The Court asks what relief Debtor is seeking.

Mr. Montez states that he believes no action is needed now. He filed this case on an emergency basis to save his home.

The Court states that there is an appeal pending with respect to the dismissal of the Chapter 11 case (4:24-bk-05605-BMW). It is unclear whether an extension of the stay is necessary in this case because it is unclear if the Chapter 11 case was a business entity case or an individual case. If this case is a repeat individual filing, then an extension of the stay is needed.

COURT: IT IS THE POSITION OF THIS COURT THAT THE STAY IS IN EFFECT WITH RESPECT TO ALL CREDITORS PENDING FURTHER COURT ORDER.

**MOTION TO WITHDRAW THE REFERENCE (DE 39)**
Mr. Montez states that he paid the filing fees. He argues that the matters at issue are private non-core issues and should be handled by District Court.

The Court states that the matters at issue are core issues. If the fees have been paid, then the referral will be considered by District Court. This case will proceed in the ordinary course while the District Court makes its determination.

Mr. Montez reports that he understands.