1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                         **FOR THE DISTRICT OF ARIZONA**

8

9    IN THE MATTER OF:

10   Anthony Leo Montez,                          No. CV-25-00031-TUC-JCH

11                    Debtor.                     BK NO. 4:24-BK-09671-BMW

12   _____            ADV. NO. N/A

13                                               BAP No. N/A

14

15                                                 **NOTICE OF DOCKETING**
16                                                 **BANKRUPTCY MATTER**

17

18

19

20        **PLEASE TAKE NOTICE** that this action was filed in the United States District

21   Court in the above-entitled case on January 14, 2025.  All future documents in the

22   matter **MUST** bear the "CV" case identification number with the Bankruptcy

23   number  listed below; be captioned as indicated above; and be filed in the District Court

24   Clerk's Office, 405 W. Congress St., Tucson, Arizona 85701.

25        **COUNSEL ARE NOTIFIED** that if pleadings or papers are not properly titled,

26   numbered, and filed, they could be subject to rejection.

27   …

28   …

1       **COUNSEL ARE REMINDED** that these proceedings are governed by the Local

2 Rules of the District Court for the District of Arizona.

3       Dated this 23rd day of January, 2025.

4

5

6                         Debra D. Lucas
                        District Court Executive/Clerk of Court

7

8                         s/ B. Cortez

9 cc: all counsel        By   Case Admin Specialist
    USBC Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28