Craig Morris #011628
Mailing Address:
31 North 6th Avenue, Suite 105-152
Tucson, AZ 85701
TELEPHONE 520.544.9094
FACSIMILE 520.989-6269
MAIL@DCKTRUSTEE.COM

Attorney for Dianne C. Kerns, Chapter 13 Trustee

# In the United States Bankruptcy Court

# For the District Of Arizona

In re: Anthony Leo Montez )
) Chapter 13 Proceeding
)
Debtor ) Case No. 4:24-bk-09671-BMW
)
)

OBJECTION TO DEBTOR'S MOTION FOR STAY PENDING ADJUDICATION OR, IN THE ALTERNATIVE, MOTION FOR CONTINUANCE

Dianne Crandell Kerns, Chapter 13 Trustee enters this objection to Debtor's Motion for stay pending adjudication, or in the alternative, motion for continuance. Trustee contends that the pleading is not appropriate to the requirements of administering the Chapter 13 case.

The Trustee has requested documentation regarding property of the Debtor and the bankruptcy estate to determine the extent of property of the estate, a most basic requirement to administer a bankruptcy case. Debtor has an ongoing duty to cooperate with the Trustee in administering the case.

At present, the plan payments will not be sufficient to pay conduit mortgage payments on the substantially defaulted (prepetition) mortgage. Finally, the plan as proposed is greatly underfunded and is on its face unconfirmable.

Wherefore, Trustee asks that Debtor's motion be denied and that he be ordered to provide

Case 4:24-bk-09671-BMW Doc 59 Filed 02/14/25 Entered 02/14/25 11:24:59 Desc
Main Document Page 1 of 2

information that will allow Trustee to attain the necessary baseline to analyze for the basic administration of the case.

RESPECTFULLY SUBMITTED this 14th day of February 2025.

OFFICE OF THE CHAPTER 13 TRUSTEE
31 N. 6th Ave. #105-152
Tucson, AZ 85701

/s/ Craig Morris ASB# 011628
Craig Morris, Staff Attorney for
Dianne Crandell Kerns, Chapter 13 Trustee

A copy of the foregoing was filed with the
United States Bankruptcy Court and
a copy together with a receipt of filing
transmitted via electronic or first class
mail this 2/14/2025 to:

Anthony Leo Montez
42080 W. Anne Lane
Maricopa, AZ 85138
Debtor

By: CM