FILED USBC CLRK PHX
2025 FEB 14 PM3:47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

USBC CLRK PHX
FEB 14 PM3:47

**CASE NUMBER:** 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ **CHAPTER 13**
Debtor and Petitioner

## DEBTOR'S MOTION TO STRIKE TRUSTEE'S MOTION TO DISMISS AS VOID AND MOOT

## TABLE OF CONTENTS

1. TABLE OF AUTHORITIES ............................................................... 1
2. INTRODUCTION ...................................................................... 3
3. JURISDICTIONAL STATEMENT ................................................... 3
4. STATEMENT OF FACTS ............................................................ 3
5. LEGAL BASIS AND PRINCIPLES ................................................ 4
6. RELIEF REQUESTED ............................................................... 4
7. CERTIFICATION & VERIFICATION ............................................. 5

## Table of Authorities
## Case Law

1. Hagner v. United States, 285 U.S. 427 (1932) – A document or payment is deemed delivered upon proper mailing.

2. Rosenthal v. Walker, 111 U.S. 185 (1884) – An offer or obligation is considered accepted or performed when properly mailed.

3. Houston v. Lack, 487 U.S. 266 (1988) – The Mailbox Rule applies to legal documents and court filings, deeming them filed when dispatched.

4. Stern v. Marshall, 564 U.S. 462 (2011) – Bankruptcy courts lack constitutional authority over non-core matters without express consent.

1



5. Northern Pipeline Constr. Co. v. Marathon Pipe Line Co., 458 U.S. 50 (1982) – Bankruptcy courts cannot assume jurisdiction over matters pending withdrawal of reference.

6. Granfinanciera, S.A. v. Nordberg, 492 U.S. 33 (1989) – Article III adjudication is required for certain rights, and bankruptcy courts may not overstep.

7. Commodity Futures Trading Comm'n v. Schor, 478 U.S. 833 (1986) – Jurisdictional disputes defer authority to the District Court.

8. In re Bellingham Ins. Agency, Inc., 702 F.3d 553 (9th Cir. 2012) – A bankruptcy court must defer when jurisdiction is in question.

9. Johnson v. Home State Bank, 501 U.S. 78 (1991) – Bankruptcy protections and procedural fairness must be upheld.

10. In re Nash, 765 F.2d 1410 (9th Cir. 1985) – A single late payment does not warrant dismissal of a Chapter 13 case.

## Maxims of Law

1. "Quod ab initio non valet, in tractu temporis non convalescit." – That which is void from the beginning cannot be made valid by time.

2. "Lex non cogit ad impossibilia." – The law does not compel the impossible.

3. "Injuria non excusat injuriam." – A wrong does not excuse a wrong.

4. "Nullus commodum capere potest de injuria sua propria." – No one can take advantage of his own wrong.

5. "Salus populi suprema lex esto." – The welfare of the people shall be the supreme law.

6. "Lex semper intendit quod convenit rationi." – The law always intends what is agreeable to reason.

7. "Ejus est nolle, qui potest velle." – He who can will, can refuse to will.

## Statutes at Large

1. **28 U.S.C. § 157(d)** – Provides for withdrawal of non-core matters to District Court.

2. **11 U.S.C. § 105(a)** – Grants bankruptcy courts authority to issue necessary orders but does not extend beyond jurisdiction.

3. **11 U.S.C. § 1307(c)** – Dismissal must be for "cause," and minor delays do not constitute cause.

4. **12 Stat. 251 – Federal Reserve Act** – Defines lawful money and consumer rights in financial transactions.

5. **Judiciary Act of 1789, 1 Stat. 73** – Establishes original jurisdiction of federal courts.

6. **Securities Act of 1933, 48 Stat. 74** – Establishes legal protections for secured interests.

7. **Bankruptcy Act of 1898, 30 Stat. 544** – Historical foundation of bankruptcy protections and procedural fairness.

## INTRODUCTION

The Trustee's Motion to Dismiss is both void and moot. The Bankruptcy Court lacks jurisdiction over this case due to the pending Motion to Withdraw the Reference, which has been properly filed and remains pending before the United States District Court for the District of Arizona.

Furthermore, the payment that is the basis of the Trustee's Motion has already been made. This fact alone renders the motion moot and mandates its dismissal. The Mailbox Rule as established in Hagner v. United States, 285 U.S. 427 (1932) and Houston v. Lack, 487 U.S. 266 (1988) states that a payment is considered legally made when properly mailed, not when received.

