# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ
Debtor and Petitioner

**CHAPTER 13**

# MOTION TO REMOVE TRUSTEE FOR CAUSE AND TO CEASE UNAUTHORIZED ADJUDICATION

## TABLE OF CONTENTS

I.   Table of Authorities

    A. Statutes at Large

    B. Maxims of Law

II.  Factual Background

III. Conclusions of Law

IV. Relief Requested

V.  Certification & Certificate of Service



FILED

MAR 1 9 2025

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## TABLE OF AUTHORITIES

### A. Statutes at Large:

1. Act of March 2, 1867, 14 Stat. 517 – Establishing federal judicial review procedures.

2. Act of June 25, 1948, 62 Stat. 869 – Reorganization of the federal judicial system.

3. Judiciary Act of 1789, 1 Stat. 73 – Foundational law establishing jurisdictional limits.

4. Bankruptcy Act of 1898, 30 Stat. 544 – Defining bankruptcy proceedings and jurisdiction.

5. Act of April 20, 1871, 17 Stat. 13 – Protecting constitutional rights against state encroachment.

6. Act of June 5, 1933, 48 Stat. 113 – Addressing obligations related to financial instruments.

7. Act of July 1, 1862, 12 Stat. 432 – Prohibiting government overreach in private contractual matters.

8. Act of March 3, 1875, 18 Stat. 470 – Expansion of federal court jurisdiction over equity cases.

9. Act of August 12, 1935, 49 Stat. 115 – Judicial limits on administrative actions.

10. Act of June 22, 1874, 18 Stat. 178 – Jurisdictional prohibitions on ex post facto legal applications.

11. Act of February 21, 1871, 16 Stat. 419 – Establishing corporate government structures within the U.S.

12. Act of July 17, 1862, 12 Stat. 589 – Presidential authority limitations in executive enforcement.

13. Act of April 25, 1866, 14 Stat. 27 – Prohibiting unconstitutional judicial takings of private property.

**B. Maxims of Law:**

1. A delegated authority cannot exceed the limits of the delegation.

2. He who acts fraudulently acts in vain.

3. A jurisdiction once lost cannot be reclaimed without legal authority.

2

4. Justice delayed is justice denied.

5. No one is bound to do what is impossible.

6. The law does not permit a person to take advantage of his own wrong.

7. The law does not suffer an absurdity.

8. He who does not deny, admits.

9. No one should suffer by the act of another.

10. One who grants, may revoke.

11. The burden of proof rests upon the one who affirms.

12. The law favors substance over form.

13. The judiciary exists to correct wrongs, not to perpetuate them.

## MOTION TO REMOVE TRUSTEE FOR CAUSE AND TO CEASE UNAUTHORIZED ADJUDICATION

COMES NOW the Debtor, Anthony Montez, in proper persona, and presents this motion requesting this Honorable Court to immediately remove the Chapter 13 Trustee, Dianne C. Kerns, for cause due to misconduct, breach of fiduciary duty, and unlawful adjudication of matters outside her jurisdiction.

The Trustee has acted dishonorably, beyond her lawful capacity, and in direct violation of legal procedure, necessitating immediate judicial intervention.

## FACTUAL BACKGROUND

1. The Debtor properly removed this case to the United States District Court, thereby divesting the Bankruptcy Court of jurisdiction over these proceedings.

2. The Bankruptcy Court, despite being divested of authority, has continued to allow the Trustee to act as though jurisdiction remains in place.

3. The Trustee has exceeded her legal authority by filing a motion to dismiss this case, despite the case being under the jurisdiction of the District Court.

4. The Trustee's actions constitute a willful violation of the principle of judicial integrity and demonstrate bias and lack of neutrality, which is inconsistent with her fiduciary obligations.

5. By continuing to administer this case, the Trustee is in direct violation of established legal precedents, showing an abuse of power and intentional disregard for the judicial hierarchy.

## CONCLUSIONS OF LAW

Once a case has been properly removed to District Court, the Bankruptcy Court no longer retains jurisdiction, and any further actions taken within its venue are without legal effect.

Any motion filed by the Trustee post-removal is void ab initio, as it was made without proper jurisdiction.

The Trustee has a fiduciary duty to act impartially and within the bounds of the law, yet her actions reflect a partisan attempt to interfere with the legal process, which is unlawful and warrants immediate removal.

The Trustee's failure to cease adjudicating this case post-removal constitutes not only misconduct but also an actionable violation requiring judicial reprimand.

## RELIEF REQUESTED

WHEREFORE, the Debtor presents this motion requesting that this Honorable Court:

1. Immediately remove the Trustee from this case for cause due to misconduct, dishonorable actions, and breach of fiduciary duty.

2. Cease all further adjudication of this matter in the Bankruptcy Court as jurisdiction has been divested.

3. Declare any actions taken by the Trustee post-removal to be void and without effect.

4. Grant any other relief that this Court deems just and proper in preserving the integrity of this judicial proceeding.

# CERTIFICATION

I, Anthony Montez, the undersigned petitioner in this case, do hereby certify that the foregoing document and accompanying statements are true and correct to the best of my knowledge and belief. This motion has been prepared in accordance with all applicable laws and rules governing bankruptcy and district court proceedings.

I further certify that this motion is filed in good faith and that the facts and conclusions presented are supported by applicable statutes, case law, and evidence. The petitioner reserves all rights to amend or supplement this motion as necessary to address additional facts or legal issues that may arise during the course of this proceeding.

I declare under penalty of law that the foregoing is true and correct. Executed on this March 19, 2025, in the State of Arizona, pursuant to the Fourth Amendment of the Constitution of the United States of America.

Signed: *Anthony-Leo: Montez Beneficiary.*

Anthony Montez
All Rights Reserved.
With Prejudice. Without Recourse.

---

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon all parties of record by USPS Mail on this 19th day of March 2025:

- U.S. Trustee, Dianne C. Kerns

Signed: *Anthony-Leo: Montez Beneficiary.*

Anthony Montez
All Rights Reserved.
With Prejudice. Without Recourse.