# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ ESTATE
Debtor-in-possession, et al.

**CHAPTER 13**

## MOTION FOR RULE 2004 EXAMINATION AND DOCUMENT PRODUCTION

NOW COMES the Debtor in Possession and respectfully requests this Court's authorization to serve a Rule 2004 subpoena for examination and document production directed to:

U.S. Bank

Ally Financial

### SCOPE AND PURPOSE

The scope of this request includes:

1. Examination of any party holding, transferring, servicing, or pledging a promissory note issued by Debtor;

2. Production of all documents evidencing:

- Custodial possession
- Federal Reserve Discount Window pledges
- Collateral forms under the BIC Program
- Assignments and UCC filings

1

- Securitization and accounting ledgers

## JUSTIFICATION

Rule 2004 grants wide authority to investigate any matter related to the administration of the estate. The Debtor asserts that the above-named parties have withheld federally relevant documents, thereby obstructing full disclosure and estate equity resolution.

## PRAYER FOR RELIEF

Debtor respectfully demands:

1. That the Court enter an Order approving the issuance of subpoenas for Rule 2004 Examination and Document Production.

2. That failure to comply result in appropriate sanctions and findings of default or obstruction.

Respectfully presented on the 26th of March 2025.

*:Anthony-Leo: Montez, Beneficiary.*

Anthony-Leo: Montez.
Debtor in Possession
On behalf of the ANTHONY LEO MONTEZ ESTATE
All Rights Reserved.
With Prejudice. Without Recourse.