ANTHONY LEO MONTEZ
42080 W. Anne Lane
Maricopa, AZ [85138]
(602) 461-2994
AnthonyLeoMontezEstate@gmail.com
☐ Representing Self (No Attorney) or ☐ Represented by Attorney
If Attorney, Bar Number: _____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In the Matter of:

:Anthony-L. Montez, et al.
**Name of Petitioner**

CASE NUMBER: 4:24-bk-09671-BMW

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION AND DOCUMENT PRODUCTION**

HONORABLE: BRENDA MOODY WHINERY

This matter having come before the Court upon the Motion for Rule 2004 Examination and Document Production filed by the Debtor in Possession, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. That the Motion is GRANTED in full.

2. That the Debtor in Possession, ANTHONY LEO MONTEZ, is authorized to issue and serve subpoenas upon the following parties:

    - U.S. Bank, et al.
    - Ally Financial, et al.

3. That said subpoenas shall command the production of the documents specified in the Motion and may include oral examination as necessary.

4. That the subpoenas shall be served in accordance with Bankruptcy Rule 9016 and Rule 45 of the Federal Rules of Civil Procedure.

5. That failure to comply may subject the recipients to contempt proceedings, sanctions, or other remedies available under law.

**DONE IN OPEN COURT** this _____ day of _____, 20 _____.

_____
JUDGE/COMMISIONER OF THE SUPERIOR COURT