ᔑ

FILED USBC CLRK PHX
2025 MAR 26 PM3:54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ ESTATE    **CHAPTER 13**
Debtor-in-possession, et al.

## SUBPOENA FOR RULE 2004 EXAMINATION AND DOCUMENT PRODUCTION

TO:
U.S. Bank, et al.
Ally Financial, et al.

YOU ARE COMMANDED pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to appear for examination and produce the following documents relating to the administration of the estate of the above-named Debtor.

DOCUMENTS REQUESTED

1. Original signed (wet-ink) promissory note issued by Debtor.

2. Documentation showing transfer, pledge, or reassignment of the note.

3. Any Discount Window collateral documentation.

4. Borrower-in-Custody pledge certifications or agreements.

5. Trust receipts or custodial delivery notices.

1

6. All UCC filings referencing the pledged note.

7. Ledgers or payment histories involving the Federal Reserve.

8. Evidence of current holder-in-due-course (if any).

9. Servicing contracts or power-of-attorney related to enforcement.

10. All interbank or governmental correspondence regarding the instrument.

FAILURE TO COMPLY may result in a motion for contempt and full judicial enforcement.

Respectfully presented on the 26th of March 2025.

*: Anthony-Leo: Montez, Beneficiary.*

Anthony-Leo: Montez.
Debtor in Possession
On behalf of the ANTHONY LEO MONTEZ ESTATE
All Rights Reserved.
With Prejudice. Without Recourse.