| | |
|---|---|
| 1 | **Dianne C. Kerns, #011557** |
| 2 | Mailing Address: |
|   | 31 North 6th Avenue #105-152 |
|   | Tucson, AZ 85701 |
| 3 | TELEPHONE 520.544.9094 |
|   | FACSIMILE 520.989.6269 |
|   | MAIL@DCKTRUSTEE.COM |
| 4 | Dianne Crandell Kerns, Chapter 13 Trustee |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | CHAPTER 13 PROCEEDINGS |
|---|---|
| ANTHONY LEO MONTEZ, | Case No. 4:24-bk-09671-BMW |
| Debtor. | **NOTICE OF WITHDRAWAL AS TRUSTEE FROM CASE AND REPORT AND ACCOUNT AS TRUSTEE** |

I, DIANNE CRANDELL KERNS, was appointed Trustee on November 12, 2024, and now believe that I will be unable to administer the estate due to a potential conflict of interest.

The Trustee reports that I have received plan payments totaling $2,749.20, of which $1,939.55 has been disbursed to US Bank NA as a conduit pursuant to the terms of the Plan of Reorganization filed on December 12, 2024, and the requirements of Local Rule 2084-4(b)(1) and (b)(3). The Trustee asks to be relieved as trustee and that a successor trustee be appointed. Trustee will transfer all undisbursed plan payments to the successor trustee once appointed.

///

///

RESPECTFULLY SUBMITTED this 6th day of May 2025.

OFFICE OF THE CHAPTER 13 TRUSTEE
31 North 6th Avenue #105-152
Tucson, AZ 85701

By /s/ DCK #011557
    Dianne C. Kerns, Chapter 13 Trustee