# TIFFANY & BOSCO
### P.A.
**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Anthony Leo Montez<br><br>Debtor.<br>_____<br>U.S. Bank National Association<br><br>Movant,<br>vs.<br><br>Anthony Leo Montez, Debtor; Edward J. Maney, Trustee.<br><br>Respondents. | Chapter 13<br><br>Case No. 4:24-bk-09671-BMW<br><br>**NOTICE OF STATUS HEARING**<br><br>(Related to Docket #41)<br><br>Hearing Date: August 14, 2025<br>Hearing Time: 10:45 am |

**NOTICE IS HEREBY GIVEN** that a Status Hearing, with respect to the DEBTOR'S OBJECTION TO 1) U.S. BANK'S CLAIM (CLAIM NO. 4) AND 2) ALLY FINANCIAL'S CLAIM (CLAIM NO. 8), has been set for **August 14, 2025 at 10:45 am** to be held via Videoconference.

This hearing will be held by Videoconference. The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, may be reviewed on the Court's website at: https://azb.uscourts.gov/videoconference-hearing-guidelines.

Any interested parties may appear via https://www.zoomgov.com/. **The hearing ID is 161 367 0806 and the passcode is 038137**. Alternatively, interested parties may access the hearing using the following link:

https://www.zoomgov.com/j/1613670806?pwd=xZrRUe4NO6OFjUJddDbHk2wHgheYlQ.1

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Dated this 18th day of June, 2025.

                                    TIFFANY & BOSCO, P.A.

                                    By: /s/ Leonard J. McDonald #014228
                                                Mark S. Bosco
                                                Leonard J. McDonald
                                                Attorney for Movant

| | |
|---|---|
| 1 | COPY of the foregoing mailed<br>This 18th day of June, 2025 to: |
| 2 | |
| 3 | Anthony Leo Montez<br>42080 W Anne Lane |
| 4 | Maricopa, AZ 85138<br>Debtor |
| 5 | |
| 6 | Edward J. Maney<br>101 N. First Ave. |
| 7 | Suite 1775<br>Phoenix, AZ 85003 |
| 8 | Trustee |
| 9 | Ally Capital<br>4515 N Santa Fe Ave. |
| 10 | Dept. APS<br>Oklahoma City, OK 73118 |
| 11 | |
| 12 | Michael Zdancewicz<br>Zdancewicz Law Firm PLC |
| 13 | PO Box 51826<br>Phoenix, AZ 85076-1826 |
| 14 | *Attorney for Ally Capital* |
| 15 | By: Julie Bush |