# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF ARIZONA

FILED USBC CLRK PHX
2025 JUL 9 AM 9:42

CASE NUMBER: 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ ESTATE

Sui Juris, Debtor and Petitioner, et al.

**CHAPTER 13**

## DEMAND FOR TRANSMITTAL OF CERTIFICATE OF RECORD AND IMMEDIATE EXECUTION OF WITHDRAWAL OF REFERENCE

To: THE CLERK OF THE BANKRUPTCY COURT:

Pursuant to 28 U.S.C. § 157(d), Fed. R. Bankr. P. 5011, and Fed. R. Civ. P. 83, Petitioner Anthony Leo Montez, appearing as Sui Juris, hereby demands the immediate transmittal of the Certificate of Record and all related pleadings in the above-captioned Chapter 13 proceeding to the United States District Court for the District of Arizona.

Petitioner previously filed a Motion to Withdraw the Reference of this proceeding to the U.S. District Court, along with payment of the required fee, thereby invoking the District Court's exclusive jurisdiction over non-core matters, private property rights, and all issues arising under the Federal Arbitration Act and constitutional law.

The continued retention and adjudication of this matter in Article I bankruptcy proceedings, despite a pending withdrawal and absence of jurisdictional consent, constitutes a violation of due process and exceeds statutory authority as affirmed in Stern v. Marshall, 564 U.S. 462 (2011).

Case 4:24-bk-09671-BMW    Doc 87    Filed 07/09/25    Entered 07/09/25 12:14:31    Desc
Main Document    Page 1 of 2

Accordingly, Petitioner demands:

1. The immediate issuance and certification of the full record;

2. The formal execution of the withdrawal of reference to the U.S. District Court;

3. That no further adjudication, enforcement, or recommendation take place in Bankruptcy Court on this matter pending District Court ruling.

Respectfully presented,

/s/ Anthony Leo Montez, Sui Juris
42080 W Anne Lane
Maricopa, Arizona 85138

Dated: July 9, 2025

*Anthony L Montez, Beneficiary*