ZDANCEWICZ LAW FIRM, PLC
Post Office Box 51826
Phoenix, Arizona 85076
Phone: (602) 900-0890
Fax: (602) 265-4391
Notice@ZLawAZ.com
Michael Zdancewicz - 12426

Attorney for Ally Financial and Ally Capital

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

In re:

Anthony Leo Montez,

Debtor.

Case No.: 4:24-bk-09671-BMW

**Chapter 13 Proceeding**

**RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM**

**Property Description:**
2021 Ram 3500 Mega Cab Limited Pickup 4D 6 1/3 ft VIN 3C63RRPL6MG537343

Ally Capital, incorrectly named as Ally Financial ("**Creditor**"), by and through the undersigned attorneys, hereby responds to the Debtor's Objection (Docket 41) to the Creditor's proof of claim (Claims Docket 8). The objection should be overruled. The following Memorandum of Points and Authorities supports this Objection.

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

**Factual Background**

1. On 17 May 2021, the Debtor Anthony Leo Montez and Co-debtor Deanna Marie Ruiz executed and entered into a Retail Installment Sale Contract with dealer Larry Miller Dodge which was subsequently sold and assigned to Creditor (hereafter the "**Contract**").

2. Repayment of all amounts due on the Contract is secured with the following described collateral: **2021 Ram 3500 Mega Cab Limited Pickup 4D 6 1/3 ft VIN 3C63RRPL6MG537343** (hereafter referred to as the **"Collateral"**). See **Exhibit A**: Contract.

3. Under the terms of the Contract, the Debtors granted to Creditor a purchase money security interest in the Collateral to secure the indebtedness evidenced by the Contract. Creditor designated its affiliate Ally Financial Inc. to act as its collateral agent and hold a security interest in the Collateral and appear as lienholder of record for Creditor's benefit. Creditor's security interest in the Collateral was perfected by filing a lien with the Arizona Department of Transportation.

4. The Creditor's lien was noted on the title. See **Exhibit B**: See Creditor's electronic lien records.

5. Creditor is the owner and holder of the Contract and the documents securing repayment of all amounts due.

6. On 17 July 2023, the Honorable Joseph R Georgini of the Pinal County Superior Court issued a Judgment. A copy of the Judgment is attached as **Exhibit C**.

7. The Judgment provided in relevant part:

> This matter came before the court on the Plaintiff's motion for summary judgment, filed May 3, 2023. The time has expired for the Defendants to respond, and pursuant to a request for summary disposition, filed July 5, 2023, the court treats the failure to respond as consent to granting the motion. Independently, the court finds that there are no disputed issues of material fact and that the Plaintiff is entitled to judgment as a matter of law. Specifically, the court finds that the Plaintiff holds a perfected purchase money security interest in and to that certain 2021 Ram 3500, VIN 3C63RRPL6MG537343 ("Vehicle") and is entitled to possession thereof as a consequence of the Defendants' breach of contract. Good cause appearing,

. . .

> the State of Arizona; and 4) directing Defendants to report the Vehicle as stolen, if the facts justify and warrant a probable cause belief that the Vehicle has been stolen or taken by a third party, and to cooperate with law enforcement and Plaintiff to locate and permit Plaintiff to recover the same or make an insurance claim as provided above.
>
> C. This judgment resolves all claims against all parties. This judgment is entered as a final judgment pursuant to Ariz. R.Civ. P. 54(c).

8. On 31 July 2025 the Debtor filed documents with this court. One of those documents located at docket 92 page 8-9 is a "Cancellation of Debt".

9. The Debtor's Objection to Creditor's Proof of Claim seeks disallowance of the claim based on a Form 1099-C filed in this case by the Debtor. The Form 1099-C *was not issued or authorized* by Creditor.

