# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# – TUCSON DIVISION –

FILED USBC CLRK PHX
2025 AUG 13 PM 12:54

**In re:** Anthony Leo Montez, Sui Juris
Debtor,

**Case No.: 4-24-bk-09671-BMW**
**Chapter 13**

---

## SUPPLEMENT TO OBJECTION TO PROOF OF CLAIMS OF ALLEGED CREDITORS, U.S. BANK, N.A. AND ALLY FINANCIAL, INC.
### (Demand to Disallow False Claims on Estate, Compel Full Discovery, and Determine Invalidity of Creditor's Standing)
### – Reply to Creditors Response –

---

**TO THE HONORABLE JUDGE OF THE COURT:**

1. Comes now ANTHONY LEO MONTEZ, a living man, Sui Juris, the Debtor in this proceeding, and presents this Supplement in lawful challenge to the Proofs of Claim filed by U.S. BANK, N.A. and ALLY FINANCIAL INC., based on evidentiary defects, statutory violations, lack of jurisdiction, and failure to demonstrate legal standing or lawful consideration. This is presented under full commercial liability and under penalty of Law.

2. The creditors' claims are defective on their face. They lack lawful evidence of indebtedness, fail to present accounting ledgers or monetary trail, and rely instead on assumptions, credit entries, and legal abstractions unsupported by hard documentation. These constitute false claims on the Debtor's estate. The

Debtor affirms duty to protect said estate, a duty shared by the Court-appointed trustee.

## I. LEGAL BASIS FOR THIS SUPPLEMENT

3. Under Federal Rule of Bankruptcy Procedure 3007, the Debtor has objected to Claim No. 4 filed by U.S. BANK, N.A. and the corresponding claim filed by ALLY FINANCIAL INC. Pursuant to Rule 3001(f), the burden now shifts to the creditors to prove standing, ownership of the debt, and lawful basis for the alleged obligation.

4. The following Exhibits are presented with this Supplement:

- **Exhibit A** – Subpoena Duces Tecum (with Attachment A), demanding production of key financial and regulatory documents pursuant to Rule 45 and Federal Reserve Operating Circular No. 10

- **Exhibit B** – UCC-11 Search confirming no perfected lien recorded by ALLY FINANCIAL INC.

- **Exhibit C** – Clean and lien-free title to vehicle in trust.

- **Exhibit D** – Right of Rescission served under 15 U.S.C. § 1635 and supporting affidavit with proof of delivery.

- **Exhibit E** – Copy of retail installment contract showing arbitration clause prohibiting Superior Court litigation.

## II. GROUNDS FOR OBJECTION TO CLAIMS

5. The IRS Form 1099-C proves that the debt in question was canceled by U.S. BANK, N.A., and is no longer enforceable.

6. The IRS K-1 reveals financial benefit to the creditor, indicating the note has already been monetized, securitized, and/or satisfied, invalidating their claim.

7. The contract signed with ALLY FINANCIAL INC. includes a binding arbitration clause which removes jurisdiction from State Court. The creditor's action to obtain a default judgment in violation of the arbitration clause renders the judgment void ab initio.

8. The Right of Rescission under 15 U.S.C. § 1635 was lawfully served prior to creditor action. Failure to rebut or honor said rescission nullifies the underlying contract.

9. The UCC-11 lien search and lien-free title demonstrate no perfected lien exists in favor of ALLY FINANCIAL INC., voiding any alleged secured claim.

10. Both creditors have failed to produce original promissory notes, UCC-1 filings, discount window transaction records, or borrower-in-custody documentation required by law.

## III. MAXIMS OF LAW AND STATUTORY GROUNDS

- *He who demands must prove.*
- *Falsus in uno, falsus in omnibus.*
- *Lex non cogit ad impossibilia* – The law compels not impossibilities.
- 26 U.S.C. § 6050P – Discharge of indebtedness
- UCC §§ 3-501, 9-310, 9-513 – Negotiable instruments and collateral rights
- 15 U.S.C. § 1635 – Right of rescission under TILA
- Federal Reserve OC-10 Sections 7, 9, and 12.3
- GAAP and FDIC accounting standards on pledged collateral and securitization

## IV. RELIEF DEMANDED

11. Petitioner respectfully demands that:

- All claims by U.S. BANK, N.A. and ALLY FINANCIAL INC. be DISALLOWED unless full production and validation of the debt is presented;
- This Court enforce the Subpoena Duces Tecum to compel document production;
- Full evidentiary hearing be granted prior to any determination;
- Discovery be opened immediately to support Petitioner's objections;
- All rights be preserved pending jurisdictional ruling by the U.S. District Court under 28 U.S.C. § 157(d).

