**ZDANCEWICZ LAW FIRM, PLC**
Post Office Box 51826
Phoenix, Arizona 85076
Phone: (602) 900-0890
Fax:   (602) 265-4391
Notice@ZLawAZ.com
Michael Zdancewicz - 12426

Attorney for Ally Financial

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Anthony Leo Montez,<br><br>　　　　Debtor.<br><br>———————————————<br>Ally Capital,<br><br>　　　　Movant,<br>v.<br><br>Anthony Leo Montez,<br><br>　　　　Respondent. | **Chapter 13 Proceeding**<br><br>**Case No. 4:24-bk-09671-BMW**<br><br>**CERTIFICATE OF NO OBJECTION TO MOTION FOR RELIEF FROM STAY**<br><br>**Property Description:**<br>2021 Ram 3500 Mega Cab Limited Pickup 4D 6 1/3 ft VIN 3C63RRPL6MG537343 |

I, Michael Zdancewicz, am an attorney with Zdancewicz Law Firm, PLC counsel for the Movant and do certify that as indicated on the Certificate of Mailing on the *Motion for Relief from the Automatic Stay and Notice of Motion for Relief from the Automatic Stay (Administrative Docket 94 and 95)* filed with this court that said documents were served as set forth therein.

I further certify that at least seventeen (17) days have elapsed from when the documents were mailed, and no objection has been received by the undersigned.

Dated: August 26, 2025.

Zdancewicz Law Firm, PLC
/s/ Michael Zdancewicz (#012426)
Michael Zdancewicz
Attorney for Ally Capital

Certificate of Service

I certify that on August 26, 2025, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available, otherwise by regular first-class mail:

| Anthony Leo Montez<br>42080 W Anne Lane<br>Maricopa AZ 85138<br>**By United States Mail** | Deanna Marie Ruiz<br>42080 W Anne Lane<br>Maricopa AZ 85138<br>**By United States Mail** |
|---|---|
| United States Trustee<br>District of Arizona<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003<br>**ECF** | Edward Maney<br>Chapter 13 Trustee<br>101 North First Avenue, Suite 1775<br>Phoenix, AZ 85003<br>**ECF** |

/s/ Michael Zdancewicz