# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Anthony Leo Montez,<br><br>Debtor. | **Chapter 13 Proceeding**<br><br>Case No. 4:24-bk-09671-BMW |
| Ally Capital,<br><br>Movant,<br>v.<br><br>Anthony Leo Montez,<br><br>Respondent. | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND IN THE ALTERNATIVE MOTION TO CONFIRM THE ABSENCE OF THE STAY**<br><br>**Property Description:**<br><br>2021 Ram 3500 Mega Cab Limited Pickup 4D 6 1/3 ft VIN 3C63RRPL6MG537343 |

Pursuant to the Motion for Relief from the Automatic Stay and in the Alternative to Confirm the Absence of the Stay (the "**Motion**") filed by Ally Capital (the "**Creditor**" or "**Movant**") relating to the Collateral described as 2021 Ram 3500 Mega Cab Limited Pickup 4D 6 1/3 ft VIN 3C63RRPL6MG537343 (hereafter the "**Collateral**") having been duly noticed and there being no objection:

IT IS FURTHER ORDERED that all stays, including without limitation, confirmation orders, injunctions, restraining orders, and the automatic stays provided by 11 U.S.C. § 362

and 1301 be vacated with respect to the Creditor or its successors and assigns, agents, attorneys, and employees performing an investigation, including, but not limited to, making a complaint with the State of Arizona, Department of Transportation, Motor Vehicle Division, the Arizona State Attorney General's Office, and/or any other law enforcement agency, or agencies, regarding the issuance and submission to the State of Arizona of a "Notice of Lien Release", the issuance of the 1099-C that was filed in this case; and the submission of an application and issuance of the title relating to the Collateral that secured Creditor's lien, in favor of *Bezos Investments Express Trust*.

IT IS FURTHER ORDERED that all stays, including without limitation, confirmation orders, injunctions, restraining orders, and the automatic stays provided by 11 U.S.C. § 362 and 1301 be vacated to allow the Creditor or its successors and assigns, agents, attorneys, and employees to investigate the facts and circumstances regarding a Maryland notary public notarizing a document purportedly signed and issued by Creditor.

IT IS FURTHER ORDERED waiving the fourteen (14) day provision of Bankruptcy Rule 4001(a)(3) that would stay the effectiveness of this Order.

IT IS FURTHER ORDERED this Order is binding in the event this matter is converted to another proceeding under the Bankruptcy Code.

**SIGNED AND DATED ABOVE**