| | |
|---|---|
| In re: | Case No. 24-09671-BMW |
| ANTHONY LEO MONTEZ | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + ANTHONY LEO MONTEZ, 42080 W ANNE LANE, MARICOPA, AZ 85138-8637 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. Bank National Association ecf@tblaw.com |
| Michael Zdancewicz | on behalf of Creditor Ally Capital Notice@ZLawAZ.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

THIS ORDER IS APPROVED.

Dated: September 3, 2025

Brenda Moody Whinery, Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re:<br><br>Anthony Leo Montez,<br><br>    Debtor.<br>---<br>Ally Capital,<br><br>    Movant,<br><br>v.<br><br>Anthony Leo Montez,<br><br>    Respondent. | Chapter 13 Proceeding<br><br>Case No. 4:24-bk-09671-BMW<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND IN THE ALTERNATIVE MOTION TO CONFIRM THE ABSENCE OF THE STAY**<br><br>**Property Description:**<br><br>2021 Ram 3500 Mega Cab Limited Pickup 4D 6 1/3 ft VIN 3C63RRPL6MG537343 |
|---|---|

    Pursuant to the Motion for Relief from the Automatic Stay and in the Alternative to Confirm the Absence of the Stay (the "**Motion**") filed by Ally Capital (the "**Creditor**" or "**Movant**") relating to the Collateral described as 2021 Ram 3500 Mega Cab Limited Pickup 4D 6 1/3 ft VIN 3C63RRPL6MG537343 (hereafter the "**Collateral**") having been duly noticed and there being no objection:

    IT IS FURTHER ORDERED that all stays, including without limitation, confirmation orders, injunctions, restraining orders, and the automatic stays provided by 11 U.S.C. § 362

and 1301 be vacated with respect to the Creditor or its successors and assigns, agents, attorneys, and employees performing an investigation, including, but not limited to, making a complaint with the State of Arizona, Department of Transportation, Motor Vehicle Division, the Arizona State Attorney General's Office, and/or any other law enforcement agency, or agencies, regarding the issuance and submission to the State of Arizona of a "Notice of Lien Release", the issuance of the 1099-C that was filed in this case; and the submission of an application and issuance of the title relating to the Collateral that secured Creditor's lien, in favor of *Bezos Investments Express Trust*.

IT IS FURTHER ORDERED that all stays, including without limitation, confirmation orders, injunctions, restraining orders, and the automatic stays provided by 11 U.S.C. § 362 and 1301 be vacated to allow the Creditor or its successors and assigns, agents, attorneys, and employees to investigate the facts and circumstances regarding a Maryland notary public notarizing a document purportedly signed and issued by Creditor.

IT IS FURTHER ORDERED waiving the fourteen (14) day provision of Bankruptcy Rule 4001(a)(3) that would stay the effectiveness of this Order.

IT IS FURTHER ORDERED this Order is binding in the event this matter is converted to another proceeding under the Bankruptcy Code.

**SIGNED AND DATED ABOVE**