FILED
SEP 05 2025
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re: Anthony Leo Montez
Case No. 04:24-bk-09671-BMW (Chapter 13)

## NOTICE AND PETITION TO WITHHOLD CONSENT TO MAGISTRATE-JUDGE DISPOSITION

*Filed under penalty of law by Debtor-Appellant pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 73.*

## I. INTRODUCTION

Debtor-Appellant hereby provides formal notice that no consent is given—under any circumstance—for a United States Magistrate Judge to preside over, hear, or decide any dispositive motion, evidentiary matter, or final judgment in this appeal. Debtor explicitly invokes the right to adjudication before an Article III District Judge as guaranteed by Article III, § 1 of the United States Constitution, 28 U.S.C. § 1334(a), and the Seventh Amendment.

## II. LEGAL BASIS FOR WITHHOLDING CONSENT

1. **28 U.S.C. § 636(c)(1)** permits a magistrate judge to conduct civil proceedings **only with the express consent** of all parties. Debtor **refuses consent**.

2. **Fed. R. Civ. P. 73(b)(1)** requires explicit, written consent; silence or inaction cannot be construed as consent.

3. **Article III structural guarantee.** Stern v. Marshall, 564 U.S. 462, 483-84 (2011) confirms that adjudication by a non-Article III officer without consent violates the Constitution's separation-of-powers structure.

4. **Seventh Amendment.** Debtor demands a jury trial on legal claims (fraud, conversion, unjust enrichment, civil-RICO). Magistrate judges may not conduct such trials absent consent (§ 636(c)(1)).

## III. REQUEST FOR ORDER

Debtor-Appellant respectfully petitions the Court to:

1. **ENTER an order** acknowledging this notice and confirming that **all dispositive matters and any jury trial** will be conducted only **by an Article III District Judge.**

2. **DIRECT the Clerk** to reassign or re-calendar any referrals or automatic assignments that would place this appeal before a magistrate judge.

3. **GRANT such other relief** as law and justice require to safeguard Debtor's constitutional rights.

---

Presented under penalty of law this 5th day of September 2025.


Anthony Leo Montez
Sui Juris
42080 West Anne Lane, Maricopa, Arizona [85138]

---

## CERTIFICATE OF SERVICE

I certify that on September 5th, 2025, a true and correct copy of this Notice and Petition was served upon all parties of record via CM/ECF and, where required, by first-class U.S. Mail.

*Anthony-Leo: Montez, Beneficiary*

Anthony Leo Montez
Sui Juris
42080 West Anne Lane, Maricopa, Arizona [85138]