Anthony Leo Montez
42080 W. Anne Lane, Maricopa, AZ [85138]
(602) 461-2994
Anthonyleomontezestate@gmail.com

☐ Representing Self (No Attorney) or ☐ Represented by Attorney
If Attorney, Bar Number: _____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**In the Matter of:**

**IN RE:** ANTHONY LEO MONTEZ ESTATE
Sui Juris, Debtor and Petitioner, et al.

**CASE NUMBER:** 04:24-bk-09671-BMW

**CHAPTER 13**

**PROPOSED ORDER TO VACATE ORDERS**

**HONORABLE:** BRENDA M. WHINERY

---

The Court having reviewed and upon consideration of the *"Petition to Vacate Orders (Docs 103 and 104) for Defective Service, Violation of Due Process, and Improper Hearsay, and the accompanying Sworn Affidavit of Non-Receipt of Service (Exhibit A)"*, the Court finds good cause shown and hereby ORDERS as follows:

1. The Court's Orders entered on August 26, 2025 (Docs 103 and 104), granting Ally Capital/Ally Financial relief from the automatic stay, are hereby VACATED.

2. Ally Capital/Ally Financial is directed to re-serve its Motion for Relief from Stay in full compliance with Bankruptcy Rule 7004 and to file proof of proper service with the Court.

3. Petitioner shall be afforded fourteen (14) days from the date of proper service to file any objection or response to the Motion for Relief from Stay.

4. Until such proper service is effected and the matter is reheard, the automatic stay under 11 U.S.C. § 362 shall remain in full force and effect as to Petitioner's property, including the 2021 Ram 3500.

5. The record shall reflect that the prior Orders (Docs 103 and 104) were entered in error due to lack of notice and defective service.

**Other Orders:** _____

_____

_____

_____

_____

_____

**DONE IN OPEN COURT** this _____ day of _____, 20 _____.

_____
JUDGE OF THE BANKRUPTCY COURT