TIFFANY & BOSCO
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant
24-08912-US-AZ

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: | Chapter 13 |
|---|---|
| Anthony Leo Montez | Case No. 4:24-bk-09671-BMW |
|  | **DECLARATION OF US BANK NATIONAL ASSOCIATION** |
| Debtor. | RE: Real Property Located at 42080 W Anne Ln Maricopa, AZ 85138 |

I, ____William M. Wells____, declare under penalty of perjury as follows:

1. I am a/an ____Vice President____ of U.S. Bank National Association ("US Bank") and am authorized to sign this declaration on behalf of US Bank. This declaration is provided in support of the Response to Debtor's Petition to Challenge Proof of Claim (Docket #49) (the "Response").

2. As part of my job responsibilities for U.S. Bank, I have knowledge of and am familiar with the types of records maintained by U.S. Bank in connection with the account that is the subject of the Response (the "Account") and the procedures for creating those types of records. I have access to

and have reviewed the books, records and files of U.S. Bank that pertain to the Account and extensions of credit given to the Debtor concerning the property securing such Account.

3. The information in this declaration is taken from U.S. Bank's business records regarding the Account. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; and (b) kept in the course of U.S. Bank's regularly conducted business activities. It is the regular practice of U.S. Bank to create and maintain such records.

4. Debtor Montez in his Petition to Challenge Proof of Claim (Docket #41) (the "Petition") alleges in pertinent part: "The creditor issued a Form 1099-C to the Internal Revenue Service, certifying that the debt was canceled. The issuance of this form constitutes an admission of debt discharge, effectively extinguishing the debtor's obligation. Courts have consistently held that such actions preclude further collection." (Paragraph 1 of Petition).

5. With the Petition, Debtor Montez requests the denial of US Bank's Proof of Claim (#4) in its entirety.

6. Debtor Montez supplemented the Petition with the filing of a Supplemental Motion in Support of Objection to Claims No. 4 and No. 8 and Demand for Production of Documents Pursuant to Subpoena Duces Tecum (Docket #92) (the "Supplement").

7. Attached to the Supplement is a copy of the 1099-C relied upon by Debtor Montez in support of his claim that US Bank's indebtedness as reflected in Proof of Claim #4 has been forgiven and therefore is extinguished. A true and correct copy of the 1099-C attached to the Supplement is attached hereto as Exhibit "A".

8. An extensive internal review was conducted by the appropriate department(s) within US Bank, and it has been verified that the attached 1099-C was not prepared by US Bank. US Bank has not

submitted a Cancellation of Debt 1099-C to the IRS in relation to the loan made the subject of Proof of Claim #4. The attached 1099-C is a forged document created to give the impression that US Bank has cancelled this debt. The entirety of the subject loan file has been reviewed, and US Bank has not cancelled this debt, nor has it communicated a cancellation of this debt to the IRS.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of September, 2025.

*/s/ William M. Wells*

Name: William M. Wells
Title: Vice President

# EXHIBIT "A"

U.S. BANK HOME MORTGAGE
Attn: Mortgage Payoff Processi
PO BOX 2005 4801 FREDERICA STREET
Owensboro, KY 42301
US

ZZW1021A
4000000148 139/1


ANTHONY- LEO MONTEZ, BENEFICIARY
BENEFICIARY
42080 W ANNE LANE
MARICOPA AZ 85138-8637

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>U.S. BANK HOME MORTGAGE<br>Attn: Mortgage Payoff Processi<br>PO BOX 2005 4801 FREDERICA STREET<br>Owensboro, KY 42301<br>US<br>Phone: 303-585-4594 | 1 Date of identifiable event<br>06/07/2022 | OMB No. 1545-1424<br>Form **1099-C**<br>(Rev. January 2022) | **Cancellation of Debt** |
|---|---|---|---|
| | 2 Amount of debt discharged<br>$ 316,364.00 | | |
| | 3 Interest, if included in box 2<br>$ 0.00 | For calendar year<br>2023 | |
| CREDITOR'S TIN<br>31-0841368 | DEBTOR'S TIN<br>XXX-XX-0492 | 4 Debt description<br>Contractual agreement, credits used | **Copy B**<br>**For Debtor** |
| DEBTOR'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code<br>ANTHONY- LEO MONTEZ, BENEFICIARY<br>BENEFICIARY<br>42080 W ANNE LANE<br>MARICOPA, AZ 85138<br>US | | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Account number (see instructions)<br>152272745965 | | 6 Identifiable event code<br>F | 7 Fair market value of property<br>$ 316,364.00 | |

Form **1099-C** (Rev. 1-2022) (keep for your records)     www.irs.gov/Form1099C     Department of the Treasury - Internal Revenue Service

## Instructions for Debtor

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other Income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at www.irs.gov/Pub4681, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. Note: If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099C.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

Case 4:24-bk-09671-BMW    Doc 92    Filed 07/31/25    Entered 07/31/25 16:09:28    Desc
Case 4:24-bk-09671-BMW    Main Document    Filed 09/15/25    Entered 09/15/25 10:16:51    Desc
Main Document    Page 5 of 5