# TIFFANY & BOSCO
## P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com
24-08912-US-AZ

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 |
| Anthony Leo Montez | Case No. 4:24-bk-09671-BMW |
| Debtor. | CERTIFICATE OF SERVICE |

I, Leonard J. McDonald, certify:

That on 15th day of September, 2025, I caused to be mailed a copy of the Declaration of US Bank National Association, in reference to the above captioned matter, by U.S. Mail, postage prepaid, to the following interested parties:

Anthony Leo Montez
42080 W Anne Lane
Maricopa, AZ 85138
Debtor

Edward J. Maney
101 N. First Ave.
Suite 1775
Phoenix, AZ 85003
Trustee

| | |
|---|---|
| 1 | DATED this 15th day of September, 2025. |

                                          Respectfully submitted,

                                          TIFFANY & BOSCO, P.A.

                                          BY <u>/s/ Leonard J. McDonald #014228</u>
                                                    Mark S. Bosco
                                                    Leonard J. McDonald
                                                    Attorneys for Movant