# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

FILED USBC PHX
2025 SEP 22 PM 1:23

CASE NUMBER: 04:24-bk-09671-BMW

IN RE: ANTHONY LEO MONTEZ  
       Debtor and Petitioner

CHAPTER 13

## EMERGENCY MOTION TO CONTINUE HEARING SET FOR SEPTEMBER 23, 2025

COMES NOW, Anthony Leo Montez, Debtor, Sui Juris, and respectfully presents this Emergency Motion to Continue Hearing. In support thereof, Debtor states the following:

1. A hearing in this matter is presently scheduled for September 23, 2025.

2. On September 20, 2025, Debtor suffered a sudden and unexpected family tragedy.

3. Because of these unforeseen and extraordinary circumstances, Debtor is unable to adequately prepare for or attend the scheduled hearing.

4. Debtor therefore respectfully requests that the Court continue the September 23, 2025 hearing to a date no earlier than October 21, 2025, or such later date as the Court may deem just and proper.

5. This request is made in good faith, not for the purposes of delay, but solely due to the family emergency beyond Debtor's control.

    WHEREFORE, Debtor respectfully prays that this Court grant this Emergency Motion and continue the hearing presently scheduled for September 23, 2025, to a date no earlier than October 21, 2025, or to such later date as the Court deems just and proper.

Respectfully presented this 22nd day of September, 2025.

*Anthony-Leo:Montez, Beneficiary*

Anthony Leo Montez, Sui Juris  
Debtor