# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In the Matter of:

**ANTHONY LEO MONTEZ**
**Name of Debtor / Petitioner**

CASE NUMBER: <u>4:24-bk-09671-BMW</u>

## CERTIFICATE OF SERVICE

    I hereby certify that on September 22, 2025, I caused a true and correct copy of the following documents to be served upon the parties listed below:
- Emergency Motion to Continue Hearing
- Notice of Lodging Proposed Order

By the following method(s) of service:
    [ ] U.S. Mail, postage prepaid
    [ ] Electronic Mail (if authorized)
    [ ] Bankruptcy Court ECF system (if registered)
    [x] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following agents for the defendants.

Served upon:

**Chapter 13 Trustee:**
Certified Mail #: 7021 0950 0000 4752 6936
Edward J. Maney, Trustee
101 North First Ave. Suite 1775
Phoenix, AZ 85003

**Creditor/Opposing Party:**
Certified Mail #: 9589 0710 5270 2361 7819 15
ALLY Capital/Financial:
Michael G. Rhodes, CEO for ALLY Capital/Financial
C/O Agent for ALLY CEO: Michael Zdancewicz @ Zdancewicz Law Firm, PLC.
PO Box 51826
Phoenix, AZ 85076

Certified Mail #: 9589 0710 5270 2361 7819 22

U.S. Bancorp:

Gunjan Kedia, CEO for U.S. Bancorp

C/O Agent for U.S. Bancorp: Leonard J. McDonald @ Tiffany & Bosco P.A.

2525 E. Camelback Rd. 7th Floor Camelback Esplanade II

Phoenix, AZ 85016

DATED this 22nd day of September, 2025.

_____
Anthony Leo Montez, Sui Juris
Debtor

: Anthony Leo: Montez, Beneficiary.