# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

CASE NO.: 04:24-bk-09671-BMW

IN RE: ANTHONY LEO MONTEZ
           Debtor and Petitioner

CHAPTER 13

## NOTICE OF DISCREPANCY IN FILED DOCUMENTS

COMES NOW, Anthony Leo Montez, Sui Juris, and respectfully gives notice that the document filed by U.S. Bank National Association, titled "Declaration of U.S. Bank National Association in Support of Response to Debtor's Petition to Challenge Proof of Claim" (Docket No. 49, as referenced in subsequent filings), was not completely served upon Plaintiff.

The document as filed shows a total of sixteen (16) pages according to the docket header ("Main Document – Page 10 of 16"), but the copy served upon Plaintiff contained only ten (10) pages. Pages 11–16 were omitted.

Accordingly, Plaintiff has not been provided with a full and complete copy of the declaration and accompanying exhibits. Plaintiff respectfully requests that the Clerk or opposing counsel provide the complete document so that all parties are equally apprised of the record in this matter.

Respectfully presented under Penalty of Law, this __23rd__ day of October 2025.

_/s/ Anthony Leo: Montez, Beneficiary._
Anthony Leo Montez, Sui Juris
42080 W. Anne Lane, Maricopa, AZ [85138]
Debtor/Petitioner, Sui Juris