# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

Case No.: 04:24-bk-09671-BMW

In re:
Anthony Leo Montez

v.

Ally Financial Inc./Ally Capital Corp., and
U.S. Bank National Association

Chapter 13

---

## NOTICE OF POTENTIAL CONFLICT AND INTERFERENCE
## WITH FEDERAL PROCEEDING
*Filed **under penalty of law** by Debtor-Appellant.*

---

COMES NOW, Anthony Leo Montez, Debtor and Plaintiff Sui Juris, and hereby gives notice to this Honorable Court of a potential conflict and interference arising from a state investigative agency's involvement in matters currently pending before this Court.

### I. NOTICE OF CONTACT

On October 27, 2025, the Debtor received an unsolicited email communication from Detective T.J. Hale (#2646), Arizona Department of Transportation – Office of Inspector General, Title Fraud Unit.

Detective Hale stated he was "conducting an investigation related to the listed vehicle," referring to the 2021 Ram 3500 VIN 3C63RRPL6MG537343, and requested that the Debtor contact him directly.

A true and correct copy of said email is attached hereto as Exhibit A.

### II. SUBJECT MATTER UNDER FEDERAL JURISDICTION

The property identified in the correspondence is the same vehicle and collateral that are presently before this Court in:

- The Debtor's Chapter 13 case (4:24-bk-09671-BMW); and
- The related Adversary Proceeding (4:25-ap-00256-BMW) involving Ally Financial, Ally Capital, AIS Portfolio, and U.S. Bank National Association.

Said proceedings involve contested issues of creditor standing, lien validity, and proof of claim disputes — all of which fall under this Court's exclusive jurisdiction.

## III. POTENTIAL INTERFERENCE WITH FEDERAL PROCEEDINGS

Pursuant to 28 U.S.C. § 1334(e), the Bankruptcy Court maintains exclusive jurisdiction over the property of the estate.

Any concurrent or overlapping investigation by a state agency involving the same property or lien instruments risks:

- Creating confusion in the evidentiary record,
- Affecting due process, and
- Potentially interfering with the Court's jurisdiction and ongoing proceedings.

This Notice is submitted solely to preserve the record, ensure the Court's awareness, and prevent any potential procedural or jurisdictional conflict.

## IV. RELIEF REQUESTED

The Debtor respectfully requests that this Court:

1. Take judicial notice of this Notice and the attached Exhibit A;

2. Recognize that the property and related financial instruments remain under this Court's exclusive jurisdiction; and

3. Grant any further protective or clarifying relief as may be just and proper to preserve the integrity of these proceedings.

Respectfully presented this 28th day of October 2025.

/s/ Anthony Leo Montez
Anthony Leo Montez, Debtor / Plaintiff Sui Juris
42080 W. Anne Lane
Maricopa, AZ 85138
All Rights Reserved – Without Prejudice – With Recourse.

## CERTIFICATE OF SERVICE (BY REGULAR MAIL)

I, Anthony Leo Montez, certify that a true and correct copy of the foregoing Notice of Potential Conflict and Interference with Federal Proceeding and attached Exhibit A was served by depositing the same in the United States Mail, postage fully prepaid, on this 28th day of October 2025, properly addressed to the following parties of record:

1. Michael Zdancewicz, Esq.
Zdancewicz Law Firm, PLC
4140 E. Baseline Rd., Suite 101
Mesa, AZ 85206

2. Mark S. Bosco / Leonard J. McDonald
Tiffany & Bosco, P.A.
2525 E. Camelback Rd., Suite 700
Phoenix, AZ 85016

3. AIS Portfolio Services, LLC
Attn: Legal Department
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

4. Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

Respectfully,

*Anthony-Leo: Montez, Beneficiary.*

/s/ Anthony Leo Montez
Anthony Leo Montez, Debtor / Plaintiff Sui Juris
All Rights Reserved – Without Prejudice – With Recourse.

**Attachment:**
Exhibit A – Email from Detective T.J. Hale dated October 27, 2025

# EXHIBIT A



# 2021 Dodge Ram 3500 VIN 3C63RRPL6MG537343

1 message

**Thomas Hale** <thale2@azdot.gov>  
To: Montezfam06@gmail.com

Mon, Oct 27, 2025 at 2:12 PM

Mr. Montez, I am conducting an investigation related to the listed vehicle. I believe you may have information helpful to my investigation. Please contact me at 602-413-6437 at your earliest convenience.

Thank you,

--



**TJ Hale #2646**
Detective
**Title Fraud Unit**
**Office of Inspector General**

1324 N. 22nd Ave
Phoenix, AZ 85009
602.413.6437 | azdot.gov