**TIFFANY & BOSCO**
P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016-9240**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Anthony Leo Montez<br><br><br>Debtor. | Chapter 13<br><br>Case No. 4:24-bk-09671-BMW<br><br>NOTICE OF LODGING ORDER |

U.S. Bank National Association, its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging Order, a copy of which is attached hereto as Exhibit "A".

DATED this 31st day of October, 2025.

                                                       Respectfully submitted,

                                                       TIFFANY & BOSCO, P.A.

                                                       By: /s/ Leonard J. McDonald #014228

                                                            Mark S. Bosco
                                                            Leonard J. McDonald
                                                            Attorneys for Movant

Copies of the foregoing mailed this
31st day of October, 2025, to:

Anthony Leo Montez
42080 W Anne Lane
Maricopa AZ 85138
Debtor

Edward J. Maney
101 N. First Ave.
Suite 1775
Phoenix, AZ 85003
Trustee

By: <u>Julie Bush</u>

# EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Anthony Leo Montez<br><br>Debtor. | Chapter 13<br><br>Case No. 4:24-bk-09671-BMW<br><br>(Related to Docket #41)<br><br>**ORDER DENYING DEBTOR'S PETITION TO CHALLENGE U.S. BANK NATIONAL ASSOCIATION'S PROOF OF CLAIM**<br><br>Hearing Date: October 29, 2025<br>Hearing Time: 10:30 AM |

This matter having come before the Court on October 29, 2025 on Debtor's Petition to Challenge Proof of Claim, and the Court having heard positions and statements of the parties involved, and the Declaration of U.S. Bank National Association (Docket #116), and pursuant to this Court's ruling, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Debtor's Petition to Challenge Proof of Claim as it relates to U.S. Bank National Association's Proof of Claim #4 is **DENIED**.

**SIGNED AND DATED ABOVE.**