

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re: Anthony Leo Montez
Case No.: 04:24-bk-09671-BMW
**Chapter 13**

## NOTICE OF CONTINUING JURISDICTION OF ADVERSARY PROCEEDING
*Filed **under penalty of law** by Debtor-Appellant.*

COMES NOW, Anthony Leo Montez, appearing Sui Juris, and hereby gives formal notice to this Honorable Court and all parties of record as follows:

1. Plaintiff filed an Adversary Complaint on September 5, 2025, initiating Adversary Proceeding No. 4:25-ap-00256-BMW, naming Ally Financial Inc., Ally Capital Inc. and U.S. Bank National Association as Defendants.

2. On October 21, 2025, this Court issued an Alias Summons for the above Defendants, which was duly served by Plaintiff via Certified Mail to the registered agent and chief executive officer of each entity, as reflected in the Certificate of Service filed contemporaneously herewith.

3. Although the main bankruptcy case (4:24-bk-09671-BMW) may have been dismissed or otherwise resolved, the adversary proceeding remains a live federal controversy arising from the same transactions and property interests originally before this Court.

4. The United States Court of Appeals for the Ninth Circuit has expressly held that dismissal of the underlying bankruptcy case does not automatically divest the Bankruptcy Court of jurisdiction over a pending adversary proceeding that presents independent issues of law and fact.
   *(Carraher v. Morgan Electronics, Inc., 971 F.2d 327, 328–29 (9th Cir. 1992)).*

5. The subject matter of this adversary proceeding involves ongoing disputes regarding debt validity, accounting, and property rights that remain unresolved and within this Court's jurisdiction under 28 U.S.C. §§ 1334(b) and 157(b).

6. Plaintiff therefore respectfully gives notice that jurisdiction is preserved and continuing in this adversary proceeding until final adjudication or formal dismissal by order of this Court.

WHEREFORE,

Plaintiff respectfully requests that the Clerk of Court and all parties take notice of the continuing jurisdiction of this Adversary Proceeding, that all filings, responses, and hearings proceed accordingly, and that no party act outside the scope of this Court's authority while this action remains pending.

Respectfully presented this __30th__ day of October 2025.

/s/ Anthony Leo Montez (Sui Juris)
42080 W. Anne Lane
Maricopa, AZ 85138
Debtor / Plaintiff Sui Juris
All Rights Reserved – With Prejudice – Without Recourse

**CERTIFICATE OF SERVICE**

I, Anthony Leo Montez, certify that a true and correct copy of the foregoing Notice of Continuing Jurisdiction of Adversary Proceeding was mailed via Certified U.S. Mail on this __30th__ day of October 2025, to:

1. ALLY Capital/Financial:
   Michael G. Rhodes, CEO for ALLY Capital/Financial
   C/O Agent for ALLY CEO: Michael Zdancewicz
   500 Woodward Avenue
   Detroit, MI 48226

2. Registered Agent for Ally Financial, Inc.
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 198012

/s/ Anthony Leo Montez (Sui Juris)
42080 W. Anne Lane
Maricopa, AZ 85138
Debtor / Plaintiff Sui Juris
All Rights Reserved – With Prejudice – Without Recourse