**ZDANCEWICZ LAW FIRM, PLC**
Post Office Box 51826
Phoenix, Arizona 85076
Phone: (602) 900-0890
Fax:    (602) 265-4391
Notice@ZLawAZ.com
Michael Zdancewicz - 12426
Attorney for Ally Capital

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:24-bk-09671-BMW |
| Anthony Leo Montez, | **Chapter 13 Proceeding** |
| Debtor. | **NOTICE OF LODING ORDER** |

Ally Capital ("**Creditor**") provides notice that on this day it has lodged the form of order which is attached hereto.

Dated: 3 November 2025.

           **Zdancewicz Law Firm, PLC**

           /s/ Michael Zdancewicz (012426)
           Michael Zdancewicz
           Post Office Box 51826
           Phoenix, Arizona 85076
           Attorney for Ally Capital

## Certificate of Service

I certify that on 3 November 2025 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmitting a Notice of Electronic Filing to all parties that have appeared in the case.

I certify that on 3 November 2025 a true and correct copy of the above and foregoing was served upon the following party by regular first-class mail postage prepaid:

Anthony Leo Montez
42080 W Anne Lane
Maricopa AZ 85138
**By United States Mail**


By: ___/s/ Michael Zdancewicz

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **Chapter 13 Proceeding** |
| Anthony Leo Montez, | Case No. 4:24-bk-09671-BMW |
| Debtor. | **ORDER DENYING DEBTOR'S OBJECTION TO THE ALLY CAPITAL PROOF OF CLAIM** |
| | Hearing Date: 29 October 2025<br>Dearing Time: 10:30 am<br>Related Docket Entry: 41<br>Proof of Claim Docket: 8 |

This matter having come before the Court on 29 October 2025 on the Debtor's *Petition to Challenge Proof of Claim* filed at docket 41, and the Court having considered the pleadings filed in this matter including the Declaration of Ally Capital filed at docket 118, along with the positions and statements of the parties involved, and pursuant to this Court's ruling on the record at the hearing, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Debtor's *Petition to Challenge Proof of Claim* as it relates to Ally Capital's Proof of Claim number 8 is denied.

**SIGNED AND DATED ABOVE**