# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **Chapter 13 Proceeding** |
| ANTHONY LEO MONTEZ, | Case No. 4:24-bk-09671-BMW |
| Debtor. | **ORDER DENYING DEBTOR'S OBJECTION TO THE ALLY CAPITAL PROOF OF CLAIM** |
| | Hearing Date: 29 October 2025<br>Dearing Time: 10:30 am<br>Related Docket Entry: 41<br>Proof of Claim Docket: 8 |

Upon the Court's consideration of the Debtor's *Petition to Challenge Proof of Claim* (Dkt. 41); the Court having considered the pleadings filed in this matter including the *Declaration of Ashley Graf* (Dkt. 118) of Ally Capital; the Court having considered the positions and statements of the parties involved at a hearing held on October 29, 2025, and pursuant to this Court's ruling on the record, which ruling is incorporated herein in its entirety; and for good cause appearing;

IT IS HEREBY ORDERED that Debtor's *Petition to Challenge Proof of Claim* as it relates to Ally Capital's Proof of Claim number 8 is **DENIED**.

**DATED AND SIGNED ABOVE.**