# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 |
| ANTHONY LEO MONTEZ, | Case No. 4:24-bk-09671-BMW |
| Debtor. | (Related to Docket #41) |
| | **ORDER DENYING DEBTOR'S PETITION TO CHALLENGE U.S. BANK NATIONAL ASSOCIATION'S PROOF OF CLAIM** |
| | Hearing Date: October 29, 2025<br>Hearing Time: 10:30 AM |

Upon the Court's consideration of the Debtor's *Petition to Challenge Proof of Claim* (Dkt. 41) and the *Declaration of U.S. Bank National Association* (Dkt. 116), the Court having considered positions and statements of the parties involved at the hearing held on October 29. 2025, and pursuant to this Court's ruling on the record, which ruling is incorporated herein in its entirety, and for good cause appearing;

**IT IS HEREBY ORDERED** that Debtor's Petition to Challenge Proof of Claim as it relates to U.S. Bank National Association's Proof of Claim #4 is **DENIED**.

**DATED AND SIGNED ABOVE.**