# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In the Matter of:

ANTHONY LEO MONTEZ
**Name of Debtor / Petitioner**

**CASE NUMBER:** 4:24-bk-09671-BMW

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2025, I mailed a true and correct copy of the foregoing documents to the parties listed below:

By the following method(s) of service:
☒ First-Class U.S. Mail

**FILED**

NOV 0 7 2025

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Served upon:

**Creditor/Opposing Party:**

Michael Zdancewicz, Esq.
Zdancewicz Law Firm PLC
P.O. Box 51826
Phoenix, AZ 85076
Attorney for Ally Financial Inc. and Ally Capital Corp.

DATED this ~~~~~~ of November 1, 2025.

Anthony Leo Montez, Sui Juris
Debtor