# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In the Matter of:

:Anthony-L. Montez, et al.
**Name of Petitioner**

**CASE NUMBER:** 4:24-bk-09671-BMW

**PROPOSED ORDER GRANTING LEAVE TO FILE AMENDED ADVERSARY COMPLAINT**

**HONORABLE:** BRENDA MOODY WHINERY

The Court having reviewed the Petitioner's "Motion for Leave to File Amended Adversary Complaint to add U.S. Bank National Association as Defendant" filed on October 23, 2025, and pursuant to Federal Rule of Bankruptcy Procedure 7015 and Federal Rule of Civil Procedure 15(a)(2) and good cause appearing,

IT IS HEREBY ORDERED

1. Plaintiff is granted leave to file the Amended Adversary Complaint attached to the Motion as Exhibit A.

2. The Clerk of Court shall issue a new Summons in an Adversary Proceeding (Form 2500A) for service upon U.S. Bank National Association.

3. Plaintiff shall complete service in accordance with Fed. R. Bankr. P. 7004.

4. The Amended Adversary Complaint shall be deemed filed as of the date of this Order.

IT IS SO ORDERED.

Other Orders: _____
_____
_____
_____
_____
_____

**DONE IN OPEN COURT** this _____ day of _____, 20_____.

_____
JUDGE/COMMISIONER OF THE SUPERIOR COURT