5



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

CASE NO.: 04:24-bk-09671-BMW

IN RE: ANTHONY LEO MONTEZ                    CHAPTER 13
         Debtor and Petitioner

# DECLARATION OF ANTHONY LEO MONTEZ

I, Anthony Leo Montez, Debtor in the above-captioned case, hereby declare under penalty of law that the following is true and correct:

1. I am the Debtor in this case and am proceeding sui juris.

2. I have previously filed a notice with this Court stating that I conduct all legal business via the United States Postal Service (USPS) and do not use the Court's electronic filing system (CM/ECF).

3. On November 15, 2025, I received in my USPS mailbox the physical copy of the Court's Order (Dkt. 136 and 137) that was entered on November 5, 2025. This is confirmed by the USPS delivery notification email I received, attached as Exhibit A.

4. I declare that this is the first date I was able to personally review the full text of the signed Order.

5. I reside in Maricopa, AZ, an area experiencing rapid growth where mail delivery, often hand by third-party services, is frequently delayed.

6. Given my status as a sui juris litigant and my documented ADA accommodation regarding the comprehension of legalese, I required the time between November 15

and today to research, draft, and finalize my Motion for Reconsideration, which raises complex issues of federal statutory law.

I declare under penalty of law that the foregoing is true and correct. Executed on November 24, 2025.

*:Anthony-Leo: Montez, Beneficiary* (signature)

Anthony Leo Montez (Sui Juris)
42080 W. Anne Lane
Maricopa, AZ 85138
Debtor / Plaintiff / Sui Juris
All Rights Reserved – With Prejudice – Without Recourse

# EXHIBIT A

 Gmail                                         Anthony Montez <montez          @gmail.com>

**Your Daily Digest for Sat, 11/15 is ready to view**
1 message

**USPS Informed Delivery** <USPSInformeddelivery@email.informeddelivery.usps.com>     Sat, Nov 15, 2025 at 7:34 AM
To: montezfam06@gmail.com



# COMING TO YOU SOON

Hi, Anthony!

You have 5 mailpiece(s) and 0 inbound package(s) arriving soon.

**Saturday**

**15** November 2025

**5** Mailpiece(s)    **0** Package(s)

**MAIL**                                                                View Dashboard

Expected Today                                                          5 item(s)

FROM: **Progressive**



