

FILED USBC PHX
2025 NOV 24 PM4:10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

CASE NO.: 04:24-bk-09671-BMW

IN RE: ANTHONY LEO MONTEZ             CHAPTER 13
      Debtor and Petitioner

## STATUS REPORT OF ANTHONY LEO MONTEZ, SUI JURIS

### INTRODUCTION

Anthony Leo Montez, sui juris, presents this Status Report to the Court and the Chapter 13 Trustee regarding the document production ordered on October 29, 2025. This Report is made to ensure the record is clear that the Debtor is acting with diligence and in good faith to provide complete and accurate documents, despite delays caused by a federal mandate.

### STATUS

**Business Operating Reports:**
Debtor is in the process of compiling the required monthly business operating reports and will have them completed and filed with the Court, with a copy to the Trustee, on or before December 23, 2025.

**2024 Tax Returns:**
Debtor is actively working to provide his complete and accurate 2024 federal tax returns to the Trustee. However, this process encountered an unforeseen delay.

- Debtor has received a formal notice from the Internal Revenue Service (IRS) requiring an amendment to his 2024 tax return.

- Debtor is currently in the process of preparing and filing this amended return with the IRS.
- Providing the original, un-amended return at this time would be inaccurate and does not reflect Debtor's true financial picture. Debtor is acting in good faith to provide a correct and final document.

## FACTS

1. The Court's Minute Entry of October 29, 2025, ordered the Debtor to provide business operating reports and his 2024 federal tax return.

2. The Debtor is actively compiling the business operating reports for filing.

3. The Debtor's 2024 tax filing is the subject of an official notice from the Internal Revenue Service, attached as Exhibit A, which directs the Debtor to amend his return.

4. Providing the original, un-amended return would be to provide a document known to be inaccurate and non-compliant with the directive of a federal agency.

5. The Debtor is actively engaged in the process of preparing and filing this amended return.

## CONCLUSIONS OF LAW

1. Good faith compliance with a court order requires the production of documents that are final, accurate, and legally sound.

2. A directive from the Internal Revenue Service to amend a tax return renders the original return non-final and legally inaccurate for the purpose of production to the Court.

3. A delay necessitated by compliance with a separate federal agency's lawful directive constitutes good cause for an extension of time.

4. There is no prejudice to the estate or any party from this brief, good-faith delay. The purpose of the request is to ascertain the Debtor's accurate financial situation, which will be more accurately reflected by the amended return.

## STATUS AND PRESENTMENT

Therefore, the Debtor respectfully reports the following status and presents his plan to the Court:

1. The required monthly business operating reports will be completed and filed with the Court, with a copy to the Trustee, on or before December 23, 2025.

2. The complete and accurate 2024 amended federal tax return will be provided to the Trustee immediately upon its completion and acceptance by the IRS, which the Debtor anticipates will be on or before January 8, 2026.

The Debtor is acting with all due diligence to resolve these matters and bring this case into full compliance.

Respectfully presented on this __24th__ day of November, 2025.

*/s/ Anthony-Leo: Montez, Beneficiary.*
Anthony Leo Montez (Sui Juris)
42080 W. Anne Lane
Maricopa, AZ 85138
Debtor / Plaintiff / Sui Juris
All Rights Reserved – With Prejudice – Without Recourse

# EXHIBIT A

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0059

In reply refer to: 75394
Oct. 03, 2025 LTR 3176C  0
***-**-0492  202412 30
Input Op:           75394 000  894
                               BODC: SB

ANTHONY L MONTEZ
42      ANNE LN
MARICOPA  AZ  85138-8637


Taxpayer identification number: ***-**-0492
                          Form: 1040
                   Tax periods: Dec. 31, 2024

Employee identification number:    5394
     Contact telephone number: 866-883-0235
          Contact fax number: 855-853-0251

Dear Taxpayer:

You filed a purported tax return for the tax periods above that
claimed

correct your return, we'll assess a

WHY WE ARE CONTACTING YOU

Based on Internal Revenue Code Section
Submissions, we determined the information you filed as a purported
tax return, on Apr. 16, 2025 is

WHAT YOU NEED TO DO

To avoid            , send us a corrected return for each taxable
period listed at the top of this letter within 30 days from the date
of this letter. Once we receive your corrected returns, we'll
disregard the previous documents you filed and won't assess the



 Department of the Treasury
Internal Revenue Service
Ogden Service Center

IRS Notice CP05A



024680.604818.212421.19469 1 AB 0.641 371

ANTHONY L MONTEZ
42    ) W ANNE LN
MARICOPA AZ 85138-8637

:680

November 3, 2025

# We're holding your 2024 refund because we need you to send us more information

We review returns to determine whether income tax withholding, credits, or expenses are reported correctly.

## What you need to do

Send supporting documentation (i.e., screenshots, pictures, other digital images) showing dates wages were earned, the gross income received, and federal tax withheld for your 2024 tax return.

Send us the following information to resolve this issue by December 18, 2025. Documentation can include:

- Copies of at least 3 pay statements or check stubs, including the end of year statement or check stub. (Don't send a copy of Form W-2, Wage and Tax Statement.)
- A letter on company letterhead, including your employer's name, address, telephone, and fax number, that indicates your dates of employment, wages paid, and withholding deducted.
- A statement of benefits on retirement income.

Your reply **MUST** include a copy of this notice.

For a quicker resolution, you can send us your documents using the Documentation Upload tool by December 18, 2025. To use the tool, scan the QR code or visit IRS.gov/Reply and select "CP05A" as the notice number you're responding to.

You can also fax your documentation to 855-851-8440 using either a fax machine or online fax service or you can mail your reply to the address at the top of this notice.

## Next Steps

We're holding your refund until we receive additional information from you.

- If the information supports your tax return, we'll accept your return as filed and release your refund.
- If the information doesn't support your tax return, we'll disallow all or part of your withholding which will result in a balance due or a reduced refund. You could also receive a Notice of Deficiency.
- If you don't agree with our decision, you'll have the right to appeal.

# CERTIFICATE OF SERVICE

I hereby certify that on this __24th__ day of November, 2025, I served a true and correct copy of the foregoing STATUS REPORT upon all parties of record via first-class United States Mail, postage pre-paid.

*/s/ Anthony-Leo: Montez*

Anthony Leo Montez (Sui Juris)
42080 W. Anne Lane
Maricopa, AZ 85138
Debtor / Plaintiff / Sui Juris
All Rights Reserved – With Prejudice – Without Recourse

---