# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| ANTHONY LEO MONTEZ, | Case No. 4:24-bk-09671-BMW |
| Debtor. | **ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION (DKT. 147)** |

Before the Court is the *Debtor's Motion for Reconsideration of Orders Overruling Objections to Claims of U.S. Bank (Claim No. 4) and Ally Financial (Claim No. 8)* (the "Motion") (Dkt. 147). In the Motion, the Debtor asks the Court to reconsider its rulings regarding the Debtor's objections to the claims filed by U.S. Bank National Association and Ally Capital and vacate the corresponding *Order Denying Debtor's Petition to Challenge U.S. Bank National Association's Proof of Claim* (Dkt. 137) and *Order Denying Debtor's Objection to the Ally Capital Proof of Claim* (Dkt. 136) (collectively, the Orders") on the basis that "the Court declined to adjudicate the central issue raised in the Debtor's objections [to the respective claims]: whether the underlying promissory notes – classified by Congress as 'securities' under the Federal Reserve Act – were extinguished as obligations to the claimants upon their deposit at par with a Federal Reserve Bank." (Dkt. 147 at 1-2). The Court considered all arguments raised by the Debtor before issuing its rulings and entering the Orders. The Debtor's argument that the underlying promissory notes were extinguished is entirely unsupported by the record and the

/ / /

/ / /

law.[1] Based upon the foregoing and the entire record before the Court;

**IT IS HEREBY ORDERED** that the Motion is denied.

**DATED AND SIGNED ABOVE.**

Notice to be sent through the Bankruptcy
Noticing Center ("BNC") to the following:

Anthony Leo Montez
42080 W Anne Lane
Maricopa, AZ  85138
*Debtor*

Notice of Electronic Filing to be sent via email,
through the CM/ECF System, to the following registered users:

Michael Zdancewicz
Zdancewicz Law Firm, PLC
*Counsel for Ally Capital Group and Ally Financial*

Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco P.A.
*Counsel for U.S. Bank National Association*

Edward J. Maney, Chapter 13 Trustee

U.S. Trustee, Office of the United States Trustee

---

[1] Further, as discussed by the Court during its October 29, 2025 oral ruling, the claim filed by Ally Capital is independently supported by a judgment issued by the Pinal County Superior Court.