# Notice Recipients

District/Off: 0970–4   User: admin   Date Created: 12/2/2025
Case: 4:24–bk–09671–BMW   Form ID: pdf008   Total: 5

**Recipients of Notice of Electronic Filing:**
ust   U.S. TRUSTEE   USTPRegion14.PX.ECF@USDOJ.GOV
tr   EDWARD J. MANEY   service@maney13trustee.com
aty   LEONARD J. MCDONALD, JR.   ecf@tblaw.com
aty   Michael Zdancewicz   Notice@ZLawAZ.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   ANTHONY LEO MONTEZ   42080 W ANNE LANE   MARICOPA, AZ 85138

TOTAL: 1