
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NO.:** 04:25-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ                    **CHAPTER 13**
         Debtor and Petitioner

---

## DEMAND FOR PRODUCTION OF DOCUMENTS
### (Subpoena Duces Tecum)
### BASED ON DECLARATION UNDER PENALTY OF PERJURY

---

**TO:**
**ASHLEY GRAF**
Senior Supervisor — Supplier Management
ALLY CAPITAL CORP. (aka ALLY BANK) / ALLY FINANCIAL
500 Woodward Avenue
Detroit, MI 48226

**AND TO:**
**ALLY CAPITAL CORP. (aka ALLY BANK) / ALLY FINANCIAL**
Legal Department
500 Woodward Avenue
Detroit, MI 48226

## I.  AUTHORITY AND BASIS

1. This Demand is issued pursuant to Federal Rule of Civil Procedure 45, made applicable through Federal Rule of Bankruptcy Procedure 9016.

2. On September 12, 2025, Ashley Graf executed a Declaration under Penalty of Perjury in this matter.

3. The document requests below arise solely from the factual assertions Ms. Graf made under Penalty of Perjury in that declaration.

---

## II. DOCUMENT REQUESTS DIRECTLY TIED TO SWORN ASSERTIONS

**Assertion #1 (Identity, Authority & Corporate Structure):**

Ms. Graf declared she is a Senior Supervisor – Supplier Management for Ally Capital Corp. (aka Ally Bank), an authorized representative, and that Ally Capital is a Utah bank and wholly owned indirect subsidiary of Ally Financial Inc.

**Requests:**

1. Produce all documents establishing her authority to act as an authorized representative of Ally Capital (aka Ally Bank) in this matter, including delegation of authority, corporate resolutions, or position-based authorization.

2. Produce all organizational documents, charts, or agreements establishing the corporate relationship between Ally Capital Corp., Ally Bank, and Ally Financial Inc.

3. Produce documents showing Ally Financial Inc. is designated as collateral agent and lien-holder of record for Ally Capital's benefit.

**Assertion #2 (Record-keeping Practices & Business Records):**

Ms. Graf declared that:
• She is familiar with Ally Capital's (aka Ally Bank's) auto account files.
• Records were made at or near the time of underlying events by people with knowledge.
• Records are kept in the course of regularly conducted business activities.
• It was Ally Capital's (aka Ally Bank's) regular practice to make such records.

**Requests:**

1. Produce the complete and current business-record policies, governing the creation, entry, modification, retention, maintenance, and certification of auto account files and related records.

2. Produce all training materials, manuals, procedures, or internal memoranda identifying:
   • Who is authorized to create and/or enter auto account records;

- How "at or near the time" of the underlying events is defined and implemented;
- How personal knowledge of underlying events is established, documented, or verified.

3. Produce all internal policies, procedures, or guidelines governing the review, validation and certification of auto account records by Senior Supervisors, Supplier Management personnel, and/or other certifying employees, including any requirements for independent verification or audit.

**Assertion #3 (Specific Document Review – Contract & ELT):**

Ms. Graf declared she reviewed and is familiar with:
- Retail Installment Sale Contract (Ally001-005)
- Electronic Lien Record (Ally006)
- And that these are duplicate copies of the originals.

**Requests:**

1. Produce the complete, original business file for the Debtor's account, including all versions, amendments, assignments, and servicing records.

2. Produce the complete chain of title and assignment documents showing the transfer from Larry Miller Dodge to Ally Capital.

3. Produce all Electronic Lien Title (ELT) records, transmission logs, state registry communications, and lien perfection documents related to the vehicle.

