

2025 DEC 30 PM 2:30

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NO.:** 04:25-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ
Debtor and Petitioner

**CHAPTER 13**

---

**DEMAND FOR PRODUCTION OF DOCUMENTS**

(Subpoena Duces Tecum)

BASED ON DECLARATION UNDER PENALTY OF PERJURY

---

**TO:**
**WILLIAM M. WELLS**
Vice President, U.S. Bank National Association
Legal Department
800 Nicollet Mall, Minneapolis, MN 55402

## I.   AUTHORITY AND BASIS

1. This Demand is issued pursuant to Federal Rule of Civil Procedure 45, made applicable through Federal Rule of Bankruptcy Procedure 9016.

2. On September 15, 2025, **William M. Wells** executed a sworn Declaration under in this matter.

3. The document requests below arise solely from the factual assertions Mr. Wells made under penalty of perjury in that declaration.

---

## II. DOCUMENT REQUESTS DIRECTLY TIED TO SWORN ASSERTIONS

**Assertion #1 (Identity & Authority):**

Mr. Wells declared he is a **Vice President of U.S. Bank National Association** and **authorized to sign** on behalf of U.S. Bank.

**Request:**

1. Produce all documents establishing his authority to sign declarations on behalf of U.S. Bank, including delegation of authority, corporate resolutions, or position-based authorization.

**Assertion #2 (Job Responsibilities & Access):**

Mr. Wells declared he has **knowledge of and is familiar with U.S. Bank's business records**, and that he **has access to and reviewed** the books, records, and files related to the Debtor's Account.

**Requests:**

2. Produce all business records he reviewed regarding the Account.

3. Produce all internal policies and procedures governing access, review, or certification of loan records reviewed by Mr. Wells.

4. Produce any notes, summaries, or internal communications made by Mr. Wells regarding his review.

**Assertion #3 (Recordkeeping Practices):**

Mr. Wells declared that the records are:
• made **at or near the time** of the events they record,
• made by persons with **personal knowledge,**
• **kept in the course of regularly conducted business,** and
• part of U.S. Bank's **regular practice.**

**Requests:**

5. Produce the complete set of business-record policies documenting the creation, retention, and maintenance of such records.

6. Produce training manuals or internal memoranda identifying who creates such records and how contemporaneity and personal-knowledge requirements are satisfied.

**Assertion #4 (Internal Review Concerning the 1099-C):**

Mr. Wells declared that an **"extensive internal review"** was conducted regarding the Form 1099-C attached to Debtor's filings.

**Requests:**

7. Produce all documents comprising that internal review, including reports, emails, memoranda, findings, and conclusions.

8. Identify the departments and individuals who conducted the review, and produce all communications between them.

### Assertion #5 (Forgery Determination):

Mr. Wells declared that U.S. Bank determined the attached Form 1099-C was **not prepared by U.S. Bank**, was **not submitted to the IRS**, and was a **"forged document."**

**Requests:**

9. Produce all documents supporting the determination that the Form 1099-C is a forgery.

10. Produce any IRS correspondence or system reports confirming no Form 1099-C was filed for the Account.

11. Produce the loan file materials allegedly reviewed "in their entirety" to reach this conclusion.

### Assertion #6 (No Cancellation of Debt):

Mr. Wells declared that U.S. Bank has **not canceled the debt**, nor communicated any cancellation to the IRS.

**Requests:**

12. Produce all documents reflecting U.S. Bank's determinations that no cancellation occurred.

13. Produce account ledgers, payment histories, charge-off records, and servicing notes confirming no cancellation.

14. Produce all IRS-related reporting records for the Debtor's account.

---

## III. PRODUCTION INSTRUCTIONS

1. Documents shall be produced within 14 days of service.

2. Electronic documents may be produced in **PDF**, **TIFF**, or **native format**.

3. If any item is withheld under a claim of privilege, **a privilege log** must be provided.

4. If any document does not exist, a written statement under penalty of perjury must confirm its nonexistence.

5. Production may be made by mail or electronically to:

> 42080 W Anne Lane, Maricopa, AZ 85138
> AnthonyLeoMontezEstate@gmail.com

---

## IV. CONSEQUENCES OF NON-COMPLIANCE

Failure to comply may result in:

• a Motion to Compel,

• a Motion for Sanctions under Federal Rule of Civil Procedure 37, and/or

• a Motion to Strike Proof of Claim #4 for failure to substantiate the claim under Bankruptcy Rule 3001.

