2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

CASE NO.: 04:25-bk-09671-BMW

IN RE: ANTHONY LEO MONTEZ  
        Debtor and Petitioner

CHAPTER 13

## MOTION FOR EXTENSION OF TIME

MOTION FOR EXTENSION OF TIME TO FILE AMENDED PLAN AND TRUSTEE-REQUESTED DOCUMENTS

COMES NOW, the Debtor, Anthony Leo Montez, appearing Sui Juris, and respectfully moves this Court for an extension of time of ninety (90) days to complete and file certain documents requested but the Chapter 13 Trustee, and in support thereof states as follows:

### I. RELIEF REQUESTED

FILED USBC PHX  
2026 JAN 16 PM 2:36

The Debtor respectfully requests an extension of ninety (90) days to complete and file:

- An amended Chapter 13 Plan;
- Business Questionnaire(s);
- Monthly Business Operating Statements for the months of June 2025 through October 2025;
- Amended 2024 tax filings (Form 1040-X); and
- Any related Trustee questionnaires or administrative documentation.

### II. GOOD CAUSE EXISTS FOR THE REQUESTED EXTENSION

1. The Debtor and his family have been displaced from their residence for over six (6) months due to a residential fire and are currently residing in temporary Airbnb housing.

2. During this period of displacement, the Debtor has been:
   - Managing ongoing recovery and insurance matters related to the fire;
   - Homeschooling minor children; and
   - Proceeding Sui Juris in this bankruptcy case.



3. The Debtor has recently retained administrative assistance to help organize and complete the required filings accurately and in good faith.

4. The volume and complexity of the Trustee-requested materials, combined with the Debtor's current housing instability and family obligations, make completion within the existing timeframe not reasonably possible.

5. The Debtor is not refusing to comply with the Trustee's requests and is acting in good faith to ensure that all filings are accurate, complete, and responsive.

## III. EXTENSION IS REASONABLE AND NECESSARY

Granting the requested exemption will:

- Promote accuracy and completeness of the record;
- Avoid unnecessary dismissal or procedural prejudice; and
- Serve the interests of fairness and due process.
- No creditor will be unfairly prejudiced by a brief extension under the circumstances presented.

## IV. CONCLUSION

WHEREFORE, the Debtor respectfully requests that the Court grant a ninety (90) day extension of time, or such other period as the Court deems just and appropriate, to file the amended plan and Trustee-requested documents.

Respectfully presented this ____ day of January, 2026.

*/s/ Anthony-Leo: Montez, Beneficiary.*

Anthony Leo Montez
Debtor, Sui Juris
42080 W Anne Lane
Maricopa, AZ [85138]
(602)461-2994
anthonyleomontezestate@gmail.com