Edward J. Maney, Esq. AZ Bar#12256
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| ANTHONY LEO MONTEZ | ) | Case No. 4: 24-BK-09671-BMW |
| | ) | |
| | ) | NOTICE OF HEARING RE: |
| | ) | CHAPTER 13 TRUSTEE'S MOTION |
| | ) | TO DISMISS CASE AND |
| Debtor(s) | ) | CERTIFICATE OF MAILING |

**NOTICE IS HEREBY GIVEN** that a Hearing on Chapter 13 Trustee's Motion to Dismiss Case filed 1/28/2026, DK#154, will be held before the Honorable Brenda Moody Whinery, United States Bankruptcy Judge, Videoconference:

Date:   March 10, 2026
Time:   10:45 AM

This hearing will be held by videoconference. The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, may be reviewed on the Court's website at: https://www.azb.uscourts.gov/videoconference-hearing-guidelines.  Any interested parties may appear via https://www.zoomgov.com/join. The hearing ID is 160 984 7559 and the passcode is 217977. Alternatively, interested parties may access the hearing using the following link:https://www.zoomgov.com/j/1609847559?pwd=jTbmSrfmJoTjw51FtCXwgjByKud6aY.1.
Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

**PLEASE TAKE NOTICE** that any response must be filed in writing at least **seven days** prior to the hearing with the Clerk of the Bankruptcy Court:

**Clerk of Court
UNITED STATES BANKRUPTCY COURT
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003-1706**

and served upon the Chapter 13 Trustee. The Chapter 13 Trustee to serve this notice to debtor(s) and debtor(s) counsel.

Dated: See Electronic Signature:

                                            Edward J. Maney, Esq.
                                            101 N. First Avenue, Suite 1775
                                            Phoenix, Arizona 85003
                                            (602) 277-3776 Ext. 213

CERTIFICATE OF MAILING FOR CASE NO. 2: 24-BK-09671-BMW

Edward J. Maney, CHAPTER 13 TRUSTEE (hereinafter the "Trustee"), hereby certifies that a copy of Notice of Hearing was mailed on January 29, 2026 to following parties:

Debtor (s): Pro-se
Anthony Leo Montez
42080 W. Anne Lane
Maricopa, Arizona 85138

Copies of the foregoing mailed (see electronic signature below) to the following:

                                            EDWARD J. MANEY,
                                            CHAPTER 13 TRUSTEE

                                            Edward J. Maney, Esq. #012256
                                            101 N. First Avenue, Suite 1775
                                            Phoenix, Arizona 85003
                                            (602) 277-3776Ext. 213