United States Bankruptcy Court
District of Arizona

In re:  Case No. 24-09671-BMW
ANTHONY LEO MONTEZ  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4  User: admin  Page 1 of 2
Date Rcvd: Jan 27, 2026  Form ID: notvhrg  Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + ANTHONY LEO MONTEZ, 42080 W ANNE LANE, MARICOPA, AZ 85138-8637 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 27 2026 23:06:48 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 27 2026 23:06:33 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: bkfilings@zwickerpc.com | Jan 27 2026 23:05:00 | American Express National Bank, c/o Zwicker & Associates PC, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 23:06:34 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + Email/Text: USBankBKNotices@nationalbankruptcy.com | Jan 27 2026 23:04:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| EDWARD J. MANEY | azphecf@trustee13.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ecf@tblaw.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. Bank National Association ecf@tblaw.com |
| Michael Zdancewicz | on behalf of Creditor Ally Capital Corp. Notice@ZLawAZ.com |
| Michael Zdancewicz | on behalf of Creditor Ally Capital Notice@ZLawAZ.com |
| Michael Zdancewicz | on behalf of Defendant ALLY CAPITAL / ALLY FINANCIAL  Notice@ZLawAZ.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 7

FORM notvhrg
REVISED 09/07/2022

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                     Case No.: 4:24−bk−09671−BMW

ANTHONY LEO MONTEZ            Chapter: 13
42080 W ANNE LANE
MARICOPA, AZ 85138
SSAN: xxx−xx−0492
EIN:

Debtor(s)

## NOTICE OF VIDEOCONFERENCE HEARING

A videoconference hearing in the above−captioned case will be held on **2/10/26** at **10:45 AM.** The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

STATUS HEARING REGARDING THE ADMINISTRATIVE CASE.

Any interested parties may appear via **https://www.zoomgov.com**, **hearing ID 161 030 1872** and **passcode 757531**. Alternatively, interested parties may use the following hearing link:
https://www.zoomgov.com/j/1610301872?pwd=SQ3p0SqvEBCUnXUMtLtRyaCUlP9Kak.1.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: https://azb.uscourts.gov/videoconference−hearing−guidelines.

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Date: January 27, 2026

Address of the Bankruptcy Clerk's Office:        Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue                                   Khadijia V. White−Thomas
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov