United States Bankruptcy Court
District of Arizona

In re:                                                                             Case No. 24-09671-BMW

ANTHONY LEO MONTEZ                                Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4                                      User: admin                                     Page 1 of 3

Date Rcvd: Jan 28, 2026                           Form ID: vidresc                              Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ANTHONY LEO MONTEZ, 42080 W ANNE LANE, MARICOPA, AZ 85138-8637 |
| 17589503 | + | ALLY FINANCIAL ET AL, PO BOX 71119, CHARLOTTE NC 28272-1119 |
| 17589504 | + | FIRST SERVICE RESIDENTIAL, RANCHO EL DORADO HOA, 9000 E PIMA CENTER PKWY SUITE 300, SCOTTSDALE AZ 85258-4471 |
| 17563130 | + | GLOBAL WATER RESOURCES, 21410 N 19TH AVE STE. 220, PHOENIX, AZ 85027-2758 |
| 17563135 | + | MARYVALE JUSTICE COURTS, 10420 W VAN BUREN ST. #102, AVONDALE, AZ 85323-5330 |
| 17563131 | + | ORBITEL COMMUNICATIONS, 21116 N JOHN WAYNE PKWY B-9, MARICOPA, AZ 85139-2932 |
| 17563133 | + | PIONEER TITLE AGENCY, PO BOX 45467, PHOENIX, AZ 85064-5467 |
| 17563134 | + | SENTRY MANAGEMENT, 4605 E EL WOOD ST SUITE 100, PHOENIX, AZ 85040-0903 |
| 17563132 | | SOUTHWEST GAS CO., PO BOX 24531, OAKLAND, CA 94623-1531 |
| 17589505 | + | SYNCHRONY - CAR/AUTO CREDIT, PO BOX 71715, PHILADELPHIA PA 19176-1715 |
| 17563144 | | SYNCHRONY BANK (AUTO CARE), ATTN: BANKRUPTCY DEPT., PO BOX 965061, ORLANDO, PL 32896-5061 |
| 17589502 | + | U.S. BANK ET AL, PO BOX 2005, 4801 FREDERICA STREET, OWENSBORO KY 42301-7441 |
| 17621131 | | U.S. Bank National Association, Seventh Floor Camelback Esplanade II, 2525 E. Camelback Rd, Phoenix, AZ 85016 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2026 22:55:08 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jan 28 2026 22:57:00 | American Express National Bank, c/o Zwicker & Associates PC, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Jan 28 2026 22:56:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 17563148 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2026 22:55:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT., PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 17563136 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2026 22:55:08 | AMERICAN EXPRESS, PO BOX 96001, LOS ANGELES, CA 90096-8000 |
| 17563140 | + | Email/Text: documents@apellesnow.com | Jan 28 2026 22:57:00 | APELLES, PO BOX 1578, MIDDLETOWN, OH 45042-7395 |
| 17618662 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2026 22:55:18 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17622741 | + | Email/Text: bkfilings@zwickerpc.com | Jan 28 2026 22:57:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 17563138 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2026 22:54:46 | CAPITAL ONE, PO BOX 71087, CHARLOTTE, NC 28272-1087 |
| 17563149 | + | Email/Text: ddulworth@clarkhill.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 28 2026 22:57:00 | CLARK HILL PLC., C/O RYAN J. LORENZ and/or DANIEL P. THIE, 14850 N SCOTTSDALE ROAD, SUITE 500, SCOTTSDALE, AZ 85254-3464 |
| 17563139 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2026 22:54:51 | CREDIT ONE, PO BOX 60500, CITY OF INDUSTRY, CA 91716-0500 |
| 17570866 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2026 22:55:18 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 17563137 | | Email/Text: mrdiscen@discover.com | Jan 28 2026 22:55:00 | DISCOVER, PO BOX 30421, SALT LAKE CITY, UT 84130-0421 |
| 17590558 | | Email/PDF: ais.dtv.ebn@aisinfo.com | Jan 28 2026 22:55:19 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 17569108 | | Email/Text: mrdiscen@discover.com | Jan 28 2026 22:55:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 17563129 | | Email/Text: kari@ed-3.org | Jan 28 2026 22:55:00 | ELECTRICAL DISTRICT NO. 3, 41630 W. LOUIS JOHNSON DR., MARICOPA, AZ 85138 |
