# TIFFANY & BOSCO
### — P.A. —

**SEVENTH FLOOR CAMELBACK ESPLANADE II**

**2525 E. CAMELBACK ROAD**

**PHOENIX, ARIZONA 85016**

**TELEPHONE: (602) 255-6000**

**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for U.S. Bank National Association
24-08912-US-AZ

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 |
| Anthony Leo Montez | Case No. 4:24-bk-09671-BMW |
| Debtor. | (Related to Docket #154) |
| U.S. Bank National Association | **JOINDER IN TRUSTEE'S MOTION TO DISMISS CASE** |
| Secured Creditor, vs. | |
| Anthony Leo Montez, Debtor; Edward J. Maney, Trustee. | |
| Respondents. | |

On January 28, 2026, Trustee Edward J. Maney filed his Motion to Dismiss Case for "cause", including unreasonable delay that is prejudicial to creditors, failure to propose a feasible plan, and failure to cooperate with the Trustee in providing requested documents *(Docket #154)*. U.S. Bank National Association, a Secured Creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby joins in the

Motion to Dismiss filed by the Trustee.

DATED this 13th day of February, 2026.

Respectfully submitted,
TIFFANY & BOSCO, P.A.

BY:  /s/ Leonard J. McDonald #014228
     Mark S. Bosco
     Leonard J. McDonald
     Attorneys for Secured Creditor

COPY of the foregoing mailed
February 13, 2026 to:

Anthony Leo Montez
42080 W Anne Lane
Maricopa, AZ 85138
Debtor

Edward J. Maney
101 N. First Ave., Suite 1775
Phoenix, AZ 85003
Trustee

Michael Zdancewicz
Zdancewicz Law Firm PLC
P.O. Box 51826
Phoenix, AZ 85076-1826
Attorney for Ally Capital

By: Julie Bush