# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

CASE NO.: 04:24-bk-09671-BMW

IN RE: ANTHONY LEO MONTEZ  
        Debtor.

CHAPTER 13

## EXEMPT PROPERTY LIST

1. Primary Residence – 42080 W Anne Lane, Maricopa, AZ [85138]

2. Vacant real property (Undeveloped land), located in Apache County, AZ; purchased and held for the sole purpose of constructing debtor's future primary residence (homestead); exemption claimed in debtor's equity pursuant to ARS §33-1101.

3. Motor Vehicle – 2021 Ram 3500 dually

4. Motor Vehicle – 1977 Cutlass Supreme

5. Motor Vehicle – 2005 GMC Yukon

6. Bezos Investments Express Trust

7. All Household Goods and furnishings in Primary Residence

8. All Electronics used in Primary Residence

9. All Firearms used in Primary Residence

10. All Tools used in Primary Residence

11. All Clothes used in Primary Residence

*Anthony-Leo: Montez, Beneficiary*