2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re

ANTHONY LEO MONTEZ.

Debtor(s)

Chapter 13

Case No. 04:24-bk-09671-BMW

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: _____ December 2024 _____ (month and year)

1. **INCOME.**

| | |
|---|---|
| Gross Business Receipts / Sales | $ 0.00 |
| Sales Taxes Collected | $ 0.00 |
| *TOTAL INCOME*........................................................................ | $ 0.00 |

2. **COSTS AND EXPENSES.**

| | |
|---|---|
| Advertising & Promotion | $ 0.00 |
| Auto Fuel & Operations | $ 0.00 |
| Debt Payments by Corp. or LLC (do <u>not</u> incl. any debts included in the case or the plan payment): | |
| (a)_____ | $ 0.00 |
| (b)_____ | $ 0.00 |
| (c)_____ | $ 0.00 |
| Employee Benefits: | |
| (a) Hospitalization & Medical | $ 0.00 |
| (b) Retirement | $ 0.00 |
| (c) Other | $ 0.00 |
| Insurance Premiums (fire, theft, liability, etc.) | $ 0.00 |
| Inventory, Materials & Supplies | $ 0.00 |
| Legal & Accounting | $ 0.00 |
| Maintenance & Repairs | $ 0.00 |
| Office Supplies | $ 0.00 |
| Other Business Expenses (itemize): | |
| (a) _____ | $ 0.00 |
| (b) _____ | $ 0.00 |
| Postage & Shipping | $ 0.00 |
| Rent or Lease Expense for Business Location | $ 0.00 |
| Salaries, Wages, Bonuses (gross amt., do <u>not</u> incl. owner's comp.) | $ 0.00 |
| Taxes: | |
| Employer's FICA (social security) contributions | $ 0.00 |
| Sales Taxes | $ 0.00 |
| Unemployment Taxes | $ 0.00 |

| | | |
|---|---|---|
| Telephone & Utilities | $ | 0.00 |
| Workers' Compensation Insurance | $ | 0.00 |
| **_TOTAL COSTS AND EXPENSES_** ....................................... | $ | 0.00 |

3. **_NET INCOME (LOSS)_.** (Total Income [#1] less Total Costs & Expenses [#2] ............$ 0.00

4. Total funds on hand and in bank account(s)   $ 0.00
5. Total value of inventory on hand (cost basis)   $ 0.00
6. Total accounts receivable   $ 0.00
7. Total accounts payable   $ 0.00

"Debtor was not operating a business during the reporting period."

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: _____ March 17 _____ , 20 26

_Anthony LeD. Montez Beneficios_ _____
Debtor                       Joint Debtor

Case 4:24-bk-09671-BMW    Doc 174    Filed 03/24/26    Entered 03/25/26 12:29:09    Desc
Main Document     Page 2 of 2