FILED USBC PHX
2026 MAR 24 PM2:12

2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NO.:** 04:24-bk-09671-BMW

IN RE: ANTHONY LEO MONTEZ
              Debtor.

**CHAPTER 13**

## NOTICE REGARDING FINAL MONTHLY OPERATING REPORTS

Debtor, Anthony L. Montez, appearing sui juris, respectfully provides notice to the Court and the Chapter 13 Trustee regarding the status of the Monthly Operating Reports previously required in this case.

1. At the time the Chapter 13 petition was filed in November 2024, Debtor was self-employed.

2. Due to a lack of available work, Debtor ceased operating the self-employment business in or about December 2024.

3. After that time, Debtor sought W-2 employment and was no longer operating a business or generating self-employment income.

4. Accordingly, beginning approximately December 2024 through March 2026, there was no business activity, no business income, and no business expenses to report.

5. Debtor has since secured W-2 employment, initially with a temporary capacity in January 2025 through March 2025, followed by a permanent position that began on July 9, 2025 and currently remains employed in that position.

6. Because Debtor is no longer operating a business, there are no additional Monthly Operating Reports to present beyond the period in which the business ceased operations.

Debtor respectfully provides this notice to clarify the absence of additional operating reports and to inform the Court and Trustee that Debtor is no longer self-employed.

Respectfully presented this __20th__ day of __March__, 2026.

*: Anthony-Leo: Montez, Beneficiary.*

Anthony L Montez.
42080 W Anne Lane
Maricopa, AZ 85138
anthonyleomontezestate@gmail.com
Debtor, Sui Juris

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct **COPY** of the foregoing *Notice Regarding Final Monthly Operating Reports* have been mailed, emailed and faxed on this _20th_ day of _March_, 2026, to the following:

**Mailed to:**
Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, AZ 85003@

Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003

Clerk of the Bankruptcy Court:
Khadijia V. White-Thomas
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704

**Faxed to:**
Edward J. Maney, Trustee
(602) 277-4103

**Emailed to:** ejm@maney13trustee.com and
mary@maney13trustee.com