FILED USBC PHX
2026 MAR 24 PM 2:12

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ARIZONA

CASE NO.: 04:24-bk-09671-BMW

IN RE: ANTHONY LEO MONTEZ
          Debtor.

CHAPTER 13

## NOTICE OF CHANGE IN EMPLOYMENT AND CESSATION OF SELF-EMPLOYMENT

Debtor, Anthony Montez, appearing sui juris, hereby provides notice to the Court and the Chapter 13 Trustee of a change in employment status.

1. At the time the Debtor filed the Chapter 13 petition in November 2024, the Debtor was self-employed and operating on a self-employment basis.

2. Due to a lack of available work, the Debtor ceased operating the self-employment business in or about December 2024.

3. The Debtor subsequently obtained W-2 employment beginning January 13, 2025 and worked in that temporary capacity for approximately two months before the contract ended.

4. The Debtor later obtained new W-2 employment beginning on July 9, 2025, and has remained continuously employed in that position through the present date.

5. Because the Debtor is no longer operating a business or self-employed, the Debtor respectfully notifies the Court and the Chapter 13 Trustee of the cessation of self-employment.

6. Debtor respectfully requests that the requirement to present Monthly Operating Reports be terminated going forward, as Debtor is no longer operating a business.

7. Debtor will continue to comply with all requirements of the Chapter 13 Trustee and will provide pay advices and any other income documentation as requested.

Respectfully presented this __20th__ day of __March__, 2026.

*Anthony-Leo: Montez, Beneficiary.*

Anthony L Montez.
42080 W Anne Lane
Maricopa, AZ 85138
anthonyleomontezestate@gmail.com
Debtor, Sui Juris

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct **COPY** of the foregoing *Notice of Change in Employment and Cessation of Self-Employment* have been mailed, emailed and faxed on this 20th day of March , 2026,  to the following:

**Mailed to:**

Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, AZ 85003@

Clerk of the Bankruptcy Court:
Khadijia V. White-Thomas
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704

Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003

**Faxed to:**
Edward J. Maney, Trustee
(602) 277-4103

**Emailed to:** ejm@maney13trustee.com and
mary@maney13trustee.com