FILED USBC PHX
2026 MAR 24 PM 2:12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

CASE NO.: 04:24-bk-09671-BMW

IN RE: ANTHONY LEO MONTEZ
                Debtor.

CHAPTER 13

## NOTICE REGARDING 2024 TAX RETURN STATUS

Debtor hereby notifies the Court and Trustee that the 2024 federal income tax return was previously filed but rejected by the Internal Revenue Service. The Debtor was instructed to amend and resubmit the return.

Due to unforeseen circumstances, including a residential fire, displacement, ongoing home reconstruction, and homeschooling responsibilities for minor children, the Debtor has not yet had an opportunity to complete the amended return.

The Debtor is in the process of addressing the required amendments and will file and provide the corrected return as soon as reasonably practicable.

Respectfully presented this __20th__ day of __March__, 2026.

Anthony L Montez.
42080 W Anne Lane
Maricopa, AZ 85138
anthonyleomontezestate@gmail.com
Debtor, Sui Juris

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct **COPY** of the foregoing *Notice Regarding Tax Returns* have been mailed, emailed and faxed on this 20th day of March , 2026, to the following:

**Mailed to:**
Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, AZ 85003@

Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003

Clerk of the Bankruptcy Court:
Khadijia V. White-Thomas
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704

**Faxed to:**
Edward J. Maney, Trustee
(602) 277-4103

**Emailed to:** ejm@maney13trustee.com and
mary@maney13trustee.com