In re:                                                          Case No. 24-09671-BMW

ANTHONY LEO MONTEZ                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4                     User: admin                     Page 1 of 3

Date Rcvd: Mar 25, 2026                  Form ID: nch13pln               Total Noticed: 45

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ANTHONY LEO MONTEZ, 42080 W ANNE LANE, MARICOPA, AZ 85138-8637 |
| 17589503 | + | ALLY FINANCIAL ET AL, PO BOX 71119, CHARLOTTE NC 28272-1119 |
| 18081507 | + | ANTHONY L MONTEZ, 42080 W ANNE LANE, MARICOPA AZ 85138-8637 |
| 17589504 | + | FIRST SERVICE RESIDENTIAL, RANCHO EL DORADO HOA, 9000 E PIMA CENTER PKWY SUITE 300, SCOTTSDALE AZ 85258-4471 |
| 17563130 | + | GLOBAL WATER RESOURCES, 21410 N 19TH AVE STE. 220, PHOENIX, AZ 85027-2758 |
| 17563135 | + | MARYVALE JUSTICE COURTS, 10420 W VAN BUREN ST. #102, AVONDALE, AZ 85323-5330 |
| 17563131 | + | ORBITEL COMMUNICATIONS, 21116 N JOHN WAYNE PKWY B-9, MARICOPA, AZ 85139-2932 |
| 17563133 | + | PIONEER TITLE AGENCY, PO BOX 45467, PHOENIX, AZ 85064-5467 |
| 17563134 | + | SENTRY MANAGEMENT, 4605 E EL WOOD ST SUITE 100, PHOENIX, AZ 85040-0903 |
| 17589505 | + | SYNCHRONY - CAR/AUTO CREDIT, PO BOX 71715, PHILADELPHIA PA 19176-1715 |
| 17563144 | | SYNCHRONY BANK (AUTO CARE), ATTN: BANKRUPTCY DEPT., PO BOX 965061, ORLANDO, PL 32896-5061 |
| 17589502 | + | U.S. BANK ET AL, PO BOX 2005, 4801 FREDERICA STREET, OWENSBORO KY 42301-7441 |
| 17621131 | | U.S. Bank National Association, Seventh Floor Camelback Esplanade II, 2525 E. Camelback Rd, Phoenix, AZ 85016 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | Mar 26 2026 00:10:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 26 2026 00:12:57 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Mar 26 2026 00:11:00 | American Express National Bank, c/o Zwicker & Associates PC, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Mar 26 2026 00:11:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 17563148 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 26 2026 00:10:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT., PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 17563136 | | Email/PDF: bncnotices@becket-lee.com | Mar 26 2026 00:12:49 | AMERICAN EXPRESS, PO BOX 96001, LOS ANGELES, CA 90096-8000 |
| 17563140 | + | Email/Text: documents@apellesnow.com | Mar 26 2026 00:11:00 | APELLES, PO BOX 1578, MIDDLETOWN, OH 45042-7395 |
| 17618662 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 26 2026 00:12:57 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17622741 | + | Email/Text: bkfilings@zwickerpc.com | Mar 26 2026 00:11:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |

