FILED USBC PHX
2026 APR 10 PM3:54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NO.:** 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ
Debtor.

**CHAPTER 13**

## DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS

Debtor, Anthony Leo Montez, appearing sui juris, is proceeding in good faith and is cooperative with the Court and Trustee. Any deficiencies identified by the Trustee were not the result of intentional misrepresentation but of inadvertence. Debtor is willing to make any corrections deemed appropriate and required under applicable law.

Debtor, Anthony Leo Montez ("Debtor"), hereby responds to the Trustee's Objection to Claimed Exemptions (Docket No. 169), and states as follows:

## I. RESPONSE REGARDING APACHE COUNTY PROPERTY

Debtor's use of the Apache County property is consistent with the type of property contemplated under A.R.S. § 33-1101(A)(3)–(4). Debtor maintains a mobile home/RV on the property which remains on-site, and Debtor regularly resides there while working on the property. Debtor has undertaken ongoing improvements, including installation of solar infrastructure and other work directed toward establishing a functional off-grid residence.

These facts demonstrate that the property is actively utilized for residential purposes and is not merely vacant or held for passive investment. While Debtor acknowledges that the Court will

determine whether the present level of occupancy satisfies the statutory requirement of "resides," the nature of the property, the presence of a dwelling, and Debtor's ongoing residential use and development distinguish it from the type of undeveloped land contemplated by the Trustee's objection.

Debtor respectfully asserts that the property falls within the scope and purpose of A.R.S. § 33-1101(A)(3)–(4), or in the alternative, that Debtor should be permitted to amend his claimed exemptions consistent with the Court's determination.

## II. RESPONSE REGARDING MOTOR VEHICLES

Debtor acknowledges that Arizona law limits the motor vehicle exemption to one vehicle. Debtor hereby agrees to amend his exemption to claim protection solely for a 2021 Ram 3500, within the limits permitted under A.R.S. § 33-1125(8).

Debtor withdraws exemption claims as to any additional vehicles to the extent required by law.

## III. RESPONSE REGARDING FORM AND SPECIFICITY

Debtor acknowledges the Trustee's concerns regarding specificity in the Exempt Property List. Debtor has filed, or will contemporaneously file, an Amended Schedule C correcting any deficiencies, including:

- Identification of applicable statutory authority

- Clarification of asset values

- Proper categorization of exempt property

## IV. TAX RETURNS

Debtor has been actively working to complete and amend the required federal and state tax returns following prior rejection by the Internal Revenue Service. Debtor will provide copies to the Trustee promptly upon completion.

## V. CONCLUSION

WHEREFORE, Debtor respectfully requests that the Court:

1. Overrule the Trustee's Objection to the extent it challenges the characterization of the Apache County property as vacant or non-residential in nature;

2. Accept Debtor's amended Schedule C and clarifications provided herein;

3. Allow the Debtor to proceed with the Chapter 13 Plan as amended; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully presented this __10th__ day of __April__, 2026.

Anthony L Montez.
42080 W Anne Lane
Maricopa, AZ 85138
anthonyleomontezestate@gmail.com
Debtor, Sui Juris

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct **COPY** of the foregoing *Debtor's Response to Trustee's Objection to Claimed Exemption* have been mailed, emailed and faxed on this 10th day of __April__, 2026, to the following:

**Mailed to:**
Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, AZ 85003@

Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003

Clerk of the Bankruptcy Court:
Khadijia V. White-Thomas
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704

**Faxed to:**
Edward J. Maney, Trustee
(602) 277-4103

**Emailed to:** ejm@maney13trustee.com and
mary@maney13trustee.com

Page 4|4