Mary B. Martin, Esq. #019196
Staff Attorney for Edward J. Maney,
Chapter 13 Trustee
101 N. 1st Ave., Suite 1775
Phoenix, Arizona 85003
Telephone No.: (602) 277-3776
Email: mary@maney13trustee.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

ANTHONY LEO MONTEZ,

Debtor.

In Proceedings Under Chapter 13

Case No. 4:24-bk-09671-BMW

**NOTICE OF FILING TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS AND BAR DATE**

**NOTICE IS HEREBY GIVEN** that Edward J. Maney, Chapter 13 Trustee ("Trustee"), has filed an Objection to Debtor's claimed homestead exemption in certain real property located in Apache County, Arizona. If no response to the Trustee's Objection is filed **within twenty-one (21)** days of service of this notice and served upon the Trustee's counsel at the address above, the Court may sustain the Trustee's Objection and deny Debtor's claim of exemptions without further notice or a hearing. A complete copy of the Trustee's Objection can be found at Docket No. 200.

A copy of this Notice was served on the parties and in the manner specified on the Certificate of Service included herein.

Dated: See Electronic Signature.

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

_____
Mary B. Martin, Esq. 019196
Staff Attorney for Edward J. Maney,
Chapter 13 Trustee

-1-

**CERTIFICATE OF SERVICE**

COPIES of the foregoing delivered via US Mail on [See Electronic Signature], to:

Anthony Leo Montez                      Office of the U.S. Trustee
42080 W. Anne Lane                      230 North First Ave., Suite 204
Maricopa, AZ 85138                      Phoenix, AZ 85003

_____
Mary B. Martin

-2-