# TIFFANY & BOSCO
### P.A.

**TWENTY FOURTH FLOOR CENTRAL ARTS PLAZA**
**1850 NORTH CENTRAL AVENUE**
**PHOENIX, ARIZONA 85004**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Secured Creditor
24-08912-US-AZ

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 |
| Anthony Leo Montez | Case No. 4:24-bk-09671-BMW |
| Debtor. | **OBJECTION TO PROOF OF CLAIM 13** |

U.S. Bank National Association ("U.S. Bank"), a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the Debtor's Proof of Claim #13 for the following reason:

With the POC, the Debtor claims to be a Secured Creditor of US Bank. This is obviously preposterous and is nothing more than a continuation of the Debtor's misguided efforts to negate the secured debt of US Bank fully referenced at Claim #4. As a reminder, Debtor objected to US Bank's POC #4. The Objection was brought in bad faith and included forged 1099-C. The forgery committed by Debtor is not in dispute as proven by US Bank's response to the Debtor's POC objection at Docket #49 and US Bank's Declaration at Docket #116. After numerous hearings, the Court ultimately overruled Debtor's objection (See Docket #137).

WHEREFORE, US Bank respectfully requests an Order striking Proof of Claim #13 from the Claims Registry as this alleged Proof of Claim is nothing more than yet another bad faith filing committed by this Debtor.

DATED this 1st day of May, 2026.

Respectfully submitted,
TIFFANY & BOSCO, P.A.

BY: /s/ Leonard J. McDonald #014228
Mark S. Bosco
Leonard J. McDonald
Attorneys for Secured Creditor

COPY of the foregoing mailed
May 1, 2026 to:

Anthony Leo Montez
42080 W Anne Lane
Maricopa, AZ 85138
Debtor

Edward J. Maney
101 N. First Ave.
Suite 1775
Phoenix, AZ 85003
Trustee

By: Julie Bush