**ZDANCEWICZ LAW FIRM, PLC**
Post Office Box 51826
Phoenix, Arizona 85076
Phone: (602) 900-0890
Fax:    (602) 265-4391
Notice@ZLawAZ.com

Michael Zdancewicz - 12426
Attorney for Ally Capital

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **Chapter 13 Proceeding** |
| Anthony Leo Montez, | **Case No. 4:24-bk-09671-BMW** |
| Debtor. | **NOTICE OF PRELIMINARY HEARING** |
| Ally Capital, | **Property Description:** |
| Movant, | 2021 Ram 3500 Mega Cab Limited Pickup 4D 6 1/3 ft VIN 3C63RRPL6MG537343 |
| v. | |
| Anthony Leo Montez, | |
| Respondent. | |

**NOTICE IS HEREBY GIVEN** that a PRELIMINARY HEARING ON THE MOTION FOR RELIEF FROM STAY FILED BY ALLY CAPITAL RE: 2021 DODGE RAM 3500 (DE 27), will be held before the Honorable Brenda Moody Whinery, United States Bankruptcy Judge, Videoconference:

Date: July 9, 2026

Time: 10:45 AM

This hearing will be held by videoconference. The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, may be reviewed on the Court's website at: https://www.azb.uscourts.gov/videoconference-hearing-guidelines.

Any interested parties may appear via https://www.zoomgov.com/join. The hearing ID is 161 211 7300 and the passcode is 946027. Alternatively, interested parties may access the hearing using the following link:

https://www.zoomgov.com/j/1612117300?pwd=I98FtlDGTXYOzZrxrzY9XaCw0jLObe.1.

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Dated: May 18, 2026.

Zdancewicz Law Firm, PLC
/s/ Michael Zdancewicz (012426)
Michael Zdancewicz
Attorney for Ally Capital

<u>Certificate of Service</u>

I certify that on May 18, 2026, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available, otherwise by regular first-class mail:

| | |
|---|---|
| Anthony Leo Montez<br>42080 W Anne Lane<br>Maricopa AZ 85138<br>**By United States Mail** | Deanna Marie Ruiz<br>42080 W Anne Lane<br>Maricopa AZ 85138<br>**By United States Mail** |
| United States Trustee<br>District of Arizona<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003<br>**ECF** | Edward Maney<br>Chapter 13 Trustee<br>101 North First Avenue, Suite 1775<br>Phoenix, AZ 85003<br>**ECF** |

<u>/s/ Michael Zdancewicz</u>