**ZDANCEWICZ LAW FIRM, PLC**
Post Office Box 51826
Phoenix, Arizona 85076
Phone: (602) 900-0890
Fax:    (602) 265-4391
Notice@ZLawAZ.com

Michael Zdancewicz - 12426
Attorney for Ally Financial Inc. and Ally
Capital Corp.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:24-bk-09671-BMW |
| Anthony Leo Montez, | **Chapter 13 Proceeding** |
| Debtor. | **OBJECTION TO DEBTOR'S PROOF OF CLAIM FILED AT CLAIMS DOCKET 12 AND JOINDER IN CHAPTER 13 TRUSTEE'S OBJECTION** |

Ally Financial Inc. and Ally Capital Corp., ("**Creditor**") objects to the Debtor's Proof of Claim filed at Claims Docket 12 and supports and joins in the Chapter 13 Trustee's Objection to Claim 12 contained within the Trustee's Recommendations filed at docket entry 199 ¶4 ("**DE**"). This objection is supported by the following memorandum of points and authorities.

MEMORANDUM OF POINTS AND AUTHORITIES

1.   The Creditor filed its Proof of Claim (hereafter the "**POC**" ) at DE 8.

2.   The Debtor objected to the POC.

00553518-1

**3.** The Debtor's Objection was overruled, see Order at DE 136, and Order denying Debtor' s Motion for Reconsideration at DE 148.

**4.** The Debtor filed a Proof of Claim on Creditor's behalf at DE 12 ("**Debtor's POC**").

**5.** The Chapter 13 filed his Trustee's Recommendations at DE199, and objected to Debtor's POC at ¶4.

**6.** Creditor objects to the Debtor's POC. Debtor does not have authority to file a POC on Creditor's behalf.

**7.** There is no factual basis supporting the Debtor's POC.

**8.** For these reasons, and the entire record of this case, Creditor objects to the Debtor's POC.

Dated: 18 May 2026.

**Zdancewicz Law Firm, PLC**

/s/ Michael Zdancewicz (012426)
Michael Zdancewicz
Post Office Box 51826
Phoenix, Arizona 85076
Attorney for Ally Financial Inc. and Ally Capital Corp.

00353518-1

**Certificate of Service**

I certify that on 18 May 2026 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmitting a Notice of Electronic Filing to all parties that have appeared in the case.

I certify that on 18 May 2026 a true and correct copy of the above and foregoing was served upon the following party by regular first-class mail postage prepaid:

Anthony Leo Montez
42080 W Anne Lane
Maricopa AZ 85138
**By United States Mail**

By: ___/s/ Michael Zdancewicz

00353318-1