Mary B. Martin, Esq. #019196
Staff Attorney for Edward J. Maney,
Chapter 13 Trustee
101 N. 1st Ave., Suite 1775
Phoenix, Arizona 85003
Telephone No.: (602) 277-3776
Email: mary@maney13trustee.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ANTHONY LEO MONTEZ,<br><br>Debtor. | In Proceedings Under Chapter 13<br>Case No. 4:24-bk-09671-BMW<br><br>**CERTIFICATE OF SERVICE<br>AND NO OBJECTION** |

I, Mary B. Martin, state:

1. I am the Staff Attorney for Edward J. Maney, Chapter 13 Trustee, and am authorized to make this certification on behalf of the Trustee.

2. Pursuant to Local Rule 3007-1, copies of the *Trustee's Objection to Claimed Exemptions* (DN 200) and *Notice of Filing Trustee's Objection to Claimed Exemptions and Bar Date* (DN 201) were dispatched by first-class mail, postage prepaid, to Debtor on April 29, 2026, at the address listed with the Court, as follows:

Anthony Leo Montez
42080 W. Anne Lane
Maricopa, AZ 85138

3. As of this date, no responses to the *Trustee's Objection to Claimed Exemptions* appear on the Court's docket.

Dated as set forth on the electronic signature affixed hereto:

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

_____
Mary B. Martin, Esq. 019196
Staff Attorney for Edward J. Maney

-1-