**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ANTHONY LEO MONTEZ,<br><br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 4:24-bk-09671-BMW<br><br>**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS** |

The Court having considered the *Trustee's Objection to Claimed Exemptions* ("Objection") (DN 200) filed by Edward J. Maney, Chapter 13 Trustee, the Objection having been properly noticed to Debtor Anthony Leo Montez (DN 201), and no response thereto having been filed,

For good cause appearing therefore,

**IT IS HEREBY ORDERED** sustaining the Trustee's Objection and denying the Debtor's claimed homestead exemption in the Apache County property.

---

ORDER SIGNED ABOVE

---

-1-