**THIS ORDER IS APPROVED.**

**Dated: May 27, 2026**

_Brenda Moody Whinery_

**Brenda Moody Whinery, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| ANTHONY LEO MONTEZ, | Case No. 4:24-bk-09671-BMW |
| | **ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS** |
| Debtor. | |

The Court having considered the _Trustee's Objection to Claimed Exemptions_ ("Objection") (DN 200) filed by Edward J. Maney, Chapter 13 Trustee, the Objection having been properly noticed to Debtor Anthony Leo Montez (DN 201), and no response thereto having been filed,

For good cause appearing therefore,

**IT IS HEREBY ORDERED** sustaining the Trustee's Objection and denying the Debtor's claimed homestead exemption in the Apache County property.

ORDER SIGNED ABOVE