

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

CASE NO.: 04:24-bk-09671-BMW

RECV'D USBC PHX
2026 MAY 27 PM3:57

IN RE: ANTHONY LEO MONTEZ
Debtor.

CHAPTER 13

## DEBTOR'S RESPONSE TO ALLY FINANCIAL'S OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN

Debtor, Anthony Leo Montez ("Debtor"), appearing pro se and sui juris, hereby responds to the Objection to Confirmation filed by Ally Financial Inc. ("Ally"), and states as follows:

### I. INTRODUCTION

Debtor filed the Amended Chapter 13 Plan in good faith and with the intent to propose a feasible reorganization under Chapter 13 of the Bankruptcy Code. Debtor has continued making plan payments and has made substantial efforts to address concerns raised by the Chapter 13 Trustee and creditors during the pendency of this case.

To facilitate confirmation and resolution of Ally's objection, Debtor is willing to amend certain treatment provisions regarding valuation, interest rate, and clarification of non-debtor language.

### II. VALUATION OF COLLATERAL

Debtor disputes Ally's asserted valuation of the 2021 Ram 3500 vehicle to the extent it relies upon standardized valuation guides that do not fully account for the vehicle's actual condition, mileage, and use.

Debtor's proposed valuation was made in good faith utilizing available valuation tools and information specific to the vehicle. In an effort to resolve the present objection and facilitate confirmation, Debtor is willing to amend the proposed secured value of Ally's collateral to $52,000.00, consistent with Debtor's submitted Kelley Blue Book valuation evidence.

Debtor respectfully asserts that valuation under 11 U.S.C. § 506(a) remains a factual determination within the discretion of the Court.

Debtor reserves the right to supplement valuation evidence if necessary.

## III. INTEREST RATE

Debtor respectfully disputes Ally's assertion that a 9.75% interest rate is required for confirmation.

However, in an effort to resolve the objection and support feasibility of the Chapter 13 Plan, Debtor is willing to amend the proposed interest rate applicable to Ally's secured claim to 7.5% per annum.

Debtor respectfully submits that such rate appropriately balances the secured creditor's rights with the rehabilitative purpose of Chapter 13 and Debtor's ability to successfully complete the Plan.

## IV. ADEQUATE PROTECTION

Debtor maintains insurance coverage on the vehicle and has continued efforts toward ongoing Plan compliance and adequate protection obligations during the pendency of this case.

Debtor's proposed treatment provides Ally with adequate protection through continued payments under the Chapter 13 Plan and retention of Ally's secured status pending completion of the case.

## V. NON-DEBTOR AND LIEN LANGUAGE

Debtor acknowledges Ally's concerns regarding treatment of any alleged non-debtor obligations or lien-related language contained within the Amended Plan.

Debtor does not seek through the Chapter 13 Plan to improperly extinguish rights against non-debtor parties beyond the scope permitted under applicable bankruptcy law. Debtor is willing to amend the Plan to clarify that treatment of Ally's claim through the Chapter 13 Plan shall not alter any rights, if any, against non-filing co-obligors except as otherwise provided by law.

Nothing herein shall be construed as a waiver of any rights, defenses, objections, or claims Debtor may possess regarding valuation, enforceability, perfection, or treatment of Ally's asserted claim or lien.

## VI. FEASIBILITY

Debtor respectfully presents that the proposed amended treatment substantially improves feasibility of the Chapter 13 Plan and reflects Debtor's good-faith efforts to resolve objections and proceed toward confirmation.

Debtor further presents that recent amendments and updated financial information more accurately reflect Debtor's present financial circumstances following substantial disruptions arising from employment transitions and residential fire loss recovery during the pendency of this case.

Debtor further states that certain financial disruptions arising from temporary housing displacement and fire-loss recovery conditions are temporary in nature and are expected to improve, thereby enhancing Debtor's projected ability to perform under the Plan.

## VII. CONCLUSION

WHEREFORE, Debtor respectfully requests that the Court:

1. Overrule Ally Financial Inc.'s Objection to Confirmation to the extent appropriate;

2. Permit Debtor an opportunity to amend the Plan consistent with the terms stated herein;

3. Allow Debtor to continue proceeding under Chapter 13 toward confirmation of a feasible Plan; and

4. Grant such other and further relief as the Court deems just and proper.

RESPECTFULLY PRESENTED.

