

# FILED IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

MAY 2 6 2026

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

**CASE NO.: 04:24-bk-09671-BMW**

**IN RE:** ANTHONY LEO MONTEZ
Debtor.

**CHAPTER 13**

## DEBTOR'S RESPONSE TO TRUSTEE'S EVALUATION AND RECOMMENDATION REPORT

Debtor, Anthony Leo Montez ("Debtor"), appearing pro se and sui juris, hereby responds to the Trustee's Evaluation and Recommendation Report filed April 27, 2026 (Doc. 199), and respectfully states as follows:

### RESPONSE TO SPECIFIC RECOMMENDATION NO. 1

On or about December 26, 2024, creditor U.S. Bank filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges asserting a post-petition charge in the amount of $200.00. Beginning in or around May 2025, Debtor's monthly mortgage statements began reflecting an additional recurring $200.00 charge identified as "Total Fees and Charges."

Debtor thereafter remitted multiple post-petition payments which included the additional $200.00 amount in an effort to remain fully compliant with all post-petition mortgage obligations during the pendency of this Chapter 13 proceeding. Debtor subsequently requested written clarification and accounting from U.S. Bank regarding the repeated assessment and continued appearance of the $200.00 charge on monthly statements.

In written correspondence, U.S. Bank represented that the charge constituted a one-time bankruptcy Proof of Claim filing fee; however, the charge continued appearing on subsequent statements despite Debtor's prior payments.

Debtor further states that payments including the referenced $200.00 charge were remitted during June 2025, August 2025, and September 2025, and written correspondence and notice concerning the matter were transmitted to the Trustee's office and creditor representatives, including communications on or about July 18, 2025, September 4, 2025, and October 10, 2025.

As a result, Debtor believes the amount asserted in the Notice has been satisfied and overpaid through post-petition payments remitted directly to the creditor. Debtor further provided written instruction requesting that any overpayment be applied toward the escrow shortage identified by the creditor and thereafter toward principal reduction; however, Debtor has not received a complete accounting or confirmation regarding application of the overpaid funds.

Page 1 of 6



Accordingly, Debtor respectfully asserts that an accounting and reconciliation issue presently exists concerning the post-petition fee assessment and application of payments.

Debtor reserves all rights with respect to the propriety, accounting, application, and enforceability of the asserted post-petition charges and reserves the right to file a formal objection should such action become necessary. At this time, Debtor respectfully requests that the Court and Trustee recognize that the disputed post-petition amount has already been remitted through direct payments to the creditor and that the remaining issue concerns proper accounting and application of funds rather than nonpayment.

## RESPONSE TO SPECIFIC RECOMMENDATION NO. 2

Debtor has prepared and is filing a formal response to Ally Financial Inc.'s Objection to Confirmation contemporaneously herewith.

Debtor has acted in good faith to address Ally Financial's concerns regarding valuation, interest rate treatment, feasibility, adequate protection, and clarification of Plan language.

Debtor is willing to amend certain treatment provisions in order to facilitate confirmation and resolution of the objection without unnecessary delay.

Debtor respectfully requests that the Court permit continued proceedings toward confirmation.

## RESPONSE TO SPECIFIC RECOMMENDATION NO. 3

Debtor respectfully disputes the methodology, assumptions, and calculations underlying the Trustee's asserted funding shortfall of approximately $103,116.00.

At the present stage of the case, the total amount necessary to fund the Chapter 13 Plan remains dependent upon the claims allowance process pursuant to 11 U.S.C. § 502, including determination of the extent, validity, classification, secured status, interest treatment, and allowed amounts of asserted claims.

Debtor further notes that multiple claims remain disputed, contingent, amended, subject to objection, or otherwise unresolved, including matters relating to collateral valuation, deficiency balances, post-petition fees, interest calculations, and treatment of secured claims.

To the extent the Trustee's projected funding calculation includes disputed claim amounts, projected interest assumptions, contingent deficiency balances, duplicative claim treatment, unliquidated post-petition fees, or amounts not yet allowed by the Court, Debtor respectfully asserts that such projections do not constitute final determinations of the amount ultimately necessary to complete the Plan.

Debtor further submits that feasibility and total Plan funding requirements must ultimately be evaluated in conjunction with the claims administration process, resolution of objections, and the terms of any Plan ultimately confirmed by the Court.

Debtor respectfully reserves the right to supplement, clarify, amend, or otherwise address Plan funding calculations as the claims allowance process proceeds and additional information becomes available.

## RESPONSE TO SPECIFIC RECOMMENDATION NO. 4

Debtor respectfully responds to the Trustee's objection concerning Claims No. 12 and 13 as follows.

Debtor maintains that Claims No. 12 and 13 were filed in good faith relating to Debtor's perceived interests in preserving and protecting potential estate rights concerning the subject collateral and obligations referenced within the case.

Debtor acknowledges the Trustee's concerns and reserves the right to further clarify, amend, withdraw, or otherwise address such claims as appropriate as the claims administration process proceeds.

Debtor respectfully submits that the claims were not filed for purposes of duplication, delay, or bad faith, but rather in connection with Debtor's understanding of potential interests affecting estate property and related obligations.

## RESPONSE TO SPECIFIC RECOMMENDATION NO. 5

Debtor respectfully responds concerning the Apache County property as follows:

The referenced property consists primarily of vacant land with limited presently realizable liquidation value and remains subject to ongoing valuation review and assessment considerations.

Debtor has attached available Apache County assessment and tax information presently available concerning the property.

Debtor respectfully submits that the actual realizable market value of the property may differ substantially from generalized assessment figures.

## RESPONSE TO SPECIFIC RECOMMENDATION NO. 6

Debtor has provided available information concerning financial accounts as of the petition date.

Debtor additionally submits the attached Declaration Regarding Financial Accounts As Of Petition Date clarifying that Debtor did not maintain active personal checking or savings accounts as of November 12, 2024, and did not possess undisclosed financial accounts or significant cash balances during the relevant period.

Debtor submits such declaration in good faith to clarify the absence of responsive bank statements for the requested period.

Case 4:24-bk-09671-BMW    Doc 211    Filed 05/26/26    Entered 05/29/26 12:23:31    Desc
Main Document    Page 3 of 45

## RESPONSE TO SPECIFIC RECOMMENDATION NO. 7

Debtor is continuing efforts to finalize and provide complete 2024 and 2025 tax documentation.

Debtor has received correspondence from the Internal Revenue Service confirming that amendments to Debtor's 2024 tax filings were processed and that a refund has been approved. However, updated IRS account transcripts are not yet available due to ongoing IRS processing delays.

Debtor has attached available IRS correspondence and amended filing information presently available and will supplement the record with additional transcripts or documentation upon availability.

Debtor has also attached his tax filings for 2025.

Debtor continues cooperating in good faith regarding all requested tax-related documentation.

## RESPONSE TO SPECIFIC RECOMMENDATION NO. 8

Debtor respectfully states that he is continuing good-faith efforts to provide responsive documentation concerning the Anthony Leo Montez Trust referenced within Schedule B.

To the best of Debtor's present knowledge and understanding, the referenced trust does not presently provide Debtor with liquid or readily realizable distributable value attributable personally to Debtor. Due to the residential fire loss and resulting disruption to Debtor's records and document access, certain historical trust documents remain temporarily inaccessible. In support thereof, Debtor has attached available Declaration and Certificate pages of the Trust presently accessible to Debtor.

Debtor continues cooperating with Trustee requests concerning trust-related documentation and information.

## RESPONSE TO SPECIFIC RECOMMENDATION NO. 9

Debtor has attached the Declaration Regarding Anthony Leo Montez Organization and the Declaration Regarding Zetnom Custom Finishes, LLC.

Debtor respectfully states that Anthony Leo Montez Organization is operated as a nonprofit organization and does not issue transferable ownership shares or realizable personal equity interests attributable to Debtor individually.

Debtor further states that Zetnom Custom Finishes, LLC is presently inactive, dormant, and not engaged in regular business operations.

Based upon Debtor's present knowledge and records, neither entity presently maintains material inventory, active accounts receivable, ongoing customer contracts, or business equipment possessing meaningful net liquidation value attributable personally to Debtor.

Any previously scheduled valuation was made in good faith based upon the absence of presently realizable personal ownership equity or net liquidation value attributable personally to Debtor.

## RESPONSE TO SPECIFIC RECOMMENDATION NO. 10

Debtor respectfully responds regarding feasibility and Schedules I and J as follows.

Debtor affirms that the currently filed Schedule I reflects Debtor's present employment status, income, and the best financial information reasonably available at the time of filing.

Debtor further affirms that the amended Schedule J was revised in good faith to correct prior typographical, estimation, and data-entry inconsistencies identified during Debtor's ongoing review of financial records and household expenses.

Debtor respectfully states that any prior inconsistencies or inaccuracies were inadvertent and occurred while Debtor was proceeding without legal counsel during a period of temporary financial hardship, employment transition, housing displacement, and continuing recovery arising from a residential fire loss.

Debtor respectfully submits that the presently filed schedules now more accurately reflect Debtor's current financial condition, employment stability, household obligations, and ongoing monthly expenses.

Debtor further asserts that current income conditions, together with improving financial stability and reduced temporary hardship conditions, support or are reasonably expected to support the proposed Chapter 13 Plan payments.

Debtor's present financial circumstances are substantially more stable than during earlier periods of temporary disruption arising from unemployment, transition from self-employment to W-2 employment, temporary housing instability, and continuing fire-loss recovery conditions.

Debtor respectfully submits that such prior disruptions were temporary in nature and do not accurately reflect Debtor's present or prospective ability to proceed under the Chapter 13 Plan.

Debtor further submits that feasibility should be evaluated based upon Debtor's present financial circumstances, current employment stability, the claims allowance process, and the terms of any Plan ultimately confirmed by the Court.

Debtor is proceeding in good faith and remains committed to completion of the obligations required under the Chapter 13 Plan and compliance with the requirements of the Bankruptcy Code.

## RESPONSE TO SPECIFIC RECOMMENDATION NO. 11

The 2008 Dodge Caravan was transferred to Debtor's son and family following a motor vehicle accident that left them without reliable transportation for employment and medical appointments.

The 1977 Oldsmobile Cutlass is in the process of being transferred out of Debtor's name.

Debtor respectfully submits that these matters were not intended to conceal assets and were disclosed in good faith.

**RESPONSE TO SPECIFIC RECOMMENDATION NO. 12**

Debtor states that the referenced Plan payment delinquency has been cured and supporting payment documentation has been attached.

Debtor continues making good-faith efforts toward compliance with all ongoing Plan payment obligations during the pendency of this case.

Debtor respectfully submits that temporary payment disruptions arose during periods of residential fire displacement, temporary housing instability, and employment transition, all of which are continuing to stabilize.

**RESPONSE TO SPECIFIC RECOMMENDATION NO. 13**

Debtor states that the requested Business Questionnaire, Schedule of Accounts Payable, Monthly Business Operating Statements, and related business documentation were previously submitted to the Trustee.

Debtor has attached supporting documentation and proof of prior transmittal to the Trustee's office.

Debtor continues cooperating in good faith regarding all remaining administrative and business-documentation requests associated with this Chapter 13 proceeding.

