
FILED USBC PHX
2026 JUN 1 PM3:55

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

**CASE NO.:** 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ
              Debtor.

**CHAPTER 13**

## RESPONSE TO U.S. BANK NATIONAL ASSOCIATIONS OBJECTION TO PROOF OF CLAIM NO. 13

Anthony Leo Montez, appearing sui juris, hereby responds to U.S. Bank National Association's Objection to Proof of Claim No. 13 (Doc. 202) and respectfully states as follows:

1. Debtor denies that Proof of Claim No. 13 was filed in bad faith, for purposes of delay, harassment, or any improper purpose.

2. Debtor further denies U.S. Bank's characterization that Debtor purportedly filed a claim asserting that Debtor is a creditor of U.S. Bank. Proof of Claim No. 13 speaks for itself and should be construed according to its contents as filed.

3. U.S. Bank's objection contains conclusory statements and characterizations but provides no legal analysis demonstrating that Proof of Claim No. 13 is subject to disallowance under applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, or other controlling authority.

4. To the extent U.S. Bank references prior litigation concerning Claim No. 4, prior objections, or matters previously addressed by the Court, Debtor respectfully submits that such matters are not determinative of the issues presently before the Court regarding Proof of Claim No. 13.

5. Debtor specifically denies allegations of bad faith and denies any characterization suggesting improper conduct in connection with the filing of Proof of Claim No. 13.

6. Debtor further submits that objections to claims should be determined upon the facts, record, and applicable law concerning the claim at issue, rather than upon unsupported characterizations or collateral allegations unrelated to the face of the claim itself.

7. Debtor respectfully reserves all rights, claims, defenses, objections, and remedies relating to the administration of this bankruptcy estate, the treatment of claims, accounting matters, payment application issues, and all other matters not expressly adjudicated by final order of this Court.

WHEREFORE, Anthony Leo Montez respectfully requests that the Court deny U.S. Bank National Association's Objection to Proof of Claim No. 13 and grant such other and further relief as the Court deems just and proper.

Dated this __1st__ day of __June__, 2026.

RESPECTFULLY PRESENTED.

_:Anthony-Leo :Montez, Beneficiary_

**Anthony Leo Montez**
Debtor, Sui Juris
42080 W Anne Lane
Maricopa, AZ 85138
Anthonyleomontezestate@gmail.com