2

filed sy
REC'VD USBC PHX
2026 JUN 1 PM3:56

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

**CASE NO.:** 04:24-bk-09671-BMW

**IN RE:** ANTHONY LEO MONTEZ
Debtor.

**CHAPTER 13**

## MOVANT'S MOTION TO TAKE JUDICIAL NOTICE OF FILING DATE AND DOCKET ENTRY DISCREPANCY REGARDING DOCKET NO. 211

Anthony Leo Montez, appearing sui juris, respectfully moves this Court to take judicial notice of the filing date, receipt date, and docket-entry chronology concerning Docket No. 211, and states as follows:

1. On May 26, 2026, Movant submitted to the Clerk of the United States Bankruptcy Court for the District of Arizona a document entitled "Debtor's Response to Trustee's Evaluation and Recommendation Report."

2. The document bears a Bankruptcy Court receipt stamp dated May 26, 2026.

3. The document was subsequently entered upon the Court's docket as Docket No. 211 on May 29, 2026.

4. The filing therefore reflects a distinction between the date of receipt by the Clerk and the date upon which the document appeared upon the public docket.

5. During the interval between receipt and docket entry, additional docket activity occurred, including the filing of the Trustee's Certificate of Service and No Objection (Doc. 206) and entry of the Order Sustaining Trustee's Objection to Claimed Exemptions (Doc. 208).

6. Movant respectfully requests that the Court take judicial notice of the filing chronology associated with Docket No. 211, including:
   a. Receipt by the Clerk on May 26, 2026;
   b. Filing date of May 26, 2026;
   c. Docket entry on May 29, 2026; and
   d. The sequence of docket activity occurring between receipt and docket entry.

7. This Motion is submitted solely to ensure an accurate procedural record and is not presently intended as a motion for reconsideration, motion to vacate, or request for sanctions.

8. Movant expressly reserves all rights, remedies, objections, and requests for relief that may become appropriate following review of the complete procedural record.

WHEREFORE, Movant respectfully requests that the Court take judicial notice of the foregoing filing chronology and grant such other and further relief as the Court deems just and proper.

Dated this __1st__ day of __June__, 2026.

RESPECTFULLY PRESENTED.

Anthony Leo Montez
Debtor, Sui Juris
42080 W Anne Lane
Maricopa, AZ 85138
Anthonyleomontezestate@gmail.com