FILED

JUL 0 7 2026

2  UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

**CASE NO.: 04:24-bk-09671-BMW**

**IN RE:** ANTHONY LEO MONTEZ
                    Debtor.

**CHAPTER 13**

## DEBTOR'S MOTION TO CONTINUE AND RESET STATUS HEARING CURRENTLY SCHEDULED FOR JULY 16, 2026 (DOC. 218)

COMES NOW Anthony Leo Montez ("Debtor"), appearing sui juris, and respectfully requests that this Court continue and reset the Status Hearing Regarding the Case presently scheduled for July 16, 2026, at 11:00 a.m., pursuant to the Notice of Videoconference Hearing entered at Doc. 218. In support thereof, Debtor states as follows:

1. On June 17, 2026, this Court entered a Notice of Videoconference Hearing scheduling a Status Hearing Regarding the Case for July 16, 2026, at 11:00 a.m.

2. Debtor has a previously scheduled personal commitment on July 16, 2026, that cannot reasonably be rescheduled without hardship and affects Debtor's ability to fully participate in the scheduled Status Hearing.

3. Although the hearing is scheduled by videoconference, Debtor's request is not based solely upon travel or physical attendance concerns, but upon Debtor's ability to be available, prepared, and able to meaningfully participate in the Status Hearing.

4. Because Debtor appears sui juris, Debtor's personal participation is necessary to provide accurate information regarding case status, pending filings, documentation, and efforts toward resolution of remaining matters.

5. Upon determining that the scheduling conflict would affect Debtor's ability to meaningfully participate, Debtor promptly prepared this request for continuance.

6. This Motion is made in good faith, for cause, and not for purposes of unnecessary delay.

7. Debtor has not remained inactive during this period. Debtor has continued addressing matters raised in this Chapter 13 proceeding, including filing responses, providing documentation, reviewing outstanding matters, and working toward progression of the case.

8. The status of recently filed responses, claim-related matters, creditor issues, and Trustee

concerns are among the matters Debtor anticipates addressing when the Status Hearing is reset.

9. A brief continuance will allow Debtor, who appears sui juris, to be personally available to provide the Court with a complete and accurate status update regarding matters presently affecting the case.

10. Debtor recognizes the age and procedural history of this case and remains committed to moving the Chapter 13 process forward.

11. Debtor understands the importance of moving toward confirmation and seeks only a limited continuance of the Status Hearing, not a suspension or delay of the Chapter 13 process.

12. Debtor understands that the requested continuance does not alter any ongoing obligations during the pendency of the Chapter 13 case.

13. Debtor acknowledges the Court's and parties' time and submits this request in advance to minimize inconvenience and permit orderly rescheduling.

14. Debtor remains willing to comply with any additional instructions of the Court regarding the rescheduling of the Status Hearing.

15. Debtor does not believe a reasonable continuance will unfairly prejudice creditors, the Chapter 13 Trustee, or any party in interest.


**WHEREFORE,**

Debtor respectfully requests that this Court:

A. Continue and reset the Status Hearing Regarding the Case presently scheduled for July 16, 2026;

B. Reset the Status Hearing to the next available date convenient for the Court's calendar; and

C. Grant such other and further relief as the Court deems just and proper.


**DECLARATION PURSUANT TO 28 U.S.C. § 1746**

I, Anthony Leo Montez, declare under penalty of perjury that the foregoing is true and correct.

Executed this 7 day of July , 2026.

Anthony Leo Montez
Sui Juris