United States Bankruptcy Court
District of Arizona

In re: Case No. 24-09671-BMW
ANTHONY LEO MONTEZ Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4 User: admin 
Date Rcvd: Aug 03, 2026 Form ID: notvhrg Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ANTHONY LEO MONTEZ, 42080 W ANNE LANE, MARICOPA, AZ 85138-8637 |
| 17589503 | + | ALLY FINANCIAL ET AL, PO BOX 71119, CHARLOTTE NC 28272-1119 |
| 18081507 | + | ANTHONY L MONTEZ, 42080 W ANNE LANE, MARICOPA AZ 85138-8637 |
| 17589504 | + | FIRST SERVICE RESIDENTIAL, RANCHO EL DORADO HOA, 9000 E PIMA CENTER PKWY SUITE 300, SCOTTSDALE AZ 85258-4471 |
| 17563135 | + | MARYVALE JUSTICE COURTS, 10420 W VAN BUREN ST. #102, AVONDALE, AZ 85323-5330 |
| 17563131 | + | ORBITEL COMMUNICATIONS, 21116 N JOHN WAYNE PKWY B-9, MARICOPA, AZ 85139-2932 |
| 17563133 | + | PIONEER TITLE AGENCY, PO BOX 45467, PHOENIX, AZ 85064-5467 |
| 17563134 | + | SENTRY MANAGEMENT, 4605 E EL WOOD ST SUITE 100, PHOENIX, AZ 85040-0903 |
| 17589505 | + | SYNCHRONY - CAR/AUTO CREDIT, PO BOX 71715, PHILADELPHIA PA 19176-1715 |
| 17563144 | | SYNCHRONY BANK (AUTO CARE), ATTN: BANKRUPTCY DEPT., PO BOX 965061, ORLANDO, PL 32896-5061 |
| 17589502 | + | U.S. BANK ET AL, PO BOX 2005, 4801 FREDERICA STREET, OWENSBORO KY 42301-7441 |
| 17621131 | | U.S. Bank National Association, Seventh Floor Camelback Esplanade II, 2525 E. Camelback Rd, Phoenix, AZ 85016 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2026 00:33:13 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Aug 04 2026 00:35:00 | American Express National Bank, c/o Zwicker & Associates PC, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Aug 04 2026 00:34:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 17563148 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 04 2026 00:33:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT., PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 17563136 | | Email/PDF: bncnotices@becket-lee.com | Aug 04 2026 00:33:21 | AMERICAN EXPRESS, PO BOX 96001, LOS ANGELES, CA 90096-8000 |
| 17563140 | + | Email/Text: documents@apellesnow.com | Aug 04 2026 00:35:00 | APELLES, PO BOX 1578, MIDDLETOWN, OH 45042-7395 |
| 17618662 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2026 00:47:56 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17622741 | + | Email/Text: bkfilings@zwickerpc.com | Aug 04 2026 00:35:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 17563138 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2026 00:33:12 | CAPITAL ONE, PO BOX 71087, CHARLOTTE, NC 28272-1087 |
| 17563149 | + | Email/Text: ddulworth@clarkhill.com | Aug 04 2026 00:35:00 | CLARK HILL PLC., C/O RYAN J. LORENZ |

