In re:                                                                                          Case No. 24-09671-BMW

ANTHONY LEO MONTEZ                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4                          User: admin                              Page 1 of 2

Date Rcvd: Aug 03, 2026                    Form ID: pdf008                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  ANTHONY LEO MONTEZ, 42080 W ANNE LANE, MARICOPA, AZ 85138-8637

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

**Name                          Email Address**

EDWARD J. MANEY
                        azphecf@trustee13.com

LEONARD J. MCDONALD, JR.
                        on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ecf@tblaw.com

LEONARD J. MCDONALD, JR.
                        on behalf of Creditor U.S. Bank National Association ecf@tblaw.com

MARY B. MARTIN
                        on behalf of Trustee EDWARD J. MANEY mary@maney13trustee.com

Michael Zdancewicz
                        on behalf of Creditor Ally Capital Notice@ZLawAZ.com

Michael Zdancewicz
                        on behalf of Defendant ALLY CAPITAL / ALLY FINANCIAL  Notice@ZLawAZ.com

Michael Zdancewicz

on behalf of Creditor Ally Capital Corp. Notice@ZLawAZ.com

U.S. TRUSTEE

USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 8

FORM notvhrg
REVISED 09/07/2022

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Case No.: 4:24−bk−09671−BMW

ANTHONY LEO MONTEZ
42080 W ANNE LANE
MARICOPA, AZ 85138
SSAN: xxx−xx−0492
EIN:

Chapter: 13

Debtor(s)

## NOTICE OF VIDEOCONFERENCE HEARING

A videoconference hearing in the above−captioned case will be held on **10/20/26** at **10:45 AM.** The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

INITIAL HEARING REGARDING THE CONFIRMATION OF FIRST AMENDED CHAPTER 13 PLAN.

Any interested parties may appear via **https://www.zoomgov.com/join**, **hearing ID 161 832 2265** and **passcode 817113**. Alternatively, interested parties may use the following hearing link:
https://www.zoomgov.com/j/1618322265?pwd=UCCXWbaspGBhFNEQFII2AUeijtphPy.1.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: https://azb.uscourts.gov/videoconference−hearing−guidelines.

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Date: August 3, 2026

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number:  (520) 202−7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

Khadijia V. White−Thomas