# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In the Matter of:

ANTHONY LEO MONTEZ
**Name of Debtor / Petitioner**

**CASE NUMBER**: 4:24-bk-09671-BMW

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct **COPY** of the foregoing ***Response to Follow-Up Regarding Trustee's Evaluation and Recommendations*** have been emailed, as requested by Ms. Martin, on this 7th day of August, 2026, to the following:

**Emailed to**:
ejm@maney13trustee.com,
mary@maney13trustee.com,

FILED
AUG 0 7 2026
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

DATED this 7th day of August, 2026.

:Anthony-Leo.:Montez, Beneficiary.
Anthony Leo Montez, Sui Juris
Debtor