# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In the Matter of:

ANTHONY LEO MONTEZ
**Name of Debtor / Petitioner**

**CASE NUMBER:** 4:24-bk-09671-BMW

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct **COPY** of the foregoing ***Request for Brief Extension of Time to Submit Remaining Documentation and Responses*** have been emailed, as requested by Ms. Martin, on this 28th day of July, 2026, to the following:

**Emailed to:**
ejm@maney13trustee.com,
mary@maney13trustee.com,

FILED

AUG 07 2026

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

DATED this 28th day of July, 2026.

: Anthony -Leo : Montez, Beneficiary.

Anthony Leo Montez, Sui Juris
Debtor