**ZDANCEWICZ LAW FIRM, PLC**
Post Office Box 51826
Phoenix, Arizona 85076
Phone: (602) 900-0890
Fax: (602) 265-4391
Notice@ZLawAZ.com
Michael Zdancewicz - 12426
Attorney for Ally Capital

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>Anthony Leo Montez,<br><br>Debtor. | Case No.: 4:24-bk-09671-BMW<br><br>**Chapter 13 Proceeding**<br><br>**NOTICE OF LODING ORDER** |

Ally Capital Corp. ("**Creditor**") provides notice that on this day it has lodged with the Court the form of order which is attached hereto.

Dated: 20 August 2026.

**Zdancewicz Law Firm, PLC**

/s/ Michael Zdancewicz (012426)
Michael Zdancewicz
Post Office Box 51826
Phoenix, Arizona 85076
Attorney for Ally Capital

## Certificate of Service

I certify that on 20 August 2026 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmitting a Notice of Electronic Filing to all parties that have appeared in the case.

I certify that on 20 August 2026 a true and correct copy of the above and foregoing was served upon the following party by regular first-class mail postage prepaid:

Anthony Leo Montez
42080 W Anne Lane
Maricopa AZ 85138
**By United States Mail**

By: <u>    /s/ Michael Zdancewicz</u>

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>Anthony Leo Montez,<br><br>Debtor. | **Chapter 13 Proceeding**<br><br>Case No. 4:24-bk-09671-BMW<br><br>**ORDER TO COMMENCE ADEQUATE PROTECTION PAYMENTS** |

This matter having come before the Court on 21 July 2026 at the Preliminary Hearing on the Motion for Relief from Stay filed by Ally Capital Corp. regarding the 2021 Dodge Ram 3500 and the request for payment of adequate protection in the amount of $500.00 per month; and pursuant to the agreement of the Debtor;

IT IS ORDERED that Chapter 13 Trustee may commence payments of $500.00 per month to Ally Capital Corp. for adequate protection.

**SIGNED AND DATED ABOVE**