THIS ORDER IS APPROVED.

Dated: August 20, 2026

Brenda Moody Whinery, Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

In re:

Anthony Leo Montez,

Debtor.

**Chapter 13 Proceeding**

Case No. 4:24-bk-09671-BMW

**ORDER TO COMMENCE ADEQUATE PROTECTION PAYMENTS**

This matter having come before the Court on 21 July 2026 at the Preliminary Hearing on the Motion for Relief from Stay filed by Ally Capital Corp. regarding the 2021 Dodge Ram 3500 and the request for payment of adequate protection in the amount of $500.00 per month; and pursuant to the agreement of the Debtor;

IT IS ORDERED that Chapter 13 Trustee may commence payments of $500.00 per month to Ally Capital Corp. for adequate protection.

**SIGNED AND DATED ABOVE**