FILED USBC PHX
2026 AUG 21 PM4:00

**CERTIFICATE OF SERVICE**

I certify that on the _21st_ day of _August_, 2026, a true and correct copy of the foregoing Debtor's Request for Production of Documents to Ally Capital Corporation was served upon counsel for Ally Capital Corporation and all other parties entitled to service in accordance with the applicable Federal Rules of Bankruptcy Procedure and any applicable orders of this Court.

FILED USBC PHX
2026 AUG 21 PM4:00

| | |
|---|---|
| Zdancewicz Law Firm, PLC<br>Michael Zdancewicz (012426)<br>Attorney for Ally Capital Corp<br>4635 S Lakeshore Dr. Suite 109<br>Tempe, AZ 85282 | Edward Maney<br>Chapter 13 Trustee<br>101 North First Avenue, Suite 1775<br>Phoenix, AZ 85003 |
| ALLY Capital Corporation<br>c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Mary Martin<br>US Trustee Staff Attorney<br>101 North First Avenue, Suite 1775<br>Phoenix, AZ 85003 |

:Anthony-Leo: Montez Beneficiary.

Respectfully presented,

Anthony Leo Montez
Debtor, Pro Se (sui juris)
42080 W Anne Lane, Maricopa, AZ [85138]
(602)461-2994
Anthonyleomontezestate@gmail.com