FILED USBC PHX
2026 SEP 23 AM 11:52

4:24-BK-09671 BMW

# CERTIFICATE OF SERVICE

*I hereby certify that a true and correct* ***COPY*** *of the foregoing* ***DEBTOR'S REPLY IN SUPPORT OF MOTION FOR DISCOVERY AND PRODUCTION OF DOCUMENTS FROM ALLY CAPITAL CORPORATION [DKT. 244] AND RESPONSE TO ALLY CAPITAL CORPORATION'S OPPOSITION [DKT. 246]*** was served upon the following parties via USPS prepaid mail on this 23rd day of September, 2026, to the following:

FILED USBC PHX
2026 SEP 23 AM 11:52

**Mailed to:**

Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, AZ 85003@

Zdancewicz Law Firm, PLC
Michael Zdancewicz
Attorney for Ally Capital Corp.
4635 South Lakeshore Drive, Suite 109
Tempe, AZ 85282

**Emailed to:** ejm@maney13trustee.com,
mary@maney13trustee.com,

Ally Capital Corp.
c/o AIS Portfolio Services, LLC.
4515 Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

DATED this 23rd day of September, 2026.

:Anthony-Leo: Montez, Beneficiary.

Anthony Leo Montez, Sui Juris
Debtor