# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

FILED USBC PHX
2026 SEP 23 AM 11:52

**CASE NO.:** 04:24-bk-09671-BMW

**IN RE:**
ANTHONY LEO MONTEZ,
Debtor,

**CHAPTER 13**

## NOTICE OF LODGING PROPOSED ORDER GRANTING DEBTOR'S MOTION FOR DISCOVERY AND PRODUCTION OF DOCUMENTS FROM ALLY CAPITAL CORPORATION

PLEASE TAKE NOTICE that Debtor Anthony Leo Montez, appearing pro se/sui juris, hereby lodges with the Court a Proposed Order Granting Debtor's Motion for Discovery and Production of Documents from Ally Capital Corporation [Dkt. 244].

The proposed Order corresponds to the relief requested in Docket No. 244 and Debtor's contemporaneously filed Reply in Support of Motion for Discovery and Production of Documents from Ally Capital Corporation [Dkt. 244] and Response to Ally Capital Corporation's Opposition [Dkt. 246].

The proposed Order is submitted for the Court's consideration, signature, and entry.

DATED this 23rd day of September, 2026.

Anthony-Leo: Montez. Beneficiary.

Respectfully Presented,


Anthony Leo Montez
Debtor, Pro Se
42080 W Anne Lane
Maricopa, Arizona 85138