Filed
REC'D USBC PHX
2026 SEP 23 AM11:53

## CERTIFICATE OF SERVICE

4:24-BK-09671 BMW

*I hereby certify that a true and correct **COPY** of the foregoing **Notice of Lodging Proposed Order Granting Debtor's Motion for Discovery and Production of Documents from Ally Capital Corporation,*** together with the accompanying ***Proposed Order***, was served upon the following parties via USPS prepaid mail on this 23rd day of September, 2026, to the following:

**Mailed to:**
Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, AZ 85003@

Zdancewicz Law Firm, PLC
Michael Zdancewicz
Attorney for Ally Capital Corp.
4635 South Lakeshore Drive, Suite 109
Tempe, AZ 85282

**Emailed to:** ejm@maney13trustee.com, mary@maney13trustee.com,

Ally Capital Corp.
c/o AIS Portfolio Services, LLC.
4515 Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

DATED this 23rd day of September, 2026.

:Anthony-Leo: Montez. Beneficiary
Anthony Leo Montez, Sui Juris
Debtor