# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

**CASE NO.:** 04:24-bk-09671-BMW

**IN RE:**
ANTHONY LEO MONTEZ,
Debtor,

**CHAPTER 13**

## [PROPOSED] ORDER GRANTING DEBTOR'S MOTION FOR DISCOVERY AND PRODUCTION OF DOCUMENTS FROM ALLY CAPITAL CORPORATION [DKT. 244]

The Court, having considered Debtor Anthony Leo Montez's Motion for Discovery and Production of Documents from Ally Capital Corporation at Docket No. 244, Ally Capital Corporation's Opposition at Docket No. 246, Debtor's Reply in support of Docket No. 244, the Court's Minute Entry Order at Docket No. 233, and the record in this case;

The Court having previously stated in Docket No. 233 that "DEBTOR MAY MAKE A FORMAL REQUEST FOR DISCOVERY IN THE ADMINISTRATIVE CASE THROUGH THE OBJECTION TO THE PLAN OR THE MOTION FOR RELIEF FROM STAY," and Debtor thereafter having filed the formal discovery request at Docket No. 244;

Good cause appearing;

IT IS ORDERED that Debtor's Motion for Discovery and Production of Documents from Ally Capital Corporation [Dkt. 244] is GRANTED.

IT IS FURTHER ORDERED that Ally Capital Corporation shall serve written responses to Debtor's Requests for Production Nos. 1 through 16 contained in Docket No. 244 within thirty (30) days after service of this Order.

IT IS FURTHER ORDERED that Ally Capital Corporation shall produce the responsive documents requested in Requests for Production Nos. 1 through 16, including responsive accounting records and documents, account records, data, reports, and other materials actually reviewed, considered, or relied upon, if any, in preparing or supporting the factual representations contained in the Declaration at Docket No. 118.

IT IS FURTHER ORDERED that, to the extent documents previously produced by Ally Capital Corporation with its Opposition at Docket No. 246 are responsive to a particular Request for

Production, Ally Capital Corporation may identify those previously produced documents by specific reference to the corresponding Request for Production without producing unnecessary duplicate copies.

IT IS FURTHER ORDERED that Ally Capital Corporation's production shall include the responsive documents within its possession, custody, or control requested in Docket No. 244.

IT IS FURTHER ORDERED that Ally Capital Corporation shall provide its responses and production within the time established by this Order.

IT IS FURTHER ORDERED that this Order concerns Debtor's formal discovery request at Docket No. 244 and the production of the accounting and supporting records requested therein.

DATED AND SIGNED ABOVE.