Mary B. Martin, Esq. #019196
Staff Attorney for Edward J. Maney,
Chapter 13 Trustee
101 N. 1st Ave., Suite 1775
Phoenix, Arizona 85003
Telephone No.: (602) 277-3776
Email: mary@maney13trustee.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ANTHONY LEO MONTEZ,<br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 4:24-bk-09671-BMW<br><br>**CASE STATUS REPORT**<br><br>Hearing Date: October 20, 2026<br>Hearing Time: 10:45 a.m. |

Edward J. Maney, Chapter 13 Trustee ("Trustee"), by and through undersigned counsel, respectfully submits this Case Status Report summarizing the status of the proceedings, identifying the outstanding matters affecting confirmation, and the anticipated steps necessary to advance the case toward confirmation.

## I. History and Status of Case

### A. Commencement of the Case.

On November 12, 2024, Anthony Leo Montez ("Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code.

### B. Chapter 13 Plan.

On December 11, 2024, Debtor filed an initial Chapter 13 Plan (DN 34). On March 25, 2026, Debtor filed an Amended Chapter 13 Plan (DN 173).

On April 27, 2026, the Trustee filed an Evaluation and Recommendations Report regarding the Amended Plan (DN 199).

**C. Contested Matters and Litigation.**

Since the commencement of this case, Debtor has engaged in litigation concerning the claims of US Bank and Ally Capital. Notwithstanding this Court's October 29, 2025 ruling, Debtor has continued his efforts to challenge the secured claims of US Bank and Ally Capital. Consequently, the continuous and repetitive challenges to the creditors' claims have delayed the confirmation process.

**D. Outstanding Issues.**

As of the date of this Report, the following issues remain unresolved:

1. **Plan Payments**:

   Plan Payments are delinquent in the amount of $2,750.80, which includes the monthly payment of $1,650.00 that came due on October 11, 2026.

2. **Pending Adversary Proceeding**:

   On July 10, 2026, Debtor initiated the Adversary Proceeding 4:26-ap-00232-BMW concerning US Bank's claim.

   *A status hearing on the Adversary Proceeding is scheduled for October 20, 2026.*

3. **Other Contested Matters**:

   On December 9, 2024, Alley Capital filed a Motion for Relief from the Automatic Stay (DN 27). Debtor's Opposition was filed on December 17, 2024 (DN 37).

   *A continued hearing on the Motion for Relief is scheduled for October 20, 2026.*

   On August 21, 2026, Debtor filed a Motion for Discovery and Production of Documents relating to Ally Capital's Claim (DN 244). On September 8, 2026, Ally Capital filed a Response thereto (246). On September 23, 2026, Debor filed a Reply (DN 247).

   *A hearing on the Motion for Discovery is scheduled for October 20, 2026.*

4. **Outstanding Objection to Confirmation**:

   On April 13, 2026, Ally Capital filed an Objection to Confirmation of the Plan (DN 197). On May 27, 2026, Debtor filed a Response thereto (DN 209).

   *An initial confirmation hearing is scheduled for October 20, 2026.*

5. **Outstanding Objections to Claims**:

Ally Capital: On March 10, 2026, Debtor filed a Proof of Claim (Claim No. 12) on behalf of Ally Capital in the amount of $100,000.00. On May 18, 2026, Ally Capital filed an Objection to Proof of Claim No. 12. (DN 205).[1]

US Bank: On March 10, 2026, Debtor filed a Proof of Claim (Claim No. 13) on behalf of US Bank. On May 1, 1026, US Bank filed on Objection to Proof of Claim No. 13 (DN 202).[2] On June 1, 2026, Debtor filed a Response to US Bank's Objection (DN 213).

*A hearing has not been set on the above matters.*

6. **Disclosure of Income and Required Amended Schedule I**:

Debtor's paystubs for the period of May 17 through July 11, 2026, indicate an average net income of approx. $4,948.28 per pay-period or approx. $10,720.00 per month (based on 4.333 weeks per month)[3]. In contrast, Debtor's amended Schedule I lists the monthly net income as $6,564.28 (DN 171).

Given the discrepancy, the Trustee has requested amended Schedule I (and amended Schedule J, if necessary).

