**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ANTHONY LEO MONTEZ,<br><br>Debtor. | Case No. 4:24-bk-09671-BMW<br><br>Chapter 13<br><br>**CERTIFICATE OF NOTICE** |

I certify that I provided notice to the individual at the email address and mailing address listed below with the document captioned: Minute Entry (the "Pleading"). The Pleading is from the October 20, 2026 hearing.

A true and correct copy of the Pleading was emailed to Anthony Leo Montez on October 22, 2026 at:

Anthonyleomontezestate@gmail.com

A true and correct copy of the Pleading was placed in an envelope with first class postage prepaid, and that envelope was deposited in the United States mail on October 22, 2026. The envelope was addressed to:

Anthony Leo Montez
42080 W. Anne Lane
Maricopa, AZ 85138

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| October 22, 2026 | /s/Rebecca Volz |
| *Date* | *Signature* |

Rebecca Volz, Courtroom Deputy Clerk
U.S. Bankruptcy Court, District of Arizona
38 S. Scott Avenue
Tucson, AZ 85701