United States Bankruptcy Court
District of Arizona

In re:
ANTHONY LEO MONTEZ
Debtor

Case No. 24-09671-BMW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0970-4 | User: admin | Page 1 of 2
Date Rcvd: Nov 09, 2026 | Form ID: pdf008 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ANTHONY LEO MONTEZ, 42080 W ANNE LANE, MARICOPA, AZ 85138-8637 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| EDWARD J. MANEY | azphecf@trustee13.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ecf@tblaw.com |
| LEONARD J. MCDONALD, JR. | on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION ecf@tblaw.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. Bank National Association ecf@tblaw.com |
| MARY B. MARTIN | on behalf of Trustee EDWARD J. MANEY mary@maney13trustee.com |
| Michael Zdancewicz | on behalf of Defendant ALLY CAPITAL / ALLY FINANCIAL Notice@ZLawAZ.com |

| | |
|---|---|
| Michael Zdancewicz | on behalf of Creditor Ally Capital Notice@ZLawAZ.com |
| Michael Zdancewicz | on behalf of Creditor Ally Capital Corp. Notice@ZLawAZ.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 9

THIS ORDER IS APPROVED.

Dated: November 9, 2026

Brenda Moody Whinery, Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 13 |
| ANTHONY LEO MONTEZ, | Case No. 4:24-bk-09671-BMW |
| Debtor. | **ORDER REGARDING REQUEST FOR EXTENSION TO FILE SECOND AMENDED CHAPTER 13 PLAN** |

On November 5, 2026, the Debtor filed a *Motion to Extend Time to File Second Amended Chapter 13 Plan* (the "Motion") (Dkt. 259) requesting a 14-day extension of the November 4, 2026 deadline to file the Second Amended Chapter 13 Plan, which deadline was originally set by the Court at the October 20, 2026 hearing (the "Hearing"). Upon the Court's review of the record, and good cause appearing;

IT IS HEREBY ORDERED that the Motion is granted, extending the deadline for Debtor to file a Second Amended Chapter 13 Plan to Wednesday, November 18, 2026.

IT IS FURTHER ORDERED that no other deadlines set at the Hearing are being extended, and that failure to meet any deadline may result in the case being dismissed without further notice or hearing.

DATED AND SIGNED ABOVE.

/ / /

/ / /

To be NOTICED by the BNC ("Bankruptcy Noticing Center") to:

Anthony Leo Montez
42080 W Anne Ln
Maricopa, AZ 85138

Notice of Electronic Filing to be sent via email, through the CM/ECF System, to ALL registered users, including:

Edward J. Maney, Chapter 13 Trustee

U.S. Trustee, Office of the U.S. Trustee