3

Anthony Leo Montez, Debtor, appearing without counsel
42080 W. Anne Lane, Maricopa, AZ 85138
anthonyleomontezestate@gmail.com
Telephone (602)461-2994

Drop Box
FILED
NOV 18 2026
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

In re Anthony Leo Montez, Debtor

Case No. 4:24-bk-09671-BMW
Chapter 13

# SECOND MOTION TO EXTEND DEADLINE TO FILE SECOND AMENDED CHAPTER 13 PLAN

I request a fourteen-day extension through Wednesday, December 2, 2026, to file my second amended Chapter 13 plan. Alternatively, I request an extension through Monday, November 23, 2026. The current deadline is November 18, 2026, under the Court's November 9 order (Dkt. 263).

## Grounds and supporting memorandum

1. On November 11, U.S. Bank's counsel provided a mortgage assistance application. I presented it to U.S. Bank and copied its counsel. I have received no written decision changing the $32,978.86 in prepetition mortgage arrears.

2. My amended schedules show $1,692.66 available per month for the plan. How much of the mortgage arrears must be paid through the plan directly affects the monthly payment. U.S. Bank has given me no decision date. November 23 gives me five calendar days to obtain a written update, reconcile the payment figures and evaluate what my household can afford.

3. The Trustee and I have resolved the property valuations for a Chapter 7 reconciliation of $3,415. On November 18, Ally declined my offer of 8% and offered 9% on its agreed $52,000 collateral value. The interest rate is disputed.

4. I will use the additional time to follow up with U.S. Bank in writing, request the Trustee's current disbursement figures and evaluate plan payments using the information available by the filing date. I do not assume mortgage relief.

5. Federal Rule of Bankruptcy Procedure 9006(b)(1)(A) permits the Court to extend a court-ordered deadline for cause when a request is made before the existing deadline expires. I request relief only as to the amended plan deadline.

**Parties' positions under Local Rule 9013-1(j)**

6. On November 18, the Trustee's counsel agreed by email to an extension through November 23. She did not state whether the Trustee would agree to an extension through December 2.

7. I emailed U.S. Bank's counsel on November 17. As of filing, I have received no response stating the bank's position on a December 2 extension.

8. I asked Ally's counsel about an extension without specifying December 2. Counsel's November 18 reply addressed the secured claim and vehicle registration. Ally's position on an extension through December 2 is unknown.

Dated November 18, 2026

Respectfully presented,

:Anthony-Leo: Montez, Beneficiary.

Anthony Leo Montez, Debtor