**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

In re Anthony Leo Montez, Debtor

Case No. 4:24-bk-09671-BMW

Chapter 13

**ORDER EXTENDING DEADLINE TO FILE SECOND AMENDED CHAPTER 13 PLAN**

Upon consideration of the Debtor's second motion for an extension of time and for good cause, IT IS ORDERED that the deadline to file the second amended Chapter 13 plan is extended through Wednesday, December 2, 2026. This extension applies only to the deadline to file the second amended plan.

DATED AND SIGNED ABOVE.