The Trustee ignores constitutional limitations and due process in a blatant act of overreach.

## JURISDICTIONAL STATEMENT

The Bankruptcy Court lacks jurisdiction over this matter due to the pending Motion to Withdraw the Reference under 28 U.S.C. § 157(d). The Trustee's motion is thus legally void.

## STATEMENT OF FACTS

1. The Debtor filed for Chapter 13 bankruptcy in good faith and has complied with required payments.

2. The Debtor has already filed a Motion to Withdraw the Reference, which is pending before the District Court.

3. The Trustee's Motion to Dismiss is based on a claimed delinquency that does not exist, as payment has already been mailed.

4. The Mailbox Rule establishes that the payment is deemed made upon mailing, as held In Hagner v. United States, 285 U.S. 427 (1932) and Rosenthal v. Walker, 111 U.S. 185 (1884).

## LEGAL BASIS AND PRINCIPLES

A. The Bankruptcy Court Lacks Jurisdiction

- A pending Motion to Withdraw the Reference means that the Bankruptcy Court has no authority to proceed, as established in 28 U.S.C. § 157(d) and Stern v. Marshall, 564 U.S. 462 (2011).

B. The Trustee's Motion is Moot Under the Mailbox Rule

- Hagner v. United States, 285 U.S. 427 (1932) and Houston v. Lack, 487 U.S. 266 (1988) establish that documents and payments are legally effective upon mailing.

- The Trustee's claim is moot because the payment was properly mailed, satisfying all legal obligations.

C. The Trustee Cannot Enforce Electronic Payments

- No statute or case law requires electronic payments. The attempt to impose such requirements violates 12 Stat. 251 (Federal Reserve Act) and consumer rights under the Bankruptcy Act of 1898, 30 Stat. 544.

## RELIEF REQUESTED

WHEREFORE, the Debtor presents the following demands:

1. The Trustee's Motion to Dismiss be stricken from the record as void and moot.

2. The Bankruptcy Court cease all further action pending the ruling on the Motion to Withdraw the Reference.

2. An Order be issued declaring that the Debtor is not required to use electronic payment methods.

3. Any other relief the Court deems just and proper.

**ATTACHMENTS**

1. EXHIBIT A – Proof of Payment

**CERTIFICATION**

I, Anthony Montez, the undersigned petitioner in this case, do hereby certify that the foregoing document and accompanying statements are true and correct to the best of my knowledge and belief. This Motion has been prepared in accordance with all applicable laws and rules governing bankruptcy and district court proceedings.

I further certify that this petition is filed in good faith and that the facts and conclusions presented are supported by applicable statutes, case law, and evidence. The petitioner reserves all rights to amend or supplement this petition as necessary to address additional facts or legal issues that may arise during the course of this proceeding.

I declare under penalty of law that the foregoing is true and correct. Executed on this February 13, 2025, in the State of Arizona, pursuant to the Fourth Amendment of the Constitution of the United States of America.

Signed:

*Anthony-Leo Montez.*

Anthony Montez
All Rights Reserved.
With Prejudice. Without Recourse.

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion was served upon all parties of record by USPS Mail on this 13th day of February 2025:

- U.S. Trustee, Dianne C. Kerns

Signed:

*Anthony-Leo Montez.*

Anthony Montez
All Rights Reserved.
With Prejudice. Without Recourse.

# EXHIBIT A

:Anthony-Leo: Montez.
42080 W. Anne Lane
Maricopa, AZ [85138]
Anthonyleomontezestate@gmail.com

February 13, 2025

U.S. Trustee
Office of Dianne C. Kerns
PO Box 366
Memphis, TN 38101-0366

RE: Chapter 13 Bankruptcy – Monthly Plan Payments – Feb. 2025

Case#: 24-09671

To Whom It May Concern:

Enclosed you will find a money order in the amount of $~~549.60~~ AM $550.00, please apply as follows:

February 2025 – Monthly Plan Payment - $~~549.60~~ AM – $550.00

Payable to Dianne C. Kerns, U.S. Trustee for Case #24-09671 for Anthony Leo Montez.