10. The Creditor has no information about how the alleged Form 1099-C was generated.

ALLY FINANCIAL ET AL
Attn Payoff Dept
P.O. BOX 71119
Charlotte, NC 28272
US

Presorted
First-Class Mail
U.S. Postage Paid
INFOSEND

IMPORTANT TAX RETURN DOCUMENT ENCLOSED

4000000111 32/1

ANTHONY- LEO MONTEZ, BENEFICIARY
42080 W ANNE LANE
MARICOPA AZ 85138-8637

008 JTFIZP1 85138

Case 4:24-bk-09671-BMW Doc 92 Filed 07/31/25 Entered 07/31/25 16:09:28 Desc Main Document Page 8 of 16

11. The return address on the envelope is 'ALLY FINANCIAL ET AL' and this is not a common name used by the Creditor.

12. An image of the 1099-C follows:

ALLY FINANCIAL ET AL
Attn Payoff Dept
P.O. BOX 71119
Charlotte, NC 28272
US

22M1108A
4000000111 32/1

ANTHONY- LEO MONTEZ, BENEFICIARY
42080 W ANNE LANE
MARICOPA AZ 85138-8637

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Date of identifiable event | OMB No. 1545-1424 | |
|---|---|---|---|---|
| ALLY FINANCIAL ET AL<br>Attn Payoff Dept<br>P.O. BOX 71119<br>Charlotte, NC 28272<br>US<br>Phone: 186-676-64622 | | 06/04/2023 | Form **1099-C**<br>(Rev. January 2022) | **Cancellation of Debt** |
| | | 2 Amount of debt discharged<br>$ 123,663.00 | For calendar year<br>2023 | |
| | | 3 Interest, if included in box 2<br>$ 0.00 | | |
| CREDITOR'S TIN<br>38-0572512 | DEBTOR'S TIN<br>XXX-XX-0492 | 4 Debt description<br>Contractual Obligation | | **Copy B For Debtor** |
| DEBTOR'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code<br>ANTHONY- LEO MONTEZ, BENEFICIARY<br>42080 W ANNE LANE<br>MARICOPA, AZ 85138<br>US | | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . ☐ | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Account number (see instructions)<br>826138227899 | | 6 Identifiable event code<br>F | 7 Fair market value of property<br>$ 123,663.00 | |

Form **1099-C** (Rev. 1-2022) (keep for your records) www.irs.gov/Form1099C Department of the Treasury - Internal Revenue Service

**Instructions for Debtor**

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at *www.irs.gov/Pub4681*, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note:** If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099C*.

**Free File Program.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

Case 4:24-bk-09671-BMW Doc 92 Filed 07/31/25 Entered 07/31/25 16:09:28 Desc Main Document Page 9 of 16

13. A document called a "*Notice of Lien Release*" was presented to the State of Arizona, Department of Transportation, Motor Vehicle Division on alleged Ally Financial letterhead. An image of the document follows.



Page 1

ally.

P.O. Box 380902
Bloomington, MN 55438-0902

Feb 5, 2023

Anthony Montez
Deanna Ruiz
42080 W Anne Ln
Maricopa, AZ 85138-8637

NOTICE OF LIEN RELEASE

RE: Notice of Lien Release

Agreement # 228028134934
Vehicle Description: 2021 Ram
VIN: 3C63RRPL6MG537343

To whom it may concern:

This letter is to inform you that Ally does not hold the title on the above described vehicle. The lien in favor of Ally has been satisfied and we hold no further interest in this vehicle.

Please be advised that Ally Financial formerly known as GMAC Inc, GMAC LLC, GMAC or General Motors Acceptance Corp, is the same entity as Ally Financial with the following taxpayer identification number 38-0572512.

Sincerely,

Title Services Representative
Ally Financial

ALLY FINANCIAL

Subscribe and sworn to me before me this 5th day of February, 2023

Notary Public

Contact Information: You can reach us by visiting ally.com/auto. Or call 888-925-5959

AMANDA S. DANDRIDGE NOTARY PUBLIC BALTIMORE CITY MARYLAND My Comm. Expires Dec 26 2023

254156-005706

14. The document purporting to be a "Notice of Lien Release" *was not issued or authorized* by the Creditor.

15. On 17 December 2024 the Debtor filed an *Arizona Certificate of Title* with this court at docket 37 page 11. An image of the *Arizona Certificate of Title* follows:

ARIZONA CERTIFICATE OF TITLE

ADOT
Motor Vehicle Division
48-7200M R09/19 azdot.gov

0520221240
00002974

Inventory Control
08766825M

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 3C63RRPL6MG537343 | 2021 | RAM | 3500 | 1TPU |

Bezos Investments Express Trust
42080 W Anne Ln
Maricopa AZ 85138-8637

Title Number: A011325882
Issue Date: 02/10/2023
Odometer Reading (no tenths): 30000 Actual
Previous Title Number: A011315010
State: AZ
Issue Date: 02/09/2023

Arizona Brands

Other States With Brands

Owners

Bezos Investments Express Trust — Owner
4240 S Arizona Ave, Chandler, AZ 85248-4593

Lienholder(s) as of the print date and lien effective date. (Additional liens may exist. Check Vehicle Title Status on https://azmvdnow.az.gov to find all current liens.)