**VERIFICATION**

I, ANTHONY LEO MONTEZ, hereby declare under penalty of Law that the foregoing is true, correct, and complete to the best of My firsthand knowledge and belief.


Presented this day: August 14, 2025
Respectfully presented,


**ANTHONY LEO MONTEZ, Sui Juris**
42080 West Anne Lane
Maricopa, Arizona 85138

Signature: _Anthony-Leo: Montez, Beneficiary._

# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA
# - TUCSON DIVISION -

CASE NUMBER: 04:24-bk-09671-BMW

IN RE: Anthony Leo Montez, et al.

**CHAPTER 13**

Sui Juris.

## ATTACHEMENT TO SUBPOENA DUCES TECUM
## RECORDS DEMAND PURSUANT TO BORROWER-IN-CUSTODY
## PROGRAM

**LEGAL AUTHORITY:**

This subpoena and records demand is issued pursuant to 12 U.S.C. § 248(g), the Federal Reserve Act of March 9, 1933, Federal Reserve Operating Circular No. 10 (OC-10), Uniform Commercial Code Articles 3 and 9, and well-established principles of agency law. U.S. Bank National Association and Ally Financial Inc., having acted as custodians and agents of the Federal Reserve System in connection with borrower-collateralized instruments, are required by law to disclose the following non-privileged records to the borrower upon demand.

**COMPLIANCE REQUIREMENT:**

If any requested item is not in the possession, custody, or control of the responding party, a written certification must be provided stating:

(a) The specific reason for non-production

(b) When and how the borrower was previously notified of its non-possession

(c) The name, title, and contact information of the custodian responsible for the determination

**DOCUMENTS TO BE PRODUCED:**

1. UCC-1 Financing Statement filed with the Secretary of State identifying the borrower's promissory note as pledged collateral under the BIC program. (UCC § 9-310)

2. BIC Pledge Transmittal Form identifying the borrower's promissory note by loan number, date, and pledged amount. (Federal Reserve Regulation A; OC-10 § 7)

3. Original Promissory Note or certified copy with chain of custody. (UCC § 3-501)

4. BIC Collateral Certification Form verifying eligibility of the borrower's instrument for pledge. (FRB Operating Procedure 3-7(A))

5. Margin Calculation Worksheet showing overcollateralization applied to the borrower's note. (12 CFR § 201.108)

6. Discount Window Transaction Record including date, amount, and credit terms issued against the pledged note. (12 CFR § 201.4(d))

7. ALLL (Allowance for Loan and Lease Losses) accounting ledger entry. (12 CFR § 208.127)

8. IRS Form 1099-C or equivalent debt discharge documentation. (26 USC § 6050P; 26 CFR § 1.6050P-1)

9. Internal ledger entries showing conversion of borrower's note from receivable to asset. (12 CFR § 217.32)

10. Power of Attorney or Agency Agreement authorizing pledge of borrower's asset. (OC-10 § 12.3; agency law)

11. Complete set of Executed OC-10 documents including:

       Letter of Agreement

       OC-10 Certificate

       Authorizing Resolutions

       Official Authorization List

12. Audit Report or inspection verification issued by the Federal Reserve or internal compliance confirming collateral treatment. (12 CFR § 208.24)

13. Records of disbursement of funds or credits arising from the pledge, including deposit amounts, account numbers, and named recipients. (31 CFR § 1020.320)

14. Borrower's signed authorization (if any) for deposit of funds into third-party accounts. (UCC § 4-401)

15. Collateral Release Documentation showing discharge, withdrawal, or termination of pledge. (UCC § 9-513; OC-10 § 9)

**CERTIFICATION OF NON-PRIVILEGED STATUS:**

These documents are not privileged. The parties subject to this subpoena are acting as agents under OC-10 § 12.3. The borrower, as principal, has the unwaivable right to inspect all records created, held, or transmitted in the course of that agency relationship. Refusal to comply constitutes a breach of fiduciary duty and failure to respond under FRB lending procedures.