4. Produce all documents showing the designation of Ally Financial Inc. as collateral agent and lien-holder of record.

**Assertion #4 (Specific Document Review – 1099-C & Lien Release):**

Ms. Graf declared that:
- The 1099-C (Ally009-010) and Lien Release (Ally011) are not business records of Ally Capital Corp. (aka Ally Bank).
- They were not created or maintained in the regular course of business by Ally Capital.
- The 1099-C was not issued or authorized by Ally Capital Corp. (aka Ally Bank) or Ally Financial Inc.
- Ally Capital Corp. (aka Ally Bank) has no information about how the alleged Form 1099-C or Lien Release were generated.
- The return address "ALLY FINANCIAL ET AL" is not a common name used by Ally Capital.
- The Lien Release was not issued or authorized by Ally Capital Corp. (aka Ally Bank).

**Requests:**

1. Produce all documents, reports, analyses, internal communications, account records, and servicing materials comprising or reflecting ANY review, evaluation, or determination conducted by Ally Capital Corp. (aka Ally Bank) and Ally Financial regarding the Form 1099-C (Ally009-010) and Lien Release (Ally011), including but not limited to:
   - Documents reflecting any determination that no cancellation of indebtedness occurred;
   - Account ledgers, payment histories, charge-off records, servicing notes, and related transactional records relied upon in reaching any such determination.

2. Produce all documents supporting or reflecting the determination that these documents are not business records of Ally Capital Corp. (aka Ally Bank), including but not limited to:
   - Comparison analyses, authenticity reviews, or forensic or document-examination reports;
   - Documents identifying the records, databases, or systems searched or relied upon to conclude that no cancellation occurred;
   - Internal policies, procedures, or criteria governing cancellation-of-debt determinations, issuance or authorization of Forms 1099-C, and lien releases.

3. Produce all IRS-related correspondence, reporting records, filing confirmations, and system reports for the Taxpayer Identification Number associated with the Debtor, including but limited to, documents confirming whether a Form 1099-C was or was not filed, transmitted, rejected, corrected, or withdrawn.

4. Produce all communications with the Arizona Motor Vehicle Division or any other titling agency regarding lien status, lien releases, or inquiries on the subject vehicle.

5. Produce any internal alerts, fraud reports, investigations, security memoranda, or exception-handling records reflecting determinations that the documents were unauthorized, forged, or invalid.


**Assertion #5 (Transaction Knowledge & Record Custody):**

Ms. Graf declared she is familiar with the transaction from which this matter arose, and the documentation and records kept in connection with the transaction.

**Requests:**

1. Produce all documents, records, or data reviewed, relied upon, or consulted by Ms. Graf in preparation for, or in support of, her Declaration, including records accessed electronically but not retained.

2. Produce any and all notes, memoranda, summaries, drafts, annotations, or internal communications created by Ms. Graf or at her direction relating to:
   - The subject account;
   - The Form 1099-C (Ally009-010);
   - The Lien Release (Ally011); or
   - The preparation, review, or certification of her Declaration.

3. Produce all documents sufficient to identify the custodian(s) of records for the subject account and related documents, including:
   - The department(s) or system(s) responsible for record maintenance;
   - The individual with custodial authority at relevant times; and
   - Any chain-of-custody or access logs reflecting how the reviewed documents were stored, accessed, or transferred.

## III. PRODUCTION INSTRUCTIONS

1. Documents shall be produced within 14 days of service.

2. Electronic documents may be produced in PDF, TIFF, or native format.

3. If any item is withheld under a claim of privilege, a privilege log must be provided.

4. If any document does not exist, a written statement under penalty of perjury must confirm its nonexistence.

5. Production may be made by mail or electronically to:

   42080 W Anne Lane, Maricopa, AZ 85138
   AnthonyLeoMontezEstate@gmail.com

## IV. CONSEQUENCES OF NON-COMPLIANCE

Failure to comply may result in:

- A Motion to Compel,

- A Motion for Sanctions under Federal Rule of Civil Procedure 37, and/or

- A Motion to Strike the relevant pleadings or claims for failure to substantiate.

DATED: December 13, 2025

I certify under Penalty of Law that the information provided is true and correct to the best of my knowledge.
All rights reserved.