DATED: December 11, 2025

*:Anthony-Leo: Montez Beneficiary.*

I certify under (28 U.S.C. § 1746) that the information provided is true and correct to the best of my knowledge.

All rights reserved.

:Anthony-Leo: Montez, Beneficiary
Debtor & Petitioner Sui Juris
42080 W Anne Lane
Maricopa, AZ 85138
Phone: 602-461-2994
Email: AnthonyLeoMontezEstate@gmail.com

# CERTIFICATE OF SERVICE

I certify under 28 U.S.C. § 1746 that on December 11, 2025, this Demand for Production of Documents was served upon the parties listed below via USPS Certified Mail, to the best of my knowledge. A copy was also sent via email and fax to the parties below.

**WILLIAM M. WELLS**
Vice President, U.S. Bank National Association
Legal Department
800 Nicollet Mall, Minneapolis, MN 55402

Counsel for U.S. Bank National Association
**TIFFANY & BOSCO P.A.**
Leonard J. McDonald
2525 East Camelback Road
Seventh Floor - Camelback Esplanade
Phoenix, AZ 85016

:Anthony-Leo: Montez, Beneficiary
Debtor & Petitioner Sui Juris
42080 W Anne Lane
Maricopa, AZ 85138
Phone: 602-461-2994
Email:

# EXHIBIT A


**UNITED STATES POSTAL SERVICE**

December 19, 2025

Dear Anthony Montez:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 3286 9718 25**.

**Item Details**

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | December 16, 2025, 8:42 am |
| **Location:** | MINNEAPOLIS, MN 55402 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | WILLIAM M WELLS |

**Shipment Details**

| | |
|---|---|
| **Weight:** | 1.0oz |

**Recipient Signature**

Signature of Recipient: *AA Abdilshakur  Authorized Agent*

Address of Recipient: *800 Nicollet M2l1*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**ALERT: SEVERE FLOODING WITH EVACUATIONS IN SOUTHERN CALIFORNIA, AND WINTER W...**

# USPS Tracking®

FAQs >

**Tracking Number:**                                                    Remove ✕

# 9589071052703286971825

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:42 am on December 16, 2025 in MINNEAPOLIS, MN 55402.

**Get More Out of USPS Tracking:**

> USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

MINNEAPOLIS, MN 55402
December 16, 2025, 8:42 am

**Arrived at USPS Regional Destination Facility**

MINNEAPOLIS MN DISTRIBUTION CENTER
December 15, 2025, 1:17 pm

**In Transit to Next Facility**

December 14, 2025

**Arrived at USPS Regional Origin Facility**

PHOENIX AZ DISTRIBUTION CENTER
December 12, 2025, 6:04 pm

**USPS electronic receipt of item for mailing**

PHOENIX, AZ 85048
December 11, 2025, 6:13 pm

Feedback

Case 4:24-bk-09671-BMW    Doc 151    Filed 12/31/25    Entered 01/05/26 08:07:39    Desc
Main Document        Page 8 of 21





### UNITED STATES POSTAL SERVICE

PECOS
16825 S DESERT FOOTHILLS PKWY
PHOENIX, AZ 85048-9998
www.usps.com

12/11/2025                                    06:23 PM

------------------------------------------------
TRACKING NUMBERS
9507 1065 9996 5345 1759 83
------------------------------------------------
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



------------------------------------------------
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply
------------------------------------------------
TRACK STATUS ONLINE
Visit https://m.m.usps.com/tracking
Text and e-mail alerts available
------------------------------------------------
PURCHASE DETAILS
------------------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

   Minneapolis, MN  55402
   Weight: 1.00 oz
   Estimated Delivery Date
     Wed 12/17/2025
   Tracking #:
     9507 1065 9996 5345 1759 83
   Certified Mail®                    $5.30
    Tracking #:
     9589 0710 5270 3286 9718 25
   e-Return Receipt                   $2.82

Total                                      $8.90
------------------------------------------------
Grand Total:                               $8.90
------------------------------------------------
Credit Card Remit                          $8.90
   Card Name: VISA