| 17563141 | | Email/Text: crdept@na.firstsource.com | Jan 28 2026 22:57:00 | FIRSTSOURCE ADVANTAGE, LLC., 205 BRYANT WOODS S, AMHERST, NY 14228-3609 |
| 17815439 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2026 22:54:59 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 17563142 | + | Email/Text: bankruptcy@hoalaw.biz | Jan 28 2026 22:56:00 | MAXWELL & MORGAN, 4854 E BASELINE RD. #104, MESA, AZ 85206-4636 |
| 17563143 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2026 22:56:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA STE. 100, SAN DIEGO, CA 92108-3007 |
| 17616494 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2026 22:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 17620720 | + | Email/Text: bankruptcy@hoalaw.biz | Jan 28 2026 22:56:00 | Rancho El Dorado Homeowners Association, c/o Maxwell & Morgan, P.C., 4854 East Baseline Road, Suite 104, Mesa, Arizona 85206-4636 |
| 17589507 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Jan 28 2026 22:57:00 | STATE FARM, PO BOX 588002, NORTH METRO GA 30029-8002 |
| 17589506 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2026 22:55:06 | SYNCHRONY - CARE CREDIT, PO BOX 71715, PHILADELPHIA PA 19176-1715 |
| 17563145 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2026 22:54:43 | SYNCHRONY BANK (CARE CREDFT), ATTN: BANKRUPTCY DEPT., PO BOX 965061, ORLANDO, FL 32896-5061 |
| 17604219 | + | Email/Text: SWGBANKRUPTCY@SWGAS.COM | Jan 28 2026 22:56:00 | Southwest Gas Corporation, P.O. BOX 1498, P.O. BOX 1498, Victorville, CA 92393-1498 |
| 17622677 | | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2026 22:54:53 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 17563147 | + | Email/Text: BKNotices@tblaw.com | Jan 28 2026 22:56:00 | TIFFANY & BOSCO, C/0 LEONARD J. MCDONALD, ESQ., 2525 E CAMELBACK ROAD, SUITE 300, PHOENIX, AZ 85016-4237 |
| 17579578 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jan 28 2026 22:56:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 17563146 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 28 2026 22:57:00 | US BANK, 800 NICOLLETT MALL, MINNEAPOLIS, MN 55402 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2026          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EDWARD J. MANEY | azphecf@trustee13.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ecf@tblaw.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. Bank National Association ecf@tblaw.com |
| MARY B. MARTIN | on behalf of Trustee EDWARD J. MANEY mary@maney13trustee.com |
| Michael Zdancewicz | on behalf of Creditor Ally Capital Notice@ZLawAZ.com |
| Michael Zdancewicz | on behalf of Defendant ALLY CAPITAL / ALLY FINANCIAL  Notice@ZLawAZ.com |
| Michael Zdancewicz | on behalf of Creditor Ally Capital Corp. Notice@ZLawAZ.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:24−bk−09671−BMW |
| ANTHONY LEO MONTEZ<br>42080 W ANNE LANE<br>MARICOPA, AZ 85138<br>SSAN: xxx−xx−0492<br>EIN: | Chapter: 13 |
| Debtor(s) | |

## NOTICE OF RESCHEDULED VIDEOCONFERENCE HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 02/10/2026 at 10:45 AM has been vacated.

The hearing has been RESCHEDULED for **3/10/26** at **10:45 AM**. The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

STATUS HEARING REGARDING THE ADMINISTRATIVE CASE.

Any interested parties may appear via **https://www.zoomgov.com**, **hearing ID 160 984 7559** and **passcode 217977**. Alternatively, interested parties may use the following hearing link:
https://www.zoomgov.com/j/1609847559?pwd=jTbmSrfmJoTjw51FtCXwgjByKud6aY.1.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: https://azb.uscourts.gov/videoconference−hearing−guidelines.

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Date: January 28, 2026

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704<br>Telephone number: (520) 202−7500<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>Khadijia V. White−Thomas |