| | | | |
|---|---|---|---|
| 17563138 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 00:12:56 | CAPITAL ONE, PO BOX 71087, CHARLOTTE, NC 28272-1087 |
| 17563149 | + Email/Text: ddulworth@clarkhill.com | Mar 26 2026 00:11:00 | CLARK HILL PLC., C/O RYAN J. LORENZ and/or DANIEL P. THIE, 14850 N SCOTTSDALE ROAD, SUITE 500, SCOTTSDALE, AZ 85254-3464 |
| 17563139 | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2026 00:12:49 | CREDIT ONE, PO BOX 60500, CITY OF INDUSTRY, CA 91716-0500 |
| 17570866 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 00:12:48 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 17563137 | Email/Text: mrdiscen@discover.com | Mar 26 2026 00:10:00 | DISCOVER, PO BOX 30421, SALT LAKE CITY, UT 84130-0421 |
| 17590558 | Email/PDF: ais.dtv.ebn@aisinfo.com | Mar 26 2026 00:12:58 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 17569108 | Email/Text: mrdiscen@discover.com | Mar 26 2026 00:10:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 17563129 | Email/Text: kari@ed-3.org | Mar 26 2026 00:10:00 | ELECTRICAL DISTRICT NO. 3, 41630 W. LOUIS JOHNSON DR., MARICOPA, AZ 85138 |
| 17563141 | Email/Text: crdept@na.firstsource.com | Mar 26 2026 00:11:00 | FIRSTSOURCE ADVANTAGE, LLC., 205 BRYANT WOODS S, AMHERST, NY 14228-3609 |
| 17815439 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 00:12:50 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 17563142 | + Email/Text: bankruptcy@hoalaw.biz | Mar 26 2026 00:11:00 | MAXWELL & MORGAN, 4854 E BASELINE RD. #104, MESA, AZ 85206-4636 |
| 17563143 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2026 00:11:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA STE. 100, SAN DIEGO, CA 92108-3007 |
| 17616494 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2026 00:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 17620720 | + Email/Text: bankruptcy@hoalaw.biz | Mar 26 2026 00:11:00 | Rancho El Dorado Homeowners Association, c/o Maxwell & Morgan, P.C., 4854 East Baseline Road, Suite 104, Mesa, Arizona 85206-4636 |
| 17563132 | Email/Text: SWGBANKRUPTCY@SWGAS.COM | Mar 26 2026 00:11:00 | SOUTHWEST GAS CO., PO BOX 24531, OAKLAND, CA 94623-1531 |
| 17589507 | + Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Mar 26 2026 00:11:00 | STATE FARM, PO BOX 588002, NORTH METRO GA 30029-8002 |
| 17589506 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 00:12:39 | SYNCHRONY - CARE CREDIT, PO BOX 71715, PHILADELPHIA PA 19176-1715 |
| 17563145 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 00:12:47 | SYNCHRONY BANK (CARE CREDFT), ATTN: BANKRUPTCY DEPT., PO BOX 965061, ORLANDO, FL 32896-5061 |
| 17604219 | + Email/Text: SWGBANKRUPTCY@SWGAS.COM | Mar 26 2026 00:11:00 | Southwest Gas Corporation, P.O. BOX 1498, P.O. BOX 1498, Victorville, CA 92393-1498 |
| 17622677 | Email/PDF: ebn_ais@aisinfo.com | Mar 26 2026 00:12:44 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 17563147 | + Email/Text: BKNotices@tblaw.com | Mar 26 2026 00:11:00 | TIFFANY & BOSCO, C/0 LEONARD J. MCDONALD, ESQ., 2525 E CAMELBACK ROAD, SUITE 300, PHOENIX, AZ 85016-4237 |
| 17579578 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Mar 26 2026 00:11:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 17563146 | Email/Text: USB_BNC_Emails@g2risksolutions.com | | |

Mar 26 2026 00:11:00     US BANK, 800 NICOLLETT MALL,
MINNEAPOLIS, MN 55402

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EDWARD J. MANEY | azphecf@trustee13.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ecf@tblaw.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. Bank National Association ecf@tblaw.com |
| MARY B. MARTIN | on behalf of Trustee EDWARD J. MANEY mary@maney13trustee.com |
| Michael Zdancewicz | on behalf of Creditor Ally Capital Notice@ZLawAZ.com |
| Michael Zdancewicz | on behalf of Defendant ALLY CAPITAL / ALLY FINANCIAL  Notice@ZLawAZ.com |
| Michael Zdancewicz | on behalf of Creditor Ally Capital Corp. Notice@ZLawAZ.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 8

FORM nch13pln
REVISED 06/04/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                            Case No.: 4:24−bk−09671−BMW

ANTHONY LEO MONTEZ                                Chapter: 13
42080 W ANNE LANE
MARICOPA, AZ 85138
SSAN: xxx−xx−0492
EIN:

Debtor(s)

### NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan. Pursuant to Local Rules 2084−9 and 2084−10, plan confirmation is governed by the following procedures:

1.   Any objection by a creditor to the plan must be in writing and filed within the Bankruptcy Court, and copies served on the following parties, no later than 14 days after the original date set for the meeting of creditors, or any continuance thereof, or reinstatement of the case, or 28 days after service, whichever is later:

Address of the Bankruptcy Clerk's Office          U.S. Bankruptcy Court, Arizona
                                                  38 S. Scott Avenue
                                                  Tucson, AZ 85701−1704

Address of Trustee                                EDWARD J. MANEY
                                                  101 N. FIRST AVE., SUITE 1775
                                                  PHOENIX, AZ 85003

Address of Debtor(s)                              ANTHONY LEO MONTEZ
                                                  42080 W ANNE LANE
                                                  MARICOPA, AZ 85138

Address of Debtor(s) Attorney                     ANTHONY LEO MONTEZ
                                                  42080 W ANNE LANE
                                                  MARICOPA, AZ 85138

### − − − NOTICE CONTINUES ON NEXT PAGE − − −

2.    The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.    If creditors file no objections and the Trustee recommends confirmation, the Court may confirm the Plan without a hearing.

4.    If a creditor files an objection and/or the Trustee does not recommend confirmation, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.    **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

Date: March 25, 2026

Address of the Bankruptcy Clerk's Office:          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue                                 Khadijia V. White−Thomas
Tucson, AZ 85701−1704
Telephone number:  (520) 202−7500
www.azb.uscourts.gov