DATED: 5/27/26

_:Anthony-Leo: Montez, Beneficiary._

Anthony Leo Montez
Debtor, Sui Juris


# 2021 Ram 3500 Mega Cab Pricing Report

**Style:** Limited Pickup 4D 6 1/3 ft

**Mileage:** 68,281

**KBB.com Consumer Rating:** 3.5/5

# Vehicle Highlights

Fuel Economy: N/A

Drivetrain: 4WD

Transmission: Automatic, 6-Spd HD

Engine: 6-Cyl, HO, Turbo Diesel, 6.7 Liter

Country of Assembly: Mexico

Country of Origin: United States

EPA Class: Standard Pickup Trucks

Max Seating: 5

Doors: 4

Body Style: Pickup

## Sell to Private Party



Private Party Range
**$50,080 - $54,880**
Private Party Value
**$52,480**

Valid for **ZIP code 85138** through **05/23/2026**

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Black

**Drivetrain**
4WD

**Transmission**
✓ Automatic, 6-Spd HD

**Engine**
✓ 6-Cyl, HO, Turbo Diesel, 6.7 Liter

**Braking and Traction**
ABS (4-Wheel)

Hill Start Assist

Electronic Stability Control

Traction Control

**Comfort and Convenience**
Air Conditioning

Alarm System

✓ Adaptive Cruise Control

Keyless Entry

KEYLESS-GO

Power Door Locks

Power Windows

Power Sliding Rear Window

**Wheels and Tires**
Oversized Premium Wheels 20"+

✓ Dual Rear Wheels

**Safety and Security**
Backup Camera

Dual Air Bags

F&R Head Curtain Air Bags

F&R ParkSense Park Assist

✓ Lane Keep Assist

✓ Surround View Camera

Side Air Bags

**Cargo and Towing**
Bed Liner

Towing Pkg

**Entertainment and Instrumentation**
Bluetooth Wireless

Navigation System

SiriusXM Satellite

Uconnect

AM/FM/HD Radio

**Lighting**
Daytime Running Lights

LED Headlamps

**Exterior**
Fog Lights

Running Boards

**Steering**
Power Steering

Tilt Wheel

**Accessory Packages**
✓ Limited Level 1

Blind-Spot Alert

✓ Night Edition

**Roof and Glass**
✓ Power Sun Roof

**Seats**
Dual Power Seats

Heated & Ventilated Seats

Leather

**2021 Ram Ram 3500 Pickup**
Mega Cab Limited 4WD



| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price:** | $44,750 | $46,750 | $48,250 | $57,000 |
| **Mileage:** 68,281 | $475 | $475 | $475 | $475 |
| **Options:** | | | | |
| Power Windows | Std. | Std. | Std. | Std. |
| Power Door Locks | Std. | Std. | Std. | Std. |
| Harman Kardon Stereo | $1,175 | $1,175 | $1,175 | $1,325 |
| Aluminum/Alloy Wheels | Std. | Std. | Std. | Std. |
| Power Sunroof | $375 | $375 | $375 | $425 |
| Safety Pkg. | $1,275 | $1,275 | $1,275 | $1,425 |
| Blind Spot Monitor | Std. | Std. | Std. | Std. |
| Steering Wheel Mounted AudioControls | Std. | Std. | Std. | Std. |
| Remote Engine Starter | Std. | Std. | Std. | Std. |
| Heated Rear Seats | Std. | Std. | Std. | Std. |
| Rear Parking Sensors | Std. | Std. | Std. | Std. |
| 6.7L HO Turbo Diesel Engine | $3,200 | $3,200 | $3,200 | $3,550 |
| Air Suspension | $850 | $850 | $850 | $950 |
| Automatic Climate Control | Std. | Std. | Std. | Std. |
| Fog Lights | Std. | Std. | Std. | Std. |
| Heated Exterior Mirrors | Std. | Std. | Std. | Std. |
| Heated Front Seats | Std. | Std. | Std. | Std. |
| Power Adjustable Mirrors | Std. | Std. | Std. | Std. |
| Alpine Stereo System | Std. | Std. | Std. | Std. |
| Navigation System | Std. | Std. | Std. | Std. |
| Power Running Boards | Std. | Std. | Std. | Std. |
| **TOTAL PRICE:** | **$52,100** | **$54,100** | **$55,600** | **$65,150** |

**Value Explanations**

Prices shown are retail consumer values and to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown.

**Rough Trade-in** — Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and

repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of jdpower.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** — The Average Trade-In values on jdpower.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of jdpower.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** — Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of jdpower.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** — Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of jdpower.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

**Standard Warranty**

| | |
|---|---|
| Basic | 3 years / 36,000 miles |
| Drivetrain | 5 years / 60,000 miles |
| Corrosion | 5 years / 100,000 miles |
| Roadside Assistance | 5 years / 100,000 miles |

**Engine Specifications**

Type : Regular Unleaded V-8

Size : 6.4 L/392

Horsepower : 410 @ 5600 RPM

Torque : 429 @ 4000 RPM

Max Towing Capacity : 13490

Max Payload : 3864

**Drive Train**

Drive Train : Four Wheel Drive

Transmission : 8 speed Automatic w/OD

**Interior Specifications**

Passenger Capacity : 5

© 2026 J.D. Power. All rights reserved.