**CONCLUSION**

WHEREFORE, Debtor respectfully requests that the Court:

1. Accept the foregoing responses as good-faith compliance with the Trustee's Evaluation and Recommendation Report;
2. Permit Debtor additional reasonable time to supplement remaining documentation where necessary;
3. Permit Debtor to continue proceeding toward confirmation under Chapter 13;
4. Deny dismissal at this time; and
5. Grant such other and further relief as the Court deems just and proper.

RESPECTFULLY PRESENTED.

DATED: _5/23/26_

Anthony Leo Montez
Debtor, Sui Juris

*Anthony-Leo: Montez Beneficiary.*

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

**CASE NO.: 04:24-bk-09671-BMW**

**IN RE:** ANTHONY LEO MONTEZ
              Debtor.

**CHAPTER 13**

## DEBTOR'S RESPONSE REGARDING U.S. BANK NOTICE OF POST-PETITION FEES, EXPENSES, AND CHARGES

Debtor, Anthony Leo Montez ("Debtor"), appearing sui juris, hereby responds regarding the Notice of Post-Petition Mortgage Fees, Expenses, and Charges filed by U.S. Bank and states as follows:

1. On or about December 26, 2024, creditor U.S. Bank filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges asserting a post-petition charge in the amount of $200.00.

2. Beginning in or around May 2025, Debtor's monthly mortgage statements began reflecting an additional recurring $200.00 charge identified as "Total Fees and Charges."

3. Debtor thereafter remitted multiple post-petition payments which included the additional $200.00 amount in an effort to remain fully compliant with all post-petition mortgage obligations during the pendency of this Chapter 13 proceeding.

4. Debtor subsequently requested written clarification and accounting from U.S. Bank regarding the repeated assessment and continued appearance of the $200.00 charge on monthly statements.

5. In written correspondence, U.S. Bank represented that the charge constituted a one-time bankruptcy Proof of Claim filing fee; however, the charge continued appearing on subsequent statements despite Debtor's prior payments.

6. As a result, Debtor believes the amount asserted in the Notice has been satisfied and overpaid through post-petition payments remitted directly to the creditor.

7. Debtor further provided written instruction requesting that any overpayment be applied toward the escrow shortage identified by the creditor and thereafter toward principal reduction; however, Debtor has not received a complete accounting or confirmation regarding application of the overpaid funds.

8. Accordingly, Debtor respectfully asserts that an accounting and reconciliation issue presently exists concerning the post-petition fee assessment and application of payments.

Case 4:24-bk-09671-BMW    Doc 211    Filed 05/26/26    Entered 05/29/26 12:23:31    Desc
Main Document      Page 7 of 45

9. Debtor reserves all rights with respect to the propriety, accounting, application, and enforceability of the asserted post-petition charges and reserves the right to file a formal objection should such action become necessary.

10. At this time, Debtor respectfully requests that the Court and Trustee recognize that the disputed post-petition amount has already been remitted through direct payments to the creditor and that the remaining issue concerns proper accounting and application of funds rather than nonpayment.

WHEREFORE, Debtor respectfully requests that the Trustee and Court consider the foregoing in connection with confirmation proceedings and grant such other and further relief deemed just and proper.

DATED: _____5/23/26_____

:Anthony-Leo: Montez, Beneficiary.

Anthony Leo Montez
Debtor, Sui Juris

Not used

Item # 2

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

**CASE NO.:** 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ
 Debtor.

**CHAPTER 13**

## DEBTOR'S RESPONSE TO ALLY FINANCIAL'S OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN

Debtor, Anthony Leo Montez ("Debtor"), appearing pro se and sui juris, hereby responds to the Objection to Confirmation filed by Ally Financial Inc. ("Ally"), and states as follows:

### I. INTRODUCTION

Debtor filed the Amended Chapter 13 Plan in good faith and with the intent to propose a feasible reorganization under Chapter 13 of the Bankruptcy Code. Debtor has continued making plan payments and has made substantial efforts to address concerns raised by the Chapter 13 Trustee and creditors during the pendency of this case.

To facilitate confirmation and resolution of Ally's objection, Debtor is willing to amend certain treatment provisions regarding valuation, interest rate, and clarification of non-debtor language.

### II. VALUATION OF COLLATERAL

Debtor disputes Ally's asserted valuation of the 2021 Ram 3500 vehicle to the extent it relies upon standardized valuation guides that do not fully account for the vehicle's actual condition, mileage, and use.

Debtor's proposed valuation was made in good faith utilizing available valuation tools and information specific to the vehicle. In an effort to resolve the present objection and facilitate confirmation, Debtor is willing to amend the proposed secured value of Ally's collateral to $52,000.00, consistent with Debtor's submitted Kelley Blue Book valuation evidence.

Debtor respectfully asserts that valuation under 11 U.S.C. § 506(a) remains a factual determination within the discretion of the Court.

Debtor reserves the right to supplement valuation evidence if necessary.

## III. INTEREST RATE

Debtor respectfully disputes Ally's assertion that a 9.75% interest rate is required for confirmation.

However, in an effort to resolve the objection and support feasibility of the Chapter 13 Plan, Debtor is willing to amend the proposed interest rate applicable to Ally's secured claim to 7.5% per annum.

Debtor respectfully submits that such rate appropriately balances the secured creditor's rights with the rehabilitative purpose of Chapter 13 and Debtor's ability to successfully complete the Plan.

## IV. ADEQUATE PROTECTION

Debtor maintains insurance coverage on the vehicle and has continued efforts toward ongoing Plan compliance and adequate protection obligations during the pendency of this case.

Debtor's proposed treatment provides Ally with adequate protection through continued payments under the Chapter 13 Plan and retention of Ally's secured status pending completion of the case.

## V. NON-DEBTOR AND LIEN LANGUAGE

Debtor acknowledges Ally's concerns regarding treatment of any alleged non-debtor obligations or lien-related language contained within the Amended Plan.

Debtor does not seek through the Chapter 13 Plan to improperly extinguish rights against non-debtor parties beyond the scope permitted under applicable bankruptcy law. Debtor is willing to amend the Plan to clarify that treatment of Ally's claim through the Chapter 13 Plan shall not alter any rights, if any, against non-filing co-obligors except as otherwise provided by law.

Nothing herein shall be construed as a waiver of any rights, defenses, objections, or claims Debtor may possess regarding valuation, enforceability, perfection, or treatment of Ally's asserted claim or lien.

## VI. FEASIBILITY

Debtor respectfully presents that the proposed amended treatment substantially improves feasibility of the Chapter 13 Plan and reflects Debtor's good-faith efforts to resolve objections and proceed toward confirmation.

Debtor further presents that recent amendments and updated financial information more accurately reflect Debtor's present financial circumstances following substantial disruptions arising from employment transitions and residential fire loss recovery during the pendency of this case.

Debtor further states that certain financial disruptions arising from temporary housing displacement and fire-loss recovery conditions are temporary in nature and are expected to improve, thereby enhancing Debtor's projected ability to perform under the Plan.

## VII. CONCLUSION

WHEREFORE, Debtor respectfully requests that the Court:

1. Overrule Ally Financial Inc.'s Objection to Confirmation to the extent appropriate;

2. Permit Debtor an opportunity to amend the Plan consistent with the terms stated herein;

3. Allow Debtor to continue proceeding under Chapter 13 toward confirmation of a feasible Plan; and

4. Grant such other and further relief as the Court deems just and proper.

RESPECTFULLY PRESENTED.

DATED: ___5/23/26___

_: Anthony – Leo : Montez, Beneficiary._

Anthony Leo Montez
Debtor, Sui Juris

Item #3

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

**CASE NO.: 04:24-bk-09671-BMW**

IN RE: ANTHONY LEO MONTEZ
Debtor.

**CHAPTER 13**

## DEBTOR'S RESPONSE REGARDING ALLEGED FUNDING SHORTFALL

Debtor, Anthony Leo Montez ("Debtor"), appearing pro se and sui juris, hereby responds regarding the Trustee's asserted funding shortfall and states as follows:

1. Debtor respectfully disputes the methodology and assumptions underlying the Trustee's asserted funding shortfall calculation of approximately $103,116.00.

2. At the present stage of the case, the total amount necessary to fund the Chapter 13 Plan remains dependent upon the claims allowance process pursuant to 11 U.S.C. § 502, including determination of the extent, validity, classification, and allowed amounts of asserted claims.

3. Debtor further notes that multiple claims remain disputed, contingent, amended, subject to objection, or otherwise unresolved, including issues relating to secured valuation, interest treatment, deficiency balances, and treatment of certain fees and charges asserted by creditors.

4. To the extent the Trustee's calculation includes projected amounts based upon disputed claims, duplicative claim treatment, unliquidated post-petition fees, projected interest assumptions, or amounts not yet allowed by the Court, Debtor respectfully asserts that such projections are not binding determinations of the final amount necessary to complete the Plan.

5. Debtor further submits that feasibility must ultimately be evaluated based upon the confirmed Plan structure and the claims as finally allowed through the claims administration process.

6. Accordingly, Debtor respectfully asserts that the Trustee's presently projected funding figure remains preliminary and subject to modification as the claims allowance process proceeds.

WHEREFORE, Debtor respectfully requests that the Court consider the foregoing in connection with confirmation proceedings and grant such other and further relief as the Court deems just and proper.


RESPECTFULLY PRESENTED.

DATED: _____5/23/26_____

_____! Anthony-Leo ! Montez, Beneficiary. _____

Anthony Leo Montez
Sui Juris

HeM#4

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

**CASE NO.:** 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ
Debtor.

**CHAPTER 13**

## DEBTOR'S RESPONSE TO RECOMMENDATION #4

Debtor respectfully responds to the Trustee's objection concerning Claims No. 12 and 13 as follows.

Debtor maintains that Claims No. 12 and 13 were filed in good faith relating to Debtor's perceived interests in preserving and protecting potential estate rights concerning the subject collateral and obligations referenced within the case.

Debtor acknowledges the Trustee's concerns and reserves the right to further clarify, amend, withdraw, or otherwise address such claims as appropriate as the claims administration process proceeds.

Debtor respectfully submits that the claims were not filed for purposes of duplication, delay, or bad faith, but rather in connection with Debtor's understanding of potential interests affecting estate property and related obligations.