| | | | | |
|---|---|---|---|---|
| | | | | and/or DANIEL P. THIE, 14850 N SCOTTSDALE ROAD, SUITE 500, SCOTTSDALE, AZ 85254-3464 |
| 17563139 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 04 2026 00:33:01 | CREDIT ONE, PO BOX 60500, CITY OF INDUSTRY, CA 91716-0500 |
| 17570866 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2026 00:33:01 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 17563137 | | Email/Text: mrdiscen@discover.com | Aug 04 2026 00:34:00 | DISCOVER, PO BOX 30421, SALT LAKE CITY, UT 84130-0421 |
| 17590558 | | Email/PDF: ais.dtv.ebn@aisinfo.com | Aug 04 2026 00:47:54 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 17569108 | | Email/Text: mrdiscen@discover.com | Aug 04 2026 00:34:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 17563129 | | Email/Text: kari@ed-3.org | Aug 04 2026 00:33:00 | ELECTRICAL DISTRICT NO. 3, 41630 W. LOUIS JOHNSON DR., MARICOPA, AZ 85138 |
| 17563141 | | Email/Text: crdept@na.firstsource.com | Aug 04 2026 00:35:00 | FIRSTSOURCE ADVANTAGE, LLC., 205 BRYANT WOODS S, AMHERST, NY 14228-3609 |
| 17563130 | + | Email/Text: ross.mouhot@gwresources.com | Aug 04 2026 00:35:00 | GLOBAL WATER RESOURCES, 21410 N 19TH AVE STE. 220, PHOENIX, AZ 85027-2758 |
| 17815439 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2026 00:47:52 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 17563142 | + | Email/Text: bankruptcy@hoalaw.biz | Aug 04 2026 00:35:00 | MAXWELL & MORGAN, 4854 E BASELINE RD. #104, MESA, AZ 85206-4636 |
| 17563143 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2026 00:35:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA STE. 100, SAN DIEGO, CA 92108-3007 |
| 17616494 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2026 00:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 17620720 | + | Email/Text: bankruptcy@hoalaw.biz | Aug 04 2026 00:35:00 | Rancho El Dorado Homeowners Association, c/o Maxwell & Morgan, P.C., 4854 East Baseline Road, Suite 104, Mesa, Arizona 85206-4636 |
| 17563132 | | Email/Text: SWGBANKRUPTCY@SWGAS.COM | Aug 04 2026 00:34:00 | SOUTHWEST GAS CO., PO BOX 24531, OAKLAND, CA 94623-1531 |
| 17589507 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Aug 04 2026 00:35:00 | STATE FARM, PO BOX 588002, NORTH METRO GA 30029-8002 |
| 17589506 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 00:33:12 | SYNCHRONY - CARE CREDIT, PO BOX 71715, PHILADELPHIA PA 19176-1715 |
| 17563145 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 00:33:12 | SYNCHRONY BANK (CARE CREDFT), ATTN: BANKRUPTCY DEPT., PO BOX 965061, ORLANDO, FL 32896-5061 |
| 17604219 | + | Email/Text: SWGBANKRUPTCY@SWGAS.COM | Aug 04 2026 00:34:00 | Southwest Gas Corporation, P.O. BOX 1498, P.O. BOX 1498, Victorville, CA 92393-1498 |
| 17622677 | | Email/PDF: ebn_ais@aisinfo.com | Aug 04 2026 00:48:32 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 17563147 | + | Email/Text: BKNotices@tblaw.com | Aug 04 2026 00:34:00 | TIFFANY & BOSCO, C/0 LEONARD J. MCDONALD, ESQ., 2525 E CAMELBACK ROAD, SUITE 300, PHOENIX, AZ 85016-4237 |
| 17579578 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Aug 04 2026 00:34:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 17563146 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 04 2026 00:35:00 | US BANK, 800 NICOLLETT MALL, MINNEAPOLIS, MN 55402 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| EDWARD J. MANEY | azphecf@trustee13.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ecf@tblaw.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. Bank National Association ecf@tblaw.com |
| MARY B. MARTIN | on behalf of Trustee EDWARD J. MANEY mary@maney13trustee.com |
| Michael Zdancewicz | on behalf of Creditor Ally Capital Notice@ZLawAZ.com |
| Michael Zdancewicz | on behalf of Defendant ALLY CAPITAL / ALLY FINANCIAL Notice@ZLawAZ.com |
| Michael Zdancewicz | on behalf of Creditor Ally Capital Corp. Notice@ZLawAZ.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 8

FORM notvhrg
REVISED 09/07/2022

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

Case No.: 4:24−bk−09671−BMW

ANTHONY LEO MONTEZ
42080 W ANNE LANE
MARICOPA, AZ 85138
SSAN: xxx−xx−0492
EIN:

Chapter: 13

Debtor(s)

## NOTICE OF VIDEOCONFERENCE HEARING

A videoconference hearing in the above−captioned case will be held on **10/20/26** at **10:45 AM.** The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

INITIAL HEARING REGARDING THE CONFIRMATION OF FIRST AMENDED CHAPTER 13 PLAN.

Any interested parties may appear via **https://www.zoomgov.com/join**, **hearing ID 161 832 2265** and **passcode 817113**. Alternatively, interested parties may use the following hearing link: https://www.zoomgov.com/j/1618322265?pwd=UCCXWbaspGBhFNEQFII2AUeijtphPy.1.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: https://azb.uscourts.gov/videoconference−hearing−guidelines.

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Date: August 3, 2026

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

Khadijia V. White−Thomas