7. **Inadequate Plan Funding**: The amended Plan provides for total funding of $81,400.00. However, the prepetition amount owed to US Bank along with the secured claims of Ally Capital and the Homeowner's Association exceed $93,000.00.[4] The Plan funding

---

[1] On January 15, 2025, Ally Capital timely filed a Proof of Claim (Claim No. 8) in the total amount of $94,745.27.

[2] On November 27, 2024, US Bank timely filed a Proof of Claim (Claim No. 4) in the secured amount of $318,993.05.

[3] YTD net income as of July 11, 2026, was $71,398.08. An average of approx. $11,243 per month.

[4] The amount consists of the prepetition arrearage of $32,978.86 owed to US Bank (Claim No. 4); secured claim of $5,023.90 owed to Rancho El Dorado Homeowners Association (Claim No. 9); and secured amount of Ally Capital's claim in the amount of $55,096.00 (Claim No. 8).

is not sufficient for payment of these claims, along with interest on Ally Capital's claim and trustee's fees. Additionally, the general unsecured creditors are entitled to a distribution based on the value of Debtor's non-exempt assets. *See below*.

8. **Chapter 7 Reconciliation**: Chapter 7 Reconciliation is calculated as $21,418.50 based on the value that Debtor attributed to the non-exempt assets listed on Schedules A/B (DN 32, DN 196)[5]. Accordingly, a minimum of $21,418.50 must be disbursed to general unsecured creditors to meet the requirements for confirmation. 11 U.S.C. § 1325(a). By recent email, Debtor indicated that he disputes his valuation of the non-exempt assets.

## II. Proposed Next Steps

To bring the case toward a prompt and definitive resolution, the Trustee proposes that the Court consider:

1. Requiring Debtor to file amended Schedule I (and amended Schedule J, if necessary) no later than October 26, 2026.

2. Requiring Debtor to identify whether he intends to pursue confirmation of the current amended Plan or file a second amended plan. By recent email, Debtor indicated potentially filing a second amended plan.

3. Establishing deadlines/final hearings for resolving the Objection to confirmation and other contested matters that directly prevent confirmation.

4. Establishing deadlines for resolving other issues that directly prevent confirmation, i.e., inadequate funding, Chapter 7 Reconciliation.

5. Setting a hearing on Ally Capital's Objection to Proof of Claim No. 12 and US Bank's Objection to Proof of Claim No. 13 on or about 30 days from the date of this Report.

6. Setting a final confirmation hearing on or about 30 days from the date of this Report.

---

[5] The total value of non-exempt assets per the Schedules is $25,000.00 (Apache County property $20,000.00, Dodge Caravan $3,000.00, Oldsmobile Cutlass $2,000.00) less fees of $3,200.00 and costs of $331.50 of a Chapter 7 trustee.

7. Establishing a deadline for confirmation of the amended Plan no later than 30 days after the final confirmation hearing.

## III. CONCLUSION

The Trustee respectfully requests that the Court consider the foregoing Case Status Report and establish an appropriate schedule for resolving outstanding confirmation issues.

Dated: See Electronic Signature.

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

Mary B. Martin, Esq., Staff Attorney for Edward J. Maney
Digitally signed by Mary B. Martin, Esq., Staff Attorney for Edward J. Maney
Date: 2026.10.19 10:54:10 -07'00'

Mary B. Martin, Esq. 019196
Staff Attorney for Edward J. Maney

COPIES of the foregoing delivered by email on See Electronic Signature:

Anthony Leo Montez
42080 W. Anne Lane
Maricopa, AZ 85138
Email: anthonyleomontezestate@gmail.com

Michael Zdancewicz, Esq.
Zdancewicz Law Firm, PLC
P.O. Box 51826
Phoenix, AZ 85076
Email: Notice@ZLawAZ.com
Attorney for Ally Capital

Leonard J. McDonald, Esq.
Tiffany & Bosco, P.A.
7720 N. 16th Street, Suite 300
Phoenix, AZ 85020
Email: ljm@tblaw.com
Attorney for US Bank

Mary B. Martin, Esq., Staff Attorney for Edward J. Maney
Digitally signed by Mary B. Martin, Esq., Staff Attorney for Edward J. Maney
Date: 2026.10.19 10:54:29 -07'00'

Mary B. Martin