Respectfully,

*:Anthony-Leo: Montez, Beneficiary.*

:Anthony-Leo: Montez.
Beneficiary



THIS DOCUMENT CONTAINS A TRUE WATERMARK • HOLD UP TO LIGHT TO VIEW

**Western Union**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado

Payable at Wells Fargo Bank Grand Junction • Downtown, N.A., Grand Junction, Colorado

MONEY ORDER

## FRYS FOOD STORE #672     19-570807901

A 728392 D 021325
T 1643 02
195708079018 L 000672

**$550.00**

PAY EXACTLY FIVE HUNDRED FIFTY DOLLARS AND NO CENTS

PAY TO THE ORDER OF  *Dianne C Kerns US trustee*     24 Feb 09671#

*42080 W. Anna Lane*

*Maricopa, AZ [85138]*     *Anthony Leo Monte*

PURCHASER'S SIGNATURE

PURCHASER WHO AGREES TO THE TERMS ON THE REVERSE

MOBILE DEPOSIT PROHIBITED

⑈102100400⑈ 40195708079018⑈

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com*

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage

Total Postage and Fees

Sent To *Dianne C Kerns US Tru...*

Street and Apt. No., or PO Box No. *Box 3620*

City, State, ZIP+4® *Memphis, TN 38101*

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instr...

7022 3330 0002 1291 9909

---

MONEY ORDER RECEIPT - NON NEGOTIABLE

*feb. 2025 payment*

AGT 728392 LOC 000672 DT 021325 $550.00 5HUNDRED50DOLLARS AND NO CENTS

Payable to:  *Dianne C Kerns US Trustee*

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE ENCLOSED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc, (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc, in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc, Denver, Colorado. For customer service, call 1-800-999-9660.



\* 1 9 5 7 0 8 0 7 9 0 1     \*

---

**UNITED STATES POSTAL SERVICE**

OCOTILLO
123 W CHANDLER HEIGHTS RD
CHANDLER, AZ 85248-9998
(800)275-8777

02/13/2025                    07:10 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.73 |

Memphis, TN 38101
Weight: 0.40 oz
Estimated Delivery Date
    Wed 02/19/2025
Tracking #:
    9507 1069 0421 5044 7720 53

Certified Mail®                      $4.85
Tracking #:
    70223330000212919909
e-Return Receipt                     $2.62
Total                                $8.20

Grand Total:                         $8.20

Credit Card Remit                    $8.20
Card Name: VISA
Account #: XXXXXXXXXXXX6124
Approval #: 043935
Transaction #: 085
Receipt #: ...

---



**Fry's FOOD STORES**  FRESH FOR EVERYONE

20797 N. JOHN WAYNE PARKWAY
(520)568-6200
Your cashier was Vedronica

MR    WU MO PRINCIPAL        550.00
MR    WU MO FEE                1.10
      VIP Customer        *******1906
SC    .10 OFF MONEY ORD         0.10-
      **** TAX                  0.00
      **** BALANCE            551.00
**EMV DECLINE***
US Common Debit Purchase
*********3750 - H
REF#:            TOTAL:  551.00
PURCHASE: 551.00   CASHBACK: 0.00
AID: A0000000980840
TC: 0527C58434EB94E0
US Common Debit Purchase
**********0473 - H
REF#: 019849       TOTAL:  551.00
PURCHASE: 551.00   CASHBACK: 0.00
AID: A0000000980840
TC: 0E8005FF4366D0A
VERIFIED BY PIN
      DEBIT               551.00
      CHANGE
                          551.00
TOTAL NUMBER OF ITEMS SOLD = ...

ANTHONY LEO MONTEZ
42080 W. Anne Lane
Maricopa, AZ [85138]
(602) 461-2994
AnthonyLeoMontezEstate@gmail.com
☐ Representing Self (No Attorney) or   ☐ Represented by Attorney
If Attorney, Bar Number: _____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In the Matter of:

:Anthony-L. Montez, et al.                    **CASE NUMBER: 4:24-bk-09671-BMW**
**Name of Petitioner**

**ORDER FOR MOTION TO STRIKE
TRUSTEE'S MOTION AS VOID AND
MOOT**

**HONORABLE:** BRENDA MOODY WHINERY

The Court having reviewed the "Motion to Strike Trustee's Motion as Void and Moot" and
good cause appearing,

**IT IS HEREBY ORDERED granting** "_____"

Other Orders: _____
_____
_____
_____
_____
_____

**DONE IN OPEN COURT** this _____ day of _____, 20 _____.

_____
JUDGE/COMMISIONER OF THE SUPERIOR COURT