LIEN DATE:

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

Case 4:24-bk-09671-BMW Doc 37 Filed 12/17/24 Entered 12/18/24 09:15:14 Desc Main Document Page 11 of 23

16. Creditor's lien is not reflected on the *Arizona Certificate of Title*.

17. The *Arizona Certificate of Title* reflects the owner to be *Bezos Investments Express Trust* with the same address of the Debtor.

18. The Creditor did not authorize the release of its lien.

19. The Creditor does not have information about how the *Bezos Investments Express Trust* became the title owner of the Collateral.

20. Documents have been filed in this case, and with the State of Arizona, Department of Transportation, Motor Vehicle Division. The documents are purportedly attributed to being generated by the Creditor.

21. The *Notice of Lien Release* appears to be fraudulent and was not authorized or executed by Creditor or its agents.

22. Creditor is, concurrently with the filing of this response, filing a Motion with this court to obtain stay relief, and/or to confirm the absence of the automatic stay, to authorize the Creditor to perform its own investigation, which would likely involve opening an investigation with the State of Arizona, Department of Transportation, Motor Vehicle Division, the Arizona State Attorney General's Office, and/or any other law enforcement agency, or agencies, regarding the issuance and submission to the State of Arizona of the "Notice of Lien Release", the issuance of the 1099-C that was filed in this case; and the submission of an application and issuance of the title relating to the Collateral that secured Creditor's lien, in favor of *Bezos Investments Express Trust*.

23. Additionally, the Creditor will seek to investigate the facts and circumstances regarding a Maryland notary public notarizing a document purportedly signed and issued by Creditor.

**Legal Standards**

The general common law rule regarding payment and burdens of proof subdivides into successive burdens. *In re Garvida*, 347 B.R. 697 (9th Cir BAP 2006). First, once there is a prima facie showing of an indebtedness or obligation to pay, the burden of proving the facts regarding payment is on the party who alleges payment, ordinarily the obligor or debtor. 70 C.J.S. Payment § 73 (collecting cases); 60 AM. JUR. 2D Payment § 116 (collecting cases). *In re Garvida*, 347 B.R. 697 (9th Cir BAP 2006).

The existence and enforceability of a debt to a creditor is governed by state law. 11 U.S.C. § 502(b)(1) (a claim cannot be allowed if it is not enforceable under state law). *In re Miller*, 292 B.R. 409, 412 (9th Cir. BAP 2003). A claim may not be denied for just any reason, but only for one of the reasons Congress has included in §502(b). *In re Taylor*, 289 B.R. 379 (Bankr. N.D. Ind. 2003). The Debtor's objection does not meet any of the exceptions under § 502(b) and does **"**nothing to undermine the prima facie validity of either the creditors' right to payment or the amount they say was due on the date of the petition**."** *In re Muller*, 479 B.R. 508 (Bankr. W.D. Ark. 2012) citing to *In re Taylor,* 289 B.R. at 385.

In determining allowance of claims, the Court "must find a basis in section 502 to disallow a claim, and absent such basis, we must allow it." *In re SNTL Corp.,* 571 F.3d 826, 838 (9th Cir. 2009); *In re Rodriguez,* 375 B.R. 535, 545 (9th Cir. BAP 2007), citing *Travelers*

*Cas. & Sur. Co. of Am. v. Pac. Gas & Elec. Co.,* 549 U.S. 443, 452, 127 S. Ct. 1199, 1206, 167 L. Ed. 2d 178 (2007) ("we generally presume that claims enforceable under applicable state law will be allowed unless they are expressly disallowed" under section 502).[1]

**Argument in Support of Overruling the Debtor's Objection**

The Debtor challenges the validity of the Creditor's claim by asserting that a debt cancellation occurred through the issuance of an IRS Form 1099-C. However, these assertions are unsupported by admissible evidence. The Creditor denies issuing a Form 1099-C with respect to this debt. The Debtor has not introduced any authenticated or admissible evidence establishing that the Creditor filed such a form. Without this threshold showing, the Debtor cannot meet his burden of proof to rebut the presumptive validity of the filed claim. The Debtor has failed to rebut this presumption with competent evidence showing that the debt has been paid, settled, or discharged.