**EXHIBIT B**

# INFORMATION REQUEST
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)     **FILING OFFICE ACCT #**

**B. E-MAIL CONTACT AT FILER** (optional)

**C. RETURN TO:** (Name and Address)

⌐ Montez, Auth. Rep.
   c/o 4240 S Arizona Ave STE 1043
   Chandler, AZ 85248 ⌐

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME** to be searched: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

1a. ORGANIZATION'S NAME

OR
**ANTHONY LEO MONTEZ**

1b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)      SUFFIX

2. **INFORMATION OPTIONS** relating to UCC filings and other notices on file in the filing office that include the Debtor name identified in item 1:

2a. SEARCH RESPONSE    ☑ CERTIFIED (Optional)
    Select one of the following two options:    ☑ ALL (Check this box to request a response that is complete, including filings that have lapsed.)     ☐ UNLAPSED

2b. COPY REQUEST    ☐ CERTIFIED (Optional)
    Select one of the following two options:    ☐ ALL    ☐ UNLAPSED

2c. SPECIFIED COPIES ONLY    ☐ CERTIFIED (Optional)

| Record Number | Date Record Filed (if required) | Type of Record and Additional Identifying Information (if required) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

3. ADDITIONAL SERVICES:

**ALL NOTICES OF LIENS, CONTRACTS, MORTGAGES AND/OR AGREEMENTS INCLUDING JUDGMENT LIENS FROM birthday and year TO today's date**

**ANTHONY LEO MONTEZ**
42080 W Anne Lane
Maricopa, AZ 85138

**ANTHONY LEO MONTEZ**
802 S 3rd AVE
PHOENIX, AZ 85003

**ANTHONY LEO MONTEZ**
1319 W Dobbins rd

4. **DELIVERY INSTRUCTIONS** (request will be completed and mailed to the address shown in item C unless otherwise instructed here):

4a. ☐ Pick Up

4b. ☑ Other   **U.S.P.S. MAIL DELIVERY TO ANTHONY LEO MONTEZ 4240 S Arizona Ave STE 1043 Chandler, AZ [85248**
    Specify desired method here (if available from this office); provide delivery information (e.g., delivery service's name, addressee's account # with delivery service, addressee's phone #, etc.)

# EXHIBIT C

**WELLS FARGO**

# Jurat Certificate

Clear/Reset

State of _Arizona_

County of _Pinal_

Subscribed and sworn to (or affirmed) before me on this _21st_

day of _April_, 20_23_ by _Anthony Montez_

_Place Seal Here_

Notary Signature 

> NATASHA THORNTON
> Notary Public - Arizona
> Pinal County
> Commission # 639887
> My Comm. Expires Nov 3, 2026

## Description of Attached Document

Type or Title of Document
_Vehicle Title Copy_

Document Date
_04/21/2023_

Number of Pages
_1_

Signer(s) Other Than Named Above

© 2021 Wells Fargo Bank, N.A. All rights reserved.
DSG3018 (Rev 01-04/21)


**Motor Vehicle Division**

# Title Information

| Year | Make | Model |
|------|------|-------|
| 2021 | Ram | 3500 |

✓ Title does not have any lien(s) or brand(s) and is eligible to transfer.

**Vehicle Information**
VIN: 3C63RRPL6MG537343
**Body Style:** Pickup 1 Ton

**Title Information**
**Title Number:** A011325882
**Title Issue Date:** 02/10/2023

**Liens**

✓ This vehicle has no liens.

**Brands**

✓ This vehicle has no brands.