*:Anthony-Leo: Montez, Beneficiary.*

:Anthony-Leo: Montez, Beneficiary
Debtor & Petitioner Sui Juris
42080 W Anne Lane
Maricopa, AZ 85138
Phone: 602-461-2994
Email: AnthonyLeoMontezEstate@gmail.com

# CERTIFICATE OF SERVICE

I certify under 28 U.S.C. § 1746 that on December 13, 2025, this Demand for Production of Documents was served upon the parties below via USPS Certified Mail, to the best of my knowledge. A copy was also sent via email and fax to the parties below.

**ASHLEY GRAF**
Senior Supervisor — Supplier Management
**ALLY CAPITAL CORP. (aka ALLY BANK) / ALLY FINANCIAL**
Legal Department
500 Woodward Avenue
Detroit, MI 48226


Counsel for ALLY CAPITAL CORP.. (aka ALLY BANK) / ALLY FINANCIAL
**ZDANCEWICZ LAW FIRM, PLC.**
Post Office Box 51826
Phoenix, Arizona 85076

*Anthony-Leo. Montez, Beneficiary.*

Anthony Leo Montez, Beneficiary
Debtor & Petitioner Sui Juris
42080 W Anne Lane
Maricopa, AZ 85138
Phone: 602-461-2994
Email: AnthonyLeoMontezEstate@gmail.com

# EXHIBIT A


December 29, 2025

Dear Anthony Montez:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 3286 9718 18**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | December 29, 2025, 11:39 am |
| **Location:** | DETROIT, MI 48226 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | ATTN.ASHLEY G SENIOR SUPERVISOR |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**ALERT: SEVERE FLOODING WITH EVACUATIONS IN SOUTHERN CALIFORNIA, AND WINTER W...**

# USPS Tracking®

FAQs >

Tracking Number:                                                          Remove ✕

## 9589071052703286971818

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:39 am on December 29, 2025 in DETROIT, MI 48226.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
DETROIT, MI 48226
December 29, 2025, 11:39 am

● **Redelivery Scheduled for Next Business Day**
DETROIT, MI 48226
December 27, 2025, 11:11 am

● **Redelivery Scheduled for Next Business Day**
DETROIT, MI 48226
December 27, 2025, 11:08 am

● **Out for Delivery**
DETROIT, MI 48226
December 27, 2025, 8:02 am

● **Arrived at USPS Regional Destination Facility**
DETROIT MI DISTRIBUTION CENTER

Feedback

December 26, 2025, 1:15 pm

**In Transit to Next Facility**
December 25, 2025

**Arrived at USPS Regional Origin Facility**
PHOENIX AZ DISTRIBUTION CENTER
December 18, 2025, 11:12 pm

**USPS electronic receipt of item for mailing**
PHOENIX, AZ 85044
December 13, 2025, 12:11 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                         ⌄

**Return Receipt Electronic**                                                    ⌄

**USPS Tracking Plus®**                                                          ⌄

**Product Information**                                                          ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

:Anthony-Leo: Montez
42080 West Anne Lane
Maricopa, AZ [85138

CERTIFIED MAIL



9589 0710 5270 3286 9718 18



U.S. POSTAGE ™
$8.90
RDC 99
85044   FCM
Date of sale
12/13/25 SK
02    8W6
2000393488

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE

**USPS CERTIFIED MAIL ®**



9507 1066 0401 5347 1120 02

**RETURN RECEIPT**

Ally Financial
Attn: Ashley Graf, Senior Supervisor
- Supplier Management
500 Woodward Avenue
Detroit, MI 48226



**UNITED STATES POSTAL SERVICE**

AHWATUKEE
11010 S 51ST ST
PHOENIX, AZ 85044-9998
www.usps.com

12/13/2025                     12:27 AM

---

TRACKING NUMBERS
9507 1066 0401 5347 1120 02

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

---

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® Letter | 1 | | $0.78 |

    Detroit, MI  48226
    Weight: 0.90 oz
    Estimated Delivery Date
        Sat 12/20/2025
    Tracking #:
        9507 1066 0401 5347 1120 02