December 19, 2025

Dear Anthony Montez:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 3286 9715 66.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 15, 2025, 12:49 pm |
| **Location:** | PHOENIX, AZ 85016 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | LEONARD J MCDONALD |

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**ALERT: SEVERE FLOODING WITH EVACUATIONS IN SOUTHERN CALIFORNIA, AND WINTER W...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052703286971566

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 12:49 pm on December 15, 2025 in PHOENIX, AZ 85016.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered
**Delivered, Individual Picked Up at Post Office**
PHOENIX, AZ 85016
December 15, 2025, 12:49 pm

**In Transit to Next Facility**
December 14, 2025

**Arrived at USPS Regional Facility**
PHOENIX AZ DISTRIBUTION CENTER
December 12, 2025, 6:19 pm

**USPS electronic receipt of item for mailing**
PHOENIX, AZ 85048
December 11, 2025, 6:33 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**



Counsel for US Bank National Assoc
Leonard J McDonald
Tiffany & Bosco P A
8635 East Commerce Road
Squann Floor Camelback Esplanade II
Phoenix, AZ 85016

Anthony Leo Nunez
40080 W Annie Lane
Maricopa, AZ 85138

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE

USPS CERTIFIED MAIL

9589 0710 5270 3686 9715 66

RETURN RECEIPT

9590 7106 9996 5345 1760 41

Anthony-Leo: Montez.
42080 West Anne Lane
Maricopa, AZ [85138]

Date: December 11, 2025

9589 0710 5270 3286 9715 66

To:
Counsel for U.S. BANK NATIONAL ASSOCIATION
Leonard J. McDonald / State Bar No. 014228
Mark S. Bosco / State Bar No. 010167
TIFFANY & BOSCO P.A.
2525 East Camelback Road
Seventh Floor Camelback Esplanade II
Phoenix, AZ 85016

**RE: NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS**
Case: In re, Anthony Leo Montez / Case No.: 4:24-bk-09671-BMW
Pertaining to Declaration of William M. Wells—Declaration under Penalty of Perjury (28 U.S.C. §1746)

**Dear Counsel,**

This correspondence serves as NOTICE AND DEMAND for the production of all documents identified in the enclosed Demand for Production of Documents issued to Mr. William M. Wells, Vice President of U.S. BANK NATIONAL ASSOCIATION.

This Demand is grounded strictly upon the sworn statements Mr. Wells made under penalty of perjury pursuant to (28 U.S.C. § 1746). The documents demanded directly correspond to the factual assertions he affirmed as true regarding:

- His purported authority and capacity;
- His claimed access to and review of the Debtor's loan records;
- The asserted business-records practices of U.S. BANK;
- The internal review concerning the Form 1099-C; and
- His declaration that the Form 1099-C is a "forgery".

You are hereby given notice that this Demand has also been transmitted via email and via fax to ensure full and timely delivery.

You are required to produce the documents identified in the enclosed Demand within the timelines prescribed by applicable law and procedure. Failure to comply will be placed on the record.

Respectfully,

*Anthony-Leo: Montez, Beneficiary.*

Anthony-Leo: Montez.
Debtor & Petitioner, Sui Juris
Phone: (602) 461-2994
Email: AnthonyLeoMontezEstate@gmail.com

Enclosure: Notice and Demand — Subpoena Duces Tecum



**UNITED STATES POSTAL SERVICE.**

PECOS
16825 S DESERT FOOTHILLS PKWY
PHOENIX, AZ 85048-9998
www.usps.com

12/11/2025                          06:44 PM
-----------------------------------------
TRACKING NUMBERS
9507 1065 9996 5345 1760 41
-----------------------------------------
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



-----------------------------------------
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply
-----------------------------------------
TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
-----------------------------------------
PURCHASE DETAILS
-----------------------------------------
Product           Qty    Unit      Price
                         Price
-----------------------------------------
First-Class Mail®  1               $1.07
Letter
     Phoenix, AZ  85016
     Weight: 1.30 oz
     Estimated Delivery Date
        Mon 12/15/2025
     Tracking #:
        9507 1065 9996 5345 1760 41
Certified Mail®                    $5.30
     Tracking #:
        9589 0710 5270 3286 9715 66
  e-Return Receipt                 $2.82
Total                              $9.19
-----------------------------------------
Grand Total:                       $9.19
-----------------------------------------
Credit Card Remit                  $9.19
     Card Name: VISA