DATED: _____

Anthony Leo Montez
Debtor, Sui Juris

*Item#5*     *Apache County Assessor's Website*

**Tax Billed at 2025 Rates**

**Tax Area** 0100 - SD#1, WHITE MTN HEALTH CARE DIST

| Authority | Authority Id | Type | Tax Rate | Amount |
|---|---|---|---|---|
| APACHE COUNTY | 02000 | Primary | 0.0075000000 | $7.58 |
| SD #1 ST JOHNS UNIFIED | 07001 | Primary | 0.0352250000 | $35.62 |
| WHITE MTN HEALTH CARE DIST | 10260 | Secondary | 0.0060000000 | $6.06 |
| APACHE COUNTY FD ASSISTANCE | 11900 | Secondary | 0.0010000000 | $1.01 |
| APACHE COUNTY LIBRARY DIST | 14900 | Secondary | 0.0033080000 | $3.34 |
| APACHE COUNTY JAIL DIST | 28000 | Secondary | 0.0020000000 | $2.02 |
| APACHE COUNTY JAIL DIST - J | 28002 | Secondary | 0.0010000000 | $1.01 |
| APACHE COUNTY PUBLIC HEALTH | 29999 | Secondary | 0.0025000000 | $2.53 |
| NORTHERN AZ VIT | 30000 | Secondary | 0.0005000000 | $0.51 |
| APACHE COUNTY POST SECONDAR | 56000 | Secondary | 0.0015000000 | $1.52 |
| SD #1 BUDGET OVERRIDES | 57001 | Secondary | 0.0083940000 | $8.48 |
| APACHE COUNTY JR COLLEGE TU | 58000 | Secondary | 0.0032000000 | $3.23 |
| APACHE COUNTY FLOOD CONTROL | 15000 | Flood | 0.0007930000 | $0.80 |
| **Taxes Billed 2025** | | | 0.0729200000 | $73.72 |
| | | **Primary** | 0.0427250000 | $43.20 |
| | | **Secondary** | 0.0294020000 | $29.72 |
| | | **Flood** | 0.0007930000 | $0.80 |

| Property Code | Value Type | Actual | Assessed |
|---|---|---|---|
| VACANT LANDS AND REAL PROPERTY NOT INCLUDED IN CLASS 1,3,... | Limited Property | $6,742.00 | $1,011.00 |
| VACANT LANDS AND REAL PROPERTY NOT INCLUDED IN CLASS 1,3,... | Full Cash | $15,334.00 | $2,300.00 |
| **Total** | **Flood** | $0.00 | $0.00 |
| **Total** | **Full Cash** | $15,334.00 | $2,300.00 |
| **Total** | **Limited Property** | $6,742.00 | $1,011.00 |

The amounts of taxes due on this page are based on **last year's** property value assessments.
For current year values visit the Apache County Assessor's website>

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

**CASE NO.:** 04:24-bk-09671-BM

**IN RE:** ANTHONY LEO MONTEZ          **CHAPTER 13**
         Debtor.

## DECLARATION REGARDING FINANCIAL ACCOUNTS AS OF PETITION DATE, NOVEMBER 12, 2024.

I, Anthony Leo Montez, declare under penalty of perjury as follows:

1. I am the Debtor in the above-captioned Chapter 13 case and am competent to testify to the matters stated herein based upon my personal knowledge.

2. The Trustee requested copies of financial or bank account statements reflecting balances on hand as of the date of filing of the bankruptcy petition.

3. As of the petition date, on November 12, 2024, I did not maintain an active personal checking or savings accounts.

4. At that time, I was unemployed and performing limited self-employed work and did not maintain regular banking activity requiring an active checking or savings account.

5. Based upon my present knowledge and records, I did not possess any undisclosed financial accounts or significant cash balances as of the petition date.

6. Debtor makes this Declaration in good faith to clarify that responsive bank statements for the requested period do not exist because Debtor did not maintain active personal e absence of active bank account statements for the requested time period.

7. Debtor has not intentionally withheld responsive financial account information from the Trustee and continues cooperating in good faith with document requests and case administration requirements.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: _____5/23/26_____

Anthony Leo Montez
Debtor, Sui Juris

Case 4:24-bk-09671-BMW    Doc 211    Filed 05/26/26    Entered 05/29/26 12:23:31    Desc
Main Document     Page 16 of 45





Department of the Treasury
Internal Revenue Service
Mail Stop C1 6525
Kansas City MO 64999-0025



046979.653692.371260.24136 1 AB 0.641 476

ANTHONY L MONTEZ
42080 W ANNE LN
MARICOPA AZ 85138-8637

April 13, 2026

# We made changes to your return. As a result, you're due a refund.

Based on the information you provided, we changed your 2024 Form 1040 to correct your account information.

## What you need to know

**You're due a refund of $1,966.00.** If you haven't already received a direct deposit or refund check for $1,966.00 you should receive it within 2 – 3 weeks if you don't owe other tax or debts we're required to collect.

Your refund amount may include interest. Any interest you receive on tax refunds is considered taxable income during the year you receive it.

If you disagree with these changes, call 800-829-8374 to review your account with a representative. Be sure to have your account information available when you call.

## Summary of changes

| Description | Amount |
|---|---:|
| Account balance before this change | -$48,978.00 |
| Increase in credit for tax withheld | $47,012.00 |
| **Refund due** | **$1,966.00** |

## Additional information

- You can contact us by mail at the address at the top of this notice. Be sure to include your Social Security Number (SSN), the tax year, and the form number you are writing about.

- If you have a power of attorney on file with us, a copy of this notice has been sent to them automatically.

- If you can't find what you need online, call us at 800-829-8374.



Account Home / Account Balance

# Account Balance

## Total amount owed

### View your account information in the details by year section

The information provided is based on our current data.

The numbers here may not reflect:

- Recently filed or processing returns
- Pending or recent payments or adjustments
- Information on your business account
- Installment agreement fees

**Make a payment**

Frequently asked questions about balances ⤴

## Details by year

| Tax year | You owe |
|---|---|
| ⊖ **2024** | **INFO** ℹ |

### Income tax

ℹ **Your information is not available at this time**

If you requested an adjustment to your account your information will not be available until that transaction is complete.

| | |
|---|---|
| 2023 | $0.00 |
| 2022 | $0.00 |

*Item#7 – 2024 Tax Return Status*

## Tax year 2024

**Return Received** ⑦　　　　Refund Approved ⑦　　　　Refund Sent ⑦

We have received your tax return and it is being processed.

## Please Note

For refund information, please continue to check here, or use our free mobile app, IRS2Go. Updates to refund status are made no more than once a day.

## Your personal tax information

| | |
|---|---|
| **Tax Year** | 2024 |
| **Filing Status** | Head of household |
| **Expected refund amount** | $48,978.00 |

Select another year

# Electronic Filing Instructions for your 2025 Federal Tax Return
**Important: Your taxes are not finished until all required steps are completed.**



INTUIT
turbotax

Anthony L Montez
42080 W Anne Ln
Maricopa, AZ 85138-8637

| | |
|---|---|
| **Balance Due/ Refund** | Your federal tax return (Form 1040) shows a refund due to you in the amount of $808.00. Applicable fees were deducted from your original refund amount of $808.00. Your refund is now $625.00. Because you chose to have your TurboTax fees deducted from your refund, you will receive e-mail from Intuit, which handles this transaction. Your tax refund will be direct deposited into your account. The account information you entered - Account Number: ▓▓▓▓▓▓ Routing Transit Number: ▓▓▓▓▓ |
| **When Will You Get Your Refund?** | The IRS issued more than 9 out of 10 refunds to taxpayers in less than 21 days last year. The same results are expected in 2026. To get your estimated refund date from TurboTax, log into My TurboTax at www.turbotax.com. If you do not receive your refund within 21 days, or the amount you get is not what you expected, contact the Internal Revenue Service directly at 1-800-829-4477. You can also check www.irs.gov and select the "Where's my refund?" link. |
| **What You Need to Keep** | Your Electronic Filing Instructions (this form) A copy of your federal return |
| **2025 Federal Tax Return Summary** | Adjusted Gross Income $ 55,101.00<br>Taxable Income $ 31,476.00<br>Total Tax $ 1,238.00<br>Total Payments/Credits $ 2,046.00<br>Amount to be Refunded $ 808.00<br>Effective Tax Rate 2.23% |

**Page 1 of 1**

# Form 1040 — U.S. Individual Income Tax Return

Department of the Treasury—Internal Revenue Service

**2025** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2025, or other tax year beginning _____ , 2025, ending _____ , 20 ___ See separate instructions.

☐ Filed pursuant to section 301.9100-2  ☐ Combat zone  ☐ Deceased  Spouse
☐ Other

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Anthony L | Montez | ▓▓▓ ▓▓ 0492 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

Home address (number and street). If you have a P.O. box, see instructions. **42080 W Anne Ln** Apt. no. ____

Check here if your main home, and your spouse's if filing a joint return, was in the U.S. for more than half of 2025. ☒

City, town, or post office. If you have a foreign address, also complete spaces below. **Maricopa**  State **AZ**  ZIP code **851388637**

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☒ You  ☐ Spouse

Foreign country name ____  Foreign province/state/county ____  Foreign postal code ____

## Filing Status
Check only one box.

☐ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS). Enter spouse's SSN above and full name here: _____
☒ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

## Digital Assets
At any time during 2025, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

## Dependents
(see instructions)

If more than four dependents, see instructions and check here ☐

| | Dependent 1 | Dependent 2 | Dependent 3 | Dependent 4 |
|---|---|---|---|---|
| (1) First name | Aniyah D | | | |
| (2) Last name | Montez | | | |
| (3) SSN | ▓▓▓-4175 | | | |
| (4) Relationship | Daughter | | | |
| (5) Check if lived with you more than half of 2025 | (a) ☒ Yes (b) ☒ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. |
| (6) Check if | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled |
| (7) Credits | ☒ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents |

☐ Check if your filing status is MFS or HOH and you lived apart from your spouse for the last 6 months of 2025, or you are legally separated according to your state law under a written separation agreement or a decree of separate maintenance and you did not live in the same household as your spouse at the end of 2025.

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | **54,978.** |
| b | Household employee wages not reported on Form(s) W-2 | |
| c | Tip income not reported on line 1a (see instructions) | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | |
| e | Taxable dependent care benefits from Form 2441, line 26 | |
| f | Employer-provided adoption benefits from Form 8839, line 31 | |
| g | Wages from Form 8919, line 6 | |
| h | Other earned income (see instructions). Enter type and amount: _____ | **0.** |
| i | Nontaxable combat pay election (see instructions) 1i ____ | |
| z | Add lines 1a through 1h | **54,978.** |