For these reasons, the Debtor has not met his evidentiary burden, and the Court should overrule the objection in its entirety.

## CONCLUSION

For the reasons stated herein, Creditor submits the objection should be overruled.

/ / /

/ / /

---

[1] Creditor incorporates by reference, as if fully set forth herein, US Bank National Association's arguments on pages 3 and 4 of its response to the Debtor's Objection to the US Bank Proof of Claim.

Dated: 6 August 2025.

**Zdancewicz Law Firm, PLC**

By: /s/ Michael Zdancewicz (#012426)
Michael Zdancewicz
Post Office Box 51826
Phoenix, Arizona 85076
Attorney for Ally Financial and Ally Capital

**Certificate of Service**

I certify that on August 6, 2025, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available, otherwise by regular first-class mail:

Anthony Leo Montez
42080 W Anne Lane
Maricopa AZ 85138
**By United States Mail**

Deanna Marie Ruiz
42080 W Anne Lane
Maricopa AZ 85138
**By United States Mail**

By: Michael Zdancewicz



LAW 553-AZ-ARB-eps-14 7/20

Exhibit I

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| ANTHONY MONTEZ<br>42080 W ANNE LANE<br>MARICOPA, AZ 85138<br>COUNTY: MARICOPA | DEANNA MARIE RUIZ<br>42080 W ANNE LANE<br>MARICOPA, AZ 85138<br>COUNTY: MARICOPA | LARRY MILLER DODGE<br>8665 W BELL ROAD<br>PEORIA, AZ 85382-3704 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2021 | RAM 3500 | 4265 | 3C63RRPL6MG537343 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 9000.00 is |
|---|---|---|---|---|
| 6.59 % | $ 21140.42 | $ 93522.58 | $ 114663.00 | $ 123663.00 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | $ 1528.84 | MONTHLY beginning 07/01/2021 |
| N/A | $ N/A | N/A |
| N/A | | |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

## WARRANTIES

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, except as described above for used vehicles. Making no warranties means that the Seller is selling the vehicle as is – not expressly warranted or guaranteed and without any implied warranties of merchantability (except as described above) or of fitness for a particular purpose.**
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

## FOR USED VEHICLES ONLY

**The Seller hereby warrants that this vehicle will be fit for the ordinary purposes for which the vehicle is used for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. You (the purchaser) will have to pay up to $25.00 for each of the first two repairs if the warranty is violated.**

**ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS:**
**ATENCIÓN COMPRADOR: FIRME AQUÍ SOLAMENTE SI EL VENDEDOR LE HA DICHO QUE EL VEHÍCULO TIENE EL/LOS SIGUIENTE(S) PROBLEMA(S) Y QUE USTED ESTÁ DE ACUERDO EN COMPRAR EL VEHÍCULO BAJO ESTOS TÉRMINOS:**