This is not a Certificate of Title document. Data is based on ADOT Motor Vehicle Division official records as of 04/04/2023 at 12:01 PM



# ARIZONA CERTIFICATE OF TITLE

**ADOT**
**Motor Vehicle Division**
48-7200M R09/19  azdot.gov

Inventory Control
0876682 5N

0520221240
00002974

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 3C63RRPL6MG537343 | 2021 | RAM | 3500 | 1TPU |

Bezos Investments Express Trust
42080 W Anne Ln
Maricopa AZ 85138-8637

| Title Number | Issue Date | Odometer Reading (no tenths) | |
|---|---|---|---|
| A011325882 | 02/10/2023 | 30000 | Actual |

| Previous Title Number | State | Issue Date |
|---|---|---|
| A011315010 | AZ | 02/09/2023 |

Arizona Brands:

Other States With Brands

Owners

Bezos Investments Express Trust
4240 S Arizona Ave

Owner

Chandler                    AZ          85248-4593

**COPY**

Lienholder(s) as of the print date and lien effective date. (Additional liens may exist. Check Vehicle Title Status on https://azmvdnow.az.gov to find all current liens.)

LIEN DATE:

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

# EXHIBIT D

on the front if space permits.

**D.** Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Article Addressed to:

Ally/CFO
Woodward Avenue
Floor, Detroit MI [48226]
Wayne County, USA

Sept 14, 2022

9590 9402 7657 2122 8257 13

**3. Service Type**
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Article Number (Transfer from service label)
2 1670 0001 2025 2472

Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

**A.** Signature
X _____ ☐ Agent
☐ Addressee
**B.** Received by (Printed Name)      **C.** Date of Delivery
9/12/22

Article Addressed to:
Attn: Ally's Agent
00 N Central Ave Suite #460
Phoenix, AZ 85012, USA

**D.** Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Delivered
Sept 12, 2022.

9590 9402 6989 1225 5483 37

**3. Service Type**
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Article Number (Transfer from service label)
2 1670 0001 2025 2465

Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**A.** Signature
X _____ ☐ Agent
☐ Addressee
**B.** Received by (Printed Name)      **C.** Date of Delivery
Elijah Ormiz    9/8/22

Article Addressed to:
ATT: Larry Miller
ence
ormley
25 E. Camelback Rd
Floor Phoenix, AZ
85016-USA

**D.** Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Delivered

9590 9402 7657 2122 8257 44

**3. Service Type**
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Article Number (Transfer from service label)
2 0410 0003 1792 0712

Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

---

Road    Cheryl Ellegain
ria, AZ 85381

0380 N Dell Rd
PEORIA AZ 85382

9590 9402 7369 2028 3297 33

**3. Service Type**
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Article Number (Transfer from service label)
2 0410 0003 1792 0729

Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

Date: September 7, 2022

Certified Mail # 7022 1670 0001 2025 2472

C/O: Anthony-Leo: Montez &
Co-Buyer: Deanna-Marie: Ruiz.
42080 W Anne Lane
Maricopa, AZ [85138]
Non-Domestic/Non-Assumpsit

RE: Agreement # 228028134934
VIN# 3C63RRPL6MG537343
Ram 2021

**\*\*ALLY FINANCIAL**
**a/k/a ALLY CAPITAL**
500 Woodward Avenue 10th Fl
Detroit, MI 48226

ALLY's Agent
CT CORPORATION SYSTEM
3800 N Central Avenue #460
Phoenix, AZ 85012

LARRY H MILLER
Attn: Ken Ellegard
8380 W. Bell Road
Peoria, AZ 85381

LARRY H MILLER's Agent
Attn: J. Lawrence McCormley
2525 E. Camelback Road 7th Fl
Phoenix, AZ 85016

## NOTICE
## By
## AFFIDAVIT Of RESCINDING The TRANSACTION

### "NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT"

To Whom It May Concern:

I, Anthony Montez, a 36 yr. old male, currently residing in Maricopa, Arizona, swear that the information contained in this statement is truthful to the best of my knowledge and understanding. I am exercising my right to **Rescind the Transaction** made with Larry Miller Dodge in Peoria. I do so in good faith due to the following 3 reasons:

1. Lack of providing full, material disclosure as required by the TILA (Consumer Credit Protection Act) and,

2. Violations of Contract Law

3. Therefore, there is a Billing Error that needs resolution. **12 CFR 1026.13**

As a result of the above, per the guideline set forth in the **UCC § 9-210**, I request a full accounting and any credits related to the account. I request the accounting information to ensure that there have not been any credits issued to your persons, without my knowledge, that have not been appropriately reflected or disclosed against my account. I need this information prior to my continuing to make any payments so that I know the specie in which any agreements, or promissory notes, were converted to so that I can make "payment" in that same specie. **Please Take Notice**: I am NOT requesting accounting for the payments that I have made since the inception but of the true accounting of all parties' ledgers.