| Certified Mail® | | | $5.30 |

        Tracking #:
            9589 0710 5270 3286 9718 18

| e-Return Receipt | | | $2.82 |
| Total | | | $8.90 |

---

Grand Total:                   $8.90

---

Credit Card Remit            $8.90
    Card Name: VISA


December 29, 2025

Dear Anthony Montez:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 3286 9718 01**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 23, 2025, 3:55 pm |
| **Location:** | PHOENIX, AZ 85044 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | Z M J d |
| **Address of Recipient:** | PO BOX 51826 PHOENIX, AZ 85076-1826 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**ALERT: SEVERE FLOODING WITH EVACUATIONS IN SOUTHERN CALIFORNIA, AND WINTER W...**

# USPS Tracking®

FAQs >

**Tracking Number:**                                                    Remove ✕

## 9589071052703286971801

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 3:55 pm on December 23, 2025 in PHOENIX, AZ 85044.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**
PHOENIX, AZ 85044
December 23, 2025, 3:55 pm

### Available for Pickup
AHWATUKEE
11010 S 51ST ST
PHOENIX AZ 85044-9998
M-F 0830-1630; SAT 1000-1300
December 23, 2025, 6:48 am

### Arrived at Post Office
PHOENIX, AZ 85044
December 23, 2025, 6:48 am

### In Transit to Next Facility
December 22, 2025

### Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER

Feedback

December 19, 2025, 8:23 am

**USPS electronic receipt of item for mailing**

PHOENIX, AZ 85044

December 12, 2025, 11:58 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**       ⌄

**Return Receipt Electronic**       ⌄

**USPS Tracking Plus®**       ⌄

**Product Information**       ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

:Anthony-Leo:Montez.
48080 west Anne Lane
Maricopa, AZ [85138]


**CERTIFIED MAIL**

9589 0710 5270 3286 9718 01



U.S. POSTAGE [IMI]
**$8.90**
RDC 99
85044    FCM
Date of sale
12/13/25
02      BWSK
2000393488

FOLD HERE

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE


**USPS CERTIFIED MAIL®**

9507 1066 0401 5347 1119 82

**RETURN RECEIPT**

Zdancewicz Law Firm PLC
counsel for Ally Financial
Post Office Box 51826
Phoenix, AZ 85076-1826

Anthony-Leo: Montez.
42080 West Anne Lane
Maricopa, AZ [85138]

Date: December 13, 2025          9589 0710 5270 3286 9718 01

To:
Counsel for ALLY CAPITAL CORP. (aka ALLY BANK) / ALLY FINANCIAL
Michael Zdancewicz / State Bar No. 012426
ZDANCEWICZ LAW FIRM, PLC
Post Office Box 51826
Phoenix, AZ 85076

## RE: NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS

Case: *In re, Anthony Leo Montez* / Case No.: 4:24-bk-09671-BMW
Pertaining to: Declaration of Ashley Graf – Declaration under Penalty of Perjury

Dear Counsel,

This correspondence serves as NOTICE AND DEMAND for the production of all
documents identified in the enclosed Demand for Production of Documents (Subpoena
Duces Tecum) issued to Ms. Ashley Graf, Senior Supervisor – Supplier Management of
ALLY CAPITAL CORP. (aka ALLY BANK) / ALLY FINANCIAL.

This Demand is grounded strictly upon the sworn statements Ms. Graf made under
penalty of perjury. The documents demanded directly correspond to the factual
assertions she affirmed as true regarding:

- Her purported authority and capacity as an authorized representative of Ally Capital
  (aka Ally Bank);
- Ally Capital's (aka Ally Bank's) corporate structure and relationship with Ally
  Financial Inc.;
- The asserted business-records practices and record-keeping of Ally Capital (aka Ally
  Bank);
- Her review and authentication of the Retail Installment Sale Contract and Electronic
  Lien Record;

- Her declaration that the Form 1099-C and Notice of Lien Release are not business records of Ally Capital (aka Ally Bank), were not issued or authorized by Ally Capital / Ally Bank / Ally Financial, and that Ally Capital / Ally Bank / Ally Financial has no information as to how they were generated; and
- Her familiarity with the underlying transaction and records.