# EXHIBIT B

 Gmail

Anthony Montez <anthonyleomontezestate@gmail.com>

## Demand for Production of Document
1 message

**Anthony Montez** <anthonyleomontezestate@gmail.com>                    Thu, Dec 11, 2025 at 7:25 PM
To: "ljm@tblaw.com" <ljm@tblaw.com>
Cc: Ed Maney <ejm@maney13trustee.com>

Dear Counsel,

Please be advised that I have served a Demand for Production of Documents directed to Mr. William M. Wells, Vice President of U.S. BANK NATIONAL ASSOCIATION, in connection with In re Anthony Leo Montez, Case No. 4:24-bk-09671-BMW.

This Demand has been formulated based solely on the sworn assertions made by Mr. Wells in his Declaration under Penalty of Perjury. Each document request directly corresponds to the statements he affirmatively represented as true, including his statements regarding his authority, his access to and review of the Debtor's loan records, U.S. Bank's business-records practices, the internal review concerning the Form 1099-C, and the determination that the 1099-C is a forgery.

Please note that, in addition to this email, we will also be sending the Demand via fax and certified mail to ensure proper delivery and confirmation.

Should there be any questions or if further clarification is needed, please do not hesitate to contact me.

Thank you for your attention to this matter.

Attachments: Demand for Production of Documents (Subpoena Duces Tecum) sent to Mr. William M. Wells, Vice President of U.S. Bank National Association.

Sent via USPS Certified Mail, see tracking info below:
Certified Tracking #9589 0710 5270 3286 9718 25
USPS Tracking #9507 1065 9996 5345 1759 83

Letter also sent to Counsel for U.S. Bank National Association, Tiffany & Bosco, P.A.:
Certified Tracking #9589 0710 5270 3286 9715 66
USPS Tracking #9507 1065 9996 5345 1760 41

Respectfully,

Anthony-Leo: Montez.
Debtor & Petitioner, Sui Juris
42080 West Anne Lane
Maricopa, AZ [85138]
Phone: (602) 461-2994
Email: AnthonyLeoMontezEstate@gmail.com

📎 **Demand for Production of Docs_US Bank.pdf**
     555K

# EXHIBIT C

 Gmail

**Anthony Montez <anthonyleomontezestate@gmail.com>**

## Successful transmission to 16022550103. Re: Attention: Leonard J. McDonald, Counsel for U.S. Bank National Association
1 message

send@mail.efax.com <send@mail.efax.com>
To: anthonyleomontezestate@gmail.com

Thu, Dec 11, 2025 at 8:48 PM



Your fax was successfully sent to 16022550103.

**Fax Details**

**Date:** 2025-12-12 03:48:17 (GMT)
**Number of Pages:** 6
**Length of Transmission:** 2230 seconds
**Receiving Machine Fax ID:** No ID

© 2025 Consensus Cloud Solutions, Inc. or its subsidiaries (collectively, "Consensus"). All rights reserved. eFax is a registered trademark of Consensus.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

Unsubscribe This account is subject to the terms listed in the eFax Customer Agreement.

Case 4:24-bk-09671-BMW   Doc 151   Filed 12/31/25   Entered 01/05/26 08:07:39   Desc
Main Document    Page 20 of 21

# FAX COVER SHEET

| | |
|---|---|
| TO | Leonard J. McDonald |
| COMPANY | Tiffany & Bosco |
| FAX NUMBER | 16022550103 |
| FROM | Anthony Montez |
| DATE | 2025-12-12 03:10:30 GMT |
| RE | Attention: Leonard J. McDonald, Counsel for U.S. Bank National Association |

## COVER MESSAGE

Attention: Leonard J. McDonald, Counsel for U.S. Bank National Association

RE: NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS

Case: In re, Anthony Leo Montez /
Case No.: 4:24-bk-09671-BMW

Pertaining to Declaration of William M. Wells&mdash;Declaration under Penalty of Perjury (28 U.S.C. &sect;1746)