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b |
| 3a | Qualified dividends | 3a | b Ordinary dividends | 3b |
| c | Check if your child's dividends are included in 1 ☐ Line 3a 2 ☐ Line 3b | | | |
| 4a | IRA distributions | 4a | b Taxable amount | 4b |
| c | Check if (see instructions) 1 ☐ Rollover 2 ☐ QCD 3 ☐ ____ | | | |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b 73. |
| c | Check if (see instructions) 1 ☐ Rollover 2 ☐ PSO 3 ☐ ____ | | | |
| 6a | Social security benefits | 6a | b Taxable amount | 6b |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |
| d | If you are married filing separately and lived apart from your spouse the entire year (see inst.), check here ☐ | | | |
| 7a | Capital gain or (loss). Attach Schedule D if required | | | 7a |
| b | Check if: ☐ Schedule D not required ☐ Includes child's capital gain or (loss) ____ | | | |
| 8 | Additional income from Schedule 1, line 10 | | | **50.** |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7a, and 8. This is your **total income** | | | **55,101.** |
| 10 | Adjustments to income from Schedule 1, line 26 | | | 10 |
| 11a | Subtract line 10 from line 9. This is your **adjusted gross income** | | | 11a **55,101.** |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  BAA  REV 04/24/26 TTO  Form **1040** (2025) Created 9/5/25

| Tax and Credits | 11b | Amount from line 11a (adjusted gross income) | 11b | 55,101. |
|---|---|---|---|---|
| | 12a | Someone can claim ☐ You as a dependent ☐ Your spouse as a dependent | | |
| | b | ☐ Spouse itemizes on a separate return c ☐ You were a dual-status alien | | |
| | d | **You:** ☐ Were born before January 2, 1961 ☐ Are blind | | |
| | | **Spouse:** ☐ Was born before January 2, 1961 ☐ Is blind | | |
| **Standard deduction for—** <br> • Single or Married filing separately, $15,750 <br> • Married filing jointly or Qualifying surviving spouse, $31,500 <br> • Head of household, $23,625 <br> • If you checked a box on line 12a, 12b, 12c, or 12d, see inst. | e | **Standard deduction or itemized deductions** (from Schedule A) | 12e | 23,625. |
| | 13a | Qualified business income deduction from Form 8995 or Form 8995-A | 13a | 0. |
| | b | Additional deductions from Schedule 1-A, line 38 | 13b | |
| | 14 | Add lines 12e, 13a, and 13b | 14 | 23,625. |
| | 15 | Subtract line 14 from line 11b. If zero or less, enter -0-. This is your **taxable income** | 15 | 31,476. |
| | 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ _____ | 16 | 3,437. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 3,437. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | 2,200. |
| | 20 | Amount from Schedule 3, line 8 | 20 | 6. |
| | 21 | Add lines 19 and 20 | 21 | 2,206. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 1,231. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 7. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 1,238. |

| Payments and Refundable Credits | 25 | Federal income tax withheld from: | | | |
|---|---|---|---|---|---|
| | a | Form(s) W-2 | 25a | 2,046. | |
| | b | Form(s) 1099 | 25b | | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | 2,046. |
| | 26 | 2025 estimated tax payments and amount applied from 2024 return | | 26 | |
| | | If you made estimated tax payments with your former spouse in 2025, enter their SSN (see instructions): | | | |
| _If you have a qualifying child, you may need to attach Sch. EIC._ | 27a | Earned income credit (EIC) | 27a | | |
| | b | Clergy filing Schedule SE (see instructions) ☐ | | | |
| | c | If you do not want to claim the EIC, check here ☐ | | | |
| | 28 | Additional child tax credit (ACTC) from Schedule 8812. If you do not want to claim the ACTC, check here ☐ | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Refundable adoption credit from Form 8839, line 13 | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27a, 28, 29, 30, and 31. These are your **total other payments and refundable credits** | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 2,046. |

| Refund | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 808. |
|---|---|---|---|---|
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | 808. |
| Direct deposit? See instructions. | b | Routing number ▓▓▓▓▓▓▓▓▓ c Type: ☒ Checking ☐ Savings | | |
| | d | Account number ▓▓▓▓▓▓▓▓▓ | | |
| | 36 | Amount of line 34 you want **applied to your 2026 estimated tax** | 36 | |

| Amount You Owe | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | |
|---|---|---|---|---|
| | 38 | Estimated tax penalty (see instructions) | 38 | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions. ☐ Yes. Complete below. ☒ No | | |
|---|---|---|---|
| | Designee's name | Phone no. | Personal identification number (PIN) ☐☐☐☐☐☐ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ☐☐☐☐☐☐ |
|---|---|---|---|---|
| | | | Bldg. Engineer / Self-Employment | |
| Joint return? See instructions. Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ☐☐☐☐☐☐ |
| | Phone no. (602) ▓▓▓▓ | | Email address | |

| Paid Preparer Use Only | Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name    Self-Prepared | | | Phone no. | |
| | Firm's address | | | Firm's EIN | |

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2025**

Attachment
Sequence No. **01**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Anthony L Montez | ▮▮-▮▮-0492 |

For 2025, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal items sold at a loss . . . . . . . . . . . . . . . . . . . . . . . . . _____

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the nature of the transaction. See *www.irs.gov/1099k.*

## Part I  Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . | **1** | 50. |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Date of original divorce or separation agreement (see instructions): _____ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . | **3** | |
| 4 | Other gains or (losses). Check if any from Form(s): ☐ 4797  ☐ 4684 . . . . . . | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . | **5** | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . | **6** | |
| 7 | Unemployment compensation. If you repaid a 2025 overpayment (see instructions), check here ☐ and enter amount repaid: _____ . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Other income: | | |
| a | Net operating loss . . . . . . . . . . . . . . . | **8a** (     ) | |
| b | Gambling . . . . . . . . . . . . . . . . . . | **8b** | |
| c | Cancellation of debt . . . . . . . . . . . . . . | **8c** | |
| d | Foreign earned income exclusion from Form 2555 . . . . . . . | **8d** (     ) | |
| e | Income from Form 8853 . . . . . . . . . . . . . . | **8e** | |
| f | Income from Form 8889 . . . . . . . . . . . . . . | **8f** | |
| g | Alaska Permanent Fund dividends . . . . . . . . . . . | **8g** | |
| h | Jury duty pay . . . . . . . . . . . . . . . . . | **8h** | |
| i | Prizes and awards . . . . . . . . . . . . . . . . | **8i** | |
| j | Activity not engaged in for profit income . . . . . . . . . | **8j** | |
| k | Stock options . . . . . . . . . . . . . . . . . | **8k** | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . . | **8l** | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) . | **8m** | |
| n | Section 951(a) inclusion (see instructions) . . . . . . . . . | **8n** | |
| o | Section 951A(a) inclusion (see instructions) . . . . . . . . . | **8o** | |
| p | Section 461(l) excess business loss adjustment . . . . . . . . | **8p** | |
| q | Taxable distributions from an ABLE account (see instructions) . . . . | **8q** | |
| r | Scholarship and fellowship grants not reported on Form W-2 . . . . . | **8r** | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d . . . . . . . . . . . . . . . . . | **8s** (     ) | |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan . . . . . . . . . . . | **8t** | |
| u | Wages earned while incarcerated . . . . . . . . . . . . | **8u** | |
| v | Digital assets received as ordinary income not reported elsewhere. See instructions . . . . . . . . . . . . . . . . . | **8v** | |
| z | Other income. List type and amount: _____ | **8z** | |
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . . . | **9** | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . . . . . . | **10** | 50. |

For Paperwork Reduction Act Notice, see your tax return instructions.    **BAA**    REV 04/24/26 TTO    Schedule 1 (Form 1040) 2025   Created 7/25/25

| Part II | Adjustments to Income | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . . . . | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903. If claiming only storage fees (see instructions), check here ☐ . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . . | 15 | |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . . . | 16 | |
| 17 | Self-employed health insurance deduction . . . . . . . . . . . . . . . | 17 | |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . . . | 18 | |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . . . . | 19a | |
| b | Recipient's SSN . . . . . . . . . . . . . . . . . . . . . | | |
| c | Date of original divorce or separation agreement (see instructions): _____ | | |
| 20 | IRA deduction. If you are married filing separately and lived apart from your spouse for the entire year (see instructions), check here ☐ . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . | 22 | |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Other adjustments: | | |

| | | | |
|---|---|---|---|
| a | Jury duty pay (see instructions) . . . . . . . . . . | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit . . . . . . . . . . . | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m . . . . . . . . . . | 24c | |
| d | Reforestation amortization and expenses . . . . . . . . . | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . . . . | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . . . . . | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans . . . . . . | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . . . . . . | 24h | |
| I | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | |
| j | Housing deduction from Form 2555 . . . . . . . . . . . | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | 24k | |
| z | Other adjustments. List type and amount: | | |
| | _____ | 24z | |

| | | | |
|---|---|---|---|
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . . . | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 . . . . . . . . . . . . . . . . . . | 26 | |

# Additional Taxes

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

2025

Attachment
Sequence No. 02

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

Anthony L Montez

**Your social security number**

███-██-0492

## Part I  Tax

**1** Additions to tax:

**a** Excess advance premium tax credit repayment. Attach Form 8962 . . . . | **1a** |

**b** Repayment of new clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part II. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . . | **1b** |

**c** Repayment of previously owned clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part IV. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . | **1c** |

**d** Recapture of net EPE from Form 4255, line 2a, column (i) . . . . . . . | **1d** |

**e** Excessive payments (EPs) on gross EPE from Form 4255. Check applicable box and enter amount. See instructions.
(i) ☐ Line 1a    (ii) ☐ Line 1c
(iii) ☐ Line 1d    (iv) ☐ Line 2a . . . . . . . . . | **1e** |

**f** 20% EP from Form 4255. Check applicable box and enter amount. See instructions.
(i) ☐ Line 1a    (ii) ☐ Line 1c
(iii) ☐ Line 1d    (iv) ☐ Line 2a . . . . . . . . | **1f** |

**y** Other additions to tax (see instructions): _____ | **1y** |

**z** Add lines 1a through 1y . . . . . . . . . . . . . | **1z** |

**2** Alternative minimum tax. Attach Form 6251 . . . . . . . . . | **2** |

**3** Add lines 1z and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . . . . | **3** |

## Part II  Other Taxes

**4** Self-employment tax. Attach Schedule SE. Check if any exemption from (see instructions):
1 ☐ 4361    2 ☐ 4029    3 ☐ _____ . . . . . . . . | **4** |

**5** Social security and Medicare tax on unreported tip income. Attach Form 4137 | **5** |

**6** Uncollected social security and Medicare tax on wages. Attach Form 8919 . | **6** |

**7** Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . | **7** |

**8** Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here . . . . . . . . . . . . . ☒ | **8** | 7.

**9** Household employment taxes. Attach Schedule H . . . . . . . | **9** |

**10** Reserved for future use . . . . . . . . . . . . . | **10** |

**11** Additional Medicare Tax. Attach Form 8959 . . . . . . . . . | **11** |

**12** Net investment income tax. Attach Form 8960 . . . . . . . . | **12** |

**13** Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . | **13** |

**14** Interest on tax due on installment income from the sale of certain residential lots and timeshares . . | **14** |

**15** Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . | **15** |

**16** Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . | **16** |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 04/24/26 TTO    Schedule 2 (Form 1040) 2025 Created 5/8/25

**Part II    Other Taxes** *(continued)*

| | | | |
|---|---|---|---|
| **17** | Other additional taxes: | | |
| **a** | Recapture of other credits. List type, form number, and amount: | | |
| | _____ | **17a** | |
| **b** | Recapture of federal mortgage subsidy. If you sold your home, see instructions | **17b** | |
| **c** | Additional tax on HSA distributions. Attach Form 8889 . . . . . . . . | **17c** | |
| **d** | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . . | **17d** | |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 . . . . . | **17e** | |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 | **17f** | |
| **g** | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . . . . . . . | **17g** | |
| **h** | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . . . . . . . . . | **17h** | |
| **i** | Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . . . . . . . . . | **17i** | |
| **j** | Section 72(m)(5) excess benefits tax . . . . . . . . . . . . | **17j** | |
| **k** | Golden parachute payments . . . . . . . . . . . . . | **17k** | |
| **l** | Tax on accumulation distribution of trusts . . . . . . . . . . | **17l** | |
| **m** | Excise tax on insider stock compensation from an expatriated corporation . | **17m** | |
| **n** | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . | **17n** | |
| **o** | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . . . . . . . . | **17o** | |
| **p** | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . . . . . . . | **17p** | |
| **q** | Any interest from Form 8621, line 24 . . . . . . . . . . . . | **17q** | |
| **z** | Any other taxes. List type and amount: | | |
| | _____ | **17z** | |
| **18** | Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . . . . . . | **18** | |
| **19** | Recapture of net EPE from Form 4255, line 1d, column (l) . . . . . . . . . . . . | **19** | |
| **20** | Section 965 net tax liability installment from Form 965-A . . . . . . . | **20** | |
| **21** | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23; or Form 1040-NR, line 23b . . . . . . . . . . . . . . . . . . | **21** | 7. |