1. N/A 2. N/A 3. N/A

X N/A N/A X N/A N/A
**Buyer Signs (Date) Co-Buyer Signs (Date)**

**SELLER'S RIGHTS IN ABSENCE OF CREDIT APPROVAL:**
(a) You agree to furnish us any documentation necessary to verify information contained in the credit application. (b) You acknowledge that it may take a few days for us to verify your credit and assign this contract. In consideration of our agreeing to deliver the vehicle, you agree that if we are unable to assign the contract to any one of the financial institutions with which we regularly do business pursuant to terms of assignment acceptable to us, we may cancel this contract. (c) In the event we cancel this contract, we shall give you notice of the cancellation. Upon delivery of such notice, you shall immediately return the vehicle to us in the same condition as when sold reasonable wear and tear excepted. We agree, upon cancellation of this contract to restore to you all consideration we received in connection with this contract, including any trade-in vehicle. (d) In the event the vehicle is not immediately returned to us upon notice of our cancellation of this contract, you agree to pay and shall be liable to us for all expenses incurred by us in obtaining possession of the vehicle, including attorney's fees, and we shall have the right to repossess the vehicle with free right of entry wherever the vehicle may be found, as the law allows. (e) While the vehicle is in your possession, all terms of this contract, including those relating to use of the vehicle and insurance for the vehicle shall be in full force and all risk of loss or damage in the vehicle shall be assumed by you, you shall pay all reasonable repair costs related to any damage sustained by the vehicle while in your possession or control of and until the vehicle is returned to us.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 4 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X Co-Buyer Signs X

Case 4:24-bk-09671-BMW Doc 93 Filed 08/06/25 Entered 08/06/25 11:29:31 Desc Main Document Page 12 of 19

Non-Authoritative Copy

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price

| | | |
|---|---|---|
| A Cash Price of Motor Vehicle (including accessories, services) | $ 84399.00 | |
| B Sales Tax | $ 7155.30 | |
| C Prior Credit or Lease Balance paid to N/A | $ 0.00 | |
| D Other Documentary Fee | $ 499.00 | |
| E Other N/A | $ N/A | |
| F Other N/A | $ N/A | |
| G Other N/A | $ N/A | |
| H Other N/A | $ N/A | |
| Total Cash Price (A through H) | $ 92053.30 | (1) |

2 Total Downpayment =

Trade-In N/A
(Year) (Make) (Model)

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ N/A | |
| Less Pay Off Made By Seller to N/A | $ N/A | |
| Equals Net Trade In | $ N/A | |
| + Cash | $ 9000.00 | |
| + Other | $ N/A | |
| + Other N/A | $ N/A | |
| + Other N/A | $ N/A | |
| (If total downpayment is negative, enter "0" and see prior credit or lease balance, item 1C, above) | $ 9000.00 | (2) |

3 Unpaid Balance of Cash Price (1 minus 2) $ 83053.30 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
Life $ N/A
Disability $ N/A $ N/A

B Other Optional Insurance Paid to Insurance Company or Companies $ N/A

C Optional Gap Contract $ N/A

D Official Fees Paid to Government Agencies $ N/A

E Government Taxes Not Included in Cash Price $ N/A

F Government License and/or Registration Fees
N/A
REG-PSF / Lieu Fee / Postage Fee $ 1577.28

G Government Certificate of Title Fees $ 4.00

H Other Charges (Seller must identify who is paid and describe purpose)

| to | for | Amount |
|---|---|---|
| to TOTAL CARE AUTO VSC | for Ext Service Contract | $ 3588.00 |
| to TOTAL CARE AUTO | for TCA T&W | $ 1127.00 |
| to N/A | for N/A | $ N/A |
| to TOTAL CARE AUTO | for MAINT CONTRACT | $ 230.00 |
| to LARRY MILLER DODGE | for Tire Fee | $ 5.00 |
| to TOTAL CARE AUTO | for DRIVE PUR | $ 499.00 |
| to TOTAL AUTO CARE | for KEY REPLACEMENT | $ 700.00 |
| to TOTAL CARE AUTO | for VTA | $ 499.00 |
| to TOTAL CARE AUTO | for APPEARANCE PROTECTION | $ 1540.00 |
| to TOTAL CARE AUTO | for PAINTLESS DENT REPAIR | $ 700.00 |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf $ 10469.28 (4)

5 Amount Financed (3 + 4) $ 93522.58 (5)

If the "Amount Financed" exceeds $58,300 or if the motor vehicle is primarily for commercial use, the "Amount Financed" is also the "Final Cash Price Balance" and the "Total of Payments" is also the "Time Balance".

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ N/A
Credit Disability $ N/A

Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A Type of Insurance N/A Term
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

☐ N/A Type of Insurance N/A Term
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A Buyer Signature N/A Date

X N/A Co-Buyer Signature N/A Date

**Returned Check Charge:** You agree to pay a charge of $25.00, plus actual charges assessed by a financial institution, if any check you give us is dishonored.