You will find that I have attached supporting documents, such as CCPA, Fee Schedule, Copyright Notice, UCC Financing Statement, etc. I will cite these documents as "Exhibits" for ease of tracking at the end of Affidavit.

The definition of "Contract" (noun) – **An enforceable agreement.** The term "contract" depends on the following 6 conditions for validity:

1. Mutual Assent – offer and acceptance

2. Legal consideration

3. Legal capacity for contracting

4. Absence of fraud or duress

5. Not in violation of law

6. Must be realistic and attainable

If any of the 6 conditions are not met, there are lawful grounds for vacating/rescinding the transaction. The lawful reason for the rescission is based on the awareness of my mistake. Had Full Disclosure been provided, I would not have entered into the transaction in the first place. The misrepresentation of facts is the cause of the mistake. In the case of misrepresentation, the injured party has the right to rescind.

Lawful contracts need to contain some form of **monetary exchange or assurance.** An agreement is Legally Enforceable only when each of the parties give something and get something. In my case, I gave the promissory note in form of a retail installment sale contract. Which gave way to the funds that PAID OFF my automobile. Therefore, as I stated there was not an even exchange. Larry H. Miller Dodge did not give me anything in Return for the promissory note I signed. Which my signature/autograph created monies pursuant to **12 U.S. Code § 412 – Application for Notes; Collateral Required**. The amount of the Finance Charge, according to **15 U.S. Code § 1605 or Section 106**, in connection with any consumer credit transaction **shall be determined as the sum of all charges**, payable directly or indirectly by the person to whom the credit is extended and imposed directly or indirectly by the creditor as an incident to the extension of credit. The Finance Charge does not include charges of a type payable in a comparable cash transaction. **Therefore, the request for a down payment is illegal.** The Finance Charge shall Not include fees and amounts imposed by third party closing agents (including Settlement agents, attorneys, and escrow and title companies) if the creator does not require the imposition of the charges or the service provided and does not retain the charges. These are false and deceptive pieces of information, which are a direct violation under **15 U.S. Code § 1692e**. Please take Note, as Larry Miller Dodge did in fact, charge me a large down payment, which is more supporting proof that this retail sales contract is fraudulent and unlawful. It is also false, deceptive, and misleading representation.

In addition, the lack of Full Material Disclosure by the Larry Miller Dodge team is appalling. The Salesman never told me what should be included in the finance charge that I paid for but, clearly, did NOT receive full services for. Larry Miller Dodge did NOT advise me that my application was **"Self-Liquidating Paper"** pursuant to **17 CFR § 260.11b-6 Section 311 (b)(6)** for the purpose of financing the purchase. Also, pursuant to **12 CFR § 360.6** treatment of financial assets transferred in connection with a securitization or participation. Financial asset means cash or a contract or instrument that conveys to one entity a contractual right to receive cash or another financial instrument from another entity.

Upon receipt of this rescission, I am not liable for any finance or other charge. Any security interest given by the obligor, including any such interest arising by operation of law, becomes void upon such a recission.