You are hereby given notice that this Demand has also been transmitted via email, fax, and USPS certified mail to ensure full and timely delivery.

You are required to produce the documents identified in the enclosed Demand within the timelines prescribed by applicable law and procedure. Failure to comply will be placed on the record.

Respectfully,

*Anthony-Leo: Montez, Beneficiary.*

Anthony-Leo: Montez
Debtor & Petitioner, Sui Juris
Phone: (602) 461-2994
Email: AnthonyLeoMontezEstate@gmail.com

Enclosure: Notice and Demand — Subpoena Duces Tecum

9589 0710 5270 3286 9718 01



# UNITED STATES
# POSTAL SERVICE.

AHWATUKEE
11010 S 51ST ST
PHOENIX, AZ 85044-9998
www.usps.com

12/12/2025                          12:09 AM

---

TRACKING NUMBERS
9507 1066 0401 5347 1119 82

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply.

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

Phoenix, AZ  85076
Weight: 0.90 oz
Estimated Delivery Date
    Wed 12/17/2025
Tracking #:
    9507 1066 0401 5347 1119 82
Certified Mail®                              $5.30
    Tracking #:
        9589 0710 5270 3286 9718 01
e-Return Receipt                             $2.82

Total                                        $8.90

---

Grand Total:                                 $8.90

---

Credit Card Remit                            $8.90
    Card Name: VISA

# EXHIBIT B

 Gmail

**Anthony Montez <anthonyleomontezestate@gmail.com>**

# Demand for Production of Documents - Declaration of Ashley Graf - Case No.: 4:24-bk-09671-BMW

1 message

**Anthony Montez <anthonyleomontezestate@gmail.com>**　　　　Sun, Dec 14, 2025 at 5:25 PM
To: Notice@zlawaz.com
Cc: Ed Maney <ejm@maney13trustee.com>

Dear Counsel,

Please be advised that I have served a Demand for Production of Documents (Subpoena Duces Tecum) directed to Ally Capital Corp. (aka Ally Bank) / Ally Financial and Ms. Ashley Graf, Senior Supervisor - Supplier Management, in connection with *In re Anthony Leo Montez, Case No.: 4:24-bk-09671-BMW*.

This Demand has been formulated solely and directly in response to the sworn assertions made by Ms. Graf in her Declaration under Penalty of Perjury (28 U.S.C. § 1746) filed in this matter. Each document request corresponds to specific factual representations on behalf of Ally Capital (aka Ally Bank), her access to and review of Ally Capital's record-keeping practices, the origination and assignment of the Retail Installment Sale Contract, the Electronic Lien Record, and Ally Capital's asserted lack of knowledge and non-authorization regarding the Form 1099-C and Notice of Lien Release.

The Demand further seeks documents necessary to substantiate or clarify Ally Capital's (aka Ally Bank's) sworn position that certain documents referenced in this case were not issued, authorized, created, or maintained in the regular course of Ally Capital's business, and that Ally Capital (aka Ally Bank) / Ally Financial has no information regarding how such documents were generated.

Should you have any questions regarding the scope of the Demand or require clarification, you may contact me directly.

Please note that, in addition to this email, the Demand is being transmitted via fax and USPS certified mail to ensure proper service, delivery, and confirmation.

Letter Sent via USPS Certified Mail, see tracking info below:
Certified Tracking #: 9589 0710 5270 3286 9718 18
USPS Tracking #: 9507 1066 0401 5347 1120 02

Letter also sent to Counsel for Ally Capital Corp. (aka Ally Bank) / Ally Financial, see tracking info below:
Certified Tracking #: 9589 0710 5270 3286 9718 01
USPS Tracking #: 9507 1066 0401 5347 1119 82

Thank you for your attention to this matter.