**BAA**    REV 04/24/26 TTO        **Schedule 2 (Form 1040) 2025**

# Additional Credits and Payments

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2025**

Attachment
Sequence No. **03**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
Anthony L Montez

**Your social security number**
█-█-0492

## Part I Nonrefundable Credits

| | | | |
|---|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required | 1 | |
| 2 | Credit for child and dependent care expenses from Form 2441, line 11. Attach Form 2441 | 2 | |
| 3 | Education credits from Form 8863, line 19 | 3 | |
| 4 | Retirement savings contributions credit. Attach Form 8880 | 4 | 6. |
| 5a | Residential clean energy credit from Form 5695, line 15 | 5a | |
| b | Energy efficient home improvement credit from Form 5695, line 32 | 5b | |
| 6 | Other nonrefundable credits: | | |
| a | General business credit. Attach Form 3800 | 6a | |
| b | Credit for prior year minimum tax. Attach Form 8801 | 6b | |
| c | Adoption credit. Attach Form 8839 | 6c | |
| d | Credit for the elderly or disabled. Attach Schedule R | 6d | |
| e | Reserved for future use | 6e | |
| f | Clean vehicle credit. Attach Form 8936 | 6f | |
| g | Mortgage interest credit. Attach Form 8396 | 6g | |
| h | District of Columbia first-time homebuyer credit. Attach Form 8859 | 6h | |
| i | Qualified electric vehicle credit. Attach Form 8834 | 6i | |
| j | Alternative fuel vehicle refueling property credit. Attach Form 8911 | 6j | |
| k | Credit to holders of tax credit bonds. Attach Form 8912 | 6k | |
| l | Amount on Form 8978, line 14. See instructions | 6l | |
| m | Credit for previously owned clean vehicles. Attach Form 8936 | 6m | |
| z | Other nonrefundable credits. List type and amount: | | |
| | | 6z | |
| 7 | Total other nonrefundable credits. Add lines 6a through 6z | 7 | |
| 8. | Add lines 1 through 4, 5a, 5b, and 7. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 20 | 8 | 6. |

## Part II Other Payments and Refundable Credits

| | | | |
|---|---|---|---|
| 9 | Net premium tax credit. Attach Form 8962 | 9 | |
| 10 | Amount paid with request for extension to file (see instructions) | 10 | |
| 11 | Excess social security and tier 1 RRTA tax withheld | 11 | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 | 12 | |
| 13 | Other payments or refundable credits: | | |
| a | Form 2439 | 13a | |
| b | Section 1341 credit for repayment of amounts included in income from earlier years | 13b | |
| c | Net elective payment election amount from Form 3800, Part III, line 6, column (j) | 13c | |
| d | Deferred amount of net 965 tax liability (see instructions) | 13d | |
| z | Other refundable credits (see instructions): | | |
| | | 13z | |
| 14 | Total other payments or refundable credits. Add lines 13a through 13z | 14 | |
| 15 | Add lines 9 through 12 and 14. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 31 | 15 | |

For Paperwork Reduction Act Notice, see your tax return instructions. **BAA** REV 04/24/26 TTO Schedule 3 (Form 1040) 2025 Created 11/17/25

**SCHEDULE 8812**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Credits for Qualifying Children and Other Dependents

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Schedule8812* for instructions and the latest information.

OMB No. 1545-0074

2025

Attachment
Sequence No. **47**

Name(s) shown on return: Anthony L Montez

Your social security number: ███-██-0492

## Part I — Child Tax Credit and Credit for Other Dependents

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 11a of your Form 1040, 1040-SR, or 1040-NR | **1** | 55,101. |
| 2a | Enter income from Puerto Rico that you excluded — 2a | | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 — 2b 0. | | |
| c | Enter the amount from line 15 of your Form 4563 — 2c | | |
| d | Add lines 2a through 2c | **2d** | 0. |
| 3 | Add lines 1 and 2d | **3** | 55,101. |
| 4 | Number of qualifying children under age 17 with the required social security number — 4 1 | | |
| 5 | Multiply line 4 by $2,200 | **5** | 2,200. |
| 6 | Number of other dependents, including any qualifying children who are not under age 17 or who do not have the required social security number — 6 0 | | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4. | | |
| 7 | Multiply line 6 by $500 | **7** | |
| 8 | Add lines 5 and 7 | **8** | 2,200. |
| 9 | Enter the amount shown below for your filing status. • Married filing jointly—$400,000 • All other filing statuses—$200,000 | **9** | 200,000. |
| 10 | Subtract line 9 from line 3. • If zero or less, enter -0-. • If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. | **10** | 0. |
| 11 | Multiply line 10 by 5% (0.05) | **11** | 0. |
| 12 | Is the amount on line 8 more than the amount on line 11? | **12** | 2,200. |
| | ☐ **No. Stop here.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit. | | |
| | ☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | |
| 13 | Enter the amount from **Credit Limit Worksheet A** | **13** | 3,431. |
| 14 | Enter the smaller of line 12 or line 13. **This is your child tax credit and credit for other dependents** | **14** | 2,200. |
| | **Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 19.** | | |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit** on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040 or Form 1040-SR through line 27a (or Form 1040-NR through line 26) (also complete Schedule 3 (Form 1040), line 11) before completing Part II-A.

## Part II-A   Additional Child Tax Credit for All Filers

**Caution:** If you file Form 2555, you cannot claim the additional child tax credit.

| | | | |
|---|---|---|---|
| 15 | Reserved for future use | 15 | |
| 16a | Subtract line 14 from line 12. If zero, **stop here**; you cannot take the additional child tax credit | 16a | 0. |
| b | Number of qualifying children under age 17 with the required social security number: _____ x $1,700. Enter the result. If zero, **stop here**; you cannot claim the additional child tax credit | 16b | |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 4. | | |
| 17 | Enter the **smaller** of line 16a or line 16b | 17 | |

| | | | |
|---|---|---|---|
| 18a | Earned income (see instructions) | 18a | |
| b | Nontaxable combat pay (see instructions).   **18b** | | |
| 19 | Is the amount on line 18a more than $2,500? | | |
| | ☐ **No.** Leave line 19 blank and enter -0- on line 20. | | |
| | ☐ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result   **19** | | |
| 20 | Multiply the amount on line 19 by 15% (0.15) and enter the result | 20 | |

**Next.** On line 16b, is the amount $5,100 or more?

   ☐ **No.** If you are a bona fide resident of Puerto Rico, go to line 21. Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27.

   ☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21.

## Part II-B   Certain Filers Who Have Three or More Qualifying Children and Bona Fide Residents of Puerto Rico

| | | | |
|---|---|---|---|
| 21 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, or if you are a bona fide resident of Puerto Rico, see instructions | 21 | |
| 22 | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 | 22 | |
| 23 | Add lines 21 and 22 | 23 | |
| 24 | **1040 and** **1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 27a, and Schedule 3 (Form 1040), line 11. **1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 11. | 24 | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- | 25 | |
| 26 | Enter the **larger** of line 20 or line 25 | 26 | |
| | **Next,** enter the **smaller** of line 17 or line 26 on line 27. | | |

## Part II-C   Additional Child Tax Credit

| | | | |
|---|---|---|---|
| 27 | **This is your additional child tax credit. Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 28** | 27 | |

# Form 8880 — Credit for Qualified Retirement Savings Contributions

OMB No. 1545-0074
Attachment Sequence No. 54

Department of the Treasury
Internal Revenue Service

**Attach to Form 1040, 1040-SR, or 1040-NR.**
Go to *www.irs.gov/Form8880* for the latest information.

2025

Name(s) shown on return: Anthony L Montez

Your social security number: ■■-■-0492

**Caution:** You **cannot** take this credit if **either** of the following applies.

- The amount on Form 1040, 1040-SR, or 1040-NR, line 11a, is more than $39,500 ($59,250 if head of household; $79,000 if married filing jointly).
- The person(s) who made the qualified contribution or elective deferral (a) was born after January 1, 2008; (b) is claimed as a dependent on someone else's 2025 tax return; or (c) was a **student** (see instructions).

| | | | (a) You | (b) Your spouse |
|---|---|---|---|---|
| 1 | Traditional and Roth IRA contributions, and ABLE account contributions by the designated beneficiary for 2025. **Do not** include rollover contributions | 1 | | |
| 2 | Elective deferrals to a 401(k) or other qualified employer plan, voluntary employee contributions, and 501(c)(18)(D) plan contributions for 2025 (see instructions) | 2 | 137. | |
| 3 | Add lines 1 and 2 | 3 | 137. | |
| 4 | Certain distributions received **after** 2022 and **before** the due date (including extensions) of your 2025 tax return (see instructions). If married filing jointly, include **both** spouses' amounts in **both** columns. See instructions for an exception | 4 | 73. | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- | 5 | 64. | |
| 6 | In each column, enter the **smaller** of line 5 or $2,000 | 6 | 64. | |

| | | | | |
|---|---|---|---|---|
| 7 | Add the amounts on line 6. If zero, **stop**; you can't take this credit | | 7 | 64. |
| 8 | Enter the amount from Form 1040, 1040-SR, or 1040-NR, line 11a* | 8 | 55,101. | |
| 9 | Enter the applicable decimal amount from the table below. | | | |

| IF line 8 is... | | AND your filing status is... | | |
|---|---|---|---|---|
| Over... | But not over... | Married filing jointly | Head of household | Single, Married filing separately, or Qualifying surviving spouse |
| | | THEN enter on line 9... | | |
| --- | $23,750 | 0.5 | 0.5 | 0.5 |
| $23,750 | $25,500 | 0.5 | 0.5 | 0.2 |
| $25,500 | $35,625 | 0.5 | 0.5 | 0.1 |
| $35,625 | $38,250 | 0.5 | 0.2 | 0.1 |
| $38,250 | $39,500 | 0.5 | 0.1 | 0.1 |
| $39,500 | $47,500 | 0.5 | 0.1 | 0.0 |
| $47,500 | $51,000 | 0.2 | 0.1 | 0.0 |
| $51,000 | $59,250 | 0.1 | 0.1 | 0.0 |
| $59,250 | $79,000 | 0.1 | 0.0 | 0.0 |
| $79,000 | --- | 0.0 | 0.0 | 0.0 |

Line 9: x 0.1

**Note:** If line 9 is zero, **stop**; you can't take this credit.

| | | | |
|---|---|---|---|
| 10 | Multiply line 7 by line 9 | 10 | 6. |
| 11 | Limitation based on tax liability. Enter the amount from the Credit Limit Worksheet in the instructions | 11 | 3,437. |
| 12 | **Credit for qualified retirement savings contributions.** Enter the **smaller** of line 10 or line 11 here and on Schedule 3 (Form 1040), line 4 | 12 | 6. |

* See Pub. 590-A, Contributions to Individual Retirement Arrangements, for the amount to enter if you claim any exclusion or deduction for foreign earned income, foreign housing, income from Puerto Rico, or income from American Samoa.