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A, Year N/A. SELLER'S INITIALS N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. N/A Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X N/A

## OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed with a day counted as 1/365th of a year (or 1/366th in a leap year).

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:

- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we will subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:

- You do not pay any payment on time;
- You give us false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **Debtor's Liability for Failure to Return Vehicle:** If you are in default, we may send you a notice of default. It is unlawful to fail to return a motor vehicle subject to a security interest within 30 days after receiving notice of default. A notice of default may be mailed to the address on the contract. It is your responsibility to keep the listed address current. Unlawful failure to return a motor vehicle subject to a security interest is a class 6 felony. Assuming there are no aggravating circumstances, and you have no prior felony convictions, the maximum penalty is 1.5 years in prison and a $150,000 fine.

d. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. You will also pay any reasonable collection costs we incur as the law allows.

e. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

f. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

g. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

h. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**5. SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**6. APPLICABLE LAW**
Federal law and the law of the state of Arizona apply to this contract.

## GUARANTY

The undersigned, jointly and severally, guarantee payment of all amounts owing under this contract and the payment upon demand of the entire amount owing on this contract in the event of default in payment by Buyer named therein. The undersigned waives notice of performance, demands for performance, notice of non-performance, protests, notice of protests, notice of dishonor, notice of acceptance of this Guaranty, of any extensions in time of payment, of sale of any of the collateral and of all other notices to which the undersigned would be otherwise entitled by law and agrees to pay all amounts owing thereunder upon demand, without requiring any action or proceeding against Buyer, and specifically waives any right to require action against Buyer as provided in A.R.S. §§ 12-1641 *et seq.* The undersigned agree to deliver to Seller or, after assignment, to Assignee timely financial statements and any other information relating to the undersigned's financial condition as may be reasonably requested. The undersigned acknowledges receipt from the Seller, prior to signing below, of a separate "Notice to Cosigner."

N/A — DATED AT    N/A — GUARANTOR

N/A — DATED AT    N/A — GUARANTOR

Marital Community Property Joinder: The undersigned spouse of the Guarantor joins in the execution of this guaranty for the purpose of binding the marital property of the Guarantor, and the undersigned, in accordance with A.R.S. § 25-214 or other applicable law. THE UNDERSIGNED SPOUSE OF THE GUARANTOR ACKNOWLEDGES RECEIPT FROM THE SELLER, PRIOR TO SIGNING BELOW, OF A SEPARATE "NOTICE TO COSIGNER."

N/A — Date    N/A — Spouse of the Guarantor

## ARBITRATION PROVISION

### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association (www.adr.org) or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

☐ IF THE BOX IS CHECKED, THIS CONTRACT IS SUBJECT TO A BROKER FEE PAID BY THE SELLER TO N/A.

**NO COOLING OFF PERIOD**

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**You acknowledge an express intent to grant a security interest in the vehicle and hereby waive and abandon all personal property exemptions granted upon the vehicle, which is the subject of this contract. NOTICE: BY GIVING US A SECURITY INTEREST IN THE VEHICLE, YOU WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM SUCH PROPERTY EXEMPT FROM PROCESS.**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X Co-Buyer Signs X
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**NOTICE TO THE BUYER: (1) Do not sign this contract before you read it or if it contains any blank spaces. (2) You are entitled to an exact copy of the contract you sign.**

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**YOU ACKNOWLEDGE THAT YOU HAVE READ ALL PAGES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON PAGE 4, BEFORE SIGNING BELOW.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

**ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE LIABILITY COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

**The Arizona Department of Insurance and Financial Institutions regulates the Seller and can be contacted at 100 N 15th Avenue, Suite 261, Phoenix, AZ 85007-2630, [redacted], if you have any complaints concerning this contract.**

X ______ 05/17/2021
**Buyer Signs** **Date**

X ______ 05/17/2021
**Co-Buyer Signs** **Date**

ANTHONY MONTEZ
**Buyer Printed Name**

DEANNA MARIE RUIZ
**Co-Buyer Printed Name**

X LARRY MILLER DODGE 05/17/2021
**Seller Signs** **Date**

By X ______ BUSINESS MGR
**Title**

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A Title N/A

**SEE THE REST OF THIS CONTRACT FOR OTHER IMPORTANT TERMS AND AGREEMENTS.**

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X N/A Date N/A Address N/A

Seller assigns its interest in this contract to ALLY FINANCIAL (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse
Seller
By X LARRY MILLER DODGE Title BUS MGR