Please be aware, based on the **"Mailbox Rule"** it is stated that an offer is considered accepted at the time that the acceptance is communicated (whether by mail, e-mail, etc.). The mailbox rule (also called the posting rule), which is the default rule **contract** law for determining the time at which an offer is accepted. Regardless as to if you respond or not, according to the mailbox rule this self-executing contract is accepted at the time it was mailed out to you. Pursuant to title **15 U.S. Code § 1635** & **12 CFR 1026.23** includes ANY consumer credit transaction as defined. **15 U.S. Code § 1635(a)**, the company never informed me of my rights to rescind the transaction, or the associated timeline. **15 U.S. Code § 1635(b)**, I am no longer liable upon their receipt of my request to rescind the transaction, upon the right to rescind, any security interest the company has becomes void. I request the full accounting based on the lack of the Full Disclosure, which gives rise to the element of contract fraud, which gives me my RIGHT to rescind. Contracts are not enforceable if they were signed using coercion, misrepresentation, or fraud, as any of these would negate the mutual assent required to create an enforceable in the first place. This is a contract in which the terms are excessively unreasonable, overreaching, and one-sided. One which no sensible man not under delusion, duress, or in distress would make, as no such honest and fair man would ever accept. Based on the lack of Full Disclosure and based on the elements of contract fraud this is a fraudulent agreement and it's a Billing Error and needs immediate resolution, this account balance should be ZERO. If you don't believe that it should be Zero, then let me know why, show me your accounting, open your Books. Prove to me, if you would like me to continue to make any more payments to this account, prove that Requirements. Pursuant to **UCC § 9-210(b)** and title **15 U.S. Code § 1635**, it is your DUTY to respond to said request. In addition, pursuant to **15 U.S. Code § 1681i(a)(1.A)** while this billing matter is under dispute, the information should be removed from all Credit Reporting Agencies.

Furthermore, said contract does NOT meet the criteria, therefore, it is Not Enforceable, and you have no Legal right to come and repossess said automobile, it is **AGAINST FEDERAL LAW**. You also **CANNOT** send or hire any other third party to collect or repossess the automobile, pursuant to the **Federal Rules of Evidence – Rule 602** – "NEED FOR PERSONAL KNOWLEDGE". According to Rule 602, you cannot turn this over to any other third party (Lawyers, Collections Agency, Insurance Co., Repossession Co., etc.) for they do NOT have any first-hand knowledge of the case. They cannot, legally, discuss or assist the case in any way whatsoever. I also DO NOT allow the usage of the GPS for any tracking purpose, period.

Pursuant to **15 U.S. Code § 1692(h)**, based on my finding that this is a clear case of contract fraud. I am requesting the lawful return of all past and prior payments, including my down payment. I also demand release of my original MCO and any interest you believe that you have in said property. If there is any rebuttal, I want the rebuttal signed by an agent, under the penalty of perjury, an you would need to cite the federal law that backs your position. There is only ONE form of action – the civil action. **Civil Procedure: Rule 2** – In this matter, it is important to note that the **Supremacy Clause** is important. **State Law is void if it conflicts with Federal Law.** *Please see Supreme Court of U.S. James Edgar, appellant v. Mite Corporation and Mite Holdings, Inc. No. 80-1188. Argued Nov. 30, 1981. Decided June 23, 1982. See Chicago and NorthWestern Transportation Company v. Kalo Brick and Tile Company 450 U.S. 311. See Maryland et al., v. State of Louisiana 452 U.S. 725.* The Supremacy Clause is also codified in the FDCPA under **15 U.S. Code § 1692n** – Relation to State laws.

Take further notice that twenty (20) days after the receipt of this notice and keeping in mind the "Mailbox Rule" stated above, the lender must return any money given, which in this case is a $9,000 down payment and all monthly payments of $1528.84 that have been made to the lender since the creation of the account (13 months). Treble punitive damages totaling $86,624.76. In addition to the punitive damages, you are also obligated to terminate and reflect that termination of the security interest placed on the property which in this case is a 2021 Ram 3500 VIN # 3C63RRPL6MG537343. As stated, the Lender must return any money, interest, fees and/or property to the Borrower, as well as any money/funds given to any person or fiction in law/entity in connection with said transaction.

In accordance with Federal law or until Lender complies, Borrower may retain the proceeds of the transaction. If it should be "impractical", or "Unfair" for the Borrower to return the property when gross discrepancies, fraud, or other wrongful acts are discovered, then he may offer its "Reasonable Value". In the event that the Lender should fail, or refuse to return the Borrower's money offer within twenty (20) days, the Borrower may then regain/acquire all rights to clear title and reconveyance under ***Federal law, State Statutes, Uniform Commercial Code,*** and provisions of ***TILA***, with the same being supported by the evidence of both public and bank records, and further as attached hereto. ***Pursuant*** to **15 U.S. Code § 1611(1)(3)** you can be fined or imprisoned for up to 1 year, or both, for giving false, inaccurate information and failing to provide information which you are required to disclose and in this case you, LARRY MILLER DODGE and ALLY CAPITAL, willfully did so when you failed to disclose and provide all information clearly to me as a consumer.