Respectfully,

:Anthony-Leo: Montez.
Debtor & Petitioner, Sui Juris
Phone: (602) 461-2994
Email: AnthonyLeoMontezEstate@gmail.com

Enclosure: Notice and Demand for Production of Documents — (Subpoena Duces Tecum) directed to Ally Capital Corp. (aka Ally Bank) / Ally Financial and Ms. Ashley Graf.

📄 **Demand for Production of Docs_Ally_Capital.pdf**
861K

# EXHIBIT C

 **Gmail**                    Anthony Montez <anthonyleomontezestate@gmail.com>

## Successful transmission to 16022654391. Re: Attention: Michael Zdancewicz, Counsel for Ally Capital (aka Ally Bank) / Ally Financial

1 message

**send@mail.efax.com** <send@mail.efax.com>                    Sun, Dec 14, 2025 at 6:43 PM
To: anthonyleomontezestate@gmail.com



Your fax was successfully sent to 16022654391.

### Fax Details

**Date:** 2025-12-15 01:43:31 (GMT)
**Number of Pages:** 8
**Length of Transmission:** 3258 seconds
**Receiving Machine Fax ID:** VFD211M6N21

Mobile Apps

© 2025 Consensus Cloud Solutions, Inc. or its subsidiaries (collectively, "Consensus"). All rights reserved.
eFax is a registered trademark of Consensus.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

Unsubscribe This account is subject to the terms listed in the eFax Customer Agreement.

# FAX COVER SHEET

| | |
|---|---|
| TO | Michael Zdancewicz |
| COMPANY | Zdancewicz Law Firm PLC |
| FAX NUMBER | 16022654391 |
| FROM | Anthony Montez |
| DATE | 2025-12-15 00:48:35 GMT |
| RE | Attention: Michael Zdancewicz, Counsel for Ally Capital (aka Ally Bank) / Ally Financial |

## COVER MESSAGE

Attention: Michael Zdancewicz, Counsel for Ally Capital (aka Ally Bank) / Ally Financial

RE: NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS (SUBPOENA DUCES TECUM)

CASE: In re, Anthony Leo Montez /
Case No.: 4:24-bk-09671-BMW

Pertaining to the Declaration of Ms. Ashley Graf&rsquo;s Declaration under Penalty of Perjury (28 U.S.C &sect; 1746)



**Anthony Montez <anthonyleomontezestate@gmail.com>**

---

## Successful transmission to 18666992969. Re: Attention: Ms. Ashley Graf, Senior Supervisor - Supplier Mgmt. AND/OR Legal Department

1 message

---

**send@mail.efax.com** <send@mail.efax.com>                              Sun, Dec 14, 2025 at 6:30 PM
To: anthonyleomontezestate@gmail.com



Your fax was successfully sent to 18666992969.

### Fax Details

**Date:** 2025-12-15 01:30:28 (GMT)
**Number of Pages:** 8
**Length of Transmission:** 2178 seconds
**Receiving Machine Fax ID:** 8666992969

Mobile Apps

© 2025 Consensus Cloud Solutions, Inc. or its subsidiaries (collectively, "Consensus"). All rights reserved.
eFax is a registered trademark of Consensus.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

Unsubscribe This account is subject to the terms listed in the eFax Customer Agreement.

# FAX COVER SHEET

| TO | Legal Department |
| --- | --- |
| COMPANY | Ally Capital aka Ally Bank / Ally Financial |
| FAX NUMBER | 18666992969 |
| FROM | Anthony Montez |
| DATE | 2025-12-15 00:53:44 GMT |
| RE | Attention: Ms. Ashley Graf, Senior Supervisor - Supplier Mgmt. AND/OR Legal Department |

## COVER MESSAGE

Attention: Ms. Ashley Graf, Senior Supervisor - Supplier Mgmt. AND/OR Legal Department

RE: NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS (SUBPOENA DUCES TECUM)

CASE: In re, Anthony Leo Montez /
Case No.: 4:24-bk-09671-BMW

Pertaining to the Declaration of Ms. Ashley Graf&rsquo;s Declaration under Penalty of Perjury (28 U.S.C &sect; 1746) executed September 12, 2025.