**For Paperwork Reduction Act Notice, see your tax return instructions.** BAA REV 04/24/26 TTO Form **8880** (2025) Created 11/4/25

Form **8995**

Department of the Treasury
Internal Revenue Service

# Qualified Business Income Deduction
## Simplified Computation

Attach to your tax return.
Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-0074
2025
Attachment Sequence No. **55**

Name(s) shown on return: Anthony L Montez

Your taxpayer identification number: ▇▇-▇▇-0492

**Note:** *You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $197,300 ($394,600 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer Identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | | | |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | **2** | | |
| 3 | Qualified business net (loss) carryforward from the prior year | **3** | ( 92,502. ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | 0. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | **5** | 0. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | **7** | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | **9** | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | **10** | 0. |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** | 31,476. | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) | **12** | 0. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** | 31,476. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | **14** | 6,295. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | **15** | 0. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | **16** | ( 92,502. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | **17** | ( 0. ) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    BAA   REV 04/24/26 TTO    Form **8995** (2025) Created 9/12/25

# Electronic Filing Instructions for your 2025 Arizona Tax Return

**Important: Your taxes are not finished until all required steps are completed.**



Anthony L Montez
42080 W Anne Ln
Maricopa, AZ 85138-8637

| | |
|---|---|
| **Balance Due/ Refund** | Your Arizona state tax return (Form 140) shows a refund due to you in the amount of $209.00. Your tax refund will be direct deposited into your account. The account information you entered - Account Number: ██████████ Routing Transit Number: ██████. |
| **Where's My Refund?** | Before you call the Arizona Department of Revenue with questions about your refund, give them six weeks processing time from the date your return is accepted. If then you have not received your refund, or the amount is not what you expected, contact the Arizona Department of Revenue directly at 1-602-255-3381. From outside of Arizona use 1-800-352-4090. You can also visit the Arizona Department of Revenue web site at www.azdor.gov. |
| **What You Need to Sign** | Sign and date E-File Signature Authorization within 1 day(s) of acceptance. |
| **What You Need to Keep** | Your Electronic Filing Instructions (this form) <br> A copy of your state and federal returns |
| **2025 Arizona Tax Return Summary** | Taxable Income            $   31,476.00 <br> Total Tax                 $      687.00 <br> Total Payments/Credits    $      896.00 <br> Amount to be Refunded     $      209.00 |

Case 4:24-bk-09671-BMW    Doc 211    Filed 05/26/26    Entered 05/29/26 12:23:31    Desc
Main Document    Page 32 of 45

| Arizona Form **AZ-8879** | **E-file Signature Authorization** (Arizona Forms 140, 140A, 140EZ, 140NR and 140PY) | **2025** |
|---|---|---|

**Do not mail this form to the Arizona Department of Revenue. *The ERO must retain this document a minimum of four years.***

| Your First Name and Initial | Last Name | | Your Social Security Number* |
|---|---|---|---|
| Anthony L | Montez | Enter your SSN(s). | ▰▰ – ▰ – 0492 |
| Your Spouse's First Name and Initial (if filed joint) | Last Name | | Spouse's Social Security No.* |

**PART 1 – PURPOSE** *(If you are e-filing a Small Business Income Tax Return, also complete Form AZ-8879 SBI)* *Do Not Truncate*
- To certify the truthfulness, correctness, and completeness of the taxpayer's electronic income tax return.
- To authorize the Electronic Return Originator (ERO) to affirm that the taxpayer wishes to use the taxpayer's electronic signature to the taxpayer's federal individual income tax return as the taxpayer's signature to the taxpayer's electronic Arizona individual income tax return.

### PART 2 – TAX RETURN INFORMATION

| | | |
|---|---|---|
| 1 Arizona Adjusted Gross Income | 55,101 | 00 |
| 2 Balance Of Tax ......................... | 687 | 00 |
| 3 Arizona Income Tax Withheld ... | 896 | 00 |

*Check box 4 or box 5:*

| | | | |
|---|---|---|---|
| 4 ☒ **REFUND:** *Enter the amount of refund......................* | | 209 | 00 |
| 5 ☐ **AMOUNT *YOU OWE*:** *Enter the amount owed........* | | | 00 |

### PART 3 – FINANCIAL INSTITUTION INFORMATION
Must be present when requesting direct debit or deposit.

☐ Foreign Account Deposit/Debit: See instructions below.

TYPE OF ACCOUNT   ROUTING NUMBER
☒ Checking   ☐ Savings   ▰▰▰▰▰▰▰▰▰

ACCOUNT NUMBER ▰▰▰▰▰▰▰▰▰

DIRECT DEBIT REQUEST DATE   DIRECT DEBIT PAYMENT AMOUNT $ _____.00

**Box 4 Checkbox – Refund:** You are due a refund based on the information provided on your tax return. Your refund amount will be deposited in the account listed in the Financial Institution Information Section (Part 3).

**Box 5 Checkbox – Amount You Owe:** You owe taxes based on the information provided on your tax return. You have elected to direct debit for payment. The payment will be withdrawn from the account and on the date listed in the Financial Institution Information Section (Part 3).

**Foreign Account Deposit/Debit Checkbox:** Check the "Foreign Account Deposit/Debit" box if your deposit will be ultimately placed in or come from a foreign account. If you check this box, do not enter your account numbers. If this box is checked, we will not direct deposit or debit your account. If you are due a refund, we will send you a check instead. If you owe tax, *you must mail a check to the Arizona Department of Revenue, PO Box 29085, Phoenix, AZ 85038-9085.*

### PART 4 – DECLARATION AND SIGNATURE AUTHORIZATION *(Sign only after completing Part 2)*

Under penalties of perjury, I declare that I have examined a copy of my electronic Arizona individual income tax return and accompanying schedules and statements for the year ending December 31, 2025, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts of Arizona adjusted gross income, total tax, Arizona income tax withheld, and refund (or amount owed) listed above are the amounts shown on the copy of my electronic Arizona income tax return.

**6a** ☒ I consent that my refund be directly deposited as designated in the electronic portion of my 2025 Arizona individual income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

**6b** ☐ I do not want direct deposit of my refund or I am not receiving a refund.

**6c** ☐ I authorize the Arizona Department of Revenue (ADOR) and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Arizona taxes owed on this return. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If I have filed a balance due return, I understand that if the ADOR does not receive full and timely payment of my tax liability by April 15, 2026, I will remain liable for the tax liability and all applicable interest and penalties. When electronically filing my federal and state tax returns, I understand that if there is an error on my federal return, my state return will also be rejected.

I consent to my Electronic Return Originator (ERO) or On-Line Service Provider (OLSP) sending my electronic Arizona individual income tax return and accompanying schedules and statements to ADOR, and I consent to my ERO or OLSP sending such information to ADOR through a transmitter. I consent to ADOR sending my ERO, OLSP and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not the transmission of my return is accepted and, if the return is rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize ADOR to disclose to my ERO, OLSP and/or transmitter the reason(s) for the delay, or when the refund was sent. If ADOR contacts my ERO for a copy of my return, any documents or schedules to my return, and/or this authorization form, I authorize my ERO to release copies of the requested documents to ADOR.

I authorize **Self-Prepared**
(ELECTRONIC RETURN ORIGINATOR)

to make the election that I want my electronic signature to my electronic federal individual income tax return to serve as my signature to my electronic Arizona individual income tax return for the year ending December 31, 2025. I understand that when my ERO makes the election that my electronic signature to my federal individual income tax return will serve as my signature to my Arizona individual income tax return, I will have signed my Arizona individual income tax return and declared under penalties of perjury that to the best of my knowledge and belief the return is true, correct and complete.

**PLEASE SIGN HERE**

➜ _____   _____
YOUR PEN AND INK SIGNATURE   DATE

➜ _____   _____
SPOUSE'S PEN AND INK SIGNATURE   DATE

Case 4:24-bk-09671-BMW   Doc 211   Filed 05/26/26   Entered 05/29/26 12:23:31   Desc

DO NOT STAPLE ANY ITEMS TO THE RETURN.

**Arizona Form 140**

## Resident Personal Income Tax Return

**FOR CALENDAR YEAR 2025**

82F ☐ Check box 82F if filing under extension    OR FISCAL YEAR BEGINNING |␣|␣| 2,0,2,5 | AND ENDING |␣|␣|␣|␣|␣|. 66F

| | Your First Name and Middle Initial | Last Name | | Your Social Security Number |
|---|---|---|---|---|
| 1 | Anthony L | Montez | Enter your SSN(s). | ██ ██ 0492 |
| 1 | Spouse's First Name and Middle Initial (if box 4 or 6 checked) | Last Name | | Spouse's Social Security No. |
| 2 | Current Home Address - number and street, rural route: 42080 W Anne Ln | Apt. No. | Daytime Phone (with area code) 94 ██████ | |
| 3 | City, Town or Post Office: Maricopa | State: AZ | ZIP Code: 85138-8637 | Last Names Used in Last Four Prior Year(s) (if different) 97 |

### FILING STATUS

4 ☐ Married filing joint return    4a ☐ Injured Spouse Protection of Joint Overpayment
5 ☒ Head of household. Enter name of qualifying child or dependent on next line.
   Aniyah D Montez
6 ☐ Married filing separate return. Enter spouse's name and Social Security Number above.
7 ☐ Single

REVENUE USE ONLY. DO NOT MARK IN THIS AREA. 88

### EXEMPTIONS

↓ Enter the number claimed. Do not put a check mark.

| | | | |
|---|---|---|---|
| 8 | | Age 65 or over (you and/or spouse) | If completing lines 8, 9, and 11a, also complete lines 38, 39, and 41. For lines 10a and 10b, also complete line 49. |
| 9 | | Blind (you and/or spouse) | |
| 10a | 1 | Dependents: Under age of 17. | 10b ☐ Dependents: Age 17 and over. |
| 11a | | Qualifying parents and grandparents | |

81 PM          80 RCVD

**(Box 10a and 10b): Dependent Information. See instructions. For more space, check the box ☐ and complete page 4, Part 1.**

| | (a) FIRST AND LAST NAME (Do not list yourself or spouse.) | (b) SOCIAL SECURITY NUMBER | (c) RELATIONSHIP | (d) NO. OF MONTHS LIVED IN YOUR HOME IN 2025 | (e) ✓ Dependent Age included in: 1 (Box 10a) | 2 (Box 10b) | (f) ✓ if you did not claim this person on your federal return due to educational credits |
|---|---|---|---|---|---|---|---|
| 10c | Aniyah D    Montez | ███-██-4175 | Daughter | 12 | ☒ | ☐ | ☐ |
| 10d | | | | | ☐ | ☐ | ☐ |
| 10e | | | | | ☐ | ☐ | ☐ |