Exhibit 2

PDP ELECTRONIC TITLE DOCUMENT

```
ELT*AZ     : ELT - ARIZONA
Title #: [redacted]                                Title Type :
Issue Date:   6/04/2021                   Lic/Tag/Control #:

VIN . . . . . . . :   3C63RRPL6MG537343

Vehicle Info.  . :   2021 RAM 3500 3500

Odometer Reading :   4265
         Date  . :
         Status  :

Owner Information . :   ANTHONY MONTEZ
Co-Owner . . . . . . :   DEANNA MARIE RUIZ

Owner address . . . :   42080 W ANNE LN

                        MARICOPA
                        AZ    851388637

Lienholder Information: ALLY FINANCIAL
                        PO BOX 8127

                        COCKEYSVILLE
                        MD    210308127

2nd Lienholder Name    :

ELT Sent Date . . . . :    5/14/2021
Lien Type . . . . . . . :
Owner Driver License# :

Brand code . . . . :

Release name . . . :
Release address 1  :
Rel City/State/Zip :    ,
```

FILED
Rebecca Padilla
CLERK, SUPERIOR COURT
07/17/2023 11:16AM
BY: RPERRONE
DEPUTY

Ryan J. Lorenz - #019878
Daniel P. Thiel - #035831
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
Email: rlorenz@clarkhill.com
dthiel@clarkhill.com
*Attorneys for Plaintiff Ally Capital Corp.*

Exhibit 3

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF PINAL**

ALLY CAPITAL CORP., a Utah corporation,

Plaintiff,

vs.

ANTHONY MONTEZ and JANE DOE MONTEZ, husband and wife; DEANNA M. RUIZ and JOHN DOE RUIZ, wife and husband,

Defendants.

NO. S1100CV202300231

**JUDGMENT**

(Assigned to Hon. Joseph R. Georgini)

This matter came before the court on the Plaintiff's motion for summary judgment, filed May 3, 2023. The time has expired for the Defendants to respond, and pursuant to a request for summary disposition, filed July 5, 2023, the court treats the failure to respond as consent to granting the motion. Independently, the court finds that there are no disputed issues of material fact and that the Plaintiff is entitled to judgment as a matter of law. Specifically, the court finds that the Plaintiff holds a perfected purchase money security interest in and to that certain 2021 Ram 3500, VIN 3C63RRPL6MG537343 ("Vehicle") and is entitled to possession thereof as a consequence of the Defendants' breach of contract. Good cause appearing,

**IT IS ORDERED, ADJUDGED AND DECREED**, as follows:

The Court further enters the following judgment in favor of Plaintiff and against Defendant Anthony Montez ("Montez"):

A. Awarding Plaintiff the principal sum of $80,995.40, plus finance charges of $2,231.03, late charges of $534.70, and finance charges continuing to accrue at the rate of 6.59% per annum on the principal from December 29, 2022, until paid in full.

B. Directing Defendants to: 1) surrender or deliver the Vehicle to Plaintiff or its duly authorized representatives and/or agents; 2) provide Plaintiff with insurance information in the event the Vehicle is lost, stolen, or is a total loss from damage such that Plaintiff can make a claim on a policy of insurance for the same, if applicable; 3) recover the Vehicle from any third parties and to comply with highway and traffic laws in operating or delivering the Vehicle in accordance with this judgment, particularly laws requiring maintenance of minimum liability insurance coverage in the State of Arizona; and 4) directing Defendants to report the Vehicle as stolen, if the facts justify and warrant a probable cause belief that the Vehicle has been stolen or taken by a third party, and to cooperate with law enforcement and Plaintiff to locate and permit Plaintiff to recover the same or make an insurance claim as provided above.

C. This judgment resolves all claims against all parties. This judgment is entered as a final judgment pursuant to Ariz. R.Civ. P. 54(c).

eSigned by THE HON JOSEPH R GEORGINI, 07/17/2023 11:15:52 4G-9bJK7