If a contract or agreement is void for fraud or voidable for fraud, and the opposing party ignores (does not respond or send a rebuttal) one's Affidavit of Rescindment for fraud, a dishonor has occurred pursuant to **UCC § 3-505** for non-acceptance of refusal of cause.

**UCC § 1-103.6** mandates all parties to construe the statues in harmony with the common law, within statutorily created legislative agency, forcing recognition of common law rights.

***Your failure to comply with this rescission will result in Civil liability for fraud Pursuant to 15 U.S. Code §1640.***

**Revelations 21:5 – Behold, I make all things new. And he said unto me, Write: for these words are true faithful [ Cf. 28 U.S.C. § 1746(1)]**

By: _Montez Anthony_

The _9th_ day of the _Ninth_ month, 2022
Without Prejudice, All Natural Inalienable Right Reserved
Witness 1: _____
Witness 2: _____

**EXHIBIT E**

Exhibit 1

**LAW** 553-AZ-ARB-eps-14 7/20

RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
(WITH ARBITRATION PROVISION)



| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| ANTHONY MONTEZ 42000 W ANNE LANE MARICOPA, AZ 85138 COUNTY: MARICOPA | DEANNA MARIE RUIZ 42000 W ANNE LANE MARICOPA, AZ 85138 COUNTY: MARICOPA | LARRY MILLER DODGE 895 W BELL ROAD PEORIA, AZ 85382-3704 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2021 | RAM 3500 | 6285 | 3C6SR5PL6MG637343 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agriculture ☐ _____ N/A |

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 6000.00 |
|---|---|---|---|---|
| 6.59 % | $ 21140.42 | $ 93522.58 | $ 114663.00 | $ 120663.00 (e) means an estimate |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | $ 1528.84 | MONTHLY beginning 07/01/2021 |
| N/A | $ N/A | N/A |
| N/A | N/A | N/A |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information.** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**NOTICE:** ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**WARRANTIES**

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, except as described above for used vehicles. Making no warranties means that the Seller is selling the vehicle as is — not expressly warranted or guaranteed and without any implied warranties of merchantability (except as described above) or of fitness for a particular purpose.

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**FOR USED VEHICLES ONLY**

The Seller hereby warrants that this vehicle will be fit for the ordinary purposes for which the vehicle is used for 15 days or $500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. You (the purchaser) will have to pay up to $25.00 for each of the first two repairs if the warranty is violated.

**ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS.**

ATENCIÓN COMPRADOR: FIRME AQUÍ SOLAMENTE SI EL VENDEDOR LE HA DICHO QUE EL VEHÍCULO TIENE EL/LOS SIGUIENTE(S) PROBLEMA(S) Y QUE USTED ESTÁ DE ACUERDO EN COMPRAR EL VEHÍCULO BAJO ESTOS TÉRMINOS.

1. N/A    2. N/A    3. N/A

| X N/A | N/A | X N/A | N/A |
|---|---|---|---|
| Buyer Signs | (Date) | Co-Buyer Signs | (Date) |

**SELLER'S RIGHTS IN ABSENCE OF CREDIT APPROVAL:**

(a) You agree to furnish us any documentation necessary to verify information contained in the credit application. (b) You acknowledge that it may take a few days for us to verify your credit and assign this contract. In consideration of our agreeing to deliver the vehicle, you agree that if we are unable to assign the contract to any one of the financial institutions with whom we regularly do business pursuant to terms of assignment acceptable to us, we may cancel this contract. (c) In the event we cancel this contract, we shall give you notice of the cancellation. Upon delivery of such notice, you shall immediately return the vehicle to us in the same condition as when sold reasonable wear and tear excepted. We agree, upon cancellation of this contract to restore to you all consideration we received in connection with the contract, including any trade-in vehicle. (d) In the event the vehicle is not immediately returned to us upon notice of our cancellation of this contract, you agree to pay and shall be liable to us for all expenses incurred by us in obtaining possession of the vehicle, including attorney's fees, and we shall have the right to repossess the vehicle with the right of entry wherever the vehicle may be found, as the law allows. (e) While the vehicle is in your possession, all terms of this contract, including those relating to use of the vehicle and insurance for the vehicle shall be in full force and all risk of loss or damage to the vehicle shall be assumed by you, you shall pay all reasonable repair costs related to any damage sustained by the vehicle while in your possession or control of and until the vehicle is returned to us.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 4 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs _____    Co-Buyer Signs _____