**(Box 11a): Qualifying parents and grandparents. See instructions. For more space, check the box ☐ and complete page 4, Part 2.**

| | (a) FIRST AND LAST NAME (Do not list yourself or spouse.) | (b) SOCIAL SECURITY NUMBER | (c) RELATIONSHIP | (d) NO. OF MONTHS LIVED IN YOUR HOME IN 2025 | (e) ✓ IF AGE 65 OR OVER | (f) ✓ IF DIED IN 2025 |
|---|---|---|---|---|---|---|
| 11b | | | | | ☐ | ☐ |
| 11c | | | | | ☐ | ☐ |

| | | | |
|---|---|---|---:|
| 12 | Federal adjusted gross income (from your federal return) | 12 | 55,101 00 |
| 13 | Small Business Income: 13S ☐ check the box if you are filing Arizona Form 140-SBI and enter the amount from Form 140-SBI, line 10.. | 13 | 00 |
| 14 | Modified federal adjusted gross income. Subtract line 13 from line 12 | 14 | 55,101 00 |

### Additions

| | | | |
|---|---|---|---:|
| 15 | Non-Arizona municipal interest | 15 | 00 |
| 16 | Partnership income adjustment. See instructions | 16 | 00 |
| 17 | Total federal depreciation | 17 | 0 00 |
| 18 | Other Additions to Income: Complete Other Additions to Arizona Gross Income schedule on page 5 | 18 | 00 |
| 19 | Subtotal: Add lines 14 through 18 and enter the total | 19 | 55,101 00 |

### Subtractions

| | | | | |
|---|---|---|---:|---:|
| 20 | Total net capital gain or (loss). See instructions | 20 | 00 | |
| 21 | Total net short-term capital gain or (loss). See instructions | 21 | 00 | |
| 22 | Total net long-term capital gain or (loss). See instructions | 22 | 00 | |
| 23 | Net long-term capital gain from assets acquired after December 31, 2011. See instructions. | 23 | 0 00 | |
| 24 | Multiply line 23 by 25% (.25) and enter the result | 24 | | 0 00 |
| 25 | Net capital gain derived from investment in qualified small business | 25 | | 00 |
| 26 | Recalculated Arizona depreciation | 26 | | 00 |
| 27 | Partnership income adjustment. See instructions | 27 | | 00 |
| 28 | Interest on U.S. obligations such as U.S. savings bonds and treasury bills | 28 | | 00 |
| 29a | Exclusion for federal, Arizona state or local government pensions (up to $2,500 per taxpayer) | 29a | | 00 |
| 29b | Exclusion for benefits, annuities and pensions for retired/retainer pay of the uniformed services | 29b | | 00 |
| 30 | U.S. Social Security or Railroad Retirement Act benefits included as income on your federal return (taxable amount) | 30 | | 00 |
| 31 | Certain wages of American Indians | 31 | | 00 |
| 32 | Pay received for active service as a member of the reserves, national guard or the U.S. armed forces | 32 | | 00 |
| 33 | Net operating loss adjustment. See instructions | 33 | | 00 |
| 34 | Contributions to: 34a 529 College Savings Plans [ 00 ] 34b 529A (ABLE accounts) [ 00 ] add 34a and 34b | 34c | | 00 |
| 35 | Subtract lines 24 through 34c from line 19. Enter the difference | 35 | | 55,101 00 |

| | | | | | |
|---|---|---|---:|---|---:|
| **Exemptions** | 36 | Other Subtractions from Income. Complete *Other Subtraction from Arizona Gross Income* schedule on page 6....... **36** | 36 | | 00 |
| | 37 | Subtract line 36 from line 35. Enter the difference ............................... **37** | 37 | 55,101 | 00 |
| | 38 | Age 65 or over: Multiply the number in box 8 by $2,100 .................. **38** | 38 | | 00 |
| | 39 | Blind: Multiply the number in box 9 by $1,500 ... **39** | 39 | | 00 |
| | 40 | Other Exemptions. See instructions......**40E**☐ Multiply the number in box **40E** by $2,300................. **40** | 40 | | 00 |
| | 41 | Qualifying parents and grandparents: Multiply the number in box 11a by $10,000........ **41** | 41 | | 00 |
| | 42 | **Arizona adjusted gross income:** Subtract lines 38 through 41 from line 37. If less than zero, enter "0"........ **42** | 42 | 55,101 | 00 |
| **Balance of Tax** | 43 | **Deductions:** *Check box and enter amount.* See instructions .....................**43I**☐ ITEMIZED...**43S**☒ STANDARD **43** | 43 | 23,625 | 00 |
| | 44 | If you checked box **43S** and claim charitable contributions, check **44C** ☐ Complete page 3. See instructions.............. **44** | 44 | | 00 |
| | 45 | Arizona taxable income: Subtract lines 43 and 44 from line 42. If less than zero, enter "0"......................... **45** | 45 | 31,476 | 00 |
| | 46 | Tax: Multiply line 45 by 2.5% (.025). Enter the result.............................. **46** | 46 | 787 | 00 |
| | 47 | Tax from recapture of credits from Arizona Form 301, Part 2, line 30........................ **47** | 47 | | 00 |
| | 48 | Subtotal of tax: Add lines 46 and 47. Enter the total .......................... **48** | 48 | 787 | 00 |
| | 49 | Dependent Tax Credit. See instructions ..................................... **49** | 49 | 100 | 00 |
| | 50 | Family income tax credit (from the worksheet - see instructions) ..................... **50** | 50 | | 00 |
| | 51 | Nonrefundable Credits from Arizona Form 301, Part 2, line 60...................... **51** | 51 | | 00 |
| | 52 | **Balance of tax:** Subtract lines 49, 50 and 51 from line 48. If the sum of lines 49, 50 and 51 is greater than line 48, enter "0" ....... **52** | 52 | 687 | 00 |
| **Total Payments and Refundable Credits** | 53 | 2025 AZ income tax withheld.......................... **53** | 53 | 896 | 00 |
| | 54 | 2025 AZ estimated tax payments.. **54a** ☐ 00 Claim of Right **54b** ☐ 00 Add 54a and 54b. **54c** | 54c | | 00 |
| | 55 | 2025 AZ extension payment (Form 204) ...................................... **55** | 55 | | 00 |
| | 56 | Increased Excise Tax Credit (from the worksheet - see instructions) .................... **56** | 56 | | 00 |
| | 57 | Property Tax Credit from Arizona Form 140PTC ............................. **57** | 57 | | 00 |
| | 58 | Other refundable credits: Check the box(es) and enter the total amount...................**581**☐308-I **582**☐334 **583**☐349 **58** | 58 | | 00 |
| | 59 | **Total payments and refundable credits:** Add lines 53 through 58. Enter the total......... **59** | 59 | 896 | 00 |
| **Tax Due or Overpayment** | 60 | **TAX DUE:** If line 52 is larger than line 59, subtract line 59 from line 52. Enter amount of tax due. Skip lines 61, 62 and 63............. **60** | 60 | | 00 |
| | 61 | **OVERPAYMENT:** If line 59 is larger than line 52, subtract line 52 from line 59. Enter amount of overpayment............................ **61** | 61 | 209 | 00 |
| | 62 | Amount of line 61 to be applied to 2026 estimated tax............................ **62** | 62 | 0 | 00 |
| | 63 | Balance of overpayment: Subtract line 62 from line 61. Enter the difference ............................ **63** | 63 | 209 | 00 |

| **Voluntary Gifts** | 64 - 74 Voluntary Gifts to: | | | |
|---|---|---|---|---|
| | Solutions Teams Assigned to Schools ......... **64** [ ] 00 | Arizona Wildlife.............. **65** [ ] 00 | | |
| | Child Abuse Prevention .......... **66** [ ] 00 Domestic Violence Services **67** [ ] 00 | Political Gift.................. **68** [ ] 00 | | |
| | Neighbors Helping Neighbors.. **69** [ ] 00 Special Olympics ............... **70** [ ] 00 | Veterans' Donations Fund **71** [ ] 00 | | |
| | I Didn't Pay Enough Fund....... **72** [ ] 00 Sustainable State Parks and Road Fund ........... **73** [ ] 00 | Spay/Neuter of Animals .. **74** [ ] 00 | | |
| | 75 Political Party (if amount is entered on line 68 - check only one): **751**☐Democratic **752**☐Libertarian **753**☐Republican | | | |

| | | | | |
|---|---|---|---|---:|
| **Penalty** | 76 | Estimated payment penalty ........................................... **76** | 76 | 00 |
| | 77 | **771**☐Annualized/Other **772**☐Farmer or Fisherman **773**☐Form 221 Included | | |
| | 78 | Add lines 64 through 74 and 76: enter the total.......................... **78** | 78 | 00 |
| **Refund or Amount Owed** | 79 | **REFUND:** Subtract line 78 from line 63. If less than zero, enter amount owed on line 80 ................. **79** | 79 | 209 00 |
| | | Direct Deposit of Refund: *Check box 79A* if your deposit will be ultimately placed in a **foreign account**; see instructions. **79A** ☐ | | |
| | | **98** C☒ Checking or S☐ Savings  ROUTING NUMBER ███████████  ACCOUNT NUMBER ███████████ | | |
| | 80 | **AMOUNT OWED:** Add lines 60 and 78. Make check payable to Arizona Department of Revenue; write your SSN on payment; and include with your return ................................... **80** | 80 | 00 |

Under penalties of perjury, I declare that I have read this return and any documents with it, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**PLEASE SIGN HERE**

| YOUR SIGNATURE | DATE | OCCUPATION  Bldg. Engineer / Self-Employment |
|---|---|---|
| SPOUSE'S SIGNATURE | DATE | SPOUSE'S OCCUPATION |
| PAID PREPARER'S SIGNATURE  Self Prepared | DATE | FIRM'S NAME (PREPARER'S IF SELF-EMPLOYED) |
| PAID PREPARER'S STREET ADDRESS | | PAID PREPARER'S TIN |
| PAID PREPARER'S CITY | STATE | ZIP CODE | PAID PREPARER'S PHONE NUMBER |

If you are sending a payment with this return, mail to Arizona Department of Revenue, PO Box 52016, Phoenix, AZ 85072-2016. Include the payment with Form 140.

If you are expecting a refund or owe no tax, or owe tax but are not sending a payment, mail to Arizona Department of Revenue, PO Box 52138, Phoenix, AZ 85072-2138.

# Declaration of Trust for Mega-Trust

## MEGA-4EYF87DE-73DFOI-ALM85-072424©

This trust is known as a complex trust. The beneficiary maintains several capacities, and the five (5) parties (Grantor, Trustee, Fiduciary, Beneficiary, and Trust Protector) each play their respective roles to prevent self-dealings and/or circular ownership, as the beneficiary is not presently in possession of the securities held in the minor estate or minor account as such possession by that of the fiduciary by way of agreement!