Buyer Initials _____ Co-Buyer Initials _____

## GUARANTY

The undersigned, jointly and severally, guarantee payment of all amounts owing under this contract and the payment upon demand of the entire amount owing on this contract in the event of default in payment by Buyer named therein. The undersigned waives notice of performance, demands for performance, notice of non-performance, protests, notice of protests, notice of dishonor, notice of acceptance of this Guaranty, of any extensions in time of payment, of sale of any of the collateral and of all other notices to which the undersigned would be otherwise entitled by law and agrees to pay all amounts owing thereunder upon demand, without requiring any action or proceeding against Buyer, and specifically waives any right to require action against Buyer as provided in A.R.S. §§ 12-1641 et seq. The undersigned agree to deliver to Seller or, after assignment, to Assignee timely financial statements and any other information relating to the undersigned's financial condition as may be reasonably requested. The undersigned acknowledges receipt from the Seller, prior to signing below, of a separate "Notice to Cosigner."

N/A — DATED AT     N/A — GUARANTOR

N/A — DATED AT     N/A — GUARANTOR

Marital/Community Property Joinder: The undersigned spouse of the Guarantor joins in the execution of this guaranty for the purpose of binding the marital property of the Guarantor, and the undersigned, in accordance with A.R.S. § 25-214 or other applicable law. THE UNDERSIGNED SPOUSE OF THE GUARANTOR ACKNOWLEDGES RECEIPT FROM THE SELLER, PRIOR TO SIGNING BELOW, OF A SEPARATE "NOTICE TO COSIGNER."

N/A — Date     N/A — Spouse of the Guarantor

## ARBITRATION PROVISION

**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association (www.adr.org) or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

ALL Rights Reserved!

Case 4:24-bk-09671-BMW Doc 93 Filed 08/06/25 Entered [redacted] 5 11:29:31 Desc Main Document Page [illegible] Page 4 of 5

☐ IF THE BOX IS CHECKED, THIS CONTRACT IS SUBJECT TO A BROKER FEE PAID BY THE SELLER TO N/A.

**NO COOLING OFF PERIOD**

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**You acknowledge an express intent to grant a security interest in the vehicle and hereby waive and abandon all personal property exemptions granted upon the vehicle, which is the subject of this contract. NOTICE: BY GIVING US A SECURITY INTEREST IN THE VEHICLE, YOU WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM SUCH PROPERTY EXEMPT FROM PROCESS.**

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X    Co-Buyer Signs X

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**NOTICE TO THE BUYER: (1) Do not sign this contract before you read it or if it contains any blank spaces. (2) You are entitled to an exact copy of the contract you sign.**

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**YOU ACKNOWLEDGE THAT YOU HAVE READ ALL PAGES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON PAGE 4, BEFORE SIGNING BELOW.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

**ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE LIABILITY COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

The Arizona Department of Insurance and Financial Institutions regulates the Seller and can be contacted at 100 N 15th Avenue, Suite 261, Phoenix, AZ 85007-2630, [redacted] if you have any complaints concerning this contract.

X ________ 08/17/2021 — Buyer Signs — Date

X ________ 08/17/2021 — Co-Buyer Signs — Date

ANTHONY MONTEZ — Buyer Printed Name

DEANNA MARIE RUIZ — Co-Buyer Printed Name

X LARRY MILLER DODGE 08/17/2021 — Seller Signs — Date

By X ________ BUSINESS MGR — Title

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A Title N/A

**SEE THE REST OF THIS CONTRACT FOR OTHER IMPORTANT TERMS AND AGREEMENTS.**

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A Date N/A Address N/A

Seller assigns its interest in this contract to ALLY FINANCIAL (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse

Seller

By X LARRY MILLER DODGE    Title BUS MGR

Case 4:24-bk-09671-BMW Doc 93 Filed 08/06/25 Entered [redacted] 5 11:29:31 Desc Main Document Page [illegible] Page 5 of 5