## I.  Introduction

**KNOW ALL PERSONS BY THESE PRESENTS:**

This Declaration of Trust is hereby made retroactive to the 18th anniversary of the birth and/or existence of the Undersigned, and this trust shall be in favor of the Undersigned according to the terms and conditions associated with the agreement noted below. The Undersigned acts as Beneficiary over the estate and of the estate for the infant/minor and all assets, accounts, documents, records, files, in any and all formats, media, materials, *et al.*, and that this trust creates a special relationship with the Fiduciary(ies). The duties, responsibilities, and/or obligations of the Fiduciary(ies) are explained and expressed below within the body of this trust agreement. This agreement shall supersede and/or have authority and force over any and all prior agreements in reference to the minor/infant and the estate associated thereto made and/or engaged and/or entered into prior to attaining the Age of the Majority, and/or any time that has elapsed since the party has made an attempt at gaining control of securities held in the minor account and/or making the agencies associated with the Fiduciary(ies) aware of the Undersigned's wishes to have full control and power over any and all property, assets, affairs, dealings, and/or otherwise associated with the estate/account /infant /minor referenced herein.

**NON-TAXPAYER STATUS OF THE TRUST:**

The trust is the property of the natural person, the estate of the minor that has been held in trust by the fiduciaries, the trust is non-taxable as the trust is not deemed and/or identified in law as a taxpayer. The trust does not make or earn a profit as a result of the agreement between the United States government and the civilian population specifically, "PRESIDENTIAL PROCLAMATION 2039," "THE CONGRESSIONAL RECORD OF MARCH 9, 1933," "THE NATIONAL EMERGENCY ECONOMIC BANKING RELIEF ACT, of March 9, 1933, specifically pages 78 through 83," "59 STAT 237 §2," and the Senate report "On the Termination of National Emergencies," produced 1973, which led to the "NATIONAL EMERGENCIES ACT." The estate has never been surrendered to the owner and therefore the owner cannot be nor can the estate be responsible for any accumulated taxes, as the principal law and maxim respecting responsible party takes precedent!

********************************* **PRIORITY NOTIFICATION** *********************************

- **It is to be noted, that the use of any term and/or phrase and or terminology and/or statement and/or wording and/or sentence text and/or tense and/or verb and/or adjective and/or grammar and/or syntax and/or word structure and/or word format and/or document format and/or paragraph format and/or numeric order and/or placement, and/or combination and or repeating and/or duplicating and/or misspelling**

# Certificate of Trust for Mega-Trust

### MEGA-4EYF87DE-73DFOI-ALM85-072424<sup></sup>

### I.    Introduction

**KNOW ALL PERSONS BY THESE PRESENTS:**

This Certificate of Trust is made and entered into by the undersigned, the duly appointed Trustee of the Micro Trust, to certify the existence and terms of the Micro Trust.

### II.    Trust Information

1. **Name of Trust:**

   o   Mega Trust

2. **Date of Trust:**

   o   Retroactive to the 18th anniversary of the birth and/or existence of the Undersigned

3. **Grantor:**

   o   THE EEON FOUNDATIONAL Trust organization

4. **Trustee:**

   o   Micro Trust

5. **Beneficiary:**

   o   The principal as identified in Mega Trust

### III.    Purpose and Duties

1. **Purpose:**

   o   The Micro Trust serves as the trustee for the Mega Trust. Its primary function is to manage the assets and fulfill the obligations as outlined by the Mega Trust.

2. **Duties and Responsibilities:**

   o   **Asset Management:** The Micro Trust is responsible for managing and investing the assets of the Mega Trust prudently and in the best interests of the beneficiaries.

   o   **Distribution:** The Micro Trust must distribute income and principal to the beneficiaries as directed by the terms of the Mega Trust.

   o   **Record Keeping:** Maintain accurate records of all transactions, investments, and distributions.

Page 9 of 10

Case 4:24-bk-09671-BMW    Doc 211    Filed 05/26/26    Entered 05/29/26 12:23:31    Desc
Main Document    Page 37 of 45

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

CASE NO.: 04:24-bk-09671-BM

IN RE: ANTHONY LEO MONTEZ
              Debtor.

CHAPTER 13

## DECLARATION REGARDING ANTHONY LEO MONTEZ ORGANIZATION

I, Anthony Leo Montez, declare under penalty of perjury as follows:

1. I am the Debtor in the above-captioned Chapter 13 case and am competent to testify to the matters stated herein based upon my personal knowledge.

2. I previously disclosed an interest in Anthony Leo Montez Organization within my bankruptcy schedules.

3. Anthony Leo Montez Organization is organized and operated as a nonprofit organization.

4. Anthony Leo Montez Organization does not issue transferable ownership shares or distributable equity interests.

5. Any organizational property, equipment, operational resources, donations, or assets utilized by the organization are maintained for nonprofit and organizational purposes and are not maintained as personal assets of the Debtor individually.

6. Based upon my present knowledge and records, the organization does not presently maintain significant accounts receivable, inventory, or assets producing meaningful net liquidation value attributable to me individually.

7. Any value previously listed as $0.00 in my bankruptcy schedules was stated in good faith based upon the absence of realizable personal ownership equity or presently liquidation value attributable to me individually.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: _____5/23/26_____

_____'Anthony-Leo.' Montez Beneficiary._____

Anthony Leo Montez
Debtor, Sui Juris

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

**CASE NO.:** 04:24-bk-09671-BM

**IN RE:** ANTHONY LEO MONTEZ
     Debtor.

**CHAPTER 13**

## DECLARATION REGARDING ZETNOM CUSTOM FINISHES, LLC.

I, Anthony Leo Montez, declare under penalty of perjury as follows:

1. I am the Debtor in the above-captioned Chapter 13 case and am competent to testify to the matters stated herein based upon my personal knowledge.

2. I previously disclosed an ownership interest in Zetnom Custom Finishes, LLC within my bankruptcy schedules.

3. Zetnom Custom Finishes, LLC is presently inactive, dormant, and not engaged in regular business operations.

4. Based upon my present knowledge and records, Zetnom Custom Finishes, LLC does not presently maintain material inventory, active accounts receivable, ongoing customer contracts, or business equipment possessing meaningful net liquidation value.

5. The company is not presently generating business income or revenue and does not possess marketable goodwill or realizable equity attributable to me individually.

6. Any value previously listed as $0.00 in my bankruptcy schedules was stated in good faith based upon the inactive status of the company and the absence of presently realizable net value.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: _____5/23/26_____

_: Anthony-Leo: Montez Beneficiary_

Anthony Leo Montez
Debtor, Sui Juris

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

**CASE NO.: 04:24-bk-09671-BMW**

IN RE: ANTHONY LEO MONTEZ
            Debtor.

**CHAPTER 13**

## DEBTOR'S RESPONSE REGARDING FEASIBILITY AND SCHEDULES I & J

Debtor, Anthony Leo Montez ("Debtor"), appearing pro se and sui juris, hereby responds regarding feasibility and Schedules I and J, and states as follows:

1. Debtor affirms that the currently filed Schedule I reflects Debtor's present employment status, income, and the best available financial information reasonably available at the time of filing.

2. Debtor further affirms that the amended Schedule J was revised to correct typographical and data-entry errors made while inputting financial information and was not filed in bad faith or for purposes of misleading the Court, Trustee, or creditors.

3. Debtor respectfully states that any prior inconsistencies or errors were inadvertent and occurred while Debtor was proceeding without legal counsel during a period of temporary financial and housing instability following employment transitions and residential fire loss recovery.

4. Debtor respectfully asserts that the presently filed schedules now more accurately reflect Debtor's current financial condition and household expenses.

5. Debtor further asserts that present disposable income supports, or is reasonably expected to support, the proposed Chapter 13 Plan payments based upon Debtor's current employment stability and present financial circumstances.

6. Debtor's current employment and income conditions are substantially more stable than during earlier periods of temporary disruption arising from unemployment, transitions from self-employment to W-2 employment, temporary housing instability, and continuing recovery from the residential fire loss.

7. Debtor respectfully submits that such prior disruptions were temporary in nature and do not accurately reflect Debtor's present ability to proceed under the Chapter 13 Plan.

8. Debtor further asserts that feasibility should be evaluated based upon the currently filed schedules, present income conditions, and the claims allowance process as the case proceeds.

9. Debtor is proceeding in good faith and remains committed to completion of the obligations required under the Chapter 13 Plan as filed and as may ultimately be confirmed by the Court.

WHEREFORE, Debtor respectfully requests that the Court consider the foregoing in connection with confirmation proceedings and grant such other and further relief as the Court deems just and proper.

RESPECTFULLY PRESENTED.

DATED: ___5/23/26___

_____ : Anthony -Leo: Montez Beneficiary.

Anthony Leo Montez
Debtor, Sui Juris

Item # 12

TOPIC

DATE

Chapter 13 Bankruptcy   May 10, 2026

U.S. Trustee
Office of Edward J. Maney
P.O. Box 88008
Chicago, IL 60680-1008

Re: Monthly Plan Payments - May 2026

To whom it may concern:
   Enclosed you will find a money orders in the amount of $1650.00, please apply to my monthly plan payment due.

May 2026:
1. MO # 22-124707116 - $950.00
2. MO # 22-124707117 - $700.00

Both money orders are made payable to: Edward J. Maney, U.S. Trustee for Case # 04:24-bk-09671-BMW for Anthony Leo Montez.

Respectfully,
   Anthony L. Montez
      Beneficiary
All Rights Reserved. With prejudice.
   Without Recourse.



*Item # 12*

Western Union

**Walmart** ✳️

$

Edward J. Maney #04:24-bk-09671-BMW
40080 W. Anne Ln. Maricopa, AZ Anthony Lee Mentz

U.S. Trustee monthly payment

Edward J. Maney -2/2- May 2026

LOAD THIS DIRECTION. THIS SIDE UP →

**Walmart** ✳️

Edward J. Maney #04:24-bk-09671-BMW
40080 W. Anne Ln. Maricopa, AZ Anthony Lee Mentz
[85138]

U.S. Trustee monthly payment

Edward J. Maney 1/2 May 2026

LOAD THIS DIRECTION. THIS SIDE UP →

Item #13



**Anthony Montez** <anthonyleomontezestate@gmail.com>
to Mary, marieruiz.aassistant@gmail.com, azbml_all_dqa, Ed ▾

Mar 23, 2026, 11:50 AM ☆ ☺ ↩ ⋮

Greetings,
To whom it may concern.
Please see court ordered attachment, thank you.

...

**8 Attachments** · Scanned by Gmail ⓘ ↓ ⚙ Add all to Drive



PDF Amended_Sched...
PDF Amended_Sched...
PDF Amended Chapte...
PDF Edward J Maney ...
PDF Notice of Change...

PDF MOR_032026_.pdf
PDF Notice Re Tax Ret...
PDF Notice Re Final M...

_Item #13_ (handwritten, left margin)

# M Gmail

Anthony Montez <anthonyleomontezestate@gmail.com>

## Re: 04:24-bk-09671-BMW

**Ed Maney** <ejm@maney13trustee.com>
To: Anthony Montez <anthonyleomontezestate@gmail.com>

Mon, Mar 23, 2026 at 2:33 PM

Mr. Montez,

I have received all the information you sent earlier today. If there is any further information you need to send me, please feel free to email that directly to me.

Edward J. Maney, Esq.

Chapter 13 Trustee

101 North First Avenue, Suite 1775

Phoenix, Arizona 85003

Confidentiality Notice: This message is the property of Edward J. Maney, Chapter 13 Standing Trustee. It may be legally privileged and/or confidential and is intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